PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _EASTERN_ **DISTRICT OF TEXAS**
_BEAUMONT_ **DIVISION**

VERNON RAY STIFF   33655-177

Plaintiff's Name and ID Number

Low Security Correctional Institution Butner

Place of Confinement

CASE NO._____
(Clerk will assign the number)

DR. SREEDHAR POLAVARAPU, MD. (MEDICAL DOCTOR);
TRAVIS FREEMAN, LVN., NURSE;
RONALD DENHAM, LVN., NURSE;
A. LYND, LVN., NURSE;
L. CARSON, LVN., /IDC., NURSE
LIEUTENANT (DOE);
UNITED STATES OF AMERICA;
FEDERAL BUREAU OF PRISONS;
WARDEN THOMAS, FCC BEAUMONT,
MR. SONNIER, MEDICAL DIRECTOR, FCC BEAUMONT
    Defendant (S).

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES XX NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned:_____

        6.  Disposition: (Was the case dismissed, appealed, still pending?)_____

        7.  Approximate date of disposition:_____

II.     PLACE OF PRESENT CONFINEMENT: Low Security Correctional Institution Putner, NC
PO Box 999 Putner, NC 27509

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        XX YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.     PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: Vernon Ray Stiff #33655-177  , Low Security Correctional
Institution, PO Box 999, Putner, NC, 27509

B.  Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Dr. Sreedhar Polavarapu, FCC Beaumont, PO Box 26020,
Beaumont, TX 77720

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Acted with deliberate indifference to delay or deny emergent medical care during
serious Medical need, and falsified records to cover up (See pgs 3a and 3b)

Defendant #2: Travis Freeman, LVN, FCC Beaumont, PO Box 26020
Beaumont, TX, 77720

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Acted with deliberate indifference to delay or deny emergent medical care during
serious medical need, and falsified records to cover up (See pg 3c)

Defendant #3: Ronald Denham, LVN, FCC Beaumont Tx. PO Box 26020
Beaumont TX, 77720

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Acted with deliberate indifference to delay or deny emergent medical care during
serious medical need, and falsified records to cover up (See pg 3d)

Defendant #4: A. Lynd, NP, FCC Beaumont  PO Box 26020
Beaumont TX, 77720

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Acted with deliberate indifference to delay or deny emergent medical care during
serious medical need, and falsified records to cover up (See pg 3e)

Defendant #5: L. Carson, LVN, FCC Beaumont, PO Box 26020
Beaumont TX   77720

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Acted with deliberate indifference to delay or deny emergent medical care during
serious medical need, and falsified records to cover up. (see pg 3f)

SEE PAGE 3.1 for DEFENDANTS 6 - 9

Page 3.1 Defendants

Défendant #6: Lieutenant (doe), FCC Beaumont, PO Box 26020
Beaumont TX, 77720
Act & Omissions: Defendant acted with deliberate indifference to delay or deny
emergent care during serious medical need (See pg. 3g)

Defendant#9: Mr. Thomas, Warden, FCC Beaumont, Low, PO Box 26020
Beaumont, TX 77720
Acts & Omissions: Defendant acted with deliberate indifference to enable, order,
omit, ignore, or deny, or delay Plaintiff's serious medical need (See pg 3h)- i)

Defendant #10: Mr. Sonnier, Medical Director, FCC Beaumont, PO Box 26020
Beaumont TX, 77720
Acts & Omissions: Defendant acted with deliberate indifference to permit, order,
delay, deny, falsify, during serious medical need. (See pg 3j--'k)

3.1

DEFENDANT #1 Dr. Sreedhar Polavarapu, M.D.

In the interest of satisfying "short and concise". Plaintiff refers to "Declaration of Vernon Ray Stiff", for reference to the acts and omission by Defendant, Dr. Sreedhar Polavarapu, Md. The events outlined in Plaintiff's Declaration, that pertain to Dr. Sreedhar Polavarapu, are referenced by Declaration number:

1) Dr. Sreedhar Polavarapu, MD., Defendant, acted with Deliberate indifference by Deliberately and knowingly delayed and denied emergent care on numerous occasions, on a consistent basis, when Plaintiff presented to Defendant, fever, cough, Severe asthma attacks, shortness of breath, sweating (On or about December 20, 2021 to April, 2023)

   Declaration Stiff, # 1, 2, 5, 8, 9, 11, 12, 13, 16, 17, 18, 23, 24, 26, 30, 43, 35, 36, 39, 44, 45, 47, 51, 53, 55, 57, 61, 63, 64, 65, 71, 76, 77, 89, 90, 92, 96, 97, 98-99, 100, 103, 106, 110, 111, 114, 120, 123, 124, 125, 126, 128, 132, 134, 137, 142, 148, 149, 150, 152, 153, 154, 155, 156, 157, 158, 162, 163, 164, 165

2) Defendant acted with Deliberate Indifference by deliberately and knowingly dismissed doctors' prescriptions for "X Hance" and Advair, causing harm by denying a prescribed medication, and substituting it for no medical reason, or peonocological interest.

   Declaration Stiff: # 7, 12, 13, 14, 23, 60, 66, 86, 91, 96, 97, 98-99, 100, 101, 102, 109, 125, 126, 128, 132, 136, 142, 147, 152, 156, 158, 164

3) Defendant acted with deliberate indifference by Deliberately and knowingly dismissed and/or denied COVID testing, despite Plaintiff presenting with symptoms, numerous times, as early as December, 2021, on a continuous basis, until on/about April 4, 2023.

   Declaration Stiff: # 7, 12, 14, 16, 71, 73, 76, 77, 86, 92, 106, 123, 124, 125, 126, 131, 132, 134, 143, 152, 162

4) Defendant acted with deliberate indifference by Deliberately and knowingly omitted, or failed to document numerous sick calls, or visits in distress, leaving the record missing critical evidence of Plaintiff's complaints of distress, severe asthma attacks, and prescribed nebulizer breathing treatments.

   Declaration Stiff: # 8, 12, 13, 14, 16, 17, 23, 30, 62, 64, 66, 69, 75, 77, 86, 92-93, 96, 97, 98-99, 100, 106, 114, 123, 122, 121, 124, 125, 126, 127, 128, 131, 132, 142, 143, 150, 152, 152, 156, 158, 160, 161, 162, 163

5) Defendant acted with deliberate indifference by Deliberately and knowingly dismissed free world Infectious Disease Control Specialist's orders to give Plaintiff a CAT-Scan every time Plaintiff presented with symptoms.

   4, 7, 8, 14, 16, 17, 23, 29, 30, 34, 63, 64, 66, 70, 77, 84, 85, 86, 87, 89, 90, 92-93, 103, 106, 107, 113, 114, 126, 129, 137, 152, 164

6) Defendant acted with deliberate indifference by Deliberately and knowingly dismissed free world Infectious Disease Control Specialist's orders to give Plaintiff IV/Pick line antibiotic, not oral antibiotic because Plaintiff's lobectomy, and susceptibility to pseudomonas pneumonia made Plaintiff oral-antibiotic resistant, and gave Plaintiff oral antibiotic treatment, causing Plaintiff additional suffering due to the ineffectiveness of treatment.

   Declaration Stiff: # 23, 29, 30, 55, 62, 66, 70, 77, 86, 106, 130

3a

7) Defendant Acted with deliberate indifference by deliberately and knowingly made false claims on Plaintiff's medical records.

Declaration Stiff: # 1, 6, 7, 11, 12, 13, 16, 17, 21, 22, 24, 30, 34, 35, 36, 39, 40, 41, 42, 45, 46, 47, 55, 57, 58, 59, 60, 61, 63, 65, 66, 67, 68, 70, 71, 72, 73, 74, 76, 78, 79, 91, 92-93, 97, 98-99, 101, 106, 109, 110, 111, 113, 114, 115, 117, 117, 118, 119, 120, 120, 121, 122, 123, 125, 126, 127, 128, 131, 132, 133, 134, 135, 138, 139, 140, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 160, 161, 163, 164, 165

8) Defendant Acted with Deliberate indifference by deliberately and knowingly allowing enough conflicting information to remain on Plaintiff's Medical Records, deliberately withholding his duty to correctly report, or correct the report that clearly held erroneous information existed, which resulted in further protracting Plaintiff's injuries, or causing new ones to manifest, causing additional injury and suffering.

Declaration Stiff: # 6, 7, 8, 9, 10, 13, 15, 16, 18, 21, 22, 24, 25, 26, 29, 30, 33, 34, 35, 36, 39, 40, 41, 42, 44, 45, 46, 47, 48, 49, 50, 52, 53, 56, 57, 58, 60, 61, 62, 63, 64, 65, 66, 67, 68, 70, 72, 73, 74, 75, 80, 81, 82, 86, 91, 92-93, 97, 98-99, 100, 101, 102, 106, 108, 111, 113, 114, 115, 116, 117, 119, 120, 120, 121, 122, 123, 127, 128, 131, 132, 133, 134, 135, 136, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 152, 151, 154, 155, 156, 157, 159, 161, 163, 165

9) Defendant Deliberately and knowingly manipulated, falsified, omitted or deleted Medical Records, or enabled staff to do so, under his direction in order to mislead or understate Plaintiff's injuries, suffering, complaints, or cries for help in order to worsen his condition, or prolong his suffering.

Declaration Stiff: # 26, 91, 117, 133

10) Defendant Deliberately and knowingly manipulated, tampered with and interfered with Plaintiff's Administrative Remedy Process, for the purpose of delaying or hiding his own courses of actions that were detrimental to Plaintiff's claims of false reporting, omissions, and refusal of emergent medical service, and Defendant's own misleading actions and omissions, thereby creating a situation that furthered Plaintiff's harm by denying Plaintiff injunctive relief, protracting his suffering.

Declaration Stiff: # 26, 22, 80, 82, 83, 90

DEFENDANT #2 Travis Freeman, LVN., FCC Beaumont

In the interest of Satisfying "short and concise", Plaintiff refers to "Declaration of Vernon Ray Stiff," ("Declaration Stiff") for a list of acts and omissions by Defendant Travis Freeman, LVN. the event outlined in Plaintiff's Declaration that pertain to Defendant Freeman, each act or omission is referenced by Declaration number.

1) Defendant Deliberately, and knowingly delayed and denied emergent care, on numerous occasions, on a consistent basis, when Plaintiff presented to Defendant, fever, cough, severe asthma attacks, shortness of breath sweating, on or about December 20, 2021 to April 2023)

Decl. Stiff: # 1, 5, 8, 12, 18, 38, 44, 46, 47, 48, 49, 50, 51, 57, 61, 63, 64, 70, 71, 76, 77, 87, 88, 92-93, 96, 97, 99, 106, 114, 128, 154, 157, 158, 163

2) Defendant deliberately and knowingly dismissed doctors' prescriptions for X hance and Advair

Decl. Stiff: # 4, 12, 65, 70, 71, 86, 88, 92-93, 99, 106, 158

3) Defendant acted with Deliberate Indifference by deliberately and knowingly delayed and/or denied COVID testing despite Plaintiff presenting with symptoms numerous times, as early as December 20, 2021, on a continuous basis until April, 2023.

Decl. Stiff: # 8, 12, 18, 61, 63, 65, 77, 92, 106, 158, 160, 164

4) Defendant acted with Deliberate indifference by deliberately and knowingly omitted or failed to document numerous sick call visits, or visits in distress, leaving the record missing critical evidence of Plaintiff's complaints of distress, severe asthma attacks, COVID-19 symptoms, fever, chills, hemoptysis, and prescribed nebulizer breathing treatments.

Decl. Stiff: # 8, 12, 18, 38, 47, 49, 50, 57, 61, 63, 64, 65, 67, 70, 71, 75, 76, 77, 87, 88, 92-93, 96, 97, 99, 106, 114, 128, 154, 158, 165

5) Defendant acted with Deliberate Indifference by deliberately and knowingly dismissed free world Infectious Disease Control Specialist's order to give Plaintiff a CAT-Scan every time Plaintiff presented with symptoms.

Declaration Stiff: #  5, 18, 63, 65, 85, 85, 87, 88, 106, 163

6) Defendant acted with Deliberate Indifference by deliberately and knowingly dismissed free world Infectious Disease control Specialist's order to give Plaintiff IV/Pick line antibiotic, not oral antibiotic because plaintiff's lobectomy, and susceptibility to Pseudomonas pneumonia made Plaintiff oral-antibiotic resistant, and gave Plaintiff oral antibiotic treatment, causing Plaintiff additional suffering due to the ineffectiveness of treatment.

Declaration Stiff: #66, 88, 106, 130

7) Defendant acted with Deliberate indifference by deliberately and knowingly made false claims on plaintiff's medical records.

Declaration Stiff: # 1, 5, 12, 18, 44, 46, 47, 49, 50,,, 57, 61, 63, 65, 67, 71, 76, 77, 92-93, 94-95, 86, 97, 106, 114, 128, 155, 156, 158, 159, 160, 191, 163, 164, 165

8) Defendant acted with Deliberate indifference by deliberately and knowingly allowing enough conflicting information to remain on Plaintiff's Medical Records, deliberately and knowingly withholding his duty to correctly report that clearly erroneous information existed, which resulted in further protracting Plaintiff's injuries, or causing new ones to manifest, causing additional injury and suffering.

Declaration Stiff: # 49, 50, 51, 69, 114, 128, 159, 160, 162, 163, 165

3c

DEFENDANT #3 Ronald Denham, LVN.

In the interest of satisfying "short and concise", Plaintiff refers to "Declaration of Vernon Ray Stiff", for reference to the acts and omissions by Ronald Denham, LVN. The events outlined in Plaintiff's Declaration, that pertain to Defendant Ronald Denham, are referenced by Declaration number with each act or omission:

1) Mr. Ronald Denham, LVN., Defendant, acted with Deliberate Indifference by Deliberately and knowingly delayed and denied emergent care on numerous occasions, on a consistent basis, when Plaintiff presented to Defendant, fever, cough, Severe asthma attacks, shortness of breath, sweating (On or about December 20, 2021 to April, 2023)

   Declaration Stiff: # 1, 5, 7, 8, 9, 10, 12, 33, 34, 35, 36, 37, 57, 92-93, 106, 122, 123, 124, 125, 126, 127, 128

2) Defendant Ronald Denham, LVN., acted with Deliberate Indifference by Deliberately and knowingly dismissed doctors' prescriptions for "X Hance" and Advair", causing harm by denying a prescribed medication, and substituting it for no medical reason nor penological interest.

   Declaration Stiff: # 5, 57, 106, 124

3) Defendant Ronald Denham, LVN., acted with Deliberate Indifference by deliberately and knowingly dismissed and/or denied COVID testing, despite Plaintiff presenting with symptoms, numerous times, as early as December, 2021, on a continuous basis, until on/about April 4, 2023.

   Declaration Stiff: #  7, 8, 9, 10, 12, 57, 106, 124, 125, 126, 127

4) Defendant Ronald Denham, LVN., acted with Deliberate Indifference by deliberately and knowingly omitted, or failed to document numerous sick calls, or visits in distress, leaving the record missing critical evidence of Plaintiff's complaints of distress, severe asthma attacks, and prescribed nebulizer breathing treatments.

   Declaration Stiff: # 5, 7, 12, 33, 34, 35, 36, 37, 57, 70, 75, 87, 92-93, 106, 122, 123, 124, 125, 126, 127, 128,

5) Defendant Ronald Denham, LVN., acted with Deliberate Indifference by deliberately and knowingly dismissed free world Infectious Disease Controls Specialist's orders to give Plaintiff a CAT-Scan every time Plaintiff Presented with symptoms.

   Declaration Stiff: # 34, 35, 57, 84, 85, 87, 104, 106, 107, 129

6) Defendant Ronald Denham, LVN., acted with Deliberate Indifference by deliberately and knowingly dismissed free world Infectious Disease Controls Specialist's orders to give Plaintiff IV/ Pick line antibiotic, not oral antibiotic because Plaintiff's lobectomy, and susceptibility to pseudomonas Pneumonia made Plaintiff oral-antibiotic resistant, and gave Plaintiff oral antibiotic treatment, causing Plaintiff additional suffering due to the ineffectiveness of treatment.

   Declaration Stiff: # 106, 130

7) Defendant Ronald Denham, LVN., acted with Deliberate indifference by deliberately and knowingly made false claims on Plaintiff's medical records.

   Declaration Stiff: # 1, 12, 33, 34, 35, 36, 37, 57, 70, 106, 122, 123, 124, 156, 126, 127, 128

8) Defendant Ronald Denham, LVN., acted with Deliberate Indifference, by deliberately and knowingly allowing enough conflicting information to remain on Plaintiff's Medical records, deliberately and knowingly withholding his duty to correctly report that clearly erroneous information existed, which resulted in further protracting Plaintiff's injuries, or causing new ones to manifest, causing additional injury and suffering.

   Declaration Stiff: # 33, 35, 92-93, 122, 123, 128

DEFENDANT #4, A. Lynd. NP, FCC Beaumont

In the interest of satisfying "short and concise", Plaintiff refers to "Declaration of Vernon Ray Stiff", for reference to the acts and omissions by Defendant A. Lynd, NP. the events outlined in Plaintiff's Declaration, that pertain to A. Lynd. are referenced by Declaration number:

1) A. Lynd, NP., Defendant, acted with Deliberate Indifference by deliberately and knowingly delayed and denied emergent care on numerous occasions, on a consistent basis, when Plaintiff presented to Defendant, fever, cough, Severe Asthma attacks, shortness of breath, sweating (On or about December 20, 2021 to April, 2023)

   Declaration Stiff: # 1, 5, 7, 8, 9, 13, 14, 15, 16, 18, 29-30, 62, 64, 71, 84, 92-93, 100, 106, 128, 131, 132, 134, 152, 153

2) A. Lynd, NP., defendant, acted with Deliberate Indifference by deliberately and knowingly dismissed doctors' prescriptions for "X Hance" and "Advair", causing harm by denying a prescribed medication, and substituting it for no medical or penological reason.

   Declaration Stiff: # 5, 14, 16, 18, 64, 70, 71, 100, 106

3) Defendant acted with deliberate indifference by deliberately and knowingly dismissed and/or denied COVID testing, despite Plaintiff presenting with symptoms, numerous times, as early as December, 2021, on a continuous basis, until on/about April 4, 2023.

   Declaration Stiff: #  7, 8, 9, 15, 16, 18, 64, 92-93, 106, 131, 152

4) Defendant acted with deliberate indifference by deliberately and knowingly omitted, or failed to document numerous sick calls, or visits in distress, leaving the record missing critical evidence of Plaintiff's complaints of distress, severe asthma attacks, and prescribed nebulizer breathing treatments.

   Declaration Stiff: # 5, 7, 8, 9, 13, 14, 16, 18, 29-30, 62, 64, 70, 71, 75, 92-93, 100, 106, 115-116, 128, 131, 132, 134, 152

5) Defendant acted with Deliberate indifference by deliberately and knowingly dismissed free world Infectious Disease Control Specialist's orders to give Plaintiff a CAT-Scan every time Plaintiff presented with symptoms.

   Declaration Stiff: # 9, 14, 16, 17, 29-30, 62, 64, 84, 85, 97, 106, 129

6) Defendant acted with Deliberate Indifference by deliberately and knowingly dismissed free world Infectious Disease control Specialist's orders to give Plaintiff IV/Pick Line antibiotic, not oral antibiotic because Plaintiff's lobectomy, and susceptibility to pseudomonas pneumonia made Plaintiff oral-antibiotic resistant, and gave Plaintiff oral antibiotic treatment, causing Plaintiff additional suffering due to the ineffectiveness of treatment.

   Declaration Stiff: # 29, 62, 63, 79, 84, 106, 153

7) Defendant acted with Deliberate Indifference by deliberately and knowingly made false claims on Plaintiff's medical records.

   Declaration Stiff: # 1, 7, 9, 13, 14, 15, 16, 17, 18, 29-30, 64, 67, 70, 71, 79, 92-93, 100, 115-116, 128, 131, 134, 152, 153

8) Defendant acted with deliberate indifference by deliberately and knowingly allowing enough conflicting information to remain on Plaintiff's Medical Records, deliberately withholding her duty to correctly report, or correct the report that clearly held erroneous information existed, which resulted in further protracting Plaintiff's injuries, or causing new ones to manifest, causing additional injury and suffering.

   Declaration Stiff: # 15, 69, 70, 71, 86, 91, 115-116, 128

DEFENDANT #5 L. Carson, LVN., FCC Beaumont

In the interest of satisfying "short and concise". Plaintiff refers to "Declaration of Vernon Ray Stiff" for reference to the acts and omissions by Defendant L. Carson., LVN. The events outlined in Plaintiff's Declaration, that pertain to L. Carson, are referenced by Declaration number:

1) L. Carson LVN., Defendant, acted with deliberate indifference by deliberately and knowingly delayed and denied emergent care on numerous occasions, on a consistent basis, when Plaintiff presented to Defendant, fever, cough, Severe Asthma attacks, shortness of breath, sweating (on or about December 20, 2021 to April, 2023)

   Declaration Stiff: # 1, 5, 18, 56, 57, 64, 67, 70, 71, 75, 91, 92-93, 96, 98, 106, 128, 152

2) L. Carson LVN., Defendant, acted with deliberate indifference by deliberately and knowingly dismissed doctors' prescriptions for "X Hance" and "Advair", causing harm by denying a prescribed medication, and substituting it for no medical or penological reason.

   Declaration Stiff: #  5, 56, 64, 71, 86, 98, 106

3) Defendant acted with deliberate indifference by deliberately and knowingly dismissed and/or denied COVID testing, despite Plaintiff presenting with symptoms, numerous times, as early as December, 2021, on a continuous basis, until on/about April 4, 2023.

   Declaration Stiff: # 56, 57, 64, 92-93, 106, 152

4) Defendant acted with deliberate indifference by deliberately and knowingly omitted, or failed to document numerous sick calls, or visits in distress, leaving the record missing critical evidence of Plaintiff's complaints of distress, severe asthma attacks, and prescribed nebulizer treatments.

   Declaration Stiff: # 1, 5, 18, 56, 57, 64, 70, 71, 75, 86, 91, 92-93, 96, 98, 106, 128, 152

5) Defendant acted with deliberate indifference by deliberately and knowingly dismissed free world Infectious Disease control Specialist's orders to give Plaintiff a CAT-Scan every time plaintiff presented with symptoms.

   Declaration Stiff: # 57, 71, 84, 87, 104, 106, 129, 152

6) Defendant acted with deliberate indifference by deliberately and knowingly dismissed free world infectious disease control specialist's order to give plaintiff Iv/Pick line antibiotic, not oral antibiotic because Plaintiff's lobectomy, and susceptibility to pseudomonas pneumonia made Plaintiff oral anti biotic resistant, and gave Plaintiff oral anti biotic treatment, causing Plaintiff additional suffering due to the ineffectiveness of the treatment.

   Declaration Stiff: # 86, 106

7)Defendant acted with deliberate indifference by deliberately and knowingly made false claims on Plaintiff's medical records.

   Declaration Stiff: # 1, 5, 18, 56, 57, 64, 67, 70, 71, 91, 92-93, 96, 98, 106

8) Defendant acted with deliberate indifference by deliberately and knowingly allowing enough enough conflicting information to remain on Plaintiff's Medical records, deliberately  and knowingly withholding her duty to correctly report that clearly erroneous information existed, which resulted in further protracting Plaintiff's injuries, or causing new ones to manifest, causing additional injury and suffering.

   Declaration Stiff: # 70, 91, 106, 128

DEFENDANT #6, Lieutenant (doe), FCC Beaumont

In the interest of satisfying "short and concise", Plaintiff refers to "Declaration of Vernon Ray Stiff", for reference to the acts and omissions by Lieutenant (doe). The events outlined in Plaintiff's Declaration, that pertain to Defendant Doe, are referenced by Declaration number with each act and omission:

1) Lieutenant Doe, Defendant, acted with Deliberate indifference by Deliberately and knowingly delayed and denied emergent care on numerous occasions, when Plaintiff presented to Defendant, fever, cough, severe asthma attaks, shortness of breath, sweating, gross hemoptysis, and unconsciousness, on or about January 15, 2023 to March 3, 2023.

   Declaration Stiff: # 38, 39, 40, 41, 42, 43, 45, 47, 48

4) Defendant acted with deliberate indifference by deliberately and knowingly omitted, or failed to document numerous sick calls, or visits in distress, leaving the record missing critical evidence of plaintiff's complaints of distress, severe asthma attacks, severe hemoptysis, unconsciousness, shivering, sweating, on or about February 18, 2023, to February 19, 2023.

   Declaration Stiff: # 42, 43, 45, 47, 48

7) Defendant acted with deliberate indifference by deliberately and knowingly made false claims on plaintiff's medical records, reports to staff, and reports to administration on or about February 18, 2023, to February 18, 2023.

   Declaration Stiff: # 42, 43, 45, 47

DEFENDANT #9 Warden Mr. Thomas, FCC Beaumont

In the interest of satisfying "short and concise", Plaintiff refers to "Declaration of Vernon Ray Stiff" for reference to the acts and omissions by Defendant Warden Thomas, FCC Beaumont. The events outlined in Plaintiff's Declaration, all pertain to Defendant, because Defendant was responsible for all actions and omissions while employees and medical personnel were working under the color of their Official Duties.

1) Every action by every BOP employee in the institution, FCC Beaumont Low, and Medical personnel was known by the warden, or should have been known by the warden, whether by his own knowledge, or the responsibility of the warden to know of any dangers, to any inmate, including Plaintiff. Therefore, Every act, omission, by direct knowledge, or indirect, was deliberately ignored, enabled, permitted, or omitted by the warden. Defendant's in this action all working under Warden Thomas acted with deliberate indifference by deliberately and knowingly delayed and denied emergent care on numerous occasions, on a consistent basis, when Plaintiff presented to Defendants, fever, cough, severe asthma attacks, shortness of breath, sweating (on or about December 20, 2021 to April, 2023)

2) Every action by every BOP employee in the institution FCC Beaumont Low, and medical personnel was known by the warden, or should have been known by the warden, whether by his own knowledge, or the responsibility of the warden to know of any dangers, to any inmate, including Plaintiff. Therefore, every act, omission, by direct knowledge, or indirect, was deliberately ignored, enabled, permitted, or omitted by the warden. Defendants in this action all working under Warden Thomas acted with deliberate indifference by deliberately and knowingly dismissed doctors' prescriptions for " X Hance" and Advair", causing harm by denying a prescribed medication, and submitting it for no medical reason, or penological interest.

3) Every action by every BOP employee in the institution FCC Beaumont Low, and medical personnel was known by the warden, or should have been known by the warden, whether by his own knowledge, or the responsibility of the warden to know of any dangers, to any inmate, including Plaintiff. Therefore, every act, omission, by direct knowledge, or indirect, was deliberately ignored, enabled, permitted, or omitted by the warden. Defendants in this action all working under Warden Thomas acted with deliberate indifference by deliberately and knowingly dismissed and/or denied COVID testing, despite Plaintiff presenting with symptoms, numerous times, as early as December, 2021, on a continuous basis, until on/about April, 4, 2023.

4) Every action by every BOP employee in the institution FCC Beaumont Low, and medical personnel was known by the warden, or should have been known by the warden, whether by his own knowledge, or the responsibility of the warden to know of any dangers, to any inmate, including Plaintiff. Therefore every act, omission, by direct knowledge, or indirect, was deliberately ignored, enabled, permitted, or omitted by the warden. Defendants in this action all working under Warden Thomas acted with deliberate indifference by deliberately and knowingly omitted, or failed to document numerous sick calls, or visits in distress, leaving the record missing critical evidence of Plaintiff's complaints or distress, severe asthma attacks, and prescribed nebulizer breathing treatments.

5) Every action by every BOP employee in the institution FCC Beaumont Low, and medical personnel was known by the warden, or should have been known by the warden, whether by his own knowledge, or the responsibility of the warden to know of any dangers, to any inmate, including Plaintiff. Therefore, every act, omission, by direct knowledge, or indirect, was deliberately ignored, enabled, permitted, or omitted by the warden. Defendants in this action all working under Warden Thomas acted with deliberate indifference by deliberately and knowingly dismissed free world Infectious Disease Control Specialist's order to give Plaintiff a CAT-Scan every time plaintiff presented with symptoms.

6) Every action by every BOP employee in the institution FCC Beaumont Low, and medical personnel was known by the warden, or should have been known by the warden, whether by his own knowledge, or the responsibility of the warden to know of any dangers, to any inmate, including plaintiff. Therefore, every act, omission, by direct knowledge, or indirect, was deliberately ignored, enabled, permitted, or omitted by the warden. Defendants in this action all working under Warden Thomas acted with deliberate indifference by deliberately and knowingly dismissed free world infectious disease control specialist's orders to give Plaintiff IV/Pick line antibiotic, not oral antibiotic because Plaintiff's lobectomy, and susceptibly to pseudomonas pneumonia made Plaintiff oral-antibiotic resistant, and gave Plaintiff oral antibiotic treatment, causing Plaintiff additional suffering due to the ineffectiveness of treatment.

7) Every Action by every BOP employee in the institution FCC Beaumont Low, and medical personnel was known by the warden, or should have been known by the warden, whether by his own knowledge, or the responsibility of the warden to know of any dangers, to any inmate, including plaintiff. Therefore, every act, omission, by direct knowledge, or indirect, was deliberately ignored, enabled, permitted, or omitted by the warden. Defendants in this action all working under Warden Thomas acted with deliberate indifference by deliberately and knowingly made false claims on Plaintiff's medical records.

8) Every action by every BOP employee in the institution FCC Beaumont Low, and medical personnel was known by the warden, or should have been known by the warden, whether by his own knowledge, or the responsibility of the warden to know of any dangers, to any inmate, including Plaintiff. Therefore, every act, omission, by direct knowledge, or indirect, was deliberately ignored, enabled, permitted, or omitted by the warden. Defendants in this action all working under Warden Thomas acted with deliberate indifference by allowing enough conflicting information to remain on Plaintiff's Medical records, deliberately and knowingly withholding their duties to correctly report, or correct the report that clearly held erroneous information existed, which resulted in further protracting Plaintiff's injuries', or causing new ones to manifest, causing additional injury and suffering.

9) Every action by every BOP employee in the institution FCC Beaumont Low, and medical personnel was known by the warden, or should have been known by the warden, whether by his own knowledge, or the responsibility of the warden to know of any dangers, to any inmate, including Plaintiff. Therefore, every act, omission, by direct knowledge, or indirect, was deliberately ignored, enabled, permitted, or omitted by the warden. Certain Defendants, especially Dr. Polavarapu, in this action all working under Warden Thomas acted with deliberate indifference by deliberately and knowingly manipulated, falsified, omitted or deleted Medical Records, or enabled staff to do so. Under Defendants' direction, in order to understate Plaintiff's injuries, suffering, complaints, or cries for help in order to worsen his condition, or prolong his suffering.

10) While it is the Warden's responsibility to investigate any claims of deliberate, unintentional, unethical, incorrect or illegal acts and omissions, it is even more critical to investigate claims of inadequate actions, or omission when inmate files administrative remedy, and the inmate presents his claim on the remedy, BP-9. Plaintiff has presented multiple complaints regarding acts and omissions above, therefore, Warden is responsible for failing to investigate said claims. The warden falsely, deliberately, and knowingly, denied any claim, additionally, warden acted with deliberate indifference by failing to investigate claims of false reporting, or employee misconduct. Plaintiff has presented all of these iddues to Warden Thomas, through complaints and administrative remedies, to the extent, that Warden Thomas deliberately acted to hide the truth, This caused Plaintiff to protract his injuries.

DEFENDANT #10 Mr. Sonnier, Medical Director, FCC Beaumont

In the interest of satisfying "short and concise", Plaintiff refers to "Declaration of Vernon Ray Stiff", for reference to all of the acts of the Health Services Department, related to Plaintiff's claim of deliberate indifference. Defendant Mr. Sonnier, Medical Director, being at all times, the responsible party for all action, acts, omissions, that occurred, during the time period, on or about August 2021, through, on or about April 15, 2023, the time Plaintiff was housed at FCC Beaumont, Mr. Sonnier was aware of Plaintiff's serious medical emergencies, health care level, regimen of care, and all Health Care related issues surrounding this case.

1) Every act, omission, by every health care personnel named in this Action, were under Defendant, Mr. Sonner's circle of Responsibility. Every act, omission, by direct knowledge, or by indirect, including resolution of Remedy sought by Plaintiff, was either known, should have been known, or was brought to Mr. Sonnier's attention regarding Plaintiff's serious medical condition, his medical needs, his petition for home confinement, petition and need for COVID testing, petition and need for specific care due to Plaintiff's condition, and all known information made available to Mr. Sonnier regarding Plaintiff's medical needs.

2) Defendant, knowingly and deliberately by direct knowledge, or indirect, permitted, enabled, ordered, omitted, or deliberately ignored Plaintiff's serious Medical Need, and acted with deliberate indifference by causing Plaintiff to suffer nearly two years of deliberate acts and omissions by Health Care Staff at FCC Beaumont amounting to life threatening conditions, and injury, in which Defendant was aware, yet permitted, enabled, ordered or deliberately ignored the emergent situation by failing to investigate Plaintiff's claims of improper care, incorrect medication, refusal of care, denial of care, disregard for life, and falsely reporting symptoms, in order to protect staff, or in order for staff to protect their own interest, putting Plaintiff's life in serious peril.

3) Plaintiff filed multiple administrative remedies on every subject within this Action, and Plaintiff requested the Health Care department under Defendant's circle of responsibility, to investigate Plaintiff's claims of denial of care, delay of care, failure to document complaints of symptoms, dismissal of Plaintiff's clear orders by free world Specialists for specialized care, specific regimen of care, and precautionary measures to ensure Plaintiff's life would not be endangered by incorrect care. Instead Defendant knowingly ignored Plaintiff's petitions and compplaints, ignored Plaintiff's requests for consultation with Defendant, omitted facts that show Plaintiff's condition was in peril, and placed IN life threatening situations, due to the deliberate acts and omission of Health Care personnel at FCC Beaumont.

4) Defendant knowingly and deliberately allowed, enabled, and ordered Health Care personnel to ignore, omit, delete, deny and delay vital care, which resulted in a cascade of deteriorating conditions, and resulted in injury caused by delays and denials and erroneous care which had no medical reason or penological interest.

5) Every Act and Omission outlined in this Petition, related to FCC Beaumont was the responsibility of Defendant, and could have been avoided, had Defendant put Plaintiff's health care concerns before budget, or culpability (defending health care personnel even when they were acting against ethical and legal standards, causing harm to Plaintiff).

6) Defendant deliberately and knowingly allowed misinformation regarding Plaintiff's health condition, and requirements for specialized care. Defendant, furthermore ignored, deleted, permitted omission of records, and either falsified records on his own, or enabled FCC Beaumont personnel under his direction to do so, and defended their acts and omission in Plaintiff's Administrative Remedies, causing Plaintiff more suffering declining health, life-threatening conditions and to be denied critical care in a timely basis, if at all.

Plaintiff's "Declaration of Vernon Ray Stiff" in it's entirety demonstrated a scheme in which Defendant participated, permitted, or enabled under his direction and knowledge. For these reasons, Defendant is responsible for causing pain and suffering, not necessary for Plaintiff which amounts to Deliberate Indifference.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Defendant #1 Dr. Sreedhar Polavarapu, Md, FCC Beaumont,'s Deliberate Indifference to serious medical needs violated Plaintiff's rights and Constituted cruel and unusual punishment under the Eighth Amendment to the United States Constitution by:

  1) deliberately and knowingly delayed and denied emergent care on numerous occasions, on a consistent basis, when Plaintiff was in serious distress and presented a serious medical need.

  2) deliberately and knowingly dismissed free world doctor's prescriptions for XHance and Advair, causing harm by denying a prescribed medication and substituting it for an ineffective one for no medical reason or penological interest.

  3) deliberately and knowingly dismissed and/or denied COVID testing, despite Plaintiff presenting with symptoms, numerous times, as early as December, 2021, on a continuous basis until, on/about April 4, 2023.

See Memorandum in Support; Declaration of Vernon Ray Stiff

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments. Cite no cases or statutes.

Compensatory damages of $33,000,000.00 and Punative damages of $7,100,000.00

Injunctive relief to address failures that enabled pattern of constitutional violations. (See Memorandum in support of Complaint)

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Vernon Ray Stiff

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

FBI 968551

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?      YES  XX  NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1.   Court that imposed sanctions (if federal, give the district and division): _____

  2.   Case number: _____

  3.   Approximate date sanctions were imposed: _____

  4.   Have the sanctions been lifted or otherwise satisfied?                      _____YES  _____NO

4) deliberately and knowingly omitted, or failed to document numerous sick calls, or visits in distress, leaving the record missing critical evidence of plaintiff's complaints of distress, severe asthma attacks, and prescribed nebulizer treatments.

5) deliberately and knowinly dismissed free world Infectious Disease Control Specialist's orders to give plaintiff a CAT-Scan every time Plaintiff presented with symptoms.

6) deliberately and knowingly dismissed free world Infectious Disease Control Specialist's orders to give Plaintiff IV/Pick line antibiotic, not oral antibiotic because Plaintiff's lobectomy, and susceptibility to pseudomonas pneumonia made Plaintiff oral-antibiotic resistant, and gave Plaintiff oral antibiotic treatment, causing plaintiff additional suffering due to the ineffectiveness of treatment.

7) deliberately and knowingly made false claims on Plaintiff's medical records.

8) deliberately and knowingly allowing enough conflicting information to remain on Plaintiff's medical records, deliberately withholding his duty to correctly report, or correct the report that clearly held erroneous information existed, which resulted in further protracting Plaintiff's injuries, or causing new ones to manifest, causing additional injury and suffering, exacerbating the suffering Plaintiff experienced leading up to, during and after serious medical needs arose.

9) deliberately and knowingly manipulated, falsified, omitted or deleted Medical Records, or enabled staff to do so, under his direction in order to mislead or understate plaintiff's injuries, suffering, or complaints, or cries for help in order to worsen his condition, or prolong his suffering.

10) deliberately and knowingly manipulated with and interfered with plaintiff's Administrative Remedy Process, for the purpose of delaying or hiding his own courses of actions that were detrimental to plaintiff's claims of false reporting, omissions, and refusal of emergent medical care, or Defendant's own misleading actions and omissions, thereby creating a situation that furthered Plaintiff's harm by denying Plaintiff injunctive relief, protracting his suffering.

Defendant #2 Travis Freeman, LVN, FCC Beaumont's deliberate indifference to serious medical needs violated Plaintiff's rights and constituted cruel and unusual punishment under the Eighth Amendment to the United States Constitution by:

1) deliberately and knowingly delayed and denied emergent care, on numerous occasions, on a consistent basis, when Plaintiff presented to Defendant, fever, cough, severe asthma attacks, shortness of breath, sweating, and severe hemoptysis, causing and protracting multiple life-threatening events.

2) deliberately and knowingly dismissed doctors' prescriptions for XHance and Advair, causing harm by denying a precribed medication and substituing it for no medical or penological interest, creating a serious medical need.

3) deliberately and knowingly dismissed and/or denied COVID testing despite Plaintiff presenting with symptoms, numerous times, as early as December, 2021, on a continuous basis, until on/about April 4, 2023.

4) deliberately and knowingly omitted, or failed to document numerous sick calls, visits in distress, leaving the record missing critical evidence of Plaintiff's complplaints of distress, severe asthma attacks, and prescribed nebulizer breathing treatments.

5) deliberately and knowingly dismissed free world Infectious Disease Control Specialist's orders to give Plaintiff a CAT-Scan every time Plaintiff presented with symptoms.

6) deliberately and knowingly dismissed free world Infectious Disease Control Specialist's order to give Plaintiff IV/Pick line antibiotic, not oral antibiotic because Plaintiff's lobectomy, and susceptibiity to pseudomonas pneumonia made plaintiff oral antibiotic resistant, and gave Plaintiff oral antibiotic treatment, causing Plaintiff additional suffering due to the ineffectiveness of treatment.

7) deliberately and knowingly made false claims on Plaintiff's medical records.

8) deliberately and knowingly withholding her duty to correctly report, or correct the report that clearly held erroneous information existed, which resulted in further protracting plaintiff's injuries, or causing new new ones to manifest, causing additional injury and suffering.

Defendant #3 Ronald Denham, LVN,'s deliberate indifference to serious medical needs violated Plaintiff's rights and constituted cruel and unusual pinishment under the Eighth Amendment to the United States Constitution by:

1) deliberately and knowingly delayed and denied emergent care on numerous occasious, on a consistent basis, when palintiff presented a serious medical need. (on or about December, 2021, to April 13, 2023)

2) deliberately and knowingly dismissed doctors' precriptions for X Hance and Advair, causing harm by denying a prescribed medication, and substituting it for no medical reason or penological interest.

3) deliberately and knowingly dismissed and/or denied COVID testing despite Plaintiff presenting with symptoms, numerous times, as early as December 2021, on a continuous basis, until on/about April 4, 2023.

4) deliberately and knowingly omitted, or failed to document numerous sick calls, visits in distress, leaving the record missing critical evidence of Plaintiff's serious medical needs, and regular prescribed nebulizer treatments.

5) deliberately and knowingly dismissed free world Infectious Disease control Specialists orders to give Plaintiff a CAT Scan every time Plaintiff presented with symptoms.

6) deliberately and knowingly dismissed free world Infectious Disease Control Specialist's orders to give Plaintiff IV/pick line antibiotic, not oral antibiotic bacuse Plaintiff's lobectomy and susceptibility to pseudomonas pneumonia made plaintiff oral antibiotic resistant, and gave plaintiff oral antibiotic treatment, causing  Plaintiff additional suffering due to the ineffectiveness of treatment.

7) deliberately andknowingly made false claims on Plaintiff's medical records.

Defendant #4 A. Lynd, NP's deliberate Indifference to serious medical needs violated Plaintiff's rights and constituted cruel and unusual punishment under the Eighth Amendment to the United States Constitution by:

1) deliberately and knowingly delayed and denied emergent care on numerous occasions, on a consistent basis, when plaintiff presented to Defendant symptoms of serious medical need, on or about December, 2021 to April, 2023.

2) deliberately and knowingly dismissed doctors' prescriptions for XHance and Advair, causing harm by denying a prescribed medication, and substituting it for no medical reason or penological interest, causing occasions of serious medical distress and serious medical need.

3) deliberately and knowingly dismissed and/or denied COVID testing, depite Plaintiff presenting with symptoms, numerous times, as early as December, 2021, on a continuous basis, until on/about April 4, 2023, protracting Plaintiff's serious medical distress and serious medical need.

4) deliberately and knowingly omitted, or failed to document numerous sick calls, or visits in distress, leaving the record missing critical evidence of Plaintiff's serious medical distress, serious medical need, and critical visits requiring a record of administration.

5) deliberately and knowingly dismissed free world Infectious Disease Control Specialist's orders to give Plaintiff a CAT-Scan every time Plaintiff presented with symptoms.

6) deliberately and knowingly dismissed free world Infectious Disease Control Specialist's orders to give Plaintiff IV/pick line antibiotic because Plaintiff's lobectomy, and susceptibility to pseudomonas pneumonia made Plaintiff oral resistant, and gave Plaintiff oral antibiotic treatment, causing Plaintiff additional suffering due to the ineffectiveness of treatment.

7) deliberately and knowingly made false claims on Plaintiff's medical records.

8) deliberately and knowingly allowing enough conflicting information to remain on Plaintiff's Medical Records, deliberately withholding her duty to correctly report, or correct the report that clearly held erroneous information existed, which resulted in further protracting Plaintiff's injuries, or causing new ones to manifest, causing additional injury and suffering.

Defendant #5 L. Carson's deliberate indifference to serious medical needs violated Plaintiff's rights constituted cruel and unusual punishment under the Eighth Amendment to the United States Constitution by:

  1) deliberately and knowingly delayed and denied emergent care on numerous occasions, on a consistent basis when plaintiff presented to Defendant with symptoms of serious medical need, on or about December, 2021 to April, 2023.

  2) deliberately and knowingly dismissed free world doctor's prescription for X Hance and Advair, causing harm by denying a prescribed medication, and substituting it for no medical reason and no penological interest.

  3) deliberately and knowingly dismissed and/or denied COVID testing, despite Plaintiff presenting with symptoms, numerous times, as early as December, 2021, on a continuous basis, until on/about April 4, 2023, protracting Plaintiff's serious medical distress and seious medical need.

  4) deliberately and knowingly omitted, or failed to document numerous sick calls, or visits in distress, leaving the record missing critical evidence of Plaintiff's serious medical distress, serious medical needs, and critical visits requiring a record of administration.

  5) deliberately and knowingly dismissed free world Infectious Disease Control Specialist's order to give Plaintiff a CAT-Scan every time Plaintiff presented with symptoms.

  6) deliberately and knowingly dismissed free world Infectious Disease Control Specialist's orders to give Plaintiff IV/Pick line antibiotic, not oral antibiotic because plaintiff's lobectomy and susceptibility to pseudomonas pneumonia made plaintiff oral antibiotic resistant, and gave plaintiff oral antibiotic treatment, causing Plaintiff additional suffering due to the ineffectiveness of treatment.

  7) deliberately and knowingly made false claims on Plaintiff's medical records.

  8) deliberately and knowingly allowing enough conflicting information to remain on plaintiff's medical records, deliberately withholding her duty to correctly report, or correct the report that clearly held erroneous information existed, which resulted in further protracting Plaintiff's injuries, or causing new ones to manifest, causing additional injury and suffering.

Defendant # 6 Lieutenant (Doe)'s deliberate indifference to serious medical needs violated Plaintiff's rights and constituted cruel and unusual punishment under the Eighth Amendment to the United States Constitution by:

  1) deliberately and knowingly delayed and denied emergent care, on numerous occasions, when Plaintiff presented to Defendant a clearly serious medical need, (on or about February 18, 2023 to February 19, 2023)

  4) deliberately and knowingly omitted, or failed to document all pertinent facts, truthfully, Plaintiff's distress, during a serious medical need, on or about February 18, 2023, to February 19, 2023, creating a false report of the facts in the events, hindering Plaintiff's ability to be provided appropriate medical care during a life-threatening event, causing plaintiff further injury.

  7) deliberately and knowingly made false claims verbally, to plaintiff, during a serious medical need, and false claims in reporting in the Institution's event log, protracting Plaintiff's injuries by attempting covering up Defendant's serious medical needs, and Defendant's lack of emergent response to situation, which protracted the time Plaintiff spent suffered during a life-threatening event.

Defendant # 9 Warden Thomas, FCC Beaumont's deliberate indifference to serious medical needs violated Plaintiff's rights and constituted cruel and unusual punishment under the Eighth Amendment to the United States Constitution by:

  1) deliberately and knowingly enabled, permitted, or ignored, acts and omissions by Defendant Thomas, and by Staff under Defendant's direction, and knowingly permitted, enabled, omitted, or denied emergent care during Plaintiff's life-threatening event, and serious medical need.

  2) deliberately and knowingly ignored, enabled, or permitted staff under Defendant's direction to withhold prescribed medication, and substitute for ineffective medication, which caused plaintiff unnecessary pain and suffering, as well as protracting his serious medical need for no penological reason.

3) deliberately and knowingly permitted, enabled, ordered, staff under his care by intentionally placing Plaintiff's life at risk, and protracting his suffering, which was created by a serious medical need, when Defendant ordered, permitted, allowed, or enabled staff to deny or delay COVID-19 testing when Plaintiff has clearly presented symptoms, and serious medical need.

4) Defendant deliberately or knowingly permitted, ordered, or enabled staff under Defendant's direction to omit, or fail to document numerous sick calls, events of serious medical need, Plaintiff presenting symptoms of distress, and prescribed nebulizer treatments.

5) Defendant deliberately and knowingly permitted, ordered, or enabled staff under Defendant's direction to deny, or delay prescribed CAT-Scan when Plaintiff presented with symptoms, exacerbating plaintiff's suffering, withholding or delaying critical treatment during a clearly serious medical need.

6) Defendant deliberately and knowingly enabled, permitted, ordered staff under Defendant's direction to deny, or delay prescribed IV/Pick line administration of antibiotics, and instead permit, allow, enable, staff under Defendant's direction to substitute a cheaper alternative, oral antibiotic, which was proven ineffective in the past, and in Plaintiff's medical record, which plaintiff endured protracted suffering and infection during a serious medical need, for no medical reason, or penological interest.

7) Defendant deliberately and knowingly allowed, permitted, enabled, ordered, or committed same acts and omissions, by ignoring, permitting, enabling, staff under Defendant's direction to omit, or delete information, manipulate, falsely report, or delete records that stated Plaintiff's serious medical needs, in order to understate Plaintiff's Serious medical needs.

8) Defendant deliberately and knowingly enabled, permitted, ordered, or ignored staff under Defendant's care, or committed these acts on his own, to ignore, and fail to correct misinformation that existed in plaintiff's record, and permitted this misinformation to exist, placing Plaintiff in further harm, by permitting erroneous information to exist on the record, causing a level of care not suitable for plaintiff, and the failure to provide adequate medical care during a life-threatening event, which was a serious medical need.

9) Defendant deliberately and knowingly allowed, enabled, permitted, staff under his direction, or committed the acts and omissions on his own, to deliberately and knowingly manipulate, falsify, delete, or omit Medical Records, to understate Plaintiff's injuries, suffering, complaints, or cries for help, in order to deny or delay care, in order to worsen or protract Plaintiff's suffering, without any medical reason or penological interest.

10) Defendant deliberately and knowingly allowed, enabled, permitted,  staff under his direction, or committed the acts on his own, to manipulate, falsify, omit, delete, delay or deny administrative remedies, which were the Plaintiff's only legal means of injunctive relief, at that time, whereas the Defendants interfered with Plaintiff's administrative remedies, which were submitted for the purpose of obtaining adequate health care, warnings of dangers posed by the staff conduct, and petitions to change the denied or delayed health care, in order to avoid a life-threatening event to happen. And more than once, the Warden's acts and omissions regarding this issue cause additional suffering, due to protracted denials and delays of care, in a serious medical need.

Defendant # 10 Mr. Sonnier, Medical Director, FCC Beaumont's deliberate indifference to serious medical needs violated plaintiff's rights and constituted cruel and unusual punishment under the Eighth Amendment to the United states Constitution by:

1) deliberately and knowingly enabled, permitted, or ignored acts by Health Care Services personnel under his direction causing Plaintiff to suffer life threatening injury, pain and suffering

2) deliberately and knowingly failed to investigate claims by Plaintiff that Health Care Services personnel had falsified medical records in order to under report Plaintiff's serious medical needs.

3) deliberately and knowingly failed to correct errors Defendant knew existed, which jeopardized Plaintiff's life, by causing Plaintiff to receive injuries by denied, insufficient, substituted, and erroneous care for no medical reason and no penological interest.

4) deliberately and knowingly falsified facts brought to Defendant's attention by Plaintiff, on various occasions, which constituted acts and omissions of deliberate indifference committed either by Defendant or by personnel under his responsibility.

C. Has any court ever warned or notified you that sanctions could be imposed?    _____ YES xx   NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: _5-22-25_
           DATE

_Vernon R Stiff_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _22_ day of _5_ , 20 _25_ .
     (Day)          (month)       (year)

_Vernon R. Stiff_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MAY 3, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
      FORT WORTH ADMINISTRATIVE FMC     UNT: AUS-CAD      QTR: Z01-110LAD

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 1119710-A3
DATE RECEIVED  : NOVEMBER 28, 2022
RESPONSE DUE   : JANUARY 27, 2023
SUBJECT 1      : MEDICAL RECORDS
SUBJECT 2      :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MAY 3, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
      FORT WORTH ADMINISTRATIVE FMC    UNT: AUS-CAD    QTR: Z01-110LAD

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 1119710-A3
DATE RECEIVED  : NOVEMBER 28, 2022
RESPONSE DUE   : JANUARY 27, 2023
SUBJECT 1      : MEDICAL RECORDS
SUBJECT 2      :

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 24, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
      BUTNER LOW FCI    UNT: 2 GP    QTR: V10-044L
      P.O. BOX 999
      BUTNER,  NC 27509


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1179212-R1      REGIONAL APPEAL
DATE RECEIVED  : OCTOBER 23, 2023
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.   YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS         : YOU ARE IN THE MID-ATLANTIC REGION.

**U.S. Department of Justice**     Central Office Administrative Remedy Appeal

**Federal Bureau of Prisons**     *Notice: This is a Beaumont Low appeal. I been moved.*

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: **Stiff, Vernon R.**    **33655177**    **Vance B**    **Butner Low medical**
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL** This is an complaint about medical staff at Beaumont Low and the consistant grossly inadequate delays and treatment. I was not well when I came back from the hospital. I got very sick after being denied to go to the hospital for 3 days only to find ou after the case manager made medical nurse Mr. Freeman send me. I have severe sepsis, a P.E. (blood clot), severe shortness of breath, and Pseudamonas Pheumonia. The DR said I coul have died and when I made it back to Beaumont Low. On 4/21/23 I went to medical to see if the nurse Mrs. Lynd could do a culture on the mucus I was coughing up. An officer Taylor went back to ask if this could be done and Mrs. Lynd said I don't feel like being bothered with that or dealing with that right now and sent me back to the unit. Also on 4/19/23. I woke up with a mouth full of blood. The officer on duty let me go to medical. This was early in the morning before breakfast. When I arrived at medical I told nurse Freeman what happened and he told me that coughing up blood was normal in this area. I asked to be sent back to the hospital and Mr. Freeman said, I don't think so. I was being treated very indifferent after all the write I did about medical. I have no faith in the BOP to take care of me as this is a violation of my constitutional rights my 8th Amendment. please see exhibit all exhibits.

11/30/23     Please help me!     *[signature]*
DATE                                  SIGNATURE OF REQUESTER

**Part B—RESPONSE**

(11) no top paper

coughed up blood after coming from hospit Nurse Freeman said that's normal in this area

Note: I do not have a history of P.E. / blood clotting. check my Freeworld medi rec

_____              _____
DATE                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE       CASE NUMBER: _____

**Part C—RECEIPT**
                                      CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

_____                                            
DATE              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL     BP–231(13)
USP LVN                                                  APRIL 1982

STIFF, Vernon, R          Reg- 33655177          Date: 9-9-22

3-2          Continuation of Central Office Administrative Appeal

for Asthma) that I use 2 to 3 times daily. Not as a precaution but because I've been struggling to breath and having Asthma attacks. I had my worst attack on Aug 21, 2022. I don't beleave it was even documented when I went to medical. The DOJ has adopted the position that an inmate who presents with one of the risk factors identified by the CDC should be considered as having an "Extraordinary and compelling reason" warranting a sentence reduction. The Memorandum for the Director of Bureau Prisons from the Attorney General was ensuring Home Confinement/compassionate Release would be utilized and never stated anything about monitoring of At-risk inmates first or that if inmates have access to sick call that they do not qualify or won't be identified as At Risk Inmate. All Prisons have medical Health services. This has never been questioned. No hospital or infermary has been able to stop Covid 19. Which is why the Director of BOP was given the Memorandum from the Attorney General to get At risk Inmate out of harms way and sent me to a safe environment Where they will less likely catch covid. The Attorney Generals Memorandum exercised his authority Under the CARES Act directed all BOP prisons to identify At-Risk inmates who have Covid 19 risk factors, as established by the CDC. Inmates have died after having said they recovered (look at Exhibit Attached for Inmates who died much later after said they recovered) This means that I could still be at risk from last my infection. The BOP providing medical for at-risk inmates was Not apart of this Memo by the Attorney General. Only to identify At-risk inmates and send them home. Catching covid 19 multiple times like many have here in a crowed prison setting can lead to long term bodily harm like organ damage and breathing problems and harm your kidneys. I'm already having these problems and catching covid again can kill me or cause me more bodily harm. This is why I'm pleading with you to do the right thing and Correct The Clinical Chart Review in my prison medical records and honor the Memorandum by the Attorney General to identify me as an At-Risk Inmate per my medical records from the freeworld and illnesses. Also my care level was a 3 and when I got designated it was changed to a 2 but my illnesses have not got better. My Judge requested I go to Fort-worth medical Facility but because of the pandemic home is the safest place for me. Please correct The Clinical Chart Review. You can do this by looking at my free world medical records.

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Stiff, Vernon, R.    33655175    U8    Beaumont Low
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** I am asking for the Bureau of Prison's Health Clinical chart Review f compassionate release written by DR. Paravarapu to be corrected in my prison medical record DR. Paravarapu stated that I do not have any qualifying Criteria and stated my illnesses are not life threatening. This statement need to be corrected because it is inaccurate and misleading. My freeworld medical records were received the same day that this report was written so, my medical history was not known in it's totality. I have stage 3 kidney disease severe Asthma, C.O.P.d, I had a lobectomy, scarring of the lung tissue, ect. Note: See list of my medical illnesses. I am on the highest dose of Generic Advir which is a Corticoster which is combined with another long acting medication which is only taken by people with severe Asthma. Severe Asthma, Kidney disease, chronic lung disease are definately life threatening and especially when combined with covid. These are underlying health conditions and are justifyable/Qualifying Criteria for RIS consideration and indentify's me as a at-Risk Imate. I have also been issued a nebulizer machine (breathing machine —

10-20-22
DATE                    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
SEP 2 3 2022
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
NOV 2 8 2022
Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

**ORIGINAL: RETURN TO INMATE**

GENERAL COUNSEL

CASE NUMBER: 119710

**Part C—RECEIPT**

CASE NUMBER: 1119710-A2

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP-231(13)
                                                                          APRIL 1982
USP LVN

**RECEIVED**

FEB 22 2023

Warden's Office
FCC Beaumont (Low)

VERNON RAY STIFF, 33655-177    QTR: U06-015L
BEAUMONT LOW FCI    UNT: 2 GP
P.O. BOX 26025
BEAUMONT, TX 77720

Clinical chart review

Dr. P said I was resolved from covid
and said I had no qualifying criteria for
compassionate release and said my illnesses
are not life threatening. Asthma, copd, rece
pseudomonus pneumonia, stage 3 kidney
disease is life threatening
I also wrote a letter to health service
administrator Mr. sonier. He never responded
after I spoke to him.

```
VERNON RAY STIFF, 33655-177
BEAUMONT LOW FCI    UNT: UB    QTR: U06-015L
P.O. BOX 26025
BEAUMONT,  TX 77720
```

Received
7/20/22

**Administrative Remedy No. 1119710-A3**
**Part B – Response**

This is in response to your Central Office Administrative Remedy
Appeal wherein you allege you have underlying conditions that
qualify you for Reduction In Sentence (RIS) consideration.  For
relief, you request the chart review of your previous request
for compassionate release be corrected.

We note you are currently designated to an institution within
the Federal Correctional Complex (FCC) in Beaumont, Texas.  The
medical and dental care at FCC Beaumont is currently provided by
Wellpath as part of a comprehensive managed care contract.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Our succeeding review reveals on October 6, 2022, your
clinician provided another medical chart review and determined
your medical conditions are not life-threatening, therefore you
do not have justifiable/qualifying criteria for RIS
consideration at this time.  Given this, we shall defer
diagnostic testing and treatment interventions to the Health
Services staff at the local level.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.

Considering the foregoing, your appeal is denied.

February 8, 2023
Date

*A. Connors*
Ian Connors, Administrator
National Inmate Appeals

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 28, 2022

**RECEIVED**

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

OCT 1 2 2022

TO  : VERNON RAY STIFF, 33655-177
      BEAUMONT LOW FCI    UNT: 2 GP    QTR: U06-015L
      P.O. BOX 26025
      BEAUMONT, TX 77720

Warden's Office
FCC Beaumont (Low)

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1119710-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : SEPTEMBER 23, 2022
SUBJECT 1       : MEDICAL RECORDS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SUBMIT THE CORRECT NO. OF COPIES OF THE
                ATTACHMENTS (NEW DOCUMENTATION NOT CONSIDERED BY LOWER
                LEVELS). 2 AT INSTITUTION; 3 AT REGION; AND 4 AT CENTRAL
                OFFICE. THE NUMBER CITED INCLUDES YOUR ORIGINAL.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         EXHIBITS SPECIFIC TO YOUR BP11 ISSUES - 4 COPIES/4
                COPIES OF CONTINUATION PG. BP9 & BP10 REQUESTS - 1
                COPY. CLARIFY WHICH EXHIBITS ARE TO YOUR BP11.



U.S. Department of Justice

Federal Bureau of Prisons

*Sensitive !!*

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Stiff, Vernon, R__   __33655177__   __UB__   __Beaumont Low__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I am being told in two rejection letters that I didn't submit my request through an authorized person. I always give my BP 8 or 9 to my counselor or case manager. This request (BP8) was given to my counselor and was not returned. My evidence of that is attached, and has been attached to my BP9, and 10 and now it's attached to this BP 11. I stated at the top of my BP 8 that this is a duplicate because my original copy didn't come back to me so I do not have a signed copy. I don't understand why they have responded the way that they have. I followed all directions. I saw my BP8 on my counselors desk on 1 day and the counselor (K mack) said the unit manager had not signed it yet. I don't know what happened from there. It was not sent back to me. I also ask my counselor about the original BP8 when I received the rejection letter, and he said he turned in all my complaints when I gave them to him. I would like my stamps returned to me please, and I ask that this appeal is excepted. Also investigate why my request for an extension was turned down and made my mistake.

__2/14/23__
DATE

__Vn Stiff__
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

MAR 0 7 2023

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: _____

CASE NUMBER: _____

Return to: _____   _____   _____   _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

FPI-PEPR    PRINTED ON RECYCLED PAPER

Cover Sheet    Please read

I started this process over. I put in a BP8 and Mrs.Nevills called me to her office and she was upset and talking to ___ crazy, hollaring at me so loud people could here her down the hall screaming, "why do you keep putting my name in this about your stamps she said she is not giving me any stamps, and IF I put in a BP9 it won't get answered like the 8. I was told to go to my unit manager to have the stamps replaced because they do not have stamps in R&D. My unit manager is the only one authorized to give stamps. The BP8 I turned in to the counselor was given to Mrs. Nevills and she did not turn in or sign it to give it back to me and caused my BP 9,10 to get rejected. I attached the copy I made after 30 days. I fear retaliation from her. I was already told by her that my next BP9 will not be answered so I went ahead and sent this BPK to appeal the BP10. It is not my fault that my unit manager did not return my BP8 to me, and that is making it seem like I didn't turn in one, causing my appeals to be rejected. I would appreciate your help. It's one thing that I had $22 total in stamps ripped from two pieces of mail but when I asked her to let region and central know what happened and ask for me an extension, she said she not doing anything like that causing my mail to be late, because in my mail I made a complaint that Mrs. Nevills said I didn't qualify for Home Confinement because I'm a low, and I need to be a minimum, and this is not true. I mailed you (central) a copy of my appeal that stated her response inside. Please except this appeal.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 24, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
       CENTRAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
       BEAUMONT LOW FCI    UNT: 2 GP    QTR: U06-015L
       P.O. BOX 26025
       BEAUMONT,  TX 77720

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1144308-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED  : MARCH 7, 2023
SUBJECT 1      : OTHER MAIL COMPLAINTS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REMARKS        : REFER TO PREVIOUS REJECTION NOTICES. MUST FOLLOW
                 NORMAL APPEAL PROCESS, STARTING WITH INFORMAL
                 RESOLUTION.

Central Office Administrative Remedy Appeal

tment of Justice

Federal Bureau of Prisons    *Notice: This is a Beaumont Low appeal*

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: **Stiff, Vernon R.**      **3365517**      **Vance B**      **Butner Low**
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL I have filed about this situation at the institutional level and region and did not receive a response from the epg or the BPID. I had no way to prove that my appeal was received. After being transferred from Beaumont Low I went to Fort Worth and I was in the shu for several month "no shot" then refused to use the administrative process then I was in transit and this took a while and then I arrived Butner Low and I was being held back from using the administrative process until recently staff found out that I didn't have to be at Beaumont to finish this process. Upon receiving an answer back. The response said that my appeal had been received all the way up to region although I never received it back. I have proof that it has been received so I now am filing the BP11 to my complaint of how I could have died as I was refused medical treatment and hospitalization for 2 days of having large amounts of blood come out my mouth and nose and my case manager had to get involved and send me to the hospital. I would like to refer you to my BP8 for the original complaint exhibits attached also of this findings at the hospital as serious as this matter is it seem that no one cares as I have pleaded for help and have nearly lost my life on numerous occasions.

12-3-23
DATE    12-3-23                                SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED

DEC 1 8 2023

Administrative Remedy Section
Federal Bureau of Prisons

_____    _____
DATE                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

Part C—RECEIPT

                                          CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____    _____
DATE              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982
USP LVN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 4, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
      BUTNER LOW FCI    UNT: 2 GP    QTR: V10-044L
      P.O. BOX 999
      BUTNER, NC 27509


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1182851-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED   : DECEMBER 18, 2023
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,  REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REMARKS         : REFER TO BP9 REJECTION NOTICE.

TRULINCS 33655177 - STIFF, VERNON RAY - Unit: BML-U-B

------------------------------------------------------------------------------------------------

FROM: 33655177
TO: Health Services LOW
SUBJECT: ***Request to Staff*** STIFF, VERNON, Reg# 33655177, BML-U-B
DATE: 04/04/2023 10:36:37 PM

To: Mr frank health service administrator
Inmate Work Assignment: n/a

*L carson*

last night 4/4/23 i had an asthma attack. i asked for the nurse mrs lee to bring me a nebulizer but she said it would be an hour
so i walked when i got there she said they were out of nebulizers. my attack got worse as i sat there and she was trying to
figure out what to do.the day before 4/3/23 i talked to mrs lynd and she said there were no nebulizers and i ask her well what
am i going to do because i use nebulizers daily when i cant breath and after my pump will not work and i asked her so what will
happen when i have an attack and she said i dont know we will cross that road when we get there and now the next day at
7:40pm im in medical having an attack and i felt like i was going to die again . i didnt get relief until 10 minutes to 9pm. mrs lynd
had to have a few brought over from the medium and the officer had to give me a ride back to my unit to take the treatment
which took me using two nebulizers to calm down and informed mrs lynd that im still not well and coughing up thick yellow and
green mucus and im getting worse.this grossly inadequate treatment and delay are so consistant. this is one medicine i cant be
without.iam so scared that im going to die at this place something have to be done.

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Stiff, Vernon . R          33655177          Vance B      Butner Low medical
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

Part A—REASON FOR APPEAL I tryed to start over with this process in fort worth and was refused to use the administrative remedy process and here at Butner my counselor said he will not give me a BP8 or 9 For this because they cant help me and I explained Im trying to finish this process. At Beaumont when I file/turned in a BP8 it didn't come back. Medical never return any BP8 and sometime BP9 from the Warden which lead to staff treating me differently so I did a BP10 to region in fear of retali- and they were more concerned about the process than my health so I am now going forward with my appeal. I want to refer you to my BP10 for the original complaint and exhibit B. My email to Mr/ Frank in health services administrator. I hereby appeal the decision rendered on the basis for delibird indifference and grossly inadequate treatment and delays at Beaumont low I repeat and reiterate All arguments contained in my complaint/appeal BP9 copied as if copied in extenso herein. Thank you For your consideration in advance.

   10~1~23
   DATE                                SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED

OCT 16 2023

Administrative Remedy Section
Federal Bureau of Prisons

                                                                   GENERAL COUNSEL

    DATE

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: 1160293

Part C—RECEIPT

                                                     CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

    DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP-231(13)
                                                                     APRIL 1982
USP LVN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 6, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
      BUTNER LOW FCI    UNT: 2 GP    QTR: V10-044L
      P.O. BOX 999
      BUTNER, NC 27509


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1160293-A1    CENTRAL OFFICE APPEAL
DATE RECEIVED  : OCTOBER 16, 2023
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

*delay in treatment. No nebulizers, felt like I was going to die and so did officer on duty*

U.S. Department of Justice

Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Stiff, Vernon R          33655177       Vance P       Butner Low
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT         INSTITUTION

Part A—REASON FOR APPEAL The attached copies BP8 and 9 were not returned to me. These are copies of the complaints before they were signed. The BP10's were held back from me by region because I put "Sensitive" on the complaint as it was sensitive as I was afraid of retailiation. I resent the complaint and again they were not returned to me so Iam going forward wit the administrative remedy. Region have the case # to my complaints because region kept them. There were only two times region has kept my complaints. One was home-confinement and the other was the 4 complaints that I labeled "Sensitive". That will be the easy way to find or match the case # to these complaints. I have had my mail tampered with. The envelope I sent home was busted open and papers are missing. I would like to refer you to BP 8 9 and 10 for original complaint I hereby appeal the decisis rendered on the BP10's on the basis of grossly inadequate treatment and delays at BML. I repeat reiterate all arguments contained in my BP 8, 9, and 10 as copied in extenso herein. Thank you for your consideration This is a Beaumont Low complaint/appeal

9-30-23                                    [signature]
DATE                            SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED
OCT 19 2023
Administrative Remedy Section
Federal Bureau of ...

_____                    GENERAL COUNSEL
DATE

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 1155180

Part C—RECEIPT
                                CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                    _____
DATE                  SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

                                              BP-231(13)
USP LVN                                        APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 6, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
      BUTNER LOW FCI    UNT: 2 GP    QTR: V10-044L
      P.O. BOX 999
      BUTNER,  NC 27509


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1155180-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED   : OCTOBER 19, 2023
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

*Prolonged Delay in treatment for an asthma*
*cold attack felt like I was going to die. Negl*



**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __STIFF Vernon Ray__ _____ __33655/77__ __ __4B__ __ __Beaumont Low__ __
           LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT         INSTITUTION

**Part A - REASON FOR APPEAL** I am appealing my BP10 decision, I submitted requesting my stamps to be returned to me after R&D mistakenly snatched them off and this mail was held back and did not go out. I repeat and reiterate all arguments contained in my BP8, 9, and 10 as If copied _in extenso_ herein.
Thank you for your consideration.

__4/17/23__ ____
    DATE                                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

APR 2 6 2023

Administrative Remedy Section
Federal Bureau of Prisons

____
DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE         CASE NUMBER: ____

**Part C - RECEIPT**

CASE NUMBER: ____

Return to: ____
        LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT         INSTITUTION

SUBJECT: ____

____
DATE                         SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI-PEPR         PRINTED ON RECYCLED PAPER                          BP-231(13)
                                                              JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 5, 2023


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
      FORT WORTH ADMINISTRATIVE FMC    UNT: AUS-CAD    QTR: Z01-110LAD
      3150 HORTON ROAD
      FORT WORTH,  TX 76119


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID     : 1153838-A1    CENTRAL OFFICE APPEAL
DATE RECEIVED : APRIL 26, 2023
SUBJECT 1     : POSTAGE
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Stiff, Vernon, R          33655177     Vance B     Butner Low medical
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.       UNIT        INSTITUTION

Part A—REASON FOR APPEAL My complaints/appeals have been held back and not returned. I have waited an have not received several of my medical complaints. The attached copies BP 8,9,10 were not returned to me. There are copies before I sent them out. There were sent out twice. The BP10's were held back by region because I labeled them "Sensitive" as it was because I was afraid of retaliation. I resent the appeals and still no return so I am going forward with the appeals following the sensitive appeal being held at region. I'm not able to offer the paper region sent me to attach to this because it's missing. Region have the case # to my appeals. There is only 2 other region has kept my appeals for sensitive reasons. one was home confinement the other were these complains/appeal I mailed off at the same time, in the same envelope that I labeled "sensitive". That will be the easy way to identify the case # to match with these appeals. I have had my mail tampered with an refused to use the administrative process especially in Fort Worth medical. I appeals I mailed home the envelope was busted open and papers were missing and when I came from the hospital. I would like to refer you to BP 8,9,10 for the original complaint. I hereby appeal the decision rendered on the BP10's as sensitive on basis of grossly inadequate treatment and delays at Beaumont Low. I repeat and reiterate all arguments contained in my BP 8,9,10 as if copied in extenso herein. Thank you for your consideration. This is Beaumont Low complaint/appeal.

9/30/23                                    V~ Stiff
DATE                                    SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED
OCT 18 2023
Administrative Remedy Section
Federal Bureau of Prisons

_____          _____
DATE                     GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE              CASE NUMBER: 1155176

Part C—RECEIPT
                                        CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                         _____
DATE                                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                      BP-231(13)
                                                            APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 6, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
      BUTNER LOW FCI    UNT: 2 GP    QTR: V10-044L
      P.O. BOX 999
      BUTNER, NC 27509

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 1155176-A1    CENTRAL OFFICE APPEAL
DATE RECEIVED    : OCTOBER 19, 2023
SUBJECT 1        : OTHER COMMUNITY PROGRAMS
SUBJECT 2        : MEDICAL CARE - IMPROPER OR INADEQUATE
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

*My machine was taken from me because the machine in medical was broken during the time I had staph on my lungs and pneumonia. I had an attack and was given a broke machine. Delay in treatment neglect. Thought I was going to die and so did officer*

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attach-
ments must be submitted with this appeal.

From: Stiff, Vernon . R    33655177    Vance B    Butner Low
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** My Complaints have been held back and not returned. I have waited and
have not received several of my medical complaints. The attached copies BP 8, 9, 10 were not returned
to me. These are copies of the complaint or appeals before they were signed. These were sent twice. The BPIO's
were held back from me because I labeled them "sensitive" as it was as I was afraid of retaliation. I
resent the complaints and again they were not returned to me so I am going forward with the app
as region has kept the BPIO's. Region have the case #'s to my appeals. There were only 2 times region
has kept my appeals. one was home confinement and the other was 4 complaints/appeals which were
there I mailed off at the same time in one envelope that I labeled "sensitive". That will be the easy v
to identify the case # to these appeals. I have had my mail tampered with and refused to use the
administrative process especially in Fort Worth Medical. The envelope I mailed home was busted open
and papers were missing and when I came from the hospital, I would like to refer you to BP 8, 9, 10 fo
the original complaints. I hereby appeal the decision rendered on the BPIO's or sensitive on the basis of
grossly inadequate treatment and delays at Beaumont Low. I repeat and reiterate all arguments
contained in my BP8, 9, 10 as if copied in extenso herein. Thank you for your consideration ~
This is a Beaumont Low complaint/appeal.

9/30/23
    DATE                                                SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

OCT 19 2023

Administrative Remedy Section
Federal Bureau of Prisons

_____
    DATE                                        GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                      CASE NUMBER: 1152681
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part C—RECEIPT**
                                                CASE NUMBER: _____

Return to: _____
                LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____
    DATE                        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                                BP-231(13)
                                                                        APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 6, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
      BUTNER LOW FCI     UNT: 2 GP    QTR: V10-044L
      P.O. BOX 999
      BUTNER,  NC 27509


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID     : 1152681-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED : OCTOBER 19, 2023
SUBJECT 1     : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

After catching covid. I was still sick not resolved
which lead to me having staph on my lungs and pneumo
Mrs. Lynd said my list of symptoms were too long and sen
me back to my unit this delay in treatment lead to me
being very sick

Continuation.

There have been inmates died from covid after medical said recovered like inmate Adrian Solarzano who was housed at Terminal Island or Inmate, Dwight Pearson who was said to be resolved following the completion of medical isolation and presenting with no symptoms died from covid months later. There are people that have died a year later from covid19, so why am I being told I recovered when I didn't when the DR. said I did and I am still suffering from covid related illness es and why are my request for home confinement being rejected because it was said I recovered from covid 19 when It is public knowledge that I can still relapse or die as others have, especially with my multiple health conditions that put me at high risk but for some reason is not being acknowledged. How bad do my health have to get? I would be willing to wear a monitor. I have attached my release plan. Please don't allow me to die in prison when it can be avoided. look at my records. Can't you see that my health is getting worse? My family is concern, people outside of medical at this unit is concerned for my health especially after coughing up so much blood and being refused to go to the hospital and then passing out 3 times the following day and still being refused by DR. Paravarapu. Until my case manager was made aware of what was going on and took a look at me and did something about it and that's how I got to the hospital and found out I had a blood clot in my lung and sepsis and shortness of breath. I was told by my DR at the hospital that I could have died. These are grossly inadequate treatment and delays and they have been consistant. I should be "put back to a care level 3 and the question is why was I ever changed to a 2? My medical situation hasn't gotten better. I've been getting worse. I have been pleading and begging for relief from harms way. This is a germ infested, unsanitary with molded showers and inmates passing around different colds and viruses and I can not handle being sick all the time as I have been with my already damaged kidneys and severe asthma. It is known all over this compound that I am not well and I haven't been well in a long time. I need my DR.s on the outside to get me back to a stable point and get the medical care I'm not going to get in here. These are extraordinary and compelling reason that should qualify me to be release to home confinement. Please help me! While in the hospital the DR. educated me more on copd and covid. I already knew how deadly this disease is but not the extent that the DR. at the hospital explained how deadly this disease is especially combined with covid19. Please read the attached exhibit A , during the time I first started my request. My health has gotten worse, just as I predicted. If I do not get the treatment I need, that I can only get from my free world dr. I fear I will die as my copd pregresses as I am still not well. The P.E (blood clot) and cop.d are both serious and have added to my list of other underlying health conditions. I do not even know what stage I am at for copd. I do know that stage 4 is terminal. There is not a plan for my copd by DR. Paravarapu. This is not joke, manipulation or a game. This is my life and it is very serious.

3-9-23

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **Stiff Vernon, R**    **33655177**    **UB**    **Beaumont Low**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL  I am appealing my home confinement request. I'm being told to follow directions I have followed all directions but it seem that the directions for home confinement are not being followed y staff. I am asking for home confinement for medical reasons per my under lying health conditions. I caught ovid and was not resolved when said I was, and medical is using or saying I recued as to say I won't catch ovid again. As stated in U.S. V. Yellin, No. 3:15-cr-3181-BTM-1, 2020 WL 3488738 at *3 (SD, cal., June 26, 2020) he court made it clear that simply announcing that an inmate has "recovered" by the BOP, does not mean that one is ompletely safe from the virus. I still have shortness of breath and suffered long haulers ovid and pnuemonia and sty n my lungs, the injury to my lungs by blood clot and sepsis and pseudomonas pnuemonia and I'm still not well along with my underlying health conditions, severe asthma, stage 3 kidney disease, a lobectomy and scarring of the ing ect. I might relapse or get re-infected with covid and the next round would be fatal or more severe because f my medical conditions (Exhibit E) this would put me at high risk. This is a extraordinary compelling ircumstance. I have underly health conditions per CDC guildline that say I'm at risk. The question is shy I haven't been identified per eny of my conditions? The DR Parayarapu has displayed an explicit bia oward me and a intentional indifference to my medical needs. Any 3rd party outside DR. would disagree with hi pinions he has given based on my existing and new health problems. His opinion is putting my life at risk. DRs at he hospital said I could have died from the blood clot or sepsis. Do not look at his opinion go by the CDC, or utside DRs

3-9-23    over →
DATE    SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED
MAR 0 9 2023
Section
Ac       Bureau of Prisons

_____    _____
DATE    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

Part C - RECEIPT
CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI-PEPR    PRINTED ON RECYCLED PAPER    BP-231(13)
JUNE 2002

| Inmate Name:  STIFF, VERNON RAY | | | Reg #:  33655-177 |
|---|---|---|---|
| Date of Birth:  02/05/1973 | Sex:  M  Race: BLACK | | Facility: BML |
| Encounter Date: 02/24/2023 23:32 | Provider:  Carson, L. LVN/IDC | | Unit:  U06 |

**Pulmonary**
    **Observation/Inspection**
        Yes: Within Normal Limits
    **Auscultation**
        Yes: Clear to Auscultation
**Cardiovascular**
    **Observation**
        Yes: Within Normal Limits

**<u>Comments</u>**
    gave nebulizer tx as ordered and issued pyxis apixaban with instructions and education sheet about medication.

**ASSESSMENT:**

    Other

    inmate arrived back from Baptisti Hospital
    paperwork given to nursing has lab results (seed doc mgr and copy of paperwork left on desk of provider),
    recommendations for continuation of the following meds:famotidine-20mg PO At hs last dose given given Feb 23,2023
    fluticasone/salmeterol 500/50 mcg take one inh twice a day
    ipratropium-albuterol neb 0.5-2.5 mg/3ml cont. taking same as home
    montelukast-take 10 mg every evening
    Vitamin D 5,000 unit-take 5000 UN po every Sunday
    Albuterol sulfate HFA Inhalation Aerosol solution 108 (90 Base) Mcg/Actptake 2 puf inhalation TID
    Ipratropium Bromide Nasal solution 0.06%-take one pud both nostrils TID last dose given Feb 24, 2023
    New recommendation for Apixaban 10 mg PO BID for 5 days, then 5mg PO BID
    Call to provider to notify of the return of the inmate, the vs and the allergy to sulfa and the Hospital recommendations per
    the paperwork.
    Order for Apixaban approved and pulled from pyxis.  THere is not enough in the pyxis bottle to last until Monday.
    scheduled for nursing to pull another bottle on Sunday
    Other

    Lab results include Chest xrays, EKGW , CTA chest, Bilat Venous ultra sound for DVT, hematology , cbc, NRBC % ABS
    Neut, blood gases, and more.

    teaching paperwork returned with escorting officer :

    Hemoptysis,
    PE, Shortness of breath, Community Acquired Pneumonia, adult

    patient problems listed
    code 706870000 Acute pulmonary embolism
    233604007 Pneumonia
    91302008 Sepsis
    66857006 hemoptysis
    267036007 Dyspnea

**PLAN:**
**New Medication Orders:**
| Rx# | Medication | Order Date |
|---|---|---|
| | Apixaban Oral Tablet | 02/24/2023 23:32 |
| | **Prescriber Order:**  10 mg Orally -  Two Times a Day x 5 day(s) -- then 5 mg bid after that | |
| | Start Now:  Yes | |

Cover Sheet

I would like to present new information that was not available at the time I started my request for Home confinement. On 2-18-23 I had blood coming out of my mouth and nose like water. The unit officer Mrs. Howard called medical. No one came to get me so I had to walk over to medical. upon arriving at medical I was dizzy and the night nurse Mr. Denham viewed me with 2 hands full of blood and it kept coming up. Mr. Denham was going to send me to the hospital and when he called DR. Paravarapu he was told not to send me because I wasn't compramized". Mr. Denham told the DR. that he was concerned with the amount of blood I have coming up and the DR. still said no. I was given a steroid shot and sent back to my unit U3 while still coughing up blood. This happened around 10pm and I was scared to go to sleep. The next day 2-19-23 I was coming from lunch and I couldn't breath and I passed out. I woke up to officers around me. I hit my head, neck, and shoulder when I fell I was taken to medical on a cart and I passed out again as I woke up in the back room. I was in and out of consciousness. I thought I was going to die. The nurse Mr. Freeman called DR. Paravarapu and told him what happened and that he saw the napkins with blood in the canister from the night before and the DR. still said do not send me to the hospital. I ask for the warden or a lieuttinent. The lieutinent showed up and I told him I need to go to the hospital and he said that's not how it goes. I was taken back to my unit. I was still in and out of consciousness. I arrived at my unit. I was helped inside and I passed out again on the floor. I don't remember how hard I fell or if I was placed on the floor. When I came too, nurse Freeman and inmates picked me up and placed me on the bed. I was coughing and blood was coming up and inmates helped me to the toilet to cough up the blood. I was helped back to my bunk and someone went to tell the case manager Mr. Hinkle and he spoke with Mr. Freeman after viewing me and hearing what happened he made Mr. Freeman send me to the hospital. I was told at the hospital after running some test that I could have died. I have a P.E. (blood clot in my lung), sepsis (blood poisoning), Psudemon neumonia, and shortness of breath. This DR. Paravarapu has displayed an explicit bias toward me and an intentional indifference to my medical needs. Any 3rd party outside DR. would disagree with his opinions he has given based on my existing, and new health problems. His opinion is putting my life at - risk which the BOP will be held responsible. His opinion need to be investigated, but that isn't happening instead when I make a complaint about him everyone who responds is leaning on his opinion which is mislead and inaccurate and has caused me injury that could have ended in my death. I am now on blood thinners for the rest of my life because of his opinion. This started with covid 19 which was not resolved when said I was, then long haulers covid now, that lead to me having styph and pneumonia on my lungs and now blood clots, Psuedamonas Pneumonia, sepsis, and shortness of breath. I already have severe asthma, co.p.d, stage 3 kidney disease. I had a lobectomy and scarring of tissue on existing part of my upper left lung ect. which are all underlying health conditions that put me at risk especially when combined with covid are also life threatening. his qualify me for Home confinement or ETS, and if not then who does? These are extraordinary and compelling circumstances. I need to go to a medical facility, but home is the safest place to get medical attention I'm not going to get in the BOP, and to avoid death as I'm still not well. co.p.d combined with covid can be deadly. Please read exhibit attached.
Please help!   [signature] K.R Saith

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 5, 2023


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : VERNON RAY STIFF, 33655-177
      BEAUMONT LOW FCI    UNT: 2 GP    QTR: U06-015L
      P.O. BOX 26025
      BEAUMONT,  TX 77720


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1148163-A1    CENTRAL OFFICE APPEAL
DATE RECEIVED  : MARCH 29, 2023
SUBJECT 1      : OTHER COMMUNITY PROGRAMS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REMARKS        : SEE 1126370

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Stiff, Vernon R.   33655177   UB   Beaumont Low
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** I Vernon Stiff explained in my BP10 the reasons why my BP10 was late. first I mailed it out in a timely manner. I was very sick with pneumonia and staphylococcus on my lungs and I made a mistake and put the senders address where the receivers address should be. I explained I have been experiencing confusion since catching Covid 19. My mail took about two weeks to come back to me to correct the address although this mail never left from Beaumont Low and when it came across someone in R&D, the mix up in the address was noticed and eventually made it back to me but, not before ripping off all my stamps. I ask my unit manage Mrs. Nevills to email someone at Region to inform them that my mail is now late, she refused. I explain to her all that happened and I relayed a message to her that the sargent in R&D said they don't have stamps and said to have Mrs. Nevills to call him so she can replace the stamps and the unit manager refused. This is causing my mail to be late and now I have to try and burrow some stamps and include in my BP10 a cover sheet explaining why my BP10 is late. My BP10 is a request for Home Confinement. ——> over

1-8-23
DATE           SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

JAN 24 2023

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 1126370

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN        Printed on Recycled Paper        BP-231(13)
APRIL 1982

# Exhibit list

. x-ray and lab receipts 3pg Exhibit A01-3 / cover sheet
. Request for Home confinement (4pg) BP8 Exhibit A1 - A4

. Letter from wife to warden / unit case manager / regional director (3
  Exhibit B1- B3
. my confinement Plan (1pg) Exhibit B4

. my current Physical medical Problems (1pg) Exhibit B5

. list of underlying health condition by CDC to indentify at risk Inmates(2
  Exhibit C1-C2  also kidney disease and covid can be fatal or sick
. Severe Asthma is life threatening (1pg) Exhibit D1

Examples of People granted compassionate release / Home confinement (pg2)
Exhibit E1 - E2
Information on Asthma can be fatal combined with covid 19 (pg3)
Exhibit F1 - F3
. Removal of the 8th factor, Prisoners do Not have to have 50% of time
  done to be considered for Home confinement or a R.I.S. (1pg) Exhibit G

Example of Inmate who "extraordinary and compelling reasons" exist
because of relapse or got re-infected with Covid 19. Reinfection can be
severe. Exhibit H (1pg)

. Attorney General Memorandum for Director of Bureau Prisons to release
  at - risk Inmates  Exhibit I (1pg)

10-13-22

My name is Vernon Stiff #3365577. I have new information I would like to add to my Exhibits that was not available when I created my BP8 or 9 or 10. On 10-5-22 I contracted a very bad respiratory infection related to me catching covid 19 in January 22. I was not resolved from covid when the DR said I was. I've been suffering from long haulers covid that went untreated (symptoms) which lead to this infection. On 10-12-22 I got my x-rays back. I have pneumonia and my culture stated I have Staphylococcus on my lungs (Exhibit AO) Iam very sick right now. I'm being given antibiotics and if they don't work they will try something else. I hope this do not trigger my reoccuring Pseudomonas as I do not have adequate blood flow or oxygen on my left side where I had the lobectomy. I can not handle being reinfected again. I'm really worried about my already damaged kidneys and remaining portion of my lungs. What will it take for someone to see that Iam at-risk per my underlying health conditions. I don't want to die or keep being infected. Please transferr me home to my family so that I can get proper care as no one can stop me from catching covid again here in this unsanitary and congregated setting. I would like to add the Southeast Texas Imaging report and the Labcorp report to my Exhibits. Iam putting this packet together the best I can. I have a fever and chills so please bare with me. Everything on the reject list has been satisfied.

   I submitted all exhibits in my BP8 and 9 but they were refused by my old unit manager and the new
• Note: my unit manager would not let me include AND the documents I wanted to include
   in my BP8 She told me I dont need them and took them out. My BP-9 also
Note: Also (Exhibit AO) is not a new issue. This is to inform you that my medical issues have progressed
   into something worst from being untreated and not being identified as at-risk, to be placed on
   home confinement to avoid reinfections, rather it be long haulers covid or reinfections of covid
   or related respiratory issues. Iam also asking for flexibility and consideration to be given to accept
   my appeal because of my problematic issue which is medical treatment (sensitive submissions 542.17)
   Keeping in mind the major purposes of this program are to solve problems and be responsive to inmate
   raised issues as Iam not well and doing the best I can. However, all rejected issues are satisfied
   and Iam concerned about retaliation.                                    V. L. Stiff

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: FEBRUARY 13, 2023

**RECEIVED**

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

FEB 2 8 2023

TO  : VERNON RAY STIFF, 33655-177
      BEAUMONT LOW FCI     UNT: 2 GP     QTR: U06-015L
      P.O. BOX 26025
      BEAUMONT,  TX 77720

**Warden's Office
FCC Beaumont (Low)**

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1126370-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED  : JANUARY 24, 2023
SUBJECT 1      : OTHER CLASSIFICATION MATTERS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

UNITED STATES DISTRICT COURT
              EASTERN    DISTRICT OF TEXAS
                        Beaumont division

VERNON RAY STIFF,
    Plaintiff,

v.                    Case no:_____

DR. SREEDHAR POLAVARAPU, MD. (MEDICAL DOCTOR):
TRAVIS FREEMAN, LVN., NURSE;
RONALD DENHAM, LVN., NURSE;
A. LYND, LVN., NURSE;
L.CARSON, LVN., /IDC., NURSE;
LIEUTENANT (Doe), FCC BEAUMONT;
UNITED STATES OF AMERICA;
FEDERAL BURESU OF PRISONS;
WARDEN THOMAS, FCC BEAUMONT,
MR. SONNIER, MEDICAL DIRECTOR, FCC BEAUMONT
        Defendant(S).

## DECLARATION OF VERNON RAY STIFF
### IN SUPPORT OF CIVL ACTION AGAINST ABOVE DEFENDANTS

VERNON RAY STIFF, Plaintiff, acting pro se, in the above captioned case Declares the following:

My name is Vernon Ray Stiff. I am currently serving my federal sentence at Low Security Correctional Institution, PO Box 999, Butner, NC,  27509. My Federal Reg number is: 33655-177

During the period of October 15, 2021 through 2023, I was housed at FCC Beaumont, in Beaumont Texas.

1) A serious medical need is diagnosed by a physician as mandatory treatment, or one is so obvious that a lay person would easily recognize the need for a doctor's attention. Large amounts of blood coming up through the mouth and nose in any amount is definitely compromised, and a serious medical need. In addition, having large amounts of blood, even more than a tablespoon coming up through both the mouth and nose is considered an emergency, that can lead to suffocation and death. In my case, the case manager, a "lay person", had to send me to the hospital against the Doctor's order in order to save my life, and because it was clear upon viewing me, that I needed a hospital, he called emergency services. (on or about February 18, 2023)

2)I can show that I suffered from a serious medical need that was left untreated by Dr.. Dr.  Polavarapu.

3) On or about October 15, 2021, I arrived at FCC Beaumont Low Correctional Institution.

4) Prior to arriving to the BOP, I had to take breathing treatments for severe asthma.

5)After My arrival, between October, 2021, and December, 2021, my attacks became worse, and more frequent, and there was a lack of urgency, because I never received immediate help. I begged medical department to supply me with a nebulizer, so that I wouldn't have to walk to medical during a severe attack, or suffer severe shortness of breath. When I arrived for my daily treatments, I was already in a full asthma attack. I was made to wait, with shortness of breath, until I was supplied the asthma treatment, for periods of 20 minutes on the average.

6)Before being transferred to Beaumont, I was a Care level 3 patient. At some point, before I was transferred to Beaumont, my care level was changed to Care level2. I did not know of this change, until I spoke with Mr. Nurse Freeman, after arriving at FCI Beaumont Low, in Texas.

7) After I arrived at FCI Beaumont Low, I had given warnings that I could get very sick if I catch COVID-19 to the medical staff, but I caught COVID-19 anyway. (On or about October, 2021 to January 2022)

8) I saw many inmates sick on the compound from December 28, 2021 to January 8, 2022.

9) I started feeling sick on December 28, 2021 to Jan. 9, 2022. I went to medical, on Jan 8, 2022, and was told I didn't have a fever. I asked for a COVID test, and was told, "NO"

10) On Jan. 9, 2022, I went to medical, and I had a fever of 100.1. I was given Tylenol, and told to come back the next day, since it was in the middle of the night. I still was not given a COVID test.

11) The BOP says I was resolved from COVID on January 25, 2022, but that is not true. I was still sick.

12) On January 10, 2022, I came back to medical, and Nurse Freeman said he didn't know what I was talking about. Nothing was in the computer about my visit the night before, and nothing was on record about having a fever. I was checked by Nurse Freeman, and he said he could tell I took something, which was Tylenol. I asked for a COVID test, and was denied, again.

13) two days later, Jan 12, 2022, nurse practitioner, Ms. Lynd, came to my unit to do COVID tests, because, at this point, there were too many inmates complaining about being sick. Many of the inmates tested positive. There were still plenty of inmates still sick, but didn't test positive, likely, because too much time had gone by, even though they were still sick.

14) The institution was on a 14 day quarantine. I was sick from January 12, 2022 to January 25, 2022. I could hardly walk, or get out of bed. Ms. Lynd, the nurse was aware. She gave me a nebulizer machine, now that I had COVID. I needed to be hospitalized. I was weak, and had severe shortness of breath.

15) On January 25, 2022, Ms. Lynd told everyone, we were clear, and "resolved" from COVID 19. I immediately let Ms. Lynd know, I still was not well, and that I needed to go to the hospital. She waved her hand at me, in a "whatever" gesture. She did not test anyone to see if they were still positive.

16) On January 26, 2022, I managed to make to sick call with help from another inmate, because I was too weak. She acted angry at me as if I should not be there, was dismissive, and rude. I perceived it as "callous indifference". I had a list of my symptoms, but when Ms. Lynd saw my list, she said, "No. This list is too long. It will take me forever to see you. You can go back to your unit and I will call you later."

17) I checked back with Ms. Lynd several times. I took nearly 2 weeks to get her to see me. I had an x-ray taken, and had pneumonia. I explained I needed to be monitored by CAT-scan, due to my medical history. This didn't happen. She said she hates it when people tell her an x-ray won't show what a cat-scan would. She said it was not true.

18) I continued to be sick, over the weeks that passed. I kept going to sick call. Jan. 2022 to February 2023.

19) I requested home confinement, on or about July, 13, 2022, and compassionate release. I was denied by the staff and warden.

20) I started administrative remedy for "many" appeals to medical regarding home confinement and compassionate release.

21) Dr. Polavarapu was asked to do a chart review concerning if I should be granted "reduction in Sentence" This Doctor lied on my chart. His response was misleading and incomplete. He said I was "resolved" from COVID, when I was not. He didn't

mention Stage 3, kidney disease, or the stage of my COPD, prostate issues. scarring on my lungs, or that I had a lobectomy, or how prone to infections I am, and why I keep getting infections, like "recurring pseudomonas pneumonia", "respiratory infections", because of the blockage in the remaining portion of my lung, or that the remaining portion was "not" getting adequate blood flow, all which put me at high risk from COVID-19. I felt, that anyone that read these diagnoses, even if they are no doctor, would compare them to what "high risk" individuals would need for medical problems, would easily believe, I am at a very high risk of serious infection, serious conditions, or even death, when compared to CDC warnings.

2

22) Instead, Dr. Polavarapu said I had no qualifying criteria to qualify for a reduction in sentence, and that I had not been identified as an at-risk patient.

23) I believe it was Dr. Polavarapu duty as a doctor, and as my primary care physician, who is in charge of my health care, to identify me as a high risk individual, and not deliberately ignore the truth.

24) This doctor was wrong. He still disagreed with my need to go to the hospital for having large amounts of blood coming up. He stated that this is in my medical records, and he states he will not consider me to be a Care Level 3. Although, his boss could clearly see this doctor was wrong, and he has been wrong about many things.

25) Misdiagnosing inmates, like myself, daily, that need more help than he can offer. This doctor is dangerous, I thought, and I had my life in his hands. I felt I might die in his care.

26) I started an administrative remedy, on or about 4/20/2022, about Dr. Polavarapu's chart review, for being full of lies, and being incomplete, which held me back from possibly getting relief. Medical staff never answered any of my BP-8's.

27) This doctor also diagnosed me as having COPD-asthma, overlapping syndrome. This was the first I heard of having COPD

28) I spoke with Dr. Sonnier, months later, after catching COVID. This was on, or about June of 2022.

29) I asked Ms. Lynd to do a culture on the mucus and blood I have been spitting up. The culture came back on 10/5/2022.

30) It came back with pneumonia and staphylococcus aureus on my lungs. Still, no hospitalization.

31) I went for a CT scan on or about January 2023. the technician said she could see COPD, and she said it seemed like long-covid.

32) It is my belief she missed something. Or, the doctor missed something.

33) With what I feel is callous indifference, on Feb 18, 2023, I had large amounts of blood come out of my mouth and nose. I kept getting handfuls of blood as I waited for medical to come get me, but they never came. So, I had to walk, feeling like I was about to pass out. Mr. Denham observed me with 2 handfulls of blood. He said to me, Oh God, I didn't know it was that bad."

34) Mr. Denham told me to pull up a chair he said " I want you to listen to the call" Demham called Dr. Polavarapu, and I heard Mr. Denham say, "Stiff just walked up with 2 handfulls of blood, and he's still coughing up blood, and I'm sending him to the hospital." Mr. Denham sounded to me as if he was speaking to Mr. Polavarapu, and verbally repeating Dr. Polavarou's answers so I know what he's saying. Mr. Denham said, "No?" Then he said, "Then why?", then he said, "He's not compromised?", then he said, "Well, Im concerned about the amount of blood that's coming up, and its still coming up.", then he said, OK, I'll give him the shot."

35) Then he hung up turned to me and said, "See? That's why I wanted you to listen to the call.. I tried to send you, man, but, man, he said, "no"'. Then he gave me a steriod shot. It was the same thing Freeman gave me the next day.

36) This was obvious to me that Denham knew the Doctor would refuse to send me. Sunham saw the emergency for what it was but he was more protective about covering his job, when he could have simply called an ambulance, instead of calling his boss in front of me and treat it like the emergency it was. Thats why I hold him accountable. I could have died right there.

37) I was sent back to my housing unit. UB. I was dizzy. I do not know how I made it back.

38) Feb. 19, 2023, It was lunch time, the only time o go to medical. I was not allowed to go straight to medical, so I wnet inside the chow hall. I did not go to eat. but to sit down. I was dizzy. I had blood come up out of my mouth and nose at the luch table. I couldn't breathe I tried to use my inhaler. It didn't work. I passed out.

39) When I came to, There was the Lieutenant there. He said I was shaking, and I had a seizure.

3

40) I had hurt my head, neck and shoulder when I fell. (Feb 19, 2023)

41) To this day, I still get headaches and my shoulder hurts. (Feb. 19, 2023 to present)

42) On Feb. 19, 2023, after I was awakened from the ground, I was taken to medical, and passed out on the way, When I came to, I was at medical.

43) The Lieutenant said, "You were shaking because you are cold." Walking back, what he said before.

44) Nurse, Mr. Freeman called Dr. Polavarapu, and I was still denied access to the hospital. Nurse Freeman told me Dr. Polavarapu denied permission to send me.

45) I asked for the Lieutenant (name unknown), to send me to the hospital. He said, "that's not how this works"

46) Nurse Freeman, on Feb. 19, 2022, said, he saw the blood in the trash from the night before. I saw Freeman show the bloody paper towels in the trash to the Lieutenant.

47) I was taken on a cart back to my housing unit UB. I was in and out of consciousness. I was handed over to two other inmates on my housing unit. I don't know who they were, because I was still semi-conscious. I passed out on the floor. I came to. Lieitenant Freeman was there. Lieutenant Freeman was slapping me saying, "Come on Stiff, come one, I was just talking to you." I was not fully conscious, and Freeman told the inmate to take me to my bed. I passed out again.

48) When I awoke, an unknown inmate was slapping me to revive me. I coughed up blood immediately. I was taken to the toilet to cough it up. I was helped back to my bed. One of the inmates ran to get help

49) Case manager, Mr. Hinkle came to my aide. He called nurse Freeman on the radio. I could hear Mr. Hinkle talk to nurse Freeman.

50) I heard Mr. Hinkle demand Nurse Freeman to send me to the hospital.

51) I heard Mr. Freeman say, "The doctor said 'no'", I presumed that meant Dr. Polavarapu.

52) I heard Mr. Hinkle say, "well, you tell him I said I'm sending him. So you get him to the hospital now!"

53) At the hospital, the doctor said I had long covid. He said he's been seeing a lot of this. And, he also said to me, I could have died if I did not come to the hospital. And I asked, "of what?" He said "Take your pick, either one of these illnesses."

54) The same doctor said to me, "You have a lot going on, and you will be here for a while."

55) I was there for 6 and a half days. It was my belief I was sent back too soon. I had seen on TV, and read in newspapers, that people with severe symptoms, and with their respiratory symptoms, like this, as a result of COVID, stay in the hospital until they recover.

56) I was still feeling very ill when I was told we were going back to Beaumont. When I arrived, I told the nurse L. Carson I still feel sick. I also sent an email.

57) when I got back, I got really sick, and was not well over the next few months, (Feb, 2023 to July 2023)

58) Dr. Polavarapu did not examine me, on the day I left the hospital (February 24, 2023)

59) I did not see Dr. Polavarapu, at all when I returned back from the hospital on February 24, 2023, nor at all at any time after I returned from the hospital, again.

60) The only person I saw was Nurse Mss. Lynd, and a couple of nurses from sick call or for nebulizer. It was weeks, later. (4/18/2023)

4

61) On Feb. 27, 2023, I went to sick call, and was told by Nurse Freeman he didn't know what to do for me. There was no mention about returning to the hospital. I asked Nurse Freeman to get me back to the hospital, and he replied, " I don't think so. No hospital"

62) I saw Ms. Lynd, nurse practitioner, at sick call on April 18, 2023, and she was not going to give me anything. Then, i asked her if she was going to do anything for me. She said, "Oh. do you want antibiotics?" I said, "I need something. I'm not a doctor.

63) April 19, 2023. I had blood coming up out of my mouth. Nurse Freeman said, "coughing up blood is normal around this area."
I asked to go back to the hospital, and he said, "no."

64) I was being treated differently, from this point. The staff was not willing to listen to my issues, and I was dismissed when I tried to ask for help.

65) After being hospitalized, I submitted another request for home confinement and compassionate release, at the institutional level, in the hopes of getting a different response. I felt it was overwhelmingly clear, I was suffering badly, and needed some help. the answer was "no". (April, 2023 to November 2023).

66) Knowledge of risk of harm: I believe the staff at Beaumont Low is clearly aware of my medical needs, through both my prison records, and my "free world records". The diagnosis of my condition by prison staff and Dr. Polavarapu are nothing like what my free world records, my symptoms, and outside specialists show. (March, 2023, to December 2023)

67) There are significant numbers of statements in my medical records that show false statements.

68) There are statements in sick call visits, that the RN said I stated, but i did not say. For example: My sick call records state I said I exercised. No. I did not, I could not. In fact I had a hard time just walking towards the health services without having a severe asthma attack. That was one of my complaints.

69) My condition is so bad, that upon entry into Low Security Correctional Institution, Butner, the medical staff issued me a wheel chair. I am wheel chair bound, because it is too much for me to walk any further than the bathrooms. (2024 to 2025)

70) My medical records, that I received from the BOP are not in their totality. Meaning, I know there are many sick calls that I went to, that there is no record. I went to medical every single day for nebulizer treatments, but none of that is in my records.

71) There were times from 2022 to 2024, especially before and after I had COVID, that I had very severe asthma attacks, but I don't see all of those visits to sick call on record.

72) After being hospitalized for severe sepsis, after Feb. 19, 2023, and PE (Severe blood clot), My kidney disease was suddenly listed as stage 2, and not stage 3, without any reasons why it changed. It was not being monitored, so Beaumont Low does not show on record how they thought I was suddenly Stage 2.

73) Dr. Polavarapu also stated, after COVID, in January, on or about 25, 2022, that I was "resolved" from COVID., when I was not.

74) The medical records, as of February 24, 2023, shows a supposed visit, and examination by Dr. Polavarapu. I did not see Dr. Polavarapu, at all. He never saw me after I returned from the hospital.

75) After I returned back from the hospital, I was treated as if nothing was wrong with me as if I never went to the hospital.

76) On, or about January 25, 2022, I saw Nurse Freeman, after I had COVID-19. I went to medical because I was still sick. I was not feeling well. Nurse Freeman said there was a factory nearby, and I'm probably having a reaction to what is in the air, and I should be okay within a couple of weeks. That couldn't possibly be true.

77) On, or about April 19, 2022, I was coughing up blood, again. Nurse Freeman said, "It's normal in this area", and refused to bring me to the hospital.

78) My health records state I was born with COPD, but that is not true.

79) Nurse Ms. Lynd, stated in my medical records, that I refused to take steroids', but that is not true. I have a history of taking steroids', but she was giving me a stronger dose than I could tolerate. I only told her, "I need to talk to my wife about this", because I trusted my wife to make contacts on the outside, to see if it was advisable, because I have Stage 3 kidney disease. I came back, and I did take the medicine.

80) The staff at Beaumont Low has been tampering with my mail to interfere with my administrative remedy process. My administrative remedies that I was filing was all to do with all of the situations that put me in harms way. (2022 to 2024)

81) I filed administrative remedies on many topics. I am filing a separate Declaration after this one, explaining all of my remedies. (2022 to 2024)

82) My administrative remedies regarding health services, and Dr. Polavarapu were tampered with. (2022, 2023)

83) I have listed not all of my administrative remedies that I filed regarding Beaumont, and the medical staff, health services, Dr. Polavarapu, my petitions for home confinement, and all of the interference that staff collectively played in destroying, losing, delaying, tampering, and even ripping stamps off remedies, and not returning the envelope to me until much later.

84) I have been instructed by my primary care provider on the outside, that when I catch an infection, flu, or common cold, that I must hurry to get a CAT-SCAN to catch the pseudomonas bacteria, before it starts to eat a hole in my lung, like before. (On or about 2014)

85) In the past, I have been successful, because I followed doctor's orders. My medical records from outside will show I went to get a Cat-Scan whenever I got sick, or caught a cold.

86) My medical records will show, from the past, that infections were treated, before events, like what went on while I was at Beaumont, couldn't happen.

87) I tried to tell the medical staff of this. I tried to tell medical staff, that my medical doctors strongly advised me to go to the hospital, or lab, and get a CAT Scan when I was sick.

88) Nurse Freeman was aware of my attempts to explain my medical needs, but did not act on it.

89) I know Dr. Polavarapu was fully aware of my medical needs, with relation to the critical need for Cat Scan when I get sick, but he refused to acknowledge my requests in a timely manner, if at all.

90) More than once, I filed administrative remedies to try to get Dr. Polavarapu to understand, and comply with my outside doctor's orders to issue a Cat scan, when I'm sick. He let things get so bad before he sent me out.

91) I am now in a wheelchair because of the shortness of breath. When I walk far, or from my living quarters to medical or the chow hall, it's too much. I get too short of breath. Basically, I can no longer walk anywhere outside my hosing unit. It was not like this, at all for me, before I was at Beaumont. (2024 to present)

92) When the quarantine was over, during the covid pandemic. After that 14 day quarantine was declared "resolved", I sent many email (electronic sick calls), that I was not well.

93) Most every one remained unanswered.

94) Nurse Freeman didn't say in his report that I passed out. Nothing is in my records about me passing out. This is untrue. I was not conscious when Freeman arrived. When I woke up, he was already there.

95) I didn't just fall backwards. I did pass out that day. In front of the chow hall, in front of everyone. (February 19, 2023)

96) I believe there was no sense of urgency, when I had the severe asthma attacks. April 4, 2023. The asthma attacks were so grossly under reported, and under estimated, that each time I had them, I felt close to death. Officials (Mr. Vida) who would witnessed this. There were other officers, who I do not know, and said they thought I was going to die

97) I went to medical "walked" during an attack, or shortness of breath, and I would have to wait for long periods of time before any type of help came to me. (October 2021 to April 2023)

98) I had night attacks. When I went to medical during the night, Nurse Carson LVN/IDC and Denham witnessed and examined me during these attacks from Severe asthma. (Oct. 18, 2022)

99) Mr. Freeman and Officer Kringle had no sense of urgency to assist me, when the lights were turned out. I had severe asthma and COPD attacks, In August 2022, on or about, but no help.

100) On 4/23/2023, I had a severe asthma attack. I couldn't breathe. I was told my Nurse Lynd, that there were no nebulizers. She had no plan to retrieve them from the Medium that was right next door, and just let me sit there in distress, wheezing, shortness of breath, suffering.

101) My wife wrote to the institution regarding my asthma attacks on 4/23/2023. No response was ever given.

102) In April 2023, I was sent to Ft. Worth. I stayed in the Segregated housing Unit. I had severe asthma attacks. One was so bad, I had to be wheeled out in a wheel chair. These episodes of severe asthma attacks, having to be wheeled to medical lasted from April until august 2023. I was denied the use of administrative remedy, and was denied any access to law library. My wife made complaints, as well, regarding my suffering.

103) While in Ft. Worth SHU, April, 2023, to August 20203, Nurse Mr. Paris and Mrs Ortiz, Nurse, and officers Doe, denied me the use of the breathing treatments. I just needed medical attention. I did not think I was going to survive this ordeal.

104) I have a blockage in the remaining portion of my left lung, due to pseudomonas pneumonia, that led to the removal of a portion of the lower left lobe. this blockage is why I have inadequate blood flow, and oxygen to the left side. So when there is an infection, or even a common cold, I was instructed to get a CAT Scan.

105) After my hospitalization, in 2023, I was told my vitamin D, is low, and now I need extreme Vitamin D supplements that I take on a weekly basis.

106) In 2021, when I arrived at Beaumont, I kept explaining to Dr. Polavarapu, and to medical staff, that I am prone to infections, and how severe my illness are.

107) This infection is recurring and has returned several times, after surgery in 2017, but was caught by CAT scan, because I did what I was instructed to do. I requested CAT scan to the doctors and hospitals I was at, and they understood, and complied to the doctor's (pulmonologist) urgent recommendations. I was told to avoid other that were sick After a cold or flu, I had a CAT scan done, and caught it early, so the small hole would heal, this was very important information. But, once I was incarcerated, the doctors and nurses shrugged it off. Dr. Polavarapu clearly had my records, and knew I had told this many times to staff, there, including Mr. Freeman, Mr. Dunham.

108) Dr. Polavarapu would not see me after I wrote him up. I could only communicate through Ms. Lynd. But, neither of them would answer any emails: Dr. Polavarapu, and Ms. Lynd. 4/2022 to 4/2023.

109) Dr. Polavarapu stated that I had no life threatening, or underlying conditions, when I petitioned for Reduction in Sentence, in 04/22/2022. He misled the BOP, by stating I had none. He was fully aware of my underlying conditions.

110) Dr. Polavarapu stated that If I caught COVID, I would be fine. Once I caught COVID, and had been complaining of severe illnesses afterwards, he stated I was "resolved." (Jan 25, 2022).

111) I informed Dr. Polavarapu that his statement, regarding me "resolved" from COVID was not correct. I didn't get a response back. I filed administrative remedy.

112) I wrote a letter to medical, Mr. Sonnier, Medical Director. I spoke with Mr. Sonnier about my letter, and gave him my medical records from free-world. My wife mailed them in.

112) He said he would schedule an appointment (call out) to speak with me regarding my issue. Mr. Sonnier never contacted me back. Even Mrs. Sharp, in medical emailed him, when I told Mrs. Sharp I wanted to speak with Mr. Sonnier, about this, but never heard back.

113) After my lobectomy, in 2014, June, for my lower left lobe of my lung to be removed from pseudomonas, I was placed on blood thinners for a P.E. I was taking the medicine, and was told to stop taking it, in August 2014. My Doctor stated I no longer needed it. Although, he did remind me to be sure to immediately go for a CAT-SCAN if I encounter any sort of respiratory infection like flu or even a common cold, in order to avoid another hole in my lung, or possibly losing my lung. That is my history of my first P.E. (On or about June 2014)

114) On, or about February 27, 2023, I went to sick call, and I aksed Mr. Freeman (nurse), if he thinks I would be sent out to the hospital for my follow-up, because the doctor at Baptist Hospital said he wanted to see me again. And, if I have any more problems, to come back. Mr. Freeman responded, "The Doctor (Polavarapu) does not believe you had a P.E." And, I responded that the hospital said I did. I didn't know what to think.

115) April 4, 2023, I was called to medical by nurse (doe) from medical. (I was told this woman was Dr. Polavarapu's boss by another staff member that called me) Mrs. Doe wanted to see me to tell me that she is going to request a change in my Care level, back to a 3. Mrs. Doe asked me what happened on the 19th of February, 2023. As I was explaining, Ms. Lynd (nurse) walked up and said "he has a history of P.E." I stated, "a history?" I only took meds for a PE after my lobectomy, and that was back in 2014.

116) April 4, 2023, after that conversation with nurse doe, and Ms. Lynd, I thought to myself, "they just want to get rid of me so that they don't have to face me anymore."

117) I requested my medical records from 2/18/2023 and 2/19/2023, and my hospital stay, but I never received them while I was at FCC Beaumont, nor at FTC Ft. Worth.

118) When I transferred to Fort Worth, from Beaumont Low, I continued to not feel well. I was seen by several doctors about my breathing. I saw an infectious Disease Control Doctor, on June 8, 2023. I asked him, "Did I have a P.E." or not when I was hospitalized on 2/19/23?"

119) The doctor at the Disease Control clinic, on June 8, 2023, had a discussion with me all about my health issues, and he said, "You definintely had a P.E. And, by him being a specialist, I believed him as this was the first time I felt like I was not being lied to, as I was hearing conflicting stories from Beaumont Low Medical.

120) I was really looking forward to the follow up at Baptist Hospital for answers. But, that follow up never happened. Beaumont Low Medical denied me that chance. (April, 2023 to June, 2023)

(71)

121) This was the point I realized I was injured. Being that I was in the SHU at Fort Worth, so long, I didn't get my medical records until I reached Butner Low, in North Carolina. And, I was shocked by all the misleading documents, and documents that were not there. These were deliberate acts.

122) The only visit with Denham I could find documented in my records is from 1/13/2022. (Actual face to face visit). When Denham rpoerts "asymptomatic". This couldn't be further from the truth. At no time, especially the week of 1/10/2022 to 1/17/2022, when I know I had COVID. Or, at least I know had had the symptoms, and felt sick, like hundreds of fellow inmate. I repeatedly returned to sick call with fever, cough, shortness of breath, shaking, and sweating, and chills. This false report would make no sense, at all, considering all of my other complaints that were documented. I had visited sick call more than once per day feeling sick, every day, without fail. Whether Dunham was there, or anybody else, I was there every day feeling sick. I never told anyone I had no symptoms, during this time frame.

123) I had a multitude of personal contacts, especially my complaints about feeling sick, before, during and after the week of January 10, 2922, through January 17, 2022. The reason I saw Denham many times, is because Denham worked most evening shifts, and I reported already that my worst symptoms happened at night.

124) I saw Mr. Denham 2 days straight at the end of October 2021 for asthma attacks. I Saw Mr. Denham 2 days straight in December, earlier date, ( I don't remember exactly), I saw Denham at the end of December with "COVID" symptoms. I was having the same types of symptoms COVID infected inmates around the compound were feeling. Those days, I asked for a COVID test but was refused.
I saw Denham at the end of 2021, and beginning January of 2022, and I was reporting severe asthma attacks, breathing problems, and fever, mostly at night.

125) On 2 nights on or about January 11, and 12, 2022, I felt sick. Denham stated on the first occasion "You don't have a fever...you're almost there." Like, as if getting full blown COVID was some sort of goal.

126) On the Second occasion, Denham states, when I reported to be sick, "you have a fever, but it could be your coat you have on." Both times I was dismissed with no COVID test.

127) When I went to sick call the very next morning, there was no record of these encounters. No record was taken by the nurse that I was there. I believe this supports the claim that Denham deliberately omitted sick call encounters, and complaints, to false represent that I was not as sick as I was reporting, and to minimize the record.

128) It is ironic that I had, what I can guess, hundreds of encounters of full blown asthma attacks, severe enough to feel I was going to die, have a seizure, or stroke, severe enough where there was o air, and I was wheezing uncontrollably, and I have heard from various staff member, on various occasions, who may have witnessed these attacks as things like, "It looked like" I was going to die. To me, it was ironic that no RN or Nurse who helped me, or spoke to me seemed to report these attacks as such. No RN or nurse, who all have access to a "subjective" portion in their encounter screens, state that it was "asthma" attacks, or state the true severity of my symptoms, for what it is, A Severe Asthma Attack.

129) I was sick in 2014, 2015, 2017, 2018, and 2019, with recurring pseudomonas pneumonia. I had CAT Scans done every time. And that, I believe saved my life, because doctors diagnosed recurring pseudomonas pneumonia on every single occasion, for the exception of one occasion. This prevented the catastrophic events that occurred in 2022, 2023, from happening, and certainly shortened the amount of time I was symptomatic.

130) I was told by my free world Infectious Disease Control Doctor, that my pseudomonas pneumonia is oral antibiotic resistant. This type of bacteria requires IV or "pick line" administering. Ms.. Lynd, Mr. Freeman, Dr. Dry, Mr. Denham, were all forewarned, by me. But, when I was sick, I was still given oral antibiotics, and told these people the order from the doctor about IV / Pick Line requirement. It was never followed.

131) I was called, on 4/3/2023, to medical for a follow up visit from my hospitalization. This was supposed to be the follow up the Pulmonologist ordered at Baptist Hospital to see him. I told the nurse, Lynd, I was sick all the time. I told he I'm tired of being sick all the time, and this was not normal. I told he I had fevers at night, with sweating, and chills. I had shortness of breath, and I said I had fatigue, fog, and sometimes confusion. Although I wrote down everything that happened, to me, and she said, "What do you mean?" I told her about the fog and confusion, and I believe I caught COVID again, but I did not feel it until right after I left the hospital, in February. I never got better. Nurse Lynd said to me, "The last thing you need is COVID.", but no COVID test was given, and no prescribed measures were taken.

132) During my 4/3/2023, visit with Ms. Lynd, She documented "[plaintiff] is still reporting sick...". However, I have presented multiple visits to sick call complaining of fever, chills, sweating, shortness of breath for over a month, straight, after my hospitalization in February, 2023. Despite showing clear alarming symptoms, including severe asthma. Lynd states, "symptoms poorly controlled since COVID 1-2022" (See Attachment A, pg A-73.1). I believe Ms. Lynd is documenting that complications began prior to my catastrophic event in February, 2023, and continued long after COVID, and long after I had the PE, hemoptysis and pseudomonas pneumonia. I believe this demonstrates the very set of circumstances I had been warned about, prior to my incarceration, and the very thing some of my administrative remedies focused on. and that was that I was a very high risk for severe respirations, if I were to be infected by a respiratory illness. This, to me is at least, one glaring and obvious sign that one BOP medical nurse was able to state: A horrible year of suffering and sickness, where I was belittled and deliberately treated with minimalization, resulting in injury, after injury.

133) This indisputably contradicts all of Dr. Polavarapu's findings that this is "simple Bronchitis" or "sinus infection: One or two events may amount to mere "negligence" but, I believe two years of this is nothing less that deliberate indifference, deliberate acts.

134) But still, this does not end here. There are still more misrepresentations. See also #A-70 (3/31/2023), for one of many visits I had, complaining of fever, body aches, sweating, only to be minimalized. And, I believe Dr. Polavarapu, Ms. Lynd, and Freeman, and Dunham, denies any help again.

135) Dr. Polavarpu falsely claimed I did not qaulify for Home confinement, under the CARES Ac, and Not at being at risk against clear CDC guidance, that states the opposite, to false claim I had no qualifying criteria.

136) Dr. Polavarapu failed to precribe Advair and X Hance against outside doctor's orders. Dr. Polavarap insisted I take cheaper generic medications. I did tell him about the order for X Hance and Advair, and my wife sent a copy of the prescriptions in for it. It had originally been taken from me, but when I was under the custody of the US Marshals, before I entered the BOP, they made sure I got it. At Seagoville, it was taken and never restored. I wasn't at Seagoville long enough, but once I got to Beaumont, I told them about X Hance and Advair, being my prescribed medication for severe asthma. I tried the alternative. It didn't work. I filed remedies on this subject.

137) My free world  doctor also insisted I receive CAT Scan when I was sick, in a timely manner. I was sent only once, but they took so long, I remained sick. I waited months, instead of hours for it.

138) Dr. Polavarapu refused to admit I was compromised during and after I had COVID.

139) Dr. Polavarapu was my primary care provider during my stay at Beaumont. All decisions, it seemed had to go through him.

140) Dr. Polavarapu refused to change my Care Level from a 2 to a Care 3, in spite of all that happened, and despite the fact I was a Care 3 prior to coming to Seagoville, and, I'm Care level 3, now.

141) Dr. Polavarapu changed my Chronic Kidney disease stage 3 to a stage 2, creating a false diagnosis.

142) Dr. Polavarapu refused to treat me for 2 to 3 severe  asthma attacks, daily, from October 2021 to 2023, until the time I left Beaumont.

143) Dr. Polavarapu claimed I was not ill, after he claimed I was "resoved" from COVID, despite my continued suffering and daily symptoms.

144) Dr. Polavarapu refused to admit I had a PE, while under his care, when immediate results from the hospital, on 2/19/2023 to 2/24/2023 showed otherwise. The Pulmonologist confirmed this on 2/19/2023, and was refuted by Polavarapu, and later confirmed, again, by the Pulmonologist on 6/08/2023.

145) Dr. Polavarapu falsely claimed, on his 3/8/2023, report, that there was no medical emergency on 2/19/2023, when I passed out several times, and was continuing to vomit and exhale large amounts of blood continuously.

146) Dr. Polavarapu placed my life in danger, continuously from the time I came to Beaumont, in 2021, to, and including 2/19/2023, and thereafter, by refusing any emergency measures, as my condition worsened and progressed.

147) Dr. Polavarapu withheld any necessary advanced asthma therapy, when I clearly had a serious medical need for it.

148) Dr. Polavarapu refused to acknowledge I was experiencing gross hemoptysis when it was obvious he was; denying he appropriate care, for a medical emergency such as this.

149) Dr. Polavarapu refused to acknowledge my requests for emergent care after my hemoptysis recurred after my return from the hospital, after 2/27/2023, furthering my suffering.

150) Dr. Polavarapu stated false claims in the medical record, omitting sick calls, sick call visits, nebulizer treatments, emergency situations that I presented on nearly a daily basis for nearly two years. These multitude of visits are simply not in my medical record.

151) Dr. Polavarapu claimed he personally saw me, on 2/27/2023, and he placed false observations, and statements, like as if, I saw him, on that day. I never saw Dr. Polavarapu, at all.

152) I had approached Ms. Lynd, Mr. Dunham, Dr. Polavarapu (by emails), Ms. Carson, Mr. Freeman, on or about December 20, 2021, on a continuous basis, until January 10, 2022, on or about, to be tested for COVID. I know each one of these people were not there each time I approached, medical services, but one of these people were there, at all times. I went, at times, two to three times per day asking to be tested for COVID. I went nearly every day presenting symptoms, feeling sick, and always spoke to someone. I was feeling extremely sick, somewhere around two days prior to the day I did test positive, on Jan 10, 2022. Each time, prior, I was denied a COVID test. I would say that each person was petitioned, in person, by me more than five times to be given a COVID test.

153) I had a call out on 4/21/2023, with Ms. Lynd for a staphylococcus and pneumonia test. I came to Officer Taylor for my appointment, that was scheduled. My mucus and sputum, cough was green/ yellow and with blood. Ms. Lynd spoke to Mr. Taylor, but I could hear Ms. Lynd through the door state, " I don't feel like dealing with that right now.". I heard her response, because I was right outside her office door, when Mr. Taylor announced I was there.

154) Mr. Freeman deliberately put my life in danger, and worsened my suffering, during a life-threatening event, by delaying, and denying emergency transport, on 2/19/2023, after finding me unconscious. He documented, what I believe is clear life-threatening symptoms.

155) Mr. Freeman made false claims that I had not passed out, despite finding me unconscious, on 2/19/2023.

156) Mr. Freeman repeatedly falsified my medical records, by omitting sick call visits, nebulizer treatments, and other instances where I present severe asthma attacks.

157) Mr. Freeman, on Jan. 18, 2023, denied emergent care, by refusing to call emergency services, despite my presenting clear respiratory distress, during a sick call visit.

158) Mr. Freeman, from 2022 to 2023, withheld emergent care when I presented to health services, respiratory distress, on a daily basis, after having to walk, 0.2 miles just for a nebulizer treatment.

159) Mr. Freeman deliberately allowed enough conflicting information to remain on my medical record, withholding his duty to report his observations, withholding to report instances where he was fully aware there exists clearly erroneous information on my records, which resulted in further injuries by allowing this misinformation to remain, and cause additional suffering due to false, or omitted reporting.

160) Mr. Freeman falsely claimed my respiratory symptoms were due to the environment outside, by a nearby factory. On or about January, 2023.

161) After my return from the hospital, Mr. Freeman falsely claimed my recurring hemoptysis was "normal around here", despite hospital's orders to send me back to the hospital if any related symptoms return and denied emergent care.

162) Mr. Freeman falsely stated on the record, on 4/19/2023, that he stated to me that I was to "return" (to sick call), if symptoms return if symptoms "get worse". He did not make such a statement to me.

163) Mr. Freeman falsely claimed he saw no blood being coughed up, and I was in no distress, on 4/19/2023, when I presented to him coughing up blood. This is when he stated on the record, he told me to come back, if symptoms get worse.

164) On 4/19/2023, Mr. Freeman falsely reported I was in no distress. I was in distress.

165) Mr. Freeman falsely reported that he directed emergency services to come, and Lt. was notified, on 2/19/2023, when this was false. It was the case manager who demanded Mr. Freeman call emergency services. See Exhibit A, pg. A-36.

I hereby declare, under penalty of perjury, pursuant to 28 USC 1746, that the foregoing statements are true and correct, to the very best of my knowledge, and belief, and all conversations I claim I witnessed, were witnessed by me, and transcribed with the very best accuracy, with no false claims.

5-22-25

_____
Date

Vernon Ray Stiff #33655-177
FCI Butner Low
P.O. Box 999
Butner, NC  27509

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

VERNON RAY STIFF,
            Plaintiff,

                                        Civil Action: _____

v.

DR.SREEDHAR POLAVARAPU, MD. (MEDICAL DOCTOR);
TRAVIS FREEMAN, LVN., NURSE;
RONALD DENHAM, LVN., NURSE;
A.LYND. LVN., NURSE;
L. CARSON, LVN., IDC., NURSE:
LIEUTENANT, (DOE);
UNITED STATES OF AMERICA;
FEDERAL BUREAU OF PRISONS;
WARDEN THOMAS, FCC BEAUMONT,
MR. SONNIER, MEDICAL DIRECTOR, FCC. BEAUMONT
            Defendant(s).

MEMORANDUM IN SUPPORT FOR

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
BIVENS V. SIX UNKNOWN NAMED AGENTS

## I. INTRODUCTION

This civil rights action arises from a pattern of deliberate indifference
to serious medical needs that culminated in a near-death experience for Plaintiff.
The Defendants' actions represent not merely negligence, but a systematic
and deliberate denial of essential medical care for well-documented severe
respiratory conditions, resulting in a life-threatening pulmonary embolism
that was repeatedly ignored despite obvious symptoms including massive hemoptysis
(coughing up blood in large amounts), and severe sepsis.

The Defendants' deliberate indifference manifested through multiple acts
and omissions: Refusing    effective medications[1] upon Plaintiff's arrival
at FCC Beaumont, creating barriers to essential nebulizer treatments, ignoring
clear signs of deteriorating health, and most egregiously, refusing emergency
hospital transfer even as Plaintiff lost consciousness while coughing up large
amounts of blood. Only through the intervention of a case manager, who defied
the Medical Director's orders not to call emergency services, and did so, did
Plaintiff finally receive urgent medical care that saved his life.

This pattern of inadequate medical care began before Plaintiff's arrival

---

[1] Was prescribed Advair and Exhance prior to entering BOP. This effective medication was discontinued
while at FCI Seagoville, purely for cost reasons. Plaintiff filed administrative remedy on topic.

at FCC Beaumont. While at Seagoville Detention Unit, Nurse Hogan discontinued Plaintiff's effective medications, specifically Advair and Exhance, which had sucessfully managed his severe asthma/COPD overlapping syndrome.[2] This inappropriate madication change caused immediate deterioration in Plaintiff's respiratory condition, resulting in more frequent breathing treatments and increased asthma/COPD attacks. Upon transfer to Beaumont, officials refused to restore these effective medication, claiming cost concerns despite Plaintiff's documented history showing generic alternatives were ineffective for his particular condition. Even after a generic version of Advair finally became available, it proved significantly less effective, leading to continued respiratory distress and frequent respiratory infections requiring antibiotics.

## II. JURISDICTION AND VENUE

This Court has jusrisdiction over this action pursuant to 28 USC §1331 and §1343(a)(3) and (4), as this case arises under the Constitution and laws of the United States, specifically the Eighth Amendment to the United States Constitution and Bivens v. Six Unknown Named Agents of Federal Bureau of Necotics, 403 U.S. 388(1971).

Venue is proper in the Eastern District of Texas pursuant to 28 USC §1391(b) because all of the events giving rise to this claim occurred at the Federal Correctional Complex at FCC Beaumont in Beaumont, Texas, within this judicial district.

## III. PARTIES

### A. Plaintiff

Vernon Ray Stiff is currently incarcerated at FCI Butner Low, in Butner, North Carolina. During the events giving rise to this complaint, he was incarcerated at FCC Beaumont in Beaumont, Texas.

### B. Defendants

1. Dr. Sreedhar Polavarapu was, at all relevant times, Plaintiff's Primary Care Physician at FCC Beaumont, responsible for overseeing medical care and treatment decisions. Dr. Polavarapu has a documented history of being named in at least six legal actions between 2017 and 2021 related to medical care at Beaumont Low, including:

---

[2] Plaintiff avers that he was taking Advair and Exhance for his other respiratory symptoms, unaware at the time, prior to October, 2022 that he had COPD, however, the medications were effective.

2

Lee v. United States, 2017 U.S. Dist LEXIS 15709 (E.D. Tex. 5/3/2017);
Sanchez v. Womble, 2017 U.S. Dist LEXIS 153635 (E.D. Tx. 9/18/2017);
James Dinkins v. Lara, 2018 U.S. Dist LEXIS 160989 (E.D. Tx. 8/17/2018);
Alvarez v. United States, 2019 U.S. Dist LEXIS 59125 (E.D. Ar. 2/5/2019);
Richardson v. Lynch, 2019 U.S. Dist LEXIS 32803 (3/1/2019);
Dinkins v. Lara 2021 US App. LEXIS 6205 (5th Cir. 2021).

He is sued in his Individual and Official Capacity

2. Travis Freeman, LVN, Nurse, was at all relevant times a Licensed
Vocational Nurse at FCC Beaumont, responsible for providing direct patient
care. He is sued in his individual and Official Capacity

3. Ronald Denham, LVN, was at all relevant times a Licensed Vocational
Nurse at FCC Beaumont, responsible for providing direct patient care. He is
sued in his individual and Official Capacity

4. A. Lynd, NP, was at all relevant times a Nurse Practitioner at FCC
Beaumont, responsible for providing medical care and treatment. She is sued in
her individual and Official Capacity

5. L. Carson, LVN/IDC, was at all relevant times a Licensed Vocational
Nurse at FCC Beaumont, responsible for providing direct patient care. She is
sued in her individual and Official Capacity

6. Lieutenant was at all relevant times a correctional officer at FCC
Beaumont, responsible for inmate security and safety. He is sued in his
individual and Official Capacity

7. Mr. Sonnier was, at all relevant times, the Health Service Adminis-
trator at FCC Beaumont, responsible for overseeing medical operations and
supervising medical staff. He is sued in his individual and Official Capacity

8. Warden Thomas, was at all relevant times, the warden at FCC Beaumont
responsible for the overall operation of the facility and the welfare of all
inmates housed there. He is sued in his individual and Official Capacity

9. The United States of America is the appropriate defendant for any
claims under the Tort Claims Act.

10. The Federal Bureau of Prisons is an agency of the United States
Government responsible for the custody and care of federal inmates.

3

IV. FACTUAL BACKGROUND

Prior Medical History and Initial Care at FCC Beaumont

        Plaintiff entered the Bureau of Prisons with documented medical diag-
noses including stage 3 CKD, history of pulmonary embolism, and recurrent asthma,
pseudomonas pneumonia. His medical history includes a left lower lobe lobectomy,
which created structural lung changes elevating his risk for recurrent pul-
monary embolisms. This medical history demanded heightened awareness and
immediate intervention should symptoms of bloot clots appear, including
increased respiratory rate, chest pain, syncope, shortness of breath, or
hemoptysis. (See Attached Medical Records, Attachment A, Pg. A-7, pg. A-9,
Pg. A-12, Pg. A-13)(hereinafter "Attachment A")

        Plaintiff submits his "Declaration of Vernon Ray Stiff" (hereinafter
"Declaration Stiff") as his statement of witness, in his own words, his
statements, events, and first hand knowledge of events and conversations
relevant to this case, Attached herewith.

        Upon arrival at FCC Beaumont in October 2021, medical staff under
Dr. Polavarapu's direction refused to restore Plaintiff's effective
medications prescribed by his primary health provider, prior to his incar-
ceration, replacing with medications that had previously proven ineffective.
Plaintiff began experiencing two to three asthma attacks daily, yet received
no pulmonary consultation of advanced therapy. Plaintiff documented his
complaints of distress. Instead of providing appropriate care, medical staff
instituted punitave measures requiring Plaintiff to walk approximately 0.2
miles to the medical department three times daily while in respiratory
distress to receive nebulizer treatments. (See Declaration, Stiff )


Deteriorating Condition and COVID-19 Complications

        On January 11, 2022, Plaintiff contracted COVID-19. Prior to his infection,
he had attempted to secure home confinement under the CARES Act.
Dr. Polavarapu thwarted these efforts by erroneously documenting that Plaintiff
had no COVID-19 high risk conditions, despite Plaintiff's documented asthma,
chronic kidney disease, immunocompromised status with recurrent lung infections,
COPD, partial lobectomy, and steroid-dependent severe asthma.

        Throughout 2022, Plaintiff's condition continued to deteriorate. An

4

October 4, 2022, chest x-ray revealed evolving left lingular pneumonia. The following day, a sputum culture confirmed a Staphylococcus aureus infection. [3] Despite these findings, antibiotic treatment proved ineffective, and Plaintiff continued experiencing multiple daily asthma attacks.

The Critical February, 2023 Incident

On February 18, 2023, Plaintiff began experiencing severe hemoptysis along with symptoms of pulmonary embolism. Medical records document that on February 18, 2023, at 19:42, Nurse Ronald Denham observed Plaintiff with "two handfuls of paper towels with red blood noted." (See Attachment A, pg. A-26) Despite this alarming presentation, Dr. Polavarapu, without examining Plaintiff, personally denied emergency room transfer. (See Attachment A, pg. A-27)

The situation reached its crisis point on February 19, 2023. At 11:30, Nurse Freeman documented finding Plaintiff unconscious in front of the chow hall, noting tachypnea with a respiratory rate of 22 and a pulse of 105. Again, Dr. Polavarapu denied emergency room transfer. By 14:02, Nurse Freeman documented worsening symptoms and increased hemoptysis. Yet, Dr. Polavarapu continued to refuse hospital transfer. (See Attachment A, pg. A-31, A-32)

Only through the intervention of a case manager who recognized the severity of Plaintiff's condition and defied Dr. Polavarapu's orders by calling emergency services, did Plaintiff receive emergency care. Upon arrival at the hospital, at 16:50, medical records confirm Plaintiff presented with:

> "Multiple episodes of hemoptysis, vomiting bright red blood in moderate amounts, severe sepsis, and pulmonary embolism characterized as acute, unstable, with high complexity and moderate risk of morbidity or mortality."

(See Attachment A, pg. A-36, A-38.1, A-38.2)

The hospital discharge summary from February 24, 2023, documented diagnoses of acute hypoxemic respiratory failure, pulmonary embolism, pneumonia, COPD, asthma, chronic kidney disease, and history of pseudomonal pneumonia requiring left lobectomy. The attending physician, Dr. Juan Iribarren, noted that Plaintiff would "need life long anticoagulation" as a result of this second pulmonary embolism. (See Attachment A, pg. A-43)

---

[3] Plaintiff filed numerous remedies regarding the risks and effects if he contracted any respiratory illness, such as COVID-19. All remedies were denied resulting in his denial of Home Confinement under the CARES Act. He Subsequently contracted COVID-19, suffered severe side effects and severe symptoms thereafter.

5

Ꝟ    V. LEGAL STANDARDS

The Eighth Amendment's prohibition against cruel and unusual punishment requires prison officials to ensure inmates receive adequate medical care. The Supreme Court established in Estelle v. Gamble, 429 U.S. 97, 104 (1976), that deliberate indifference to a prisoner's serious medical needs violates the Eighth Amendment to the Constitution, constituting and "unnecessary and wanton infliction of pain."

To establish a claim for deliberate indifference to serious needs, a plaintiff must satisfy both objective and subjective components. Farmer v. Brennan, 511 U.S. 825, 834 (1994). The objective component requires demonstrating a "sufficiently serious" medical need; one that has been diagnosed by a physician as mandating treatment or is so obvious that even a lay person would recognize the need for medical attention. The Fifth Circuit has consistently held that life-threatening conditions and those causing severe pain meet this threshold. See Easter v. Powell, 467 F.3d 459, 464 (5th Cit. 2006).

The subjective component requires proving that prison officials acted with deliberate indifference; that they were aware of facts from which they could infer a substantial risk of serious harm, actually drew that inference, and disregarded that risk. Domino v. Texas Dep't of Criminal Justice, 239 F. 3d 752, 756 (5th Cir. 2001). While mere negligence, does not consitute deliberate indifference, prison officials who intentionally deny or delay access to medical care or intentionally interfere with prescribed treatment satisfyy this standard. Gobert v. Caldwell, 463 F.3d 339, 346 (5th Cir. 2006).

The Fifth Circuit has specifically recognized that a delay in medical care violates the Eighth Amendment when it results from deliberate indifference and causes substantial harm. Easter, 467 F.3d at 464. The Court has further held that deliberate indifference exists where prison officials "refused to treat him, ignored his complaints, intentionally treated him incorrecfly, or engaged in any similar conduct that would clearly evince a wanton disregard for any serious medical needs. "Hinojosa v. Livingston, 807 F.3d 657, 665 (5th Cir. 2015).

When evaluating medical care claims, courts examine the totality of medical care provided, not merely isolated incidents. However, a pattern of acts or omissions sufficient to demonstrate a systematic denial of adequate medical care can establish deliberate indifference. Harris V. Hegmann, 198

6

F.3d 153, 159 (5th Cir. 1999) Evidence that medical staff ignored obvious symptoms, failed to follow established protocols, or demonstrated a pattern of inappropriate responses to medical emergencies supports a finding of deliberate indifference.

Furthermore, prison officials cannot escape liability by claiming lack of resources or relying on prison policies that result in constitutionally inadequate care. The Fifth Circuit has consistently he ld that deliberate indifference may be demonstrated through systematic fdeficiencies in staffing facilities, or procedures that make it impossible to provide adequate medical care. See Lawson v. Dallas County, 286 F.3d 257, 262 (5th Cir. 2002).

VI ARGUMENT

A. Timing of This Action

The statute of limitations for this Bivens actions should be equitably tolled due to exrtaordinary circumstances and Plaintiff's diligent pursuit of his rights. It was not until part way through the multitude of remedies, and the obvious interference Plaintiff was experiencing, that injury was tolled. The Fifth Circuit recognizes equitable tolling where a plaintiff demonstrates, "(1) that he has been pursuing his rights diligently, and (2)( that some extraordinary circumstance stood in his way and prevented timely filing." Lawrence v. Florida, 549 U.S. 327, 336 (2007).

Plaintiff, despite his efforts to pursue his rights, diligently through administrative remedies, was met with denial of service prejudiced level of care, retaliatory denial of both his care, and for his pursuit to be provided more adequate care, than what he was provided, which fell dreadfully short of adeuqate, by any standards.

| Remedy | Date | Topic | Office |
|---|---|---|---|
| 1126370 -A1 | 2/28/2023 | Home Confinement | Central |
| 1148163 -A1 | 3/29/2023 | Home Confinement | Central |
| 1152681 | 11/6/2023 | Denial of Care | Central |
| 1155176 -A1 | 11/6/2023 | Denial of Care | Central |
| 1153838 -A1 | 5/5/2023 | Mail Tempering | Central |
| 1144308 -F1 | 12/9/2022 | Mail Tampering | Lost |
| 1155180 | 11/6/2023 | Medical Delay | Central |
| 1160293 | 11/6/2023 | Medical Denial | Central |
| 1182851 | 1/4/2024 | Medical Care | Central |
| 1144308 | 3/24/2023 | Mail Tampering | Central |
| 1119710 | 2/22/2023 | CLinical Review | Central |
| 1117921 | Mailed 10/2422023 Returned back unsent 2/8/2024 (Mail never sent) | | |

Multiple documented attempts to file grievances that were intentionally impeded. Plaintiff submits <u>Declaration #2</u>, "<u>Declaration of Vernon Ray Stiff Regarding Multiple Attempts for Administrative Remedy</u>"

Extraordinary circumstances preventing timely filing, and resolution of grievances include:

      - Systematic Interference with administrative remedies

      - Remedy No. 1152888 - F1 documenting mail tampering and removal of stamps

      - Transfer to FCI Butner disrupting access to medical records and legal materials

      --Ongoing medical complications requiring continuous treatment

      - Delayed discovery of Dr. Polavarapu's March 8, 2023 attempt to retroactively justify denied care

      (<u>See</u> <u>Declaration Vernon Ray Stiff</u>; <u>Declaration of Vernon Ray Stiff #2</u>)

The timing of this filing is justified under equitable tolling principles given Plaintiff's continuous pursuit of medical care became an ongoing event, exacerbated by systematic denials of medical care, and interference of his remedy process attempting to be provided proper care, along with interference by his health care provider to accurately diagnose and report Plaintiff's condition at the time when Plaintiff was seeking either home confinement in order to be provided adequate deterrance from further injuries, and medical care that was not inadequate, but intentionally withheld, or incorrectly given. Following the 2023 incident, Plaintiff diligently pursued administrative remedies as documented through multiple grievances. His transfer to FCI Butner disrupted his ability to access necessary medical records and legal materials.

It was through these series of ordeals, that Plaintiff realized this was not a normal situation, but something extraordinary. It was through the institution's interference with administrative remedy, did Plaintiff then realize this was a deliberate act, and injury occurred, which could have been prevented. Additionally, Dr. Polavarapu's attempt to retroactively justify denial of care, followed by continued medical complications requiring treatment, created extraordinary circumstances beyond Plaintiff's control. The documented interference with his mail and administrative remedies, including instances where "stamps were scratched off trying to file administrative remedy about medical" (Remedy No. 1152888-F1), directly impeded his ability to pursue legal recourse earlier. These extraordinary circumstances, combined with Plaintiff's diligent pursuit of his rights, during his suffering.

8

B. Deliberate Indifference of Serious Medical Needs

The Eighth Amendment's prohibition against cruel and unusual punishment was egregiously violated through a systematic pattern of deliberate indifference to Plaintiff's serious medical needs. This deliberate indifference manifested most severely in February 2023, when Defendants repeatedly refused emergency medical care despite Plaintiff actively coughing up large amounts of blood and losing consciousness multiple times.

The Supreme Court established in Estelle v. Gamble, 429 U.S. 97, 104 (1976) that deliberate indifference to serious medical needs constitutes an "unnecessary and wanton infliction of pain" proscribed by the Eighth Amendment As the Court explained, this principle applies whether "manifested by prison doctors in their response to the prisoner's needs or by prison guards in intentionally denying access to medical care or intentionally interfering with the treatment once prescribed." Id. at 104-05. Here, both forms of deliberate indifference occurred.

The Fifth Circuit's application of Estelle in Easter v. Powell, 467 F.3d 459 (5th Cir. 2006) is particularly relevant. The court held that "a delay in medical care can only constitute an Eighth Amendment violation if there has been deliberate indifference that results in substantial harm." Id. at 464. The medical records: this case document a clear progression of harm resulting from defendants' repeated refusal to provide emergency care:

On February 18, 2023, at 19:42, Nurse Ronald Denham documented Plaintiff presenting with "two handfuls of paper towels with red blood noted," explicitly recording that patient was "coughing up blood" with a "history of LL lobectomy." Nurse Denham specifically expressed concern to Dr. Ploavarapu about the large amounts of blood Plaintiff was couging up, noting that the bleeding was continuing during their conversation. Despite these ominous symptoms and the nurse's explicit concerns, Dr. Polavarapu denied emergency room transfer without personally examining Plaintiff. (See Exhibit A pg. A-35; Decl.

The situation deteriorated further on February 19, 2023, at 11:30. Nurse Freeman documented finding Plaintiff unconscious "laying on baekkin grass in front of the chow hall." The medical record notes tachypnea with elevated vital signs - pulse rate 105 and respirations 22. Even faced with a patient who had lost consciousness and was exhibiting clear signs of respiratory distress. Dr. Polvarapu again denied emergency room transfer.

9

(See exhibit A pg. A-35; decl.

By 14:02 that same day, Nurse Freeman documented that Plaintiff's "breath-
ing has only gotten worse and coughing up more blood." Still, Dr. Polavarapu
maintained his refusal to authorize emergency care, This pattern of denial
continued until a case manager, recognizing the gravity of Plaintiff's condition,
defied Dr. Polavarapu's orders and called emergency services.
(See Exhibit A pg. A-36 ; decl. Stiff)

The Fifth Circuit's decision in Harris v. Hegmann, 198 F.3d 153 (5th Cir.
1999) is particularly applicable. There, the court held that a prisonercoughing
up blood for five days without receiving treatment stated a claim for delib-
erate indifference, emphasizing that "the necessity of medical attention for
a prisoner who is coughing up blood would have been obvious to a layman." Id.
at 159, Here, the obviousness of Plaintiff's need for emergency care was
apparent not only to lay observers but also documented by medical professionals.

Hospital records from February 19, 2023, confirm the life-threatening
nature of Plaintiff's condition upon arrival:

At 16:50, emergency department records note Plaintiff "presenting to the
emergency department vomiting blood, a moderate amount, bright red, with
multiple episodes." (See Exhibit A pg. A-38.1; decl. Stiff)

By 17:44, the "ED course" notes document that the "Patient's nurse witnessed
episode of hemoptysis." (See Exhibit A pg. A-38.2; decl. Stiff)

At 20:37, medical records characterize Petitioner's hemoptysis as "acute,
unstable, with high complexity, with moderate risk of morbidity or mortality."
(See Exhibit A pg. A-38.2; decl. Stiff)

At 20:40, records document "Severe Sepsis presentation time : February
19, 2023 at 20:39."

The hospital discharge summary from February 24, 2023, further documents
the severe consequences od defendants' deliberate indifference, listing multiple
life-threatening diagnoses: acute hypoxemic respiratory failure , pulmonary
embolism, pneumonia, COPD, asthma, chronic kidney disease, and history of
pseudomonal pneumonia requiring left lobectomy. Most significantly, the attend-
ing physician, Dr. Juan Iribarrên, determined that Plaintiff would need "life long
anti-coagulation" as a direct result of this second pulmonary embolism.
(See Exhibit A pgs A-38, A-39)

The Fifth Circuit's decision in Domino v. Texas Dep't of Criminal Justice,

10

239 F.3d 752 (5th Cir. 2001) established that deliberate indifference exists
when prison officials "refuse to treat him, ignore his complaints, intention-
ally treat him incorrectly, or engage in any similar conduct that would clearly
evince a wanton disregard for any serious medical needs." The pattern of
deliberate indifference here had long began before the February, 2023 crisis,
and continued on until Plaintiff was no longer being denied medical treatment
for his serious medical condition, and the institution was no longer able to
ignore and suppress his cries for help, and administrative remedies.

       Upon his arrival at FCC Beaumont   Plaintiff has doumented
  defendants' refusal to restore   effective pre-incarceration medications
despite Plaintiff's documented history of severe respiratory conditions in-
cluding COPD, asthma, pulmonary embolism, and recurrent pseudomonas pneumonia.
His medical history included a left lower lobectomy, which created structural
lung changes elevating his risk for recurrent pulmonary embolisms. This medical
history demanded awareness and immediate intervention should symptoms of blood
clots appear. Defendant's had knowledge of Plaintiff's prior health records.

  Instead of providing appropriate medical care, defendants instituted
punitive measures requiring Plaintiff to walk approximately 0.2 miles to the
medical department three times daily while in respiratory distress to receive
nebulizer treatments. These unnecessary barriers to treatment continued for
months despite Plaintiff filing multiple administrative remedies requesting
a nebulizer for self-care.

  The deliberate indifference intensified after Plaintiff contracted COVID
-19 on January 11, 2022. Dr. Polavarapu deliberately misrepresented Plaintiff's
medical conditions to prevent his consideration for home confinement under
the CARES Act, despite Petitioner meeting multiple CDC high-risk criteria in-
cluding:

1. Ashtma

2. Chronic renal disease (CKD)

3. Immunocompromised status with recurrent lung infections

4. COPD

5. Left lower lobe partial lobectomy (cardiovascular compromised)

6. Steroid-dependent asthma rendering immunocompromised state

7. Stage 3 Kidney disease

As noted in <u>Lawson v. Dallas County</u>, 286 F.3d 257, 262 (5th Cir. 2002), deliberate indifference exists when prison officials are "aware of facts from which the inference could be drawn that substantial risk of serious harm exists, and they actually draw the inference." Here, Dr. Polavarapu's pattern of deliberately ignoring or misrepresenting Plaintiff's serious medical condition is evidenced by a documented history of similar conduct, with previous lawsuits filed against him between 2017 and 2021:

<u>Lee v. United States</u>, 2017 U.S. Dist LEXIS 157059; <u>Sanchez v. Womble</u>, 2017 U.S. Dist LEXIS 153635; <u>James Dinkins v. Lara</u>, 2018 U.S. DIST LEXIS 160989; <u>Alvarez v. United States</u>, 2019 U.S. Dist LEXIS 59125; <u>Richardson v. Lynch</u>, 2019 U.S. Dist LEXIS 32803; <u>Dinkins v. Lara</u>, 2021 U.S. App. LEXIS 6205.

The progressive deterioration of Plaintiff's condition through 2022, is well documented in medical records:

October 4, 2022: Chest x-ray reveals evolving left lingular pneumonia
October 5, 2022. Sputum culture confirms Stphylococcus aurus infection
Throughout 2022. Failed antibiotic treatment with persistent daily asthma attacks.

(See <u>Exhibit A</u>, See <u>complete medical records</u>, See Declaration, Vernon Ray Stiff, See Declaration, Vernon Ray Stiff #2)

By January, 2023, Plaintiff's condition had deteriorated further. Medical records from January 2023, document Travis Freeman, LVN noting "coughing up sputum, tight chest, sore throat" with "Bronchial Breath Sound, Expiratory Wheezing." Despite these symptoms, treatment was minimal and inadequate, with A. Lynd, NP, merely prescribing amoxicillin and prednisone on January 18, 2023. (See Exhibit A pgs A-21 to A-24)

C.  Pattern of Systemic Constitutional Violations

Delayed Inadequate Asthma Therapy And Failure to Recognize A Blood Clot in the Lungs at Beaumont Low

Plaintiff entered the BOP with known medical diagnoses specifically of COPD, asthma, Pulmonary Embolism, and recurrent pseudomonas pneumonia. Immediately after the arrival in the BOP, his medication was discontinued or replaced with medications which had already proven to be ineffective. This demonstrated the pattern of reckless healthcare delivery and the willful wanton disregard for Plaintiff's life.

Arriving in Beaumont, on or about 10/15/2021, his respiratory condition

12

continued to decline, failing to receive urgent medical intervention to effic-
iently treat his asthma for months. He suffered inhumane delayed ineffective
treatment unnecessarily causing the sensation of dying by inability to breathe
from repetitive asthma attacks on a daily basis.

A vindictive retaliatory response to the medical staff's failure to control
Plaintiff's asthma, and his repeated requests for more invasive care led to
ridiculous insurmountable roadblocks were experienced by Plaintiff causing his
respiratory health to decline and deteriorate with asthma attacks aggravated by
forcing him to walk approximately 0.2 miles to the medical department three
times a day, wait many times in respiratory distress to obtain his nebulizer
treatment, then walk back to the dorm. This continued for months even while
filing multiple administrative remedies, to have a nebulizer to provide self
care.

Unresolved COVID-19<br>
Uncontrolled Asthma Attacks Led to Developing Life-Threatening<br>
Blood Clot In His Lungs With Ignored Hemoptysis<br>
And Transfer to the Hospital Was Denied

Plaintiff, from the stress of months of uncontrolled repetitive asthma
attacks while begging through administrative remedies for a nebulizer machine
in his room or even in the unit, Plaintiff contracted COVID-19 on Jan. 11, 2022,
and finally given a nebulizer. His asthma care was ineffective as he was unable
to be treated by a physician skilled in a complicated respiratory patient, such
as Plaintiff.

On 01/18/2023, 10:00, Travis Freeman, LVN Clinical Encounter sick call
"complaining of "coughing up yellow sputum, tight chest, sore throat."" See
Exhibit A. pg.2A-24 (ever since after his COVID infection and Staph pneumonia)
"Bronchial Breath Sounds, Expiratory Wheezing...Assessment: allergic rhinitis
Cold Symptoms...Spoke with provider about inmate's condition and orders will
be added...PLAN: Follow up at Sick Call as Needed...Cosigned by Lynd, A NP"
(See Exhibit A. pgs A22, A-23, A-24, A-21)

On 01/18/2023, 11:40, A. Lynd, NP. Administrative Note "...Amoxicillin,
prednisone 20mg x 7 days...Triamcinolone Acetone Inj 40mg IM ...One time dose..."
(See Exhibit A. pg. A-25)

On 02/18/2023, 19:42, Ronald Denham, LVNp Clinical Encounter: "Chief
Complaint: Breathing Problems..."I'm couging up blood"...PHYSICAL EXAM:...
Inspiratory-Wheezing...ASSESSMENT... bleeding-oral...Known COPD patient came to
medical with 2 handfuls of paper towels with red blood noted...Stated he just
started coughing

13

up blood. Patient has hx of LL lobectomy per patient. Patient states coughing up blood and blowing nose with blood present...Lung sounds have inspiratory wheezing noted to mid fields, bilaterally...V/S wnl, afebrile, pulse 95 BPM, PaO2sat...98% ORA...Call placed to on call provider, then unit Dr...Order recvd, read back and verified...Decadron 8mg IM once, PRN breathing tx...Im injection given to right gluteal, pt tolerated well...SVN machine set up in Foyer." Telephone/Verbal Order: Yes By: Bolavarapu, Sreedhar, MD. (See Exhibit A. pg. A-27)

Transport to ER denied. (See "disposition...follow up at sick call as needed" (See Exhibit A. pg A-27; Cosigned by Dr. Polavarapu, pg. A-30) [4]

2/19/2023, 11:30; Travis Freeman, LVN, Clinical Encounter: "Chief Complaint: Breathing problems...called to compound in front of chow hall for an inmate passed out...2/19/23 pulse rate 105...2/19/23 Respirations 22...Shortness of Breath...Upon arrival inmate was laying on back in grass in front of the chow hall. Inmate was awake and alert and tachypneic...he started coughing up blood yeaterday...Call was placed to on call provider and orders were given for Decadron 8mg IM, Rocephin 1gm IM and to report to medical first thing in the morning to be evaluated by the providers...Inmate was given a breathing treatment from his PRN orders..." (See Exhibit a. pgs A-31, A-32)

This statement contradicts the prior statement. Plaintiff was instructed to "follow up at sick call as needed" (pg. A-27) However, Plaintiff avers he was not sick at 6am when sick call is granted to inmates, because it was the weekend.

Transport was, again denied by Polavarapu to Emergency Room. (See Exhibit A. pg. A-32)

2/19/2023, 14:02; Travis Freeman LVN. Clinical Encounter: "Chief Complaint; Breathing Problems...Subjective: States breathing has only gotten worse and coughing up more blood...Dyspnea...Yes: known onset...worse the last 2 days... states coughing up blood...Chest Tightness, Malaise...ASSESSMENT...Shortness of Breath...called from housing unit that inmate reports his breathing is worse and that he is coughing up more blood...call placed to on call provider and order given to send to local hospital...Operation Lt. notified." (See Exhibit A. pg. A-36)

2/19/2023, 16:26; Baptist Hospitals of Southeast Texas: Emergency Room and Diagnosis: "Hemoptysis; dyspnea; pneumonia; Pulmonary embolism; Sepsis" (See Exhibit A. pg. A-38.3)

---

[4] Plaintiff did not know of such order, until he was able to obtain his medical records.

14

2/19/2023, 23:55; Hospital Admission Diagnosis: Acute hypoxemic respiratory failure; Pulmonary embolism; Pneumonia; COPD; Ashtma; chronic kidney disease; GERD; History of pseudomonal pneumonia requiring a left lobectomy. (See Exhibit A. Pg. A-13)

However, he developed a pulmonary emboli which the medical staff failed to diagnose or intervene in a timely manner. On or about Febraury 17, 2023 through February 19, 2023, even in the physical presence of active uncontrolled bleeding from his lungs projecting through Plaintiff's mouth and nose, he was refused transfer to the emergency room by the medical director, Dr. Polavarapu, downplaying the severity of Plaintiff's asthma attacks and gross hemoptysis without examining him or believing his own staff. This inappropriate medical health behavior documented in the medical records continued until Plaintiff became unconscious three times. Only then was he transferred to the Emergency Room on February 19, 2023.

Medical Records confirm his severity of illness upon arriving to the Emergency Room on 2/19/2023:

1. Actively coughing up blood:

2/19/2023: 17:44 ED course: "Patient's nurse witnessed episode of hemoptysis"

2/19/2023: 20:37: "The problem is Hemoptysis which is acute, unstable, with high complexity, with moderate risk of morbidity or mortality." (See Exhibit A. pgs A-38.2)

2. Vomiting Blood:

2/19/2023: "16:50 Presents to the emergency department vomiting blood, a moderate amount, bright red, with multiple such episodes." (See Exhibit A. pg. 38.1)

3. Sepsis:

2/19/2023; 20:39; "20:49 Severe Sepsis presentation time: February 19, 2023 at 20:39" (See Exhibit A. pg. 38.2)

4. Pulmonary Embolism:

2/19/2023, "20:37 The problem is Pulmonary embolism which is acute, unstable with high complexity with moderate risk of morbidity or mortality." (See Exhibit A. pg. 38.2)

Hospital Discharge Summary:

"Date of Discharge 2/24/2023...
Discharge Diagnosis:...

1. Acute hypxemic respiratory failure
2. Pulmonary embolism
3. Pneumonia
4. COPD

15

Plaintiff is now on the life long treatment of blood thinners and their complications to treat and prevent recurrent blood clot formation in his lungs.

It is high probability that Plaintiff would not have developed the second pulmonary emboli or the need for life long oral anticoagulants, if, upon transfer to FCC Beaumont, Dr. Polavarpu would have read Plaintiff's medical history to know that he was on very effective measures to reduce the effects of his severe respiratory symptoms. He was on Advair and Exhance, which were effective, and documented to be taken from him upon entry into the BOP, where he had been told by the RN at Seagoville, that Seagoville, and the BOP refused Advair because of the cost, and issued a cheaper, but less effective alternative. Plaintiff complained from the start that, not only was he prescribed these medications from his primary care physician on the outside, but it was effective in minimizing his suffering.

When Plaintiff implored Dr. Polvarapu to verify the record, and correct it, and prescribe Advair and Exhance, the Doctor refused to listen, and, instead offered this explanation, "We don't have Advair here."

Case law specifically adresses this very topic.

Plaintiff filed administrative remedy petitioning the BOP, and Dr. Polvarapu to prescribe the medication that worked.

In the case, Rucker v. Lndamood, 2022 US Dist LEXIS 35644 (3.1.2022), the Plaintiff in this case, also a prisoner, had severe respiratory symptoms, and his primary care provider also had prescribed Advair to treat the plaintiff's symptoms. The prison, notably the plaintiff's primary care physician, who was also responsible for medical decision making, refused to prescribe Advair. The plaintiff, subsequently suffered injury, not nearly as sever as Plaintiff's injuries in the instant case. The excuses were cost, as well. This plaintiff also was given an ineffective cheaper measure, which caused his suffering.

The court recognized that the prison's primary health care provider had forehand knowledge ot the plaintiff's conditions, that warranted a specific treatment that had been previously prescribed, and deliberately refused, by giving a non-clinical reason for denial. The suffering that the plaintiff experienced amounted to deliberate indifference, because the previous

16

doctor, from the plaintiff's personal care, had previously prescribed the medication, the medication was effective, the treatment by that physician was readily available to the prison doctor, the prison doctor knew that information existed, and deliberately prescribed a medication, cheaper, due to cost. The court cited this was material fact, and the court denied the Defendants' motion for summary judgement.

This is reason, here that Dr. Polvarapu recklessly refused to give a treatment to Plaintiff, despite the reason, prior record, prior doctor's orders, and the continuous pleading from Plaintiff to restor the effective treatment. The result was a cascading medical condition, and punative mesaures against Plaintiff, forcing him to walk for 0.2 miles for asthma treatment, worsening conditions, continuing suffering, and retaliatory denial of emergent care, and documented deliberate acts.


### BOP HISTORY AT BEAUMONT LOW

Medical records confirm Plaintiff's previous history of PE, asthma, partial lung removal, and recurrent pseudomonas klebsella pneumonia, and TB infections destroying the elsaticity of his lungs (which created the addition condition of COPD) chronic obstructive lung disease). The lobectomy created structural lung changes which elevate the risk of recurrent PE's. This precondition demands astute medical awareness and immediate transfer to a

17

hospital facility capable of preventing imminent death within hours should the symptoms of a new blood clot appear including increased respiratory rate, chest pain, syncompe, shortness of breath, and hemoptysis all of which were failed to be treated at Beaumont in a timely urgent manner. (See Exhibit A. pgs. A-100 - A-103; A-11 - A-13; A14 - .    A- 14.5)

Emergency intervention must be urgently performed by healthcare providers whenever any symptom of another possible PE or significant lung condition recurs either alone or in combination of Plaintiff's comorbid serious medical conditions, including, long-covid, Staphylococcus aureus pneumonia, Stage 3 chronic renal disease, and anemia. (See Exhibit A. pgs. A-6 - A-9; A-24; A-21; A - 104)

Even though the physical signs of respiratory can cardiovascular distress were obvious, BOP staff and part of the medical staff nurses, L. Carson, LVN/IDC, NP A. Lynd, and Medical Director, Dr. Polvarapu directed care to be focused on asthma, failing to recognize the severity of the underlying pulmonary embolism delaying Plaintiff's care.

Dr. Polvarapu, without being physically at Beaumont, refused to send Plaintiff to the hospital.

Even with the known medical history of Plaintiff's pulmonary emboli, the Beaumont Low medical department ignored Plaintiff's symptoms of a significant PE recurrence by inappropriately treating him for asthma attacks. In failing to provide the urgent adequate treatment both of a serious asthma attack and the diagnosis of a PE, they failed to transfer Plaintiff urgently to the hospital, even when his acute illness progresses to a gross hemoptysis (cough-ing up blood in huge volumes.)

Dr. Polvarapu demonstrated healtcare delivery far below the standard of care. He was off site and with reckless willful intent, refused to believe his own medical staff requesting Plaintiff's urgent transfer to the hospital after demonstrating an acute PE episode with a life threaten ing condition of hemoptysis. That staff failed to place the patient's life first delaying getting Plaintiff to an Emergency Room also.

Fortunately for Plaintiff, a case Manager  recognized Plaintiff's impending doom and medical distress and called the rescue squad personally risking his job which saved his life as he arrived to the ER with Sepsis, PE, pneumonia, and respiratory failure, or respiratory distress.

18

Dr. Polvarpu's deliberate indifference to Plaintiff's known medical needs provided health care fell below the standard of care is evident on his own 3/8/2023 Clinical Encounter - Administrative Note. He translates the note from the pulmonologist, who saw Plaintiff four days after being admitted on 2/19/2023. and treated for a documented CT diagnosed pulmonary embolism and hemoptysis. Responding to a consult request to be evaluated for potential further invasive treatment which had dissolved the clot (PE). Dr. Sohail Akbani documents:

"He does not have any signs of major pulmonary embolism at this point... I donnot think catheter directed thrombolectomy is an option at this point... he has had 2 pulmonary embolism and I think he is a candidate for lifelong anticoagulation...
  ASSESSMENT
          1. Pulmonary embolism
          2. History of pseudomonas infection with status post lobectomy
          3. History of prior embolism
          4. Hemoptysis
          5. Shortness of breath."

(See Exhibit A. Pgs. A-38.3, A-43)

Dr Polvarapu unethically intentionally twists this Pulmonary evaluation request for invasive therapy by falsely documenting in the medical chart his non-factual medical impression that there was no PE at all, and that he was correct to make Plaintiff wait for two days suffereing to breathe, and bleeding until he passed out in his living quarters.

Dr. Polvarapu writes: "Discharge Dx=PE [highly questionable & atypical case, per Pulmonologist's note] : possible underlying pneumonitis process." (See Exhibit A. pg-A@105)

Medical records odocument that there was no question whatsoever that Plaintiff had developed a PE which resulted in his life-threatening gross hemoptysis which Dr. Polvarapu ignored for two days..

Medical records from credible licensed and board certified physicians at Baptist Hospitals of Southeast Texas document and confrim Plaintiff suffered with a pulmonary embolism and gross (large quantity) hemoptysis:

"ASSESSMENT AND PLAN...A hypercoagulable state with a history of pulmonary embolism, which patient was admitted once again with a pulmonary embolism... The patient had a recurrent clot formation, for which he would be recommended for lifetime anticoagulation...(Progress Note: 2/24/2023; Sohail Akbani, MD)"

(See Exhibit A. pg. A-44)

19

Dr. Polvarapu writes the above contrary to the discharge diagnosis and treatment for Plaintiff's pulmonary emboli as in the above "ASSESSMENT". The CT scan on arrival to Baptist Hospital of Southeast Texas confrims: "Critical findings suggestive of pulmonary embolism on the left." (See Exhibit A, pg A-44, A-38.2)

Even more strikingly dangerously downplays Plaintiff's coughing up hands full of blood as insignificant when in fact was a medical emergency which even a lay person and the average licensed medical doctor would recognize as life-threatening requiring immediate hospitalization. Below the standard of care for a patient with gross hemoptysis, Dr. Polvarapu downplays physical evidence and ridiculously concludes that Plaintiff has a trivial finding of an upper respiratory infection to attempt to justify delivering delayed inadequate healthcare to Plaintiff. It is a fact that occult (barely visible) hemoptysis is a trivial finding of the common cold or URTI (upper respiratory tract infection) and the gross hemoptysis that Plaintiff experienced was a life-threatening condition whose treatment was intentionally ignored by Dr.Polavarapu who writes:

> "*note: [simple URTI, like Bronchitis,' and even a bad sinus infection...
> can present with occult hemoptysis !!!] It's my Professional opinion;
> that "There was NO delay in diagnosis nor pertinent Medical Treatment"

(See Exhibit A, pg. A-20)

By writing in the chart it is his "Professional opinion", Dr. Polvarapu attempts to cover up his deliberate indifference and vindictive inadequate delivery of health care in an attempt to prevent being sued for his deliberate indifference of not examining nor rendering appropriate care to Plaintiff. Dr. Polvarapu demonstrates he does not have a clue as to recognize a life-threatening PE in a patient even with a known history of PE, a lobectomy from pseudomonas, asthma, and COPD, all which contribute to the development of a second PE in a patient even with a known history of PE, of which the medical staff were warned to look out for, yet ignored. He simply ignored Plaintiff out of spite for filing multiple administrative remedies for his reaching out for months and receiving none to minimal care for his asthma.

After Plaintiff was hospitalized, Dr. Polvarapu continues to fail to admit he was wrong that Plaintiff had a PE after he had mistreated his asthma for months, in his note from 3/8/2023, that:

"Inmate remained hemodynamically VERY STABLE thro'out [SIC] the entire ordeal (even hospital stay)...the diagnosis of PE is very highly unlikely !!!"

(See Exhibit A. pg. A-20)

The medical fact and findings confirmed in Plaintiff's medical chart disputes Dr. Polvarapu's nonsensical medical opinion fabricating legit medical treatment as Plaintiff had several syncopal episodes from blood loss and arrived in respiratory failure as medical records confirm:

"Baptist Beaumont Hospital admitted Feb. 19, 2023 through Feb. 24, 2023... "

2-23-2023, Juan Iribarren, MD Progress Note

]  "ASSESSMENT/Plan:
1. Acute hypoxemic respiratory failure:
2. Pulmonary embolism:
3. COPD
4. Asthma
5. Chronic kidney disease
6. GERD
7. History of pseudomonal pneumonia requiring lobectomy."

(See Exhibit A. pg. A-39; A-50)

Attempting to justify failing to send Plaintiff to the hospital, Dr. Polvarapu attempts to cover up his intentional lack of delivery of timely, adequate health care by charting materially false findings under 'his profess-ional' opinion. In stating his professional opinion, Dr. Polvarapu exposes his trend off this quote to attempt to avoid legal suits while hiding under the initials of being a M.D. He has learned by this history of being sued at least 6 times from 2017 until 2021. It is blatant that medical care is being delivered with serious errors either in the incompetence of the physician, the systematic delivery of BOP health care, or both to have the same physician being sued once or twice a year. By writing  legal loop hole in the medical record, the BOP has systematically protected this physician to imply his intentional errors in treating inmates was protected by the BOP.

Dr. Polvarapu's systematic downplaying of Plaintiff's true medical diag-nosis did not stop there. He furthered the damage, by allowing this erroneous finding on the BOP medical record, and thus interfering with the BOP's standards of evaluating an inmate for a higher level of care, in a facility more suited for Plaintiff's ongoing medical condition.

Plaintiff questioned, in his administrative remedy, more than once, that he could not understand why he was classified as a CARE level 2 patient. Dr. Polvarpu, not only falsified the record to downplay Plaintiff's condition,

21

but the erroneous information in his chart influenced the BOP not to properly classify Plaintiff's level of care to "CARE 3" as opposed to Care 2, which caused Plaintiff to continue to be treated throughout 2023, at a level of care not commensurate to his medical conditions, and requirements of ongoing treatment. There is a dramatic difference, for an inmate to be classified at a Care level 3, as opposed to Care level 2. Dr. Polvarapu's understating Plaintiff's condition kept Plaintiff at a Care 2, even throughout 2023. However, it was not for Dr. Polvarapu's actions that someone noticed Plaintiff was classified at a wrong Care level, it was Dr. Polvarapu's boss. It was clearly Dr. Polvarapu's duty, not just as a doctor, but as a BOP medical doctor, to identify an inmate who is not commensurate to his Care level, and request a medical transfer, and change of care level. Plaintiff avers, Dr. Polvarapu ignored his duty to report the correct findings, and make the correct recommendation for Plaintiff to be placed in a BOP facility that could better care for Plaintiff.

Instead, Dr. Polvarapu ignored his duty as a doctor, and as a BOP medical doctor, and deliberately held Plaintiff at the wrong care level.

Timeline:

October 2021  Beaumont BOP

Asthma attacks 2 - 3 times per day. No pulmonary consult, or advanced therapy. Medical staff refused patient use nebulizer requiring medical department treatment only.

Jan. 11, 2022 through Jan. 25, 2022: COVID-19 infection

Given nebulizer for self usage, Continues with daily asthma attacks (See Exhibit A. pgs. A-1, A-2)(BOP acknowledging documented COVID-19 infection)

October 4, 2022: Chest X-Ray

Evolving left lingular pneumonia (See Exhibit A. pgs. A-6, A-7)

October 5, 2022: Sputum culture from pneumonia positive for staph aureus,

Antibiotics failed throughout the remainder of 2022 with constant asthma attacks several times a day. 5

February 17, 2023:

Asthma attacks complicated by development of hemoptysis, and pulmonary embolus  (See Exhibit. A. pgs A-21, A-22, A-24)

February 19, 2023:

Hospitalized with respiratory failure, hemoptysis, and pulmonry embolus (See Exhibit A. pg. A-38, A-48)

---

5 As a result of this damage to Plaintiff's lungs from the failed antibiotics, Plaintiff now must take a 5,000 mg Vitamin D, taking Cholaceferol, once per week for the rest of his life.

22

February 24, 2023

Discharged from Baptist Beaumont Hospital to Beaumont Low with life-long anticoagulation

Diagnosis

1. Acute hypoxemic respiratory failure, Pulmonary embolism, Pneumonia, COPD, asthma, chronic kidney disease, history of pseudomonal pneumonia

2. "He would be recommended for lifetime anticoagulation as he has had 2 pulmonary embolisms in his past. 2/23/2023; Progress Note; Sohail Akbani, MD."  (See Exhibit A. pgs. A-44, A-46)

Plaintiff's CARE level is changed from Care 2 to CARE 3, as BOP finally becomes aware of the clinical diagnoses, and medical care requirements of Plaintiff.  (not until at least April, 2023)

## LONG COVID, PE, HEMOPTYSIS, AND STAPH PNEUMONIA
## COULD HAVE BEEN PREVENTED

Plaintiff contracted COVID-19, on or about Jan. 11, 2022, after attempts to be placed on home confinement by the CARES Act, began before Plaintiff became infected. This was thwarted by Dr. Polvarapu's and medical staff and others including Mr Sonnier, Nurse Freeman, Nurse Denham delivering the reckless erroneous opinion that Plaintiff did not have any COVID "high-risk" conditions for serious illness, hospitalization, or ICU admission. To obviously err to such degree could not be accidental, but an intentional vindictive abuse of his position as primary care provider.        Had Dr. Polvarapu written the truth as a physician, and not fabricating or denying proven medical science and the medical records, Plaintiff would most likely  been placed on home confinement.

Even in the safer environment, at home, should Plaintiff contracted COVID, his opt come would have been significantly better, as he would have had access to "Paxlovid" (not available to BOP inmates, despite shown to reduce the complication of Long COVID). Long COVID is defined as a chronic condition that occurs after SARS CoV-2 infection and is present for at least three months. Long Covid includes a wide range of symptoms or conditions that may improve, worsen, or be ongoing. Long Covid symptoms and conditions:

23

**Long COVID is** evaluated as an "unlisted impairment or as part of a combination of impairments." SSA, Emergency Message, EM-21032 REV 2, effective Mar. 28, 2024. ("COVID-19 and Long COVID may affect respiratory, cardiovascular, renal, neurological, or other body systems."). Further, "[i]f a person has an underlying chronic respiratory disorder, a finding of medical equivalence may be possible if all other requirements of the listing are satisfied." *Id.* Long COVID patients can present with symptoms such as, but not limited to, shortness of breath, cough, persistent fatigue, post-exertional malaise, memory changes, and lightheadedness. CENTER FOR DISEASE CONTROL, https://www.cdc.gov/covid/long-term-effects/long-covid-signs-symptoms.html{2025 U.S. Dist. LEXIS 12} (last visited Jan. 15, 2025).

T.S. v. Comm'r S.S.A. 2025 US Dist LEXIS 8486 (N.D. Tex. 1/16/2025)

Plaintiff would have had adequate timely access to health care to better control his asthma; which within medical certainty, would have greatly decreased the risks of Plaintiff's development of Long Covid, Staph pneumonia, worsening COPD worsening asthma, and developing a second pulmonary embolism which subsequently demands a life-long treatment being oral anticoagulation with it's elevated risks for injury or death from bleeding.

The most feared complication of oral anticoagulants is bleeding, which in some cases, may be fatal or may affect critical organs. Not uncommonly, bleeding occurs as a complication of even slight trauma or medically invasive procedures. Dr. Polvarapu, with malicious intent, ignored the listed CDC guidelines to have Plaintiff's CARES Act request denied for the possible purpose of continuing to make Plaintiff suffer and to remain under his inadequate care at Beaumont.

Specifically, the undisputed ignored CDC listed high elevated risks when infected with COVID which would result in severe injury or death were:

1. Asthma
2. Chronic renal disease (CKD)
3. immunocompromised with recurrent lung infections and history of recurrent pseudomonas pneumonia
4. COPD
5. Left lower lobectomy (cardiovascular compromised)
6. Steroid dependent asthma rendering immunocompromised state

https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html. The CDC states individuals with any of following conditions are more likely to become very sick with COVID-19: cancer or having a history of cancer, chronic kidney disease, chronic liver disease (such as alcohol-related liver disease, non-alcoholic fatty liver disease, autoimmune hepatitis, and cirrhosis), chronic lung diseases (including moderate to severe asthma, bronchiectasis, bronchopulmonary dysplasia, chronic obstructive pulmonary disease, emphysema, chronic bronchitis, interstitial lung disease, idiopathy pulmonary fibrosis, pulmonary embolism, and pulmonary hypertension), cystic fibrosis, dementia or other neurological conditions, diabetes (type 1

or type 2), certain disabilities (such as ADHD, cerebral palsy, birth defects, intellectual and developmental disabilities, learning disabilities, spinal cord injuries, or Down syndrome), heart conditions (such as heart failure, coronary artery disease, cardiomyopathies, or possibly hypertension), HIV infection,{2023 U.S. Dist. LEXIS 8} immunocompromised condition or weakened immune system due to a medical condition or treatment for a condition (such as people who have cancer and are on chemotherapy, have had a solid organ transplant, and taking certain types of medicines for long periods of time), mental health conditions (mood disorders, including depression, and schizophrenia spectrum disorders), being overweight or obese, partaking in little or no physical activity, pregnancy, sickle cell disease or thalassemia, being a current or former smoker, having a solid organ or blood stem cell transplant, **stroke** or cerebrovascular disease, substance use disorders (such as alcohol, opioid, or cocaine use disorder), and tuberculosis. Id.

There was no oversight over Dr. Polvarapu's repeated trend of inadequate health care delivery, and under reporting falsely, preventing Plaintiff from being provided any form of significant self care, thus unconstitutionally suffering physically and psychologically. Being as such, Plaintiff's potential for being granted home confinement under the CARES Act was intentionally lost by Dr. Polvarapu's vindictive, and blatant erroneous documentation that Plaintiff did not have any COVID-19 High-Risk conditions.

Building on the previous analysis of deliberate indifference, Dr. Polvarapu's attempts to justify his denial of emergency care reveal a pattern of intentional misrepresentation and substandard medical care. ?Medical records document a clear progression from Januray 8, 2023, through critical events, and lasted until Plaintiff was finally changed from Care2 to Care3, and removed from Dr. Polvarapu repeatedly ignoring clear signs of a life threatening condition.

The Fifth Circuit has held that deliberate indifference includes situations where officials "intentionally treat [an inmate] incorrectly." Gobert v. Caldwell, 463 F.3d 339, 346 (5th Cir. 2006). Dr. Polvarapu's documentation demonstrates exactly this type of intentional misconduct. On March 8, 2023, he attempted to retroactively justify his denial of emergency care by mischaracterizing the pulmonologist's findings. While Dr. Sohail Akbani had clearly documented Plaintiff's pulmonary embolism and life long need for anti-coagulation. Dr. Polvarpu misleadingly wrote that PE was "highly questionable & atypical" and suggested it was merely a "possible underlying Pneumonitis process." (See Exhibit A. pg. 20)

This deliberate misrepresentation of medical evidence is particularly egregious given the detailed documentation of Plaintiff's deteriorating condition:

January 8, 2023: Travis Freeman, LVN, documented "coughing up yellow sputum, tight chest, sore throat" with Bronchial Breath Sounds,

Expiratory Wheezing." (See Exhibit A. pgs. A-22, A-24)

February 18, 2023: Ronald Denham, LVN, recorded Plaintiff presenting with "2 handfuls of paper towels with red blood noted." explicitly documenting active hemoptysis. (See Exhibit A. pgs. A-26, A-27)

Despite these symptoms, Dr. Polvarapu denied emergency room transfer. (Id.)

February 19, 2023: Multiple encounters document Plaintiff's worsening condition:

-11:30: found unconscious outside chow hall, tachypneic with pulse rate 105 and respiration 22. (See Exhibit A. pg A-31)

-14:02: "States breathing has only gotten worse and coughing up more blood." (See Exhibit A. pg. A-32, A-35)

-16:50: Emergency room arrival documenting "Hemoptysis; pneumonia; pulmonary embolism; Sepsis" (See Exhibit A. pgs. A-38.1, A-38.3)

-23:55: Hospital admission confirms "Acute hypoxemic respiratory failure; Pulmonary embolism. (See Exhibit A. pg. A-39)

Dr Polvarapu's attempt to characterize this as "simple URT" with "occult hemoptysis" directly contradicts the objective medical evidence. His notation that there was "NO delay in diagnosis nor pertinent Medical Treatment" demonstrates gross deliberate negligence, or intentional misrepresentaion of medical facts. The Fifth Circuit has held that "such refusal to verify underlying facts" while disregarding a substanital risk constitutes deliberate indifference. See Lawson v. Dallas County, 286 F.3d at 262.

This pattern of misconduct is further evidenced by Dr. Polvarapu's March 8, 2023, note claiming Plaintiff "remained hemodynamically VERY STABLE thro'out [SIC] the entire ordeal." This directly contradicts hospital records documenting multiple syncopal episodes, respiratory failure, and the need for emergency intervention. Dr. Iribarren's February 23, 2023, progress notes confirm the severity of Plaintiff's condition in medical records. The Fifth Circuit has held that "a prison official may not escape liability if the evidence shows that he merely refused to verify underlying facts that he strongly suspected to be true, or declined to confirm inferences of risk that he strongly suspected to exist." Farmer v. Brennan, 511 U.S. 843 n.8 (1994).

Medical records from Baptist Hospitals of Southeast Texas definitively contradict Dr. Polvarapu's revisionist documentation. Dr. Sohail Akbani's February 24, 2023, progress note expilcitly states: "A hypercoagulable state with a history of embolism, which patient was admitted once again which was admitted once again with a pulmonary embolism." The CT scan on

arrival confirmed "Critical findings suggestive of pulmonary embolus on the left." (See Exhibit A. pg. A-44)

Yet, on March 8, 2023, Dr. Polvarapu attempted to retrospectively justify his denial of care by falsely claiming the pulmonary embolism was "highly questionable & atypical." He further mischaracterized Plaintiff's gross hemoptysis documented by multiple medical professionals as filling "2 handfuls of paper towels with red blood," as merely "occult hemoptysis" typical of a "simple UPTI." (See Exhibit A. pg A-20)

This deliberate misrepresentation of medical evidence demonstrates the type of "wanton disregard for serious medical needs", that the Fifth Circuit has found constitutes deliberate indifference. See Hinojosa v. Livingston, 807 F.3d at 665. Dr. Polvarapu's extensive history of similar conduct, evidenced by six previous lawsuits between 2017 and 2021 , suggests this was not an isolated incident but rather a part of a systematic pattern of providing constitutionally inadequate care.

The consequences of Dr. Polvarapu's deliberate indifference are permanent. Plaintiff now requires a lifelong anticoagulation therapy, carrying inherent risks of fatal bleeding complications from even minor trauma or medical procedures. This outcome could have been avoided, in the first place had Plaintff received his prescribed medication, had Dr. Polvarapu not recklessly misstate Plaintiff's true comorbidites, pursuant to CDC warnings, when he stated Plaintiff was not a high risk patient if contracted COVID. (See Remedy 1119710-A2). Also this outcome would have been avoided if Dr. Polvarapu not denied emergent care, during obvious medical crisis. Also this situation would have been avoided had Plaintiff received CAT scan when he was sick. Additionally, Dr. Polavarapu's misstatements caused Plaintiff to remain at a Care2 facility, as opposed to Care3, with no intent to correct the record. If it was not for someone over Dr. Polavarapu, to review the record, Plaintiff would still have his life at risk, or worse, for longer than the two and a half years at Beaumont. Had Plaintiff remained under Dr. Polavarapu's care, the next catastophic event likely would have resulted in death, or at least more deliberate acts by Dr. Polavarapu.

The impacts if Dr. Polavarapu's deliberate indifference extends beyond the immediate February, 2023, crisis. His pattern of substandard care began with Plaintiff's arrival at FCC Beaumont in October, 2021, when his prescribed and effective medications were refused despite his documented history of severe respiratory

27

conditions. The Fifth Circuit has recognized that such systematic denial of care constitutes deliberate indifference when it creates an "excessive risk to inmate health." Victoria W. v. Larpenter, 369 F.3d 475, 484 (5th. Cir. 2004) Additional evidence if placing Plaintiff in excessive risk, is the misrepresentation of Plaintiff's condition, in order to prevent him from being transferred to a facility commensurate to his Care level.

Dr. Polvarapu's deliberate indifference culminated in his handling of Plaintiff's COVID-19 complications and subsequent medical emergency. The progressive deterioration has been well documented.

Throughout this period, Dr. Polvarapu consistently minimized the severity of Plaintiff's condition and denied appropriate care. His March 8, 2023, notation that Plaintiff, "remained hemodynamically VERY STABLE thro'out [SIC] the entire ordeal." directly contradicts the hospital admission records:

> "16:50 presents to the emergency department vomiting blood, a moderate amount, bright red, with multiple such episodes...
>
> 20:49 Severe Sepsis presentation time ::February 19, 2023 at 20:39...
>
> 20:37 The problem is Pulmonary embolism which is acte, unstable with high complexity with moderate risk of morbidity or mortality."

This deliberate misrepresentaion of medical evidence demonstates  the type of conduct the Fifth Circuit condemned in Domino v. Texas Dep't of Criminal Justice, where officials "refused to treat him, ignored his complaints, [and] intentionally treated him incorrectly." 239 F.3d at 756.

The permanent consequences of this deliberate indifference are evidenced by Dr. Juan Iribarren's February 24, 2023 discharge summary documenting life-threatening conditions and the necessity for lifelong anticoagulation therapy. This requirement for permanent medication, carrying inherent risks of fatal bleeding complications, represents the type of "substantial harm" that establishes an Eighth Amendment violation under Easter v. Powell, 467 F.3d at 464.

The medical records further demonstrate how Dr. Polvarapu's deliberate indifference created a cascade of worsening complications. The Fifth Circuit has recognized that when prison officials "ignore a medical condition that progressively worsens," such conduct consitutes deliberate indifference. See Lawson v. Dallas County, 286 F.3d at 262.

Dr. Polvarapu's own documentation reveals attempts to retroactively

justify his denial of care. In his March 8, 2023, note, he mischaracterizes the pulmonologist's findings, writing that "the diagnosis of PE, is very highly unlikely!!!" This directly contradicts the hospital's CT scan showing "critical findings suggestive of pulmonary embolus on the left.", and Dr. Akbani's explicit documentation of "hypercoagulable state with a history of pulmonary embolism, which patient was admitted once again with a pulmonary embolis."

The events documented, starting in January, 2023, progressing to February 8, 2023, and February 18, and 19, 2023, document a clear progression of life-threatening symptoms that Dr. Polvarapu repeatedly ignored.

The Fifth Circuit has held that prison officials demonstrate deliberate indifference when they "refuseds to verify underlying facts that [they] strongly suspected to be true." Farmer v. Brennan, 511 U.S. at 843 n/8. Here, Dr. Polvarapu not only failed to verify Plaintiff's condition, personally, but actively disregarded the documented observations of his medical staff.

The hospital records from February 19 to 24, 2023, reveal the life threatening nature and the full extent of harm caused by Dr. Polvarapu's deliberate indifference. These dignoses directly contradict Dr. Polvarapu's later characterization the Plaintiff remained "hemodynamically VERY STARLE."

The progression of Plaintiff's life-threatening condition, and the condition he presented at hospital admission is clearly documented in the hospital records, elaboreated earlier.

The Fifth Circuit has held that deliberate indifference includes situations where prison officials "intenionally treat [an inmate] incorrectly" , [or] intentionally treat him incorrectly." Easter v. Powell, 467 F.3d at 464. Dr. Polvarapu's conduct meets all of these criteria, as videnced by his . persistent refusal to authorize emergency care despite clear documentation of life-threatening symptoms.

Dr. Polvarapu's subsequent attempt to characterize Plaintiff's gross hemoptysis as merely "occult hemoptysis" typical of a "simple URTI" demonstrates the type of intentional misrepresentation the courts have found constitutes deliberate indifference. His notation that there was "NO delay in diagnosis nor pertinent Medical Treatment" directly contradicts the objective medical evidence and hospital records.

Plaintiff has demonstrated the consequnces of this deliberate indifference, documented in Dr. Iribarrens February 24, 2023, discharge summary. The need

for lifelong anticoagulation therapy due to his second pulmonary embolism, fo
and his requirement for permanent medication, with its inherent risks of
fatal bleeding complications, represent exactly the type of substantial harm
that establishes an Eighth Amendment violation under Fifth Circuit precedent.

Dr. Polvarapu's extensive history of similar conduct, and the attempts
to continue to allow Plaintiff to remain in the wrong medical setting, with
deliberate and intentional misrepresentation, evidenced by six previous
lawsuits, was not an isolated incident, but rather a part of a systematic
pattern of providing constitutionally inadequate care. His consistent practice
of documenting "professional opinions" that contradict objective medical
evidence suggest an attempt to create legal protection for his deliberate
indifference to inmates' serious medical needs. This pattern continues by
systematic attempts to evade accountability through misleading documentation.
This history of legal involvement, at FCC Beaumont, with prior lawsuits,
establishes a troubling pattern that the Fifth Circuit has recognized as rele-
vant to deliberate indifference claims. See Hope v. Pelzer, 636 U.S. 730, 737
(2002).

The timeline reveals a consistent pattern of minimizing serious medical
conditions and denying appropriate medical care:

Prior to contracting COVID-19, Dr. Polvarapu misrepresented Plaintiff's
medical conditions, to prevent CARES Act home confinement consideration,
despite Plaintiff meeting multiple CDC high risk factors

Documentation showing Post COVID-19 complications on the record and com-
plications Plaintiff was at risk, including continued respiratory complications,
and long-covid, and especially respiratory distress.

Post hospitalization shows Dr. Polvarapu's March 8, 2023, attempt to
re-write the medical record with false claims, mischaracterization, and contra-
diction of objective medical findings.

Post-Post hospitalization: Dr. Polvarapu deliberately left the medical
record to stand, that he reported to the BOP's version of the record, causing
Plaintiff to remain at risk of additional risk of death until someone else
found the mis match of Care Level he was receiving, and transferred him.

The Fifth Circuit has held that officials cannot escape liability by
"merely refused to verify underlying facts that he strongly suspected to be
true." Farmer v. Brennan, 511 U.S. at 843. Dr. Polvarapu's consistent

practice of documenting "professional opinions" that contradict objective medical evidence represents exactly this type of deliberate indifference of verified medical facts.

The consequences are permanent, and life-altering. This outcome could have been avoided had Dr. Polvarapu not systematically denied appropriate care and intervention.

Dr. Polvarapu's pattern of deliberate indifference extended beyond direct medical care to include systematic interference with administrative remedies and oversight. The Fifth Circuit recognizes that deliberate indifference can be demonstrated through patterns of interference with inmates' attempt to secure medical care. See Lawson v. Dallas County, 286 F.3d at 262. Multiple administrative remedies document Plaintiff's attempts to address inadequate care:

No. 1126370-F2 (July 19, 2022): Warned about COVID-19 risks and requested appropriate medical intervention

No. 1155176-A1 (November 6, 2023): Documented improper/inadequate medical care

No. 1182851-A1 (February 18, 2023): Detailed the critical denial of emergency care during hemoptysis episode

No. 1179212-R1 (April 21, 2023): Documented continued inadequate care after after hospitalization

These administrative efforts parallel the deterioration of Plaintiff's condition under Dr. Polvarapu's care. His response to these legitimate medical concerns was to engage what in the medical records reveal as intentional misrepresentation. This is evidenced in his March 8, 2023 note where he attempts to recharacterize established medical facts.

    -Contradicting Ct scan findings against Dr. Polvarapu's summary
    - Dismissing documented gross hemoptysis at "simple URTI"
    - Claiming "hemodynamically VERY STABLE"
    - Asserting "NO delay..."

Plaintiff has submitted medical records, and clinical findings of objective nature and content.

The permanent consequences and broader systematic failures of Dr. Polvarapu's deliberate indifference are evidenced through this pleading. The Fifth Circuit has recognized that permanent injury resulting from delayed or denied medical care establishes deliberate indifference. See Estelle v. Gamble, 429 U.S. at 104-05. These sytematic failures continued long after Plaintiff's hospitalization, in that the deliberate misstating of Plaintiff's

31

severe and fragile condition requiring fast-acting response, in the event of his next event, and continual monitoring, by a specialist in pulmonology, demanding a higher level of specialized care, deliberately withheld from, Plaintiff until later on in 2023, only extending Plaintiff's suffering needlessly, exacerbated by anxiety, due to his administrative remedy being manipulated by the administration at Beaumont, in order to cover up Dr. Polavarpu's deliberate indifference, could have all been avoided, had Dr. Polvarapu not unethically withheld treatment, giving wrong treatment, then systematically misstating the objective findings, only to be protected by an equally unethical staff, who, Plaintiff avers, delayed, lost, and manipulated his attempts to follow the legal process, in order to get better health care.

The long term impacts include: Lifelong anticoagulation therapy, with risks of fatal bleeding as a side effect; Worsened COPD and asthma conditions; Development of long covid complications, which were left untreated, and undiagnosed for nearly two years; Increased risk of future pulmonary embolisms due to delayed intervention.

The systematic nature of the deliberate indifference is demonstrated through: Creation of barriers to necessary nebulizer treatments; misrepresentation of medical conditions preventing CARES Act consideration; repeated denial of emergency care despite clear life-threatening symptoms; post-incident attempts to minimize and mischaracterize documented medical emergencies; intentionally allowing misrepresentations in the medical record in order to delay a higher level of continuous care/

The remedies must address both the immediate harm to Plaintiff and the systematic failures at FCC Beaumont that enabled Dr. Polvarapu's pattern of deliberate indifference. The warden was fully aware of Plaintiff's efforts to remedy the problems, but did nothing, but contribute to the interference of Plaintiff's remedies. The warden was fully aware of Plaintiff's conditions, documented in Plaintiff's multitude of administrative complaints, and contributed by failing to investigate the complaints, instead endorsing them by continuous denials, and additionally denying remedies complaining about the interference, and manipulation. Fifth Circuit precedent supports broad remedial measures where deliberate indifference results in permanent injury. See Victoria W. v. Larpenter, 369 F.3d at 484.

32

BOP Medical Policy exists, and sound medical doctrine demands that every visit a patient presents for a prescribed medical treatment, and/or complaints of distress, the patient is to be triaged and/or the encounter is to be documented for the patient's record, and the Primary Care Provider's record. The Primary Care Provider, in this instance is Dr. Polavarapu. He must have know, or should have known that many encounters, such as daily dosages of nebulizer treatments, or sick call encounters Plaintiff discusses, missing from the record, that should not be. This also includes any encounter which includes regular visits for prescribed medication, particularly controlled substances, or medical treatments that the patient (inmate) is not currently provided for self carry use.

To deliberately omit these encounters from the record, Plaintiff avers this amounts to false reporting, another instance of deliberate indifference, because the attending Nurse/RN contributed to false representation of Plaintiff's medication treatments, Plaintiff's complaints of distress; need for emergent care, causing protracted suffering, and erroneous diagnoses. The Nurse/RN who omits such encounters commits acts of deliberate omissions, which constitutes deliberate indifference. Dr. Polavarapu, whose duty is to review Plaintiff's records, knowingly is aware these records are omitted, or falsely omitted. Laddy Curtis Valentine, v. Bryan Collier, Executive Director, Director, Texas Dep't of Crim. Justice 208 L.ED 2d 415 US Sup. Ct. 2020 US LEXIS 5612 (2020).(The District court first found that respondents were subjectively aware of [certain] risks because they were obvious. (citing Farmer v. Brennan, 511 U.S. 825, 834 *at 842, 114 S. Ct. 1970, 128 L. ed. 2d 811 (1970)). Then, weighing the evidence and "competing narratives" presented by the parties at trial, the court concluded that the officials' conduct, communications, and omissions reflected deliberate indifference. 2020 US Dist. LEXIS 178652, 2020 WL 5797881, *30-*31)

The permanent injuries include:

Lifelong anticoagulation therapy exposing Plaintiff to risks of fatal bleeding complications from even a minor trauma; Permanent respiratory damage from delayed treatment of pulmonary embolism; Long term complications from untreated COVID-19 and subsequent infections, exacerbating the effects of long covid; Ongoing psychological trauma from repeated denial of emergency care, and additional psychological trauma from repeated manipulation of remedies by the very same people Plaintiff is required, by law to complain.

The pattern of deliberate indifference continued even after Plaintiff's hospitalization. Upon his return to FCC Beaumont, on February 24, 2023, Plaintiff, soon after, again began coughing up blood, again. this was a clear indication that further medical attention was urgently needed. When he reported this alarming symptom, Nurse Freeman dismissively stated that, "coughing up blood is normal in this area.", and refused to send Plaintiff back to the hospital. Notably, Nurse Freeman made this decision without even consulting Dr. Polvarapu, demonstrating how deeply ingrained the culture of neglect had become at that facility. Plaintiff documented this disturbing incident through both an email to health services administrator, and a formal administrative remedy, that only got buried in mishandling, denial, and misrepresentation, further establishing his diligent attempts to secure appropriate medical care through all available channels.

The Fifth Circuit has held that deliberate indifference claims warrant both compensatory and punitive damages where officials demonstrate "reckless or callous indifference" to consitutional rights. <u>Smith v. Wade</u>, 461 U.S. 30, 56 (1983). Dr. Polvarapu's conduct repeatedly denying emergency care, falsifying medical documentation, and attempting to cover up his deliberate indifference clearly meets this standard.

VII.         REMEDIES SOUGHT

$40,100,000.00

Compensatory damages of $15,000,000.00 for:

- Permanent physical injuries requiring lifelong anticoagulation therapy
- Respiratory damage from delayed treatment
- Long-term COVID-19 Complications
- Ongoing psychological trauma from denied emergency care
- Future medical expenses related to preventable complications

Punitive damages of $7,100,000.00 against Dr. Polavarapu and other Defendants to address:

- Documented pattern of deliberate indifference
- Intentional misrepresentation of medical conditions
- Retaliatory denial of medical care

- Systematic interference with proper medical treatment
- Systematic interference with BOP's Care Level Evaluation standard
- Systematic of omissions and deletions of records of visits
- History of similar conduct evidenced by six pervious lawsuits

Additionally: Damages for future lost wages (20 years of work)
            Age: 50-70 years old

$250,000.00 previous annual income x 20 years = 5,000,000.00

        Plus Plaintiff's expenses associated with case
            $12,000,000.00

The Fifth Circuit supports substantial damages where deliberate indifference causes permanent injury. See Williams v. Hampton, 797 F.3d 276, 283 (5th Cir. 2015). Dr. Polvarapu's documented misconduct denying emergency care, falsifying records, and attempting to cover up deliberate indifference warrants significant punitive damages to deter future violations.

The requested injunctive relief addresses systematic failures that enabled this pattern of constitutional violations. See Ruiz v. Estelle, 679 F.2d 1115 1144 (5th Cir. 1982)(supporting institutional reform in prison medical care).

VIII.                           CONCLUSION

The defendant's collective deliberate indifference to Plaintiff's serious medical needs represents a systematic failure of constitutionally required medical care. Dr. Polvarapu, as Medical doctor,   led a pattern of denied care and misrepresented medical emergencies. Nurse Freeman documented Plaintiff's deteriorating condition on multiple occasions yet failed to advocate for emergency medical care when Dr. Polvarapu repeatedly denied it. Nurse Denham witnessed and recorded active hemoptysis on February 18, 2023, but accepted Dr. Polvarapu's denial of emergency transfer despite clear life-threatening symptoms. Nurse Lynd minimized Plaintiff's symptoms in January, 2023, documenting them as mere "cold symptoms" despite severe respiratory distress. Nurse Carson while documenting Plaintiff's serious condition, failed to ensure appropriate emergency intervention. The warden of the institution was fully aware of the past history of Dr. Polvarapu's six lawsuits against him for deliberate indiffernce, and the Warden was fully aware Plaintiff had been complaining of denial and delay of care through a multitude of administrative remedies, and the Warden was fully aware of the administrative remedies filed in relation to all of the manipulation of said remedies, and the Warden was fully aware of

Plaintiff's complaints and administrative remedies after his hospitalization, and the warden was fully aware of Plaintiff's medical condition, continued suffering, yet did nothing, but intentionally deny remedies, and fail to adequately investigate Plaintiff's claims, knowing Plaintiff should have never been continued to be housed at a Care level 2, facility, as opposed to a Care level3 facility. The warden was responsible for allowing all of this to continue, only to further the deliberate indifference by knowingly let it continue.

The hospital records definitively establish what these medical professional should have recognized and treated: severe sepsis, acute pulmonary embolism, and respiratory failure. Their collective failure to provide emergency care for 48 hours, while Plaintiff experienced gross hemoptysis and multiple episodes of unconsciousness led to permanent injuries requiring lifelong anticoagulation therapy.

Each defendant's actions and inactions contributed to the constitucional violations, from initial discontinuation of effective medications to repeated denial of emergency treatment despite life-threatening symptoms. Their coordinated minimization of documented medical emergencies through misleading medical chart entries demonstrates the systematic "wanton disregard for serious medical needs" that constitutes deliberate indifference under established Fifth Circuit Precedent.

The requested remedies of $40,100,000.00 in combined Compensatory and punitive damages, along with injunctive relief, are both appropriate and necessary given the severity of these constitutional violations, the permanent nature of Plaintiff's injuries, and the defendants' documented pattern of inadequate care. The evidence overwhelmingly supports Plaintiff's claims against all defendants and warrants immediate judicial intervention to address these serious constitutional violations.

Respectfully Submitted,

5-22-25

Date

Vernon Ray Stiff
Reg. No. 33655-177
FCI Butner Low
P.O. Box 999
Butner NC  27509

35

CERTIFICATE OF SERVICE

I hereby declare, under penalty of perjury that a true and correct copy of the foregoing Civil Action Petition was placed in the Prison Mail system, postage prepaid, USPS First Class to the following on this the $\frac{22}{\text{day,}}$ $\frac{5}{\text{month,}}$ $\frac{25}{\text{year}}$

to:

Clerk of the Court
United States District Court
300 Willow St.
Beaumont, TX 77701


Vernon Ray Stiff
Reg. No. 33655-177
FCI Butner Low
PO Box 999
Butner   NC 27509

36

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

VERNON RAY STIFF

V.                                    Case No. _____

DR. SREEDHAR POLAVARAPU,
   (Defendants)


SUBMISSION OF MEDICAL RECORDS
IN SUPPORT OF PLAINTIFF'S CLAIM
IN CIVIL ACTION AGAINST ABOVE DEFENDANTS


Plaintiff, Vernon Ray Stiff submits "Exhibit A", health records, in
support of his claim in civil action against above Defendants.

Plaintiff requests these records to be sealed by the Court:

I hereby declare that the foregoing Health Records are true and correct records, submitted to the court, under penalty of perjury.

5-22-25
Date

Vernon Ray Stiff
# 33655-177
Low Security Correctional Institution
PO Box 999
Butner NC 27509

2

CONSULTATION REPORT    *Exhibit - A pg 1*

## U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

*BuF*

| | |
|---|---|
| **Name:** Stiff, Vernon Ray<br>**Reg. #:** 33655-177<br>**DOB:** 02/05/1973 | **Referred By:** JENNIFER ADKINS FNP C<br>**Attending:** TILLEY, STEPHEN |

CHIEF COMPLAINT: Pseudomonas.

| Date of Visit:<br>02/16/2024 | Dictation Received:<br>02/16/2024 | Dictation Transcribed:<br>02/16/2024 |
|---|---|---|

**Sensitive but Unclassified**

### CONSULTATION

History of COPD, asthma, recurrent productive cough.

**HISTORY OF PRESENT ILLNESS:** Vernon Stiff is a 51-year-old black male with a history of asthma and recurrent pseudomonal infections, seen in consultation at the request of Jennifer Adkins for COPD and asthma. The patient states that he had asthma in childhood, which was rather significant, requiring hospitalizations. He is a never smoker. His respiratory status improved as an adult until 2017, when he was hospitalized with a severe pseudomonal pneumonia, which required left lower lobectomy. He states that ever since that time, he has had recurrent pseudomonal infections and more difficult to control asthma. On the street, he took high-dose Advair. He states that he had Coronavirus pneumonia with sepsis in 2021 or 2022, and had a pulmonary embolism, and has been anticoagulated since then. He recently saw Dr. Huang at Duke Pulmonary 11/14/2023, who recommended starting azithromycin and was going to eliminate the steroid inhaler due to hoarseness. The patient was unable to tolerate lack of inhaled steroids because of his asthma. Dr. Huang also recommended doing a cystic fibrosis evaluation, given the recurrent pseudomonal infections and alpha-1 antitrypsin deficiency evaluation. The patient had six unsuccessful phenotype attempts while at the Duke Clinic. Current treatment for asthma includes Spiriva, and fluticasone salmeterol 550 one puff b.i.d., and azithromycin 250 mg daily. The patient has had no prednisone requiring exacerbation since starting the azithromycin.

**PAST MEDICAL HISTORY:**
1. Asthma since childhood.
2. Recurrent pseudomonal infections.
3. Chronic kidney disease.
4. History of pulmonary embolism during Coronavirus.

*path there both in
1st stack*

**ALLERGIES:** SULFA and STIOLTO are listed.

**MEDICATIONS:** Azithromycin, fluticasone salmeterol, tiotropium, albuterol.

**SOCIAL HISTORY:** The patient was a truck dispatcher from Dallas, Texas. Lifelong nonsmoker.

**FAMILY HISTORY:** Father with asthma. Father died from colon cancer.

**PHYSICAL EXAMINATION:** Chronically ill-appearing black male sitting in a wheelchair in no acute distress. HEENT: Unremarkable. Lungs: Good air movement. There was some expiratory wheeze. Heart: Regular rate and rhythm. Extremities: No clubbing, cyanosis, or edema.

**DIAGNOSTIC STUDIES:** PFT 06/02/2023, FVC 3.27 L (78%), FEV1 2.53 L, (75%) FEV1/FVC ratio 0.78.

**RADIOLOGY DATA:** CT chest 08/22/2023, there is some left upper lobe scarring and some mild left upper lobe bronchiectasis. A 5 mm left lower lobe nodule and a 5 mm right middle lobe nodule. Six-month follow-up CT was recommended.

**ASSESSMENT:** A 51-year-old man with asthma and recurrent pseudomonal infections. The high-dose inhaled steroid, as well as the focal area of bronchiectasis, may be contributing to the recurrent infections. Since he states his asthma worsens with lower doses of steroids, I think I would recommend continuing the current inhaler regimen. Perhaps with some airway clearance with albuterol nebs twice daily and the chronic daily azithromycin, he will develop less infectons. If he develops recurrent documented pseudomonal infections, we could consider lowering the inhaled

*ExH· A 2*

fluticasone dose, and if his asthma flares, consider an asthma biologic. Based on his lack of smoking history and FEV1/FVC ratio > 0.7, I do not think he has COPD.

**RECOMMENDATIONS:**
1. Continue current asthma regimen with fluticasone salmeterol, tiotropium, daily azithromycin.
2. Start airway clearance with nebulized albuterol b.i.d and a physical measure for airway clearance. Please consult respiratory therapy for available options.
3. Repeat chest CT on or after 02/22/2024, which is six-month follow-up from the last CT as per radiology recommendations.
4. Please obtain labs from Duke Allergy and Asthma Center if they were checked, which included cystic fibrosis, genotyping, alpha-1 antitrypsin, allergen panel, IgE, and CBC with differential.
5. Return to pulmonary clinic here in three months.

Signature:

_____Stephen Tilley, MD_____

*ST*
*Electronically Signed 02/17/2024 06:18*

*Job No: 321573*

*EXHIBIT A pg 3*



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: STIFF, VERNON RAY  33655-177

SEQUENCE: 01321865
Team Date: 10-05-2022

| | |
|---|---|
| Facility: | BML  BEAUMONT LOW FCI |
| Name: | STIFF, VERNON RAY |
| Register No.: | **33655-177** |
| Age: | 49 |
| Date of Birth: | 02-05-1973 |

| | |
|---|---|
| Proj. Rel. Date: | 04-02-2039 |
| Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| DNA Status: | FTW02202 / 05-08-2009 |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BML | A&O CMPLT | COMPLETED INSTITUTION A&O | 11-04-2021 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BML | ESL HAS | ENGLISH PROFICIENT | 03-01-2007 |
| BML | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-01-2007 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BML | C | JOB SUCCESS CLASS | 06-09-2022 | 08-10-2022 |
| BML | C | EMPLOYMENT OPPORT. | 06-06-2022 | 08-11-2022 |
| BML | C | US GOV & CIVICS ACE LOW | 06-07-2022 | 08-09-2022 |
| BML | C | T-DIESEL MECHANICS | 02-22-2022 | 06-23-2022 |
| BML | C | EMPLOYMENT OPPORT. | 06-22-2022 | 06-22-2022 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 04-30-2021 |
| CARE2 | STABLE, CHRONIC CARE | 09-12-2022 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 01-25-2022 |
| LOWER BUNK | LOWER BUNK REQUIRED | 08-11-2022 |
| NO PAPER | NO PAPER MEDICAL RECORD | 04-21-2022 |
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 09-12-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-12-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 01-06-2022 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**    **COMPLT**    **FINANC RESP-COMPLETED**    **Start: 09-26-2022**

Inmate Decision:  **AGREED**    **$25.00**    Frequency:  **QUARTERLY**
Payments past 6 months:    **$50.00**    Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |
| 2 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
|---|---|---|---|---|---|---|---|

 *EXHIBIT A-4*



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: STIFF, VERNON RAY  33655-177

SEQUENCE: 01321865

Team Date: 10-05-2022

**Most Recent Payment Plan**

| No. | Type | Amount | | Balance | Payable | Status | |
|-----|------|--------|--|---------|---------|--------|--|
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | | 09-10-2022 | BML | PAYMENT | INSIDE PMT | $25.00 |
| | | | 06-07-2022 | BML | PAYMENT | INSIDE PMT | $25.00 |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $970.00        Payments commensurate ?   Y

New Payment Plan:    ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 10-17-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 09-26-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 09-26-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 09-26-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 11-10-2021 |
| N-EDUC N | NEED - EDUCATION NO | 09-26-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 09-26-2022 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 09-26-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 09-26-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 09-26-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 09-26-2022 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 09-26-2022 |
| N-TRAUMA N | NEED - TRAUMA NO | 09-26-2022 |
| N-WORK N | NEED - WORK NO | 09-26-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 09-26-2022 |

**Progress since last review**

Outstanding - Inmate Stiff completed US Gov & Civics, Employment Opportunities, and Job Success classes that were recommended in last program review.

**Next Program Review Goals**

Enroll in the Secrets to Finding a Job and Job Interview classes by next review.

**Long Term Goals**

Make satisfactory progress or complete your course recommendations and enroll in an available ACE course. In addition, request for copies of your birth certificate, social security card, and photo id to be sent to the institution for retention in your central file. Complete the long term goals by October 30, 2023.

**RRC/HC Placement**

No.
Management decision - RRC will be reviewed 17-19 months from PRD. .

**Comments**

Next Program Review: 10/2022
Current Male Custody Classification: 9 Points
MGTV - None
Pattern Score Risk Level -Low
PSF - Sentence Length
Next Male Custody Classification: 04/2023
RRC: Review 17-19 months from PRD.

FSA Recidivism Risk Assessment (PATTERN 01.03.00) *Exhibit A-5*

Register Number:33655-177, Last Name:STIFF

U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number: 33655-177 | Risk Level Inmate....: R-LW |
| Inmate Name | General Level......: R-LW (23) |
| Last.........: STIFF | Violent Level......: R-LW (13) |
| First........: VERNON | Security Level Inmate: LOW |
| Middle.......: RAY | Security Level Facl..: LOW |
| Suffix.......: | Responsible Facility.: BML |
| Gender.........: MALE | Start Incarceration..: 09/08/2021 |

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 49 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 6 | 16 | 6 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 2 | 2 | 4 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 2 | -6 | -2 |
| Work Programs | 1 | -1 | -1 |
| | Total | 23 | 13 |

*EXHIBIT A-6*

# SOUTHEAST TEXAS IMAGING, L.L.P.

### 1323 S. 27 ST., STE. 700
### NEDERLAND, TX 77627
### RADIOLOGY REPORT

| | | | |
|---|---|---|---|
| PATIENT NAME: | STIFF, VERNON RAY | DOB: | 02/05/1973 |
| ORDERING PROVIDER: | A. LYND NP | GENDER: | M |
| MRN: | 033655177 | DOS: | 10/04/2022 |
| LOCATION: | FCC BEAUMONT LOW | | |

## INTERPRETATION OF OUTSIDE IMAGES

CHEST 2 VIEW

REASON FOR STUDY: Exacerbation of COPD/asthma with wheezing and rhonchi

COMPARISON: None available.

TECHNIQUE: PA and lateral views of the chest were obtained.

COMMENTS:

Patchy consolidations of the left lingula. The lungs are otherwise clear. No pleural effusions or pneumothorax. The heart and mediastinal contours are within normal limits. The bony thorax is intact.

IMPRESSION:
Evolving left lingular pneumonia.

Electronically signed by Samer Harmoush, MD at 10/5/2022 10:52 AM

RECEIVED

C. Williams, RTR

FCC BEAUMONT LOW

*Exhibit A-2*

**Stiff, Vernon**
Patient ID: 33655-177
Specimen ID: 278-T20-1230-0

DOB: 02/05/1973
Age: 49
Sex: Male

**Patient Report**
Account Number: 42043085
Ordering Physician: S POLAVARAP

● labcorp

*Exhibit A-7*

Ordered Items: Gram Stain w/Sputum Cult Rflx; Sensitivity Organism #1

| Date Collected: 10/05/2022 | Date Received: 10/05/2022 | Date Reported: 10/08/2022 | Fasting: Not Given |
|---|---|---|---|

## General Comments & Additional Information

Clinical Info: SRC:SP

## Gram Stain w/Sputum Cult Rflx

| Test | Current Result and Flag | Units | Reference Interval |
|---|---|---|---|
| White Blood Cells[01] | Few white blood cells. | | |
| Epithelial Cells[01] | Moderate epithelial cells. | | |
| Result 1[01] | Few gram negative rods. | | |
| Result 2[01] | Few gram positive cocci | | |
| Gram Stain Evaluation[01] | This specimen is of good quality and is acceptable for routine bacterial culture. | | |
| ► Lower Respiratory Culture[01] | **Final report      Abnormal** | | |
| ► Result 1[01] | **Staphylococcus aureus      Abnormal**<br>Based on susceptibility to oxacillin this isolate would be susceptible to:<br>*Penicillinase-stable penicillins, such as:<br>  Cloxacillin, Dicloxacillin, Nafcillin<br>*Beta-lactam combination agents, such as:<br>  Amoxicillin-clavulanic acid, Ampicillin-sulbactam,<br>  Piperacillin-tazobactam<br>*Oral cephems, such as:<br>  Cefaclor, Cefdinir, Cefpodoxime, Cefprozil, Cefuroxime,<br>  Cephalexin, Loracarbef<br>*Parenteral cephems, such as:<br>  Cefazolin, Cefepime, Cefotaxime, Cefotetan, Ceftaroline,<br>  Ceftizoxime, Ceftriaxone, Cefuroxime<br>*Carbapenems, such as:<br>  Doripenem, Ertapenem, Imipenem, Meropenem<br>*Most isolates of Staphylococcus sp. produce a beta-lactamase enzyme rendering them resistant to penicillin. Please contact the laboratory if penicillin is being considered for therapy.*<br>Light growth | | |
| Result 2[01] | Routine respiratory flora<br>Light growth | | |
| Antimicrobial Susceptibility[01] | ** S = Susceptible; I = Intermediate; R = Resistant **<br>P = Positive; N = Negative<br>MICS are expressed in micrograms per mL | | |

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 |
|---|---|---|---|---|

Date Created and Stored 10/08/22 1611 ET   Final Report   Page 1 of 2

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 713-856-8288



| | | |
|---|---|---|
| **Stiff, Vernon** | DOB: 02/05/1973 | **Patient Report** |
| Patient ID: 33655-177 | Age: 49 | Account Number: 42043085 |
| Specimen ID: 278-720-1230-0 | Sex: Male | Ordering Physician: S POLAVARAP |

**labcorp**

## Gram Stain w/Sputum Cult Rflx (Cont.)

*EXHIBIT A - 8*

| | |
|---|---|
| Ciprofloxacin | S |
| Clindamycin | S |
| Erythromycin | S |
| Gentamicin | S |
| Levofloxacin | S |
| Linezolid | S |
| Moxifloxacin | S |
| Oxacillin | S |
| Quinupristin/Dalfopristin | S |
| Rifampin | S |
| Tetracycline | S |
| Trimethoprim/Sulfa | S |
| Vancomycin | S |

**Disclaimer**
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**
A Out of Reference Range   ▉ Critical or Alert

**Performing Labs**
01: HD - LabCorp Houston 7207 North Gessner, Houston, TX, 77040-3143 Dir: Kyle Eskue, MD
For inquiries, the physician may contact Branch: 713-856-8288 Lab: 713-856-8288

| | | |
|---|---|---|
| **Patient Details** | **Physician Details** | **Specimen Details** |
| **Stiff, Vernon** | **S POLAVARAP** | Specimen ID: 278-720-1230-0 |
| | FCC Prison-Low | Control ID: L2203426385 |
| | 5560 Knauth Rd., BEAUMONT, TX, 77705 | Alternate Control Number: L2203426385 |
| Phone: | | Date Collected: 10/05/2022 0845 Local |
| Date of Birth: 02/05/1973 | Phone: 409-727-8172 | Date Received: 10/05/2022 0000 ET |
| Age: 49 | Account Number: 42043085 | Date Entered: 10/05/2022 2258 ET |
| Sex: Male | Physician ID: | Date Reported: 10/08/2022 1610 ET |
| Patient ID: 33655-177 | NPI: 1427040815 | Rte: 99 |
| Alternate Patient ID: 33655-177 | | |

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 713-856-8288

DICTATION DATE
02/01/2017 12:00 AM

*EXHIBIT A-9*

MEDICAL CITY PLANO
3901 WEST 15TH STREET
PLANO, TX 75075

Discharge Summary

PATIENT NAME: STIFF,VERNON RAY          UNIT: E001001413
DOB: 02/05/73   AGE: 44    ACCOUNT: E00989261121
ATTENDING PHYSICIAN: Khan,Shazia MD          PT TYPE: DIS IN
DATE OF ADMISSION: 01/24/17          ROOM: E.422
DATE OF DISCHARGE: 02/01/17

This patient has no primary care physician.

DISCHARGE DIAGNOSES:
1. Recurrent cavitary pneumonia/abscess of the left lung.
2. Obliteration of left main pulmonary artery secondary to possible fibrosing mediastinitis versus possible chronic pulmonary embolism versus congenital anomaly.
3. Lung nodule of the right upper lobe, which has been stable.
4. Childhood asthma.

DISCHARGE PHYSICAL EXAMINATION:
GENERAL: Pleasant, middle-aged gentleman, lying in bed, in no apparent distress.
HEENT: Head is normocephalic, atraumatic. Extraocular muscles are intact.
NECK: Supple.
RESPIRATORY: Respirations clear to auscultation bilaterally.
CARDIOVASCULAR: Regular rate and rhythm.
ABDOMEN: Soft, nondistended, nontender.
EXTREMITIES: No clubbing, cyanosis or edema.

HOSPITAL COURSE: A 43-year-old gentleman, who presented with complaints of upper respiratory symptoms of cough. The patient was seen by infectious disease as well as pulmonary medicine. He was started on antibiotics and his chest angiogram showed interval development of 2 separate new thick walled cavitary lesions in the left upper lobe and interval development of multiple foci of patchy pulmonary infiltrates throughout both left upper and lower lobes. Various serologies have been sent off and the patient can follow up with infectious disease as well as pulmonary medicine for results of these. He was

*Exhibit A-10*

treated with antibiotics as well as inhaled tobramycin and once he received insurance authorization, will be discharged with at least 3-4 weeks of IV cefepime as well as inhaled tobramycin and then follow up with Dr. Priyanka Uppal from infectious disease as well as pulmonology service.

DISCHARGE ACTIVITY:  As tolerated.

DISCHARGE DIET:  Regular.

CODE STATUS:  FULL CODE.

FOLLOWUP:  Will be with Dr. Priyanka Uppal in 1-2 weeks.  The patient should also follow up with Dr. Waqas Chishti in 1-2 weeks.

PATIENT NAME: STIFF,VERNON RAY         ACCT #: E00989261121

DISCHARGE MEDICATIONS:  Includes,
1.  Cefepime 1 gram IV every 6 hours.
2.  Inhaled tobramycin.
3.  Advair Diskus 2 puffs twice daily.
4.  Albuterol inhaler 2.5 mg inhalation every 6 hours as needed for shortness of breath.
5.  Zyrtec 10 mg daily.
6.  Flonase 2 sprays in the nostrils daily.
7.  Ultram 50 mg every 6 hours as needed for pain.

Of note, the patient's sputum culture had grown Pseudomonas aeruginosa and Klebsiella pneumoniae.

DD:02/01/2017 16:28:35 DT:02/02/2017 02:14:27 NTS;Job#1093817
Authenticated by Shazia Khan, MD On 02/06/2017 11:40:26 AM

Electronically Signed by Shazia Khan, MD on 02/06/17 at 1140

*EXHIBIT - A-11*

MEDICAL CITY PLANO
3901 WEST 15TH STREET
PLANO, TX 75075

*Consultation Report*

PATIENT NAME: STIFF,VERNON RAY                    UNIT: E001001413
        DOB: 02/05/73    AGE: 43            ACCOUNT: E00989261121
CONSULTING PHYSICIAN: Uppal,Priyanka  MD        PT TYPE: ADM IN
DATE OF SERVICE: 01/27/17                     ROOM: E.422

INFECTIOUS DISEASE CONSULTATION

DATE OF CONSULTATION:  01/27/2017

REASON FOR CONSULTATION:  Cavitary lung pneumonia with pseudomonas recurrent infection requested by Dr. Anna Tran.  This is a second opinion request for consultation.

HISTORY OF PRESENT ILLNESS:  The patient is a 43-year-old African-American male with a previous medical history of cavitary pseudomonas pneumonia in 2014 wherein he had lung abscess needing left lower lobe lobectomy.  Patient was treated at that time by Dr. Kussman with 2 weeks of meropenem as well as minor glycosides.  Patient reports he was asked to go to UT Southwestern for evaluation of underlying etiology and predisposition for Pseudomonas.  Patient had followed up and had seen pulmonology at UT Southwestern and was started on anticoagulation in case it were to be related to any kind of thrombosis.  Unfortunately, patient had developed complications secondary to anticoagulation.  Going through records, it appears that patient was diagnosed with fibrosing mediastinitis versus pulmonary embolus after the finding of obliteration of the left main pulmonary artery and that was the reason for starting anticoagulation.  After the above-mentioned complication of bleeding, patient discontinued with anticoagulation and last was admitted in June of 2015 with again significant pneumonia and treated with prolonged IV antibiotics.  Patient does not have any history of smoking in the past.

Now, the patient returns back to the Emergency Room with a chief complaint of fever and productive cough and hoarseness with all the symptoms progressively worsening.  He reports he thought he had an upper respiratory infection that started 4 days prior to presentation here, but then started having fever going up to 101 and started coughing of grossly purulent yellow green sputum and started feeling congested in the chest and came to Medical Center of Plano.  Here, CT angio was done that showed too new thickened wall cavitary lesions in the left upper lobe with patchy pulmonary infiltrates throughout the left upper and lower lobes and a prior cavity seen in previous CT scan had resolved.  There is also mass effect in the left hilar region with stenosis of the left main lung artery consistent with fibrotic mediastinitis and occlusion of the left pulmonary veins.  Given this finding, infectious disease consult was requested.  The patient as well as his family wanted to have a second opinion and Dr. Adari was consulted.  Unfortunately, the patient changed his mind again and then after 48 hours Dr. Adari following, patient wanted Dr. Kussman back on board and then yet again changed their mind and now requesting "another set of eyes" to look at the whole situation and another infectious disease consult has been requested.

PATIENT NAME: STIFF,VERNON RAY            ACCT #: E00989261121

*Exhibit A-12*

Currently, patient appears to be stable. He is afebrile discontinuing to cough, purulent sputum.

PAST MEDICAL HISTORY:
1. Cavitary lesions with isolation of Pseudomonas aeruginosa resistant to oral antibiotics.
2. Prior left lower lobe lobectomy.
3. Fibrotic mediastinitis with occlusion of the left main pulmonary artery.
4. History of sialadenitis.
5. Excision of salivary gland.
6. Bronchoscopy.

SOCIAL HISTORY: Patient has never smoked. No alcohol. Works in a trucking company.

FAMILY HISTORY: No significant history to the best of the patient's knowledge.

ALLERGIES: No known drug allergies.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature of 98.7, heart rate 111, respirations 16, blood pressure 137/84, and 94% saturation on 2 liters of nasal cannula. T-max today has been 103.
GENERAL: Patient appears to be in mild distress because of persistent cough with grossly purulent sputum that he is coughing in the back.
HEENT: PERRLA, EOMI.
NECK: No obvious lymphadenopathy.
CHEST: Clear to auscultation anteriorly.
ABDOMEN: Nondistended, nontender.
NEUROLOGIC: Nonfocal.
EXTREMITIES: No edema.

LABORATORY DATA: Sodium 141, potassium 3.3, chloride 106, bicarb 21, BUN 7, creatinine 1.2. Immunoglobulins: IgG 930, IgA 327, IgM 109, anti-SCL 70 within normal limits, anti-centromere within normal limits, IgE 91. ANA screen negative. CBC: WBC 11.1 on presentation was 13.9, hemoglobin of 9.7, hematocrit 29.2, platelets 191. _____ antigen negative. Strep pneumo antigen negative. Acute hepatitis panel negative. Fungal antibody panel for histoplasma Aspergillus has been negative. HIV negative. Fungitell less than 31. Cryptococcal antigen negative. Influenza negative. Lactic acid 1.7 on presentation. Procalcitonin was 1.13. Blood cultures taken on 01/24/2017 are no growth so far. Sputum cultures taken on 01/24/2017 showing Gram-negative rods on the Gram stain. AFB none seen so far. CT angio done on 01/24/2017, showed 2 separate new thick walled cavitary lesions in the left upper lobe measuring 3.7 cm as well as 2.3 cm and development of multiple foci of patchy pulmonary infiltrates throughout both left upper and lower lobes, prior thin-walled cavity has resolved, partially calcified mass effect in the left hilar region stenosis and obliteration of the left main pulmonary artery, consistent with fibrosing mediastinitis again noted. Left pulmonary vein is also occluded as well.

ASSESSMENT AND PLAN:
1. Recurrence pseudomonas cavitary lesions.

PATIENT NAME: STIFF,VERNON RAY          ACCT #: E00989261121

*Exhibit A-13*

The patient with significant history of extensive pseudomonas cavitary infection in 2014 needing left lower lobe lobectomy and several weeks of intravenous antibiotics. The pathology taken at that time had shown severe acute suppurative inflammation. There was no evidence of any granulomatous inflammation and all staining for acid fast as well as fungal organisms was negative. The report had also mentioned presence of foreign body giant cells. Therefore raising the suspicion for this probably to have started secondary to aspiration. No malignancy was found. Lymph node was also biopsied that had shown reactive follicular hyperplasia. Left upper lobe lung lavage at that time was also consistent with acute suppurative infection and negative for malignancy. Patient has had another episode in 2015, again needing intravenous antibiotics.

Underlying etiology still is unclear; however, there is evidence of fibrosing mediastinitis leading to compression of the pulmonary artery and the vein, probably contributing to recurrent episodes. Given biopsies have been taken previously and no other etiology is found may not need repeat evaluation. We will discuss with pulmonology if there is any benefit of repeating bronchoscopy was even open lung biopsy at this time, given the last evaluation was 2 years ago. Regardless of underlying etiology pseudomonas tends to be relatively tenacious infection classically associated with reoccurrence commonly. At this time, I would again wait for speciation and plan to treat patient with intravenous antibiotics for 3-4 weeks along with aminoglycoside and then may need to be on long-term suppression with inhaled tobramycin or any other oral antibiotic if susceptible.

I explained this to the patient as well as other family members in the room and they understood and agreed to the plan. We will continue current antibiotics for now with low threshold to change if clinical decompensation of meropenem or if the specimen was not found to be susceptible.

Thank you so much for the consultation. We will follow up closely.

DD:01/28/2017 17:15:30 DT:01/28/2017 18:33:43 NTS;Job#1089505
Authenticated by Priyanka Uppal, MD on 01/29/2017 05:14:32 PM


Electronically Signed by Priyanka Uppal, MD on 01/29/17 at 1714




PATIENT NAME: STIFF,VERNON RAY          ACCT #: E00989261121

*EXHIBIT - A-14*

MEDICAL CITY PLANO
3901 WEST 15TH STREET    *OCT 23 2017*
PLANO, TX 75075

### Consultation Report

PATIENT NAME:  STIFF,VERNON RAY                        UNIT:  E001001413
        DOB:  02/05/73    AGE:  44            ACCOUNT:  E00989383763
CONSULTING PHYSICIAN:  Pakkivenkata,Krishna  MD        PT TYPE:  DIS IN
DATE OF SERVICE:  02/18/17                            ROOM:  E.730

ATTENDING MD:  Dr. Rosaline Sharifi.

REPORTING MD:  Dr. Pakkivenkata.

REASON FOR CONSULTATION:  Assist with management of worsening renal function.

HISTORY OF PRESENT ILLNESS:  Mr. Stiff is a pleasant 44-year-old African-American gentleman with history of sialoadenitis and asthma with recurrent cavitary pseudomonas pneumonias and pulmonary embolism.  He is followed by infectious diseases, Dr. Tummala and Dr. Ashiq in pulmonary for his lung problems.  He was recently hospitalized and placed on long-term antibiotics and was discharged on tobramycin with outpatient followup with infectious diseases.  His creatinine at the time of his recent discharge was 1.1.  He was apparently seen by his ID specialist at which time his creatinine was found to be 3.8, subsequent, to which he was hospitalized yesterday.  The etiology of his acute kidney injury was thought to be secondary to the tobramycin which the patient is getting.  Tobramycin was held and nephrology was consulted for further management.

PAST MEDICAL HISTORY:
1.  Pulmonary sialadenitis with recurrent pseudomonal cavitated pneumonia, currently on tobramycin.
2.  Pulmonary embolism.
3.  Sialadenitis.
4.  Right upper apical lobe nodules.
5.  Recurrent cavitated lesions of the lung.

PAST SURGICAL HISTORY:  Left upper lobectomy and excision of the salivary glands.

FAMILY HISTORY:  Reviewed and noncontributory.

SOCIAL HISTORY:  No history of smoking, alcohol, or illicit drug abuse.

ALLERGIES:  No known drug allergies.

MEDICATIONS:  Prior to admission include cefepime, albuterol, and Advair.

REVIEW OF SYSTEMS:  A comprehensive 12-point review of systems was performed and was negative.

PHYSICAL EXAMINATION:

PATIENT NAME: STIFF,VERNON RAY                ACCT #: E00989383763

A -14.5

VITAL SIGNS:  Blood pressure 136/76, pulse of 76, temperature is 97.2.
HEENT:  Pupils equal in size, reacting to light.  Extraocular muscles intact.
Normocephalic, atraumatic.  Moist mucous membranes.
NECK:  Supple, no JVD, no bruit, no thyromegaly.
CARDIOVASCULAR:  S1, S2, regular rate and rhythm, no murmurs, rubs or gallops.
RESPIRATORY:  Clear to auscultate anteriorly and posteriorly with no added
sounds.  No wheezing.
GASTROINTESTINAL:  Abdomen is soft, nondistended, nontender.  No organomegaly.
EXTREMITIES:  No edema.  There was no clubbing or cyanosis.
SKIN:  Warm to touch.  No rashes, ulcers, or nodules.

LABORATORY DATA:  Hemoglobin 9.4, platelet count is 209.  Sodium 140, potassium
3.6, BUN 37, creatinine 3.8.

ASSESSMENT AND PLAN:
1.  Acute kidney injury, likely related to tobramycin given the history, I agree
with holding the tobramycin.  Continue aggressive hydration as is being done.
We will check a renal ultrasound.  and urinalysis to rule out other cause of
acute kidney injury.
2.  Hypertension.  Blood pressure controlled.
3.  Anemia.  Hemoglobin stable.
4.  Recurrent cavitated pneumonia, has been followed by infectious disease.
Would recommend alternative therapy rather than tobramycin given his worsening
renal function.
5.  Recommend avoiding contrast and dose antibiotics appropriate to renal
function.
6.  We will continue to follow the patient closely during the hospitalization.

DD:02/18/2017 09:03:24 DT:02/18/2017 10:17:48 NTS;Job#1111358
Authenticated by Krishna Pakkivenkata, MD On 03/14/2017 10:18:46 PM


Electronically Signed by Krishna Pakkivenkata, MD on 03/14/17 at 2219


PATIENT NAME: STIFF,VERNON RAY          ACCT #: E00989383763

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

*EXHIBIT A-20*

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: M | Race: BLACK | Facility: BML |
| Note Date: | 03/08/2023 12:37 | Provider: | Polavarapu, Sreedhar | Unit: U06 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:  Polavarapu, Sreedhar MD

Inmate was recently Hospitalized;

Discharge Dx= PE [highly questionable & atypical case, per Pulmonologist's note] : w possible underlying Pneumonitis process
was treated w antibiotics & anticoagulants.
a Pulm. CTAngiogram was reported as showing some filling defects in LEFT Pulm. artery
***[Note: Inmate has had LEFT Pneumonectomy w clipped Left Pulm. Art. branches]
------------------------------------------------
Inmate remained hemodynamically VERY STABLE thro' out the entire ordeal (even Hospital stay); and his O2 saturation >95% "all" the time!!
w coexisting (mild) Pneumonitis [as reported on the Imaging studies], and w the 'distorted' anatomy of Lungs (from prev. Pneumonectomy) >>>the very diagnosis of PE, is very highly unlikely!!

*note:[simple URTI, like Bronchitis/ and even a bad sinus infection>>> can present w occult hemoptysis!!!]
It's my Professional opinion, that 'There was NO delay in diagnosis nor pertinent Medical treatment'
------------------------------------------------
Inmate has been on Eliquis now; no longer symptomatic.
Remains Hemodynamically stable & there is NO dire necessity, for transfer to a Medical Ctr (since there's NO need for higher level of Medical Treatment/Care)


**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Polavarapu, Sreedhar MD on 03/08/2023 12:49

# Bureau of Prisons
## Health Services
## Clinical Encounter

*Exhibit A-21*

| | | | |
|---|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M | Race: BLACK | Facility: BML |
| Encounter Date: 01/18/2023 10:00 | Provider: Freeman, Travis LVN | | Unit: U06 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider: Freeman, Travis LVN

Chief Complaint:  Cold or Flu Symptoms
Subjective:  "coughing up yellow sputum, tight chest, soar throat."
**Pain:** No

**ROS:**

Nursing Protocol

Cough

Yes: Scratchy throat, Congested, Allergies & health problems reviewed, Medications (prescription and OTC) reviewed
No: Fever, Night sweats, Unexplained weight loss, Coughing up blood

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 01/18/2023 | 10:03 | BMX | 97.9 | ,36.6 | | Freeman, Travis LVN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/18/2023 | 10:03 | BMX | 78 | | | Freeman, Travis LVN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 01/18/2023 | 10:03 | BMX | 16 | Freeman, Travis LVN |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 01/18/2023 | 10:03 | BMX | 124/76 | | | | Freeman, Travis LVN |

**SaO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 01/18/2023 | 10:03 | BMX | 99 | | Freeman, Travis LVN |

**Height:**

| Date | Time | | Inches | Cm | Provider |
|---|---|---|---|---|---|
| 01/18/2023 | 10:03 | BMX | 71.0 | 180.3 | Freeman, Travis LVN |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 01/18/2023 | 10:03 | BMX | 173.0 | 78.5 | | Freeman, Travis LVN |

**Exam:**

| Inmate Name: STIFF, VERNON RAY | | |
|---|---|---|
| Date of Birth: 02/05/1973 | Sex: M Race: BLACK | Reg #: 33655-177 |
| Encounter Date: 01/18/2023 10:00 | Provider: Freeman, Travis LVN | Facility: BML |
| | | Unit: U06 |

**General**

**Affect**

Yes: Pleasant, Cooperative

*EXHIBIT A-22*

**Appearance**

Yes: Alert and Oriented x 3

**Pulmonary**

**Auscultation**

Yes: Bronchial Breath Sounds, Expiratory-Wheezing

**Nursing Protocol**

**Allergic Rhinitis**

Yes: Nasal speech, Sneezing, Clear, watery nasal drainage

**ASSESSMENT:**

Cold Symptoms

Spoke with provider about inmates condition and orders will be added.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter. Current Information Chart: Allergies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/18/2023 | Counseling | Plan of Care | Freeman, Travis | Verbalizes Understanding |

Copay Required: Yes          Cosign Required: Yes

Telephone/Verbal Order: No

Completed by Freeman, Travis LVN on 01/18/2023 10:15

Requested to be cosigned by Lynd, A. NP.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

*EXHIBIT A-23*

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/18/2023 10:00 | Provider: | Freeman, Travis LVN | Facility: | BML |

**Cosigned with New Encounter Note by Lynd, A. NP on 01/18/2023 11:23.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note



| | | | | |
|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex:    M    Race:BLACK | Facility: | BML |
| Note Date: | 01/18/2023 11:40 | Provider:    Lynd, A. NP | Unit: | U06 |

Cosign Note - Orders encounter performed at Health Services.
**Administrative Notes:**

 ADMINISTRATIVE NOTE    **1**         Provider:  Lynd, A. NP

 "chest pain, coughing up yellow sputum, tight chest, soar throat, fatigue" and congestion per nurse's note

**ASSESSMENTS:**

Acute bronchitis, unspecified, J209 - Current

Asthma, J45909 - Current

Chronic obstructive pulmonary disease [COPD], J449 - Current

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Amoxicillin Capsule | 01/18/2023 11:40 |

 **Prescriber Order:**    500mg Orally Mouth -  three times a day x 7 day(s)
 Indication:  Acute bronchitis, unspecified, Chronic obstructive pulmonary disease [COPD], Asthma
 Start Now:  Yes
  Night Stock Rx#:  431362-cp1
  Source:  Night Stock
  Admin Method:  Self Administration
  Stop Date:
  MAR Label:  500mg Orally Mouth -  three times a day x 7 day(s)
  One Time Dose Given:  No

| | | |
|---|---|---|
| | predniSONE Tablet | 01/18/2023 11:40 |

 **Prescriber Order:**    30 MG Orally  -  daily x 7 day(s)
 Indication:  Asthma, Acute bronchitis, unspecified, Chronic obstructive pulmonary disease [COPD]
 Start Now:  Yes
  Night Stock Rx#:  424397-cp1
  Source:  Night Stock
  Admin Method:  Self Administration
  Stop Date:  01/25/2023 11:39
  MAR Label:  day(s)
  One Time Dose Given:  No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | *Amoxicillin Capsule* | *01/18/2023 11:40* |

 **Prescriber Order:**    *500mg Orally Mouth -  three times a day x 7 day(s)*
 Discontinue Type:    *Immediate*

*EXHIBIT A-25*

| | | |
|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | |
| Date of Birth: | 02/05/1973 | |
| Note Date: | 01/18/2023 11:40 | |

| | | Reg #: | 33655-177 |
|---|---|---|---|
| Sex: | M    Race: BLACK | Facility: | BML |
| Provider: | Lynd, A. NP | Unit: | U06 |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Discontinue Reason: *wrong patient/medication* | |
| | Indication: | |

| | | |
|---|---|---|
| *predniSONE Tablet* | | *01/18/2023 11:40* |
| **Prescriber Order:** | *20 MG Orally -  daily x 7 day(s)* | |
| Discontinue Type: | *When Pharmacy Processes* | |
| Discontinue Reason: | *wrong patient/medication* | |
| Indication: | | |

| | | |
|---|---|---|
| *Triamcinolone Acetonide Inj* | | *01/18/2023 11:40* |
| **Prescriber Order:** | *40mg Intramuscularly  One Time Dose Given PRN x 0 day(s) Pill Line Only* | |
| Discontinue Type: | *Immediate* | |
| Discontinue Reason: | *wrong patient/medication* | |
| Indication: | | |

**Other:**

allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter. Current Information Chart: Allergies

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Lynd, A. NP on 01/18/2023 11:42

# Bureau of Prisons
# Health Services
# Clinical Encounter

*Exhibit A-26*

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: M   Race: BLACK | Facility: | BML |
| Encounter Date: | 02/18/2023 19:42 | Provider: Denham, Ronald LVN | Unit: | U06 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Denham, Ronald LVN

**Chief Complaint:**  Breathing Problems
**Subjective:**   " I'm coughing up blood."
**Pain:**       No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/18/2023 | 19:43 BMX | 97.5 | 36.4 | Oral | Denham, Ronald LVN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/18/2023 | 19:43 BMX | 95 | Via Machine | Regular | Denham, Ronald LVN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/18/2023 | 19:43 BMX | 20 | Denham, Ronald LVN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/18/2023 | 19:43 BMX | 123/74 | Left Arm | Sitting | Adult-regular | Denham, Ronald LVN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/18/2023 | 19:43 BMX | 98 | Room Air | Denham, Ronald LVN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 02/18/2023 | 19:43 BMX | 71.0 | 180.3 | Denham, Ronald LVN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/18/2023 | 19:43 BMX | 182.3 | 82.7 | | Denham, Ronald LVN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time

**Skin**

**General**

| Inmate Name: STIFF, VERNON RAY | | Reg #: 33655-177 |
|---|---|---|
| Date of Birth: 02/05/1973 | Sex: M   Race: BLACK | Facility: BML |
| Encounter Date: 02/18/2023 19:42 | Provider: Denham, Ronald LVN | Unit: U06 |

Yes: Within Normal Limits, Dry, Skin Intact, Warmth

*EXHIBIT A-27*

**Pulmonary**
  **Auscultation**
    Yes: Wheezing, Inspiratory-Wheezing
**Abdomen**
  **Auscultation**
    Yes: Normo-Active Bowel Sounds
**Neurologic**
  **Cranial Nerves (CN)**
    Yes: Within Normal Limits, CN 2-12 Intact Grossly

## ASSESSMENT:

Bleeding-Oral

Known COPD patient came to medical /c 2 handfuls of paper towels /c red blood noted. Stated he just started coughing up the blood. Patient has hx of LL lobectomy per pt.. Patient states coughing up blood and blowing nose /c blood present. Lung sounds have inspiratory wheezing noted to mid fields, bilat.. V/S wnl, afebrile. pulse 95 BPM, Pa02sat. 98% ORA. Call placed to on call provider, then unit DR.. Order recvd, read back and verified. Decadron 8 mg IM once, PRN breathing tx. IM injection given to right gluteal, pt tolerated well. SVN machine set up in Foyer. Patient noted to not be holding to mouth upon entrance, /p set up. Educated pt that it wouldn't help if pt didn't breath thru the SVN. Educated pt to RTC if s/s reappear or worsen. Pt verbalized understanding.

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Dexamethasone Injection | 02/18/2023 19:42 |

    **Prescriber Order:**   8 mg Intramuscularly  One Time Dose Given PRN x 0 day(s) Pill Line Only
    Indication:  Chronic obstructive pulmonary disease [COPD]
    Start Now: Yes
      Night Stock Rx#:
      Source: Pyxis
      Admin Method:  Pill Line
      Stop Date:  02/18/2023 20:00
      MAR Label:  8 mg Intramuscularly  One Time Dose Given PRN x 0 day(s) Pill Line Only
      One Time Dose Given:  Given Now

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Other:**

Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter. Current Information Chart: Allergies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

## Bureau of Prisons
## Health Services
## Cosign/Review

*Exhibit A-29*

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/18/2023 19:42 | Provider: | Denham, Ronald LVN | Facility: | BML |

**Reviewed by Lynd, A. NP on 02/20/2023 08:18.**

## Bureau of Prisons
## Health Services
## Cosign/Review

*ExHIBIT A-30*

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: BLACK |
| Encounter Date: | 02/18/2023 19:42 | Provider: | Denham, Ronald LVN | Facility: BML |

**Cosigned by Polavarapu, Sreedhar MD on 02/20/2023 10:25.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

*EXHIBIT A-31*

| | | | |
|---|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M | Race: BLACK | Facility: BML |
| Encounter Date: 02/19/2023 11:30 | Provider: Freeman, Travis LVN | | Unit: U06 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Freeman, Travis LVN

Chief Complaint: Breathing Problems
Subjective: called to compound in front of chow hall for an inmate that passed out.
Pain: No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/19/2023 | 11:30 BMX | 98.4 | 36.9 | | Freeman, Travis LVN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/19/2023 | 11:30 BMX | 105 | | | Freeman, Travis LVN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/19/2023 | 11:30 BMX | 22 | Freeman, Travis LVN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/19/2023 | 11:30 BMX | 130/78 | | | | Freeman, Travis LVN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/19/2023 | 11:30 BMX | 99 | | Freeman, Travis LVN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 02/19/2023 | 11:30 BMX | 71.0 | 180.3 | Freeman, Travis LVN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/19/2023 | 11:30 BMX | 182.0 | 82.6 | | Freeman, Travis LVN |

**Exam:**

General
    Affect
        Yes: Cooperative
    Appearance
        Yes: Alert and Oriented x 3

Eyes

*EXHIBIT A - 32*

| | | | |
|---|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | Reg #: 33655-177 | |
| Date of Birth: 02/05/1973 | Sex: M    Race: BLACK | Facility: BML | |
| Encounter Date: 02/19/2023 11:30 | Provider: Freeman, Travis LVN | Unit: U06 | |

**General**

Yes: PERRLA

**Pulmonary**

**Observation/Inspection**

Yes: Tachypnea

**Auscultation**

Yes: Bronchial Breath Sounds

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**ASSESSMENT:**

Shortness of Breath

Upon arrival inmate was laying on back in grass in front of the chow hall. Inmate was awake and alert and tachypneic. Inmate was placed on cart and brought to health services. Inmate states he felt dizzy and SOB walking out of the chow hall and when trying to use his albuterol inhaler he fell backwards. Inmate states he has been feeling bad the last couple days and that he started coughing up blood yesterday. Call was placed to on call provider and orders were given for Decadron 8mg IM, Rocephin 1gram IM and to report to medical first thing in the morning to be evaluated by the providers. Inmate was also given a breathing treatment from his PRN orders.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Dexamethasone Injection | 02/19/2023 11:30 |
| | **Prescriber Order:**    8 mg Intramuscularly  One Time Dose Given PRN x 0 day(s) Pill Line Only | |
| | Start Now:  Yes | |
| | Night Stock Rx#: | |
| | Source:  Pyxis | |
| | Admin Method:  Pill Line | |
| | Stop Date:  02/19/2023 12:50 | |
| | MAR Label:  8 mg Intramuscularly  One Time Dose Given PRN x 0 day(s) Pill Line Only | |
| | One Time Dose Given:  Given Now | |
| | cefTRIAXone Inj | 02/19/2023 11:30 |
| | **Prescriber Order:**    1 gram Intramuscularly  One Time Dose Given PRN x 0 day(s) Pill Line Only | |
| | Start Now:  Yes | |
| | Night Stock Rx#: | |
| | Source:  Pyxis | |
| | Admin Method:  Pill Line | |
| | Stop Date:  02/19/2023 12:51 | |
| | MAR Label:  1 gram Intramuscularly  One Time Dose Given PRN x 0 day(s) Pill Line Only | |
| | One Time Dose Given:  Given Now | |

**Disposition:**

To be Evaluated by Provider

**Other:**

*Exhibit A-33*

| | | | | |
|---|---|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M | Race: BLACK | Facility: | BML |
| Encounter Date: 02/19/2023 11:30 | Provider: Freeman, Travis LVN | | Unit: | U06 |

Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter. Current Information Chart: Allergies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/19/2023 | Counseling | Access to Care | Freeman, Travis | Verbalizes Understanding |
| 02/19/2023 | Counseling | Plan of Care | Freeman, Travis | Verbalizes Understanding |
| 02/19/2023 | Counseling | Safety/Injury Prevention | Freeman, Travis | Verbalizes Understanding |
| 02/19/2023 | Counseling | New Medication | Freeman, Travis | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes          **By:** Polavarapu, Sreedhar MD

**Telephone or Verbal order read back and verified.**

Completed by Freeman, Travis LVN on 02/19/2023 12:52

Requested to be cosigned by Polavarapu, Sreedhar MD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

*EXHIBIT A-34*

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/19/2023 11:30 | Provider: | Freeman, Travis LVN | Facility: | BML |

Cosigned by Polavarapu, Sreedhar MD on 02/20/2023 10:26.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

*EXHIBIT A-35*

| | | | |
|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | Reg #:  33655-177 |
| Date of Birth: | 02/05/1973 | Sex:  M   Race:  BLACK | Facility:  BML |
| Encounter Date: | 02/19/2023 14:02 | Provider:  Freeman, Travis LVN | Unit:  U06 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1       Provider:  Freeman, Travis LVN

Chief Complaint:   Breathing Problems

Subjective:     States breathing has only gotten worse and coughing up more blood.

**Pain:**         No

**ROS:**

**Nursing Protocol**

**Dyspnea**

Yes: Known onset (Describe: say worse the last 2 days), Cough (Productive?: states coughing up blood), Chest tightness, Malaise, Allergies & health problems reviewed, Medications (prescription and OTC) reviewed

No: Runny rose, Sore throat

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/19/2023 | 14:02 BMX | 98.4 | 36.9 | | Freeman, Travis LVN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/19/2023 | 14:02 BMX | 106 | | | Freeman, Travis LVN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/19/2023 | 14:02 BMX | 22 | Freeman, Travis LVN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/19/2023 | 14:02 BMX | 132/80 | | | | Freeman, Travis LVN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/19/2023 | 14:02 BMX | 99 | | Freeman, Travis LVN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 02/19/2023 | 14:02 BMX | 71.0 | 180.3 | Freeman, Travis LVN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/19/2023 | 14:02 BMX | 182.0 | 82.6 | | Freeman, Travis LVN |

| Inmate Name: STIFF, VERNON RAY | | Reg #: 33655-177 |
|---|---|---|
| Date of Birth: 02/05/1973 | Sex: M  Race: BLACK | Facility: BML |
| Encounter Date: 02/19/2023 14:02 | Provider: Freeman, Travis LVN | Unit: U06 |

## Exam:

**General**

**Affect**

Yes: Cooperative

*EXHIBIT A-36*

**Appearance**

Yes: Alert and Oriented x 3

**Eyes**

**General**

Yes: PERRLA

**Nursing Protocol**

**Dyspnea**

Yes: Vital Signs w/O2 sat recorded in flowsheet, Tachypnea, Crackles (Location: bilateral), Normal throat exam, Normal nose exam

No: Skin cyanotic, Skin flushed, Diaphoretic, Leg Swelling

## ASSESSMENT:

Shortness of Breath

called from housing unit that inmate reports his breathing is worse and that he is coughing up more blood. call placed to on call provider and order given to send to local hospital. Operation Lt notified.

## PLAN:

**Disposition:**

Transfer to Local Hospital

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/19/2023 | Counseling | Plan of Care | Freeman, Travis | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Polavarapu, Sreedhar MD

**Telephone or Verbal order read back and verified.**


Completed by Freeman, Travis LVN on 02/19/2023 14:09

Requested to be cosigned by Polavarapu, Sreedhar MD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/19/2023 14:02 | Provider: | Freeman, Travis LVN | Facility: | BML |

Cosigned by Polavarapu, Sreedhar MD on 02/20/2023 10:26.

$E_{X+1BIT}$ A-37

OneContent: Generated By MHBHSETvrkelly

## Discharge Summary - Detailed
### Baptist Beaumont Hospital

*EXHIBIT A -38*

Name  Stiff, Vernon
Attending  IRIBARREN JUAN
Primary  NO PCP

Date of Service  Feb-24-2023 0906
Admitted  Feb-19-2023
Discharged  -

DOB  Feb-05-1973 (M)
Encounter  4962913
MRN  120782540

## Chief Complaint

Date of admission: 2/19/23
Date of discharge: 2/24/23

PCP: None

Discharge diagnosis:
1. Acute hypoxemic respiratory failure
2. Pulmonary embolism
2. Pneumonia
3. COPD
4. Asthma
5. Chronic kidney disease
6. GERD
7. History of pseudomonal pneumonia requiring a left lobectomy

Discharge medications - per med reconciliation

Discharge instructions: To be provided by nursing staff per orders.

Consultations: Dr. Akbani

Surgeries/procedures: None

Course of stay:
History of present illness: 50-year-old male with multiple medical problems including history of pseudomonal pneumonia for which patient had to have a left thoracotomy and lobectomy presented to the emergency room due to worsening shortness of breath over the last 2 days. Oxygen saturation was low on arrival in heart rate was elevated at 119. Patient noted to have pulmonary embolism. Patient also has findings consistent with pneumonia. Patient is being admitted for further evaluation and treatment. Patient denies chest pain, nausea, vomiting and diarrhea.
2/21-IR reviewed imaging and noted no procedure need at this time, recommendation to treat PE medically. Encouraged patient to be up out of bed if possible. Continue IV ABX, IV fluids, AM labs.
2/22-Hematology performing hypercoagulable workup on patient, will transition Levenox to apixiban if able to be arranged while incarcerated. patient will need life long anticoagulation. Will discharge soon.
2/23-patient transitioned to Eliquis and per hematology will need to continue 10mg bid X10 days then 5mg BID there after for life. He is tolerating diet and has no other significant complaints at this time. HGB stable, will observe overnight for additional s/s of hemoptysis and if remains stable will likely discharge home tomorrow.
2/24 - Pt doing well and hemodynamically stable to discharge and transfer back to correctional facility. See orders.

Condition at discharge: Stable

Where discharged: Home

Follow up: Will be followed by provider in correctional facility

Electronically signed by XINTAVELONIS ELENA on Feb-24-2023 1312

1 of 1

From:                                                    02/27/2023 12:37    #189 P.063/071

A 38.1

OneContent: Generated By MHBHSET\rkelly

## Physician Documentation
**Name: Vernon Stiff**
**Age:** 50 yrs **Sex:** Male **DOB:** 02/05/1973
**Arrival Date:** 02/19/2023 **Time:** 16:36
Bed Admit Hold
ED Physician Bankole, Olushola

## Baptist Hospitals of Southeast Texas

MRN: 120782540
Account#: 4962913
Private MD:

**HPI:**
02/19 This 50 yrs old Black Male presents to ED via Lawenforcement/Walk with complaints of **Shortness Of** ob1/jt13
16:50 **Breath.**
16:50 The patient presents to the emergency department vomiting blood, a moderate amount, bright red, with ob1/jt13
multiple such episodes. Onset: The symptoms/episode began/occurred last night. Abdominal pain:
none is appreciated. Modifying factors: The symptoms are alleviated by nothing, the symptoms are
aggravated by nothing. Associated signs and symptoms: Pertinent positives: shortness of breath,
Tachypnea, hemoptysis, Pertinent negatives: chest pain, diarrhea, fever, syncope. Severity of
symptoms: At their worst the symptoms were moderate in the emergency department the symptoms
are unchanged. Patient presents to ER from correctional facility with complaints of hematemesis, onset
last night. Patient also complains of shortness of breath, hemoptysis, tachypnea. Patient states this
issue has never happened before. PMHx: Lobectomy, asthma, COPD, stage 3 kidney disease,
pneumonia. The patient has not recently seen a physician. The patient has not experienced similar
symptoms in the past.

**Historical:**
- **Allergies:** SULFA (SULFONAMIDES);
- **PMHx:** COPD; Asthma; CKD; GERD

- **Does patient have a previous diagnosis of COVID-19::** No.,
- **Immunization history:** COVID-19 No.
- **Family history:** Not pertinent,.
- **Social history:** Communication: No barriers to communication noted, The patient speaks fluent English, Speaks appropriately for age, The patient lives in correctional facility,.
- **Hospitalizations: :** No recent hospitalization is reported,.

**ROS:**
16:50                                                                          ob1/jt13
**Constitutional:** Negative for fever, chills, and weight loss,
**Eyes:** Negative for injury, pain, redness, and discharge,
**ENT:** Negative for injury, pain, and discharge,
**Neck:** Negative for injury, pain, and swelling,
**Cardiovascular:** Negative for chest pain, palpitations, and edema,
**Back:** Negative for injury and pain,
**GU:** Negative for injury, bleeding, discharge, and swelling,
**MS/Extremity:** Negative for injury and deformity,
**Skin:** Negative for injury, rash, and discoloration,
**Neuro:** Negative for headache, weakness, numbness, tingling, and seizure,
**Respiratory:** Positive for hemoptysis, shortness of breath, Tachypnea, Negative for dyspnea on exertion, orthopnea, pleurisy,
**Abdomen/GI:** Positive for hematemesis, Negative for abdominal pain, diarrhea, constipation, black/tarry stool. All other systems are negative,

**Exam:**
16:50                                                                          ob1/jt13
**Head/Face:** Exam is negative for acute changes and obvious evidence of injury or deformity.
**Eyes:** Exam is negative for acute changes and obvious evidence of injury or deformity. Pupils: equal, round, and reactive to light and accommodation.

Print Time:2/21/2023 01:48:21              *** CHART COMPLETE ***

OneContent. Generated By MHBHSETivkelly

## Physician Documentation
**Baptist Hospitals of Southeast Texas**

Name: Vernon Stiff
Age: 50 yrs Sex: Male DOB: 02/05/1973
Arrival Date: 02/19/2023 Time: 16:38
Bed Admit Hold
ED Physician Benkoe, Olusola

MRN: 120782540
Account#: 4962913
Private MD:

| Time | | Staff |
|---|---|---|
| 17:44 | ED course: Patient's nurse witnessed episode of hemoptysis. | ob1/jt13 |
| 19:05 | Sepsis Fluid Bolus: Fluid Bolus Given-. | ob1/jt13 |
| 20:05 | Sepsis fluid bolus reassessment. I did the Sepsis reassessment. | ob1/jt13 |
| 20:12 | Differential diagnosis includes but is not limited to: gastritis, diverticulitis, hemorrhoids, varices. After review of patient complaint(s), symptoms, exam/evaluation, re-evaluation, test results and/or studies, patient history and comorbidities during this emergency department visit, the listed differential diagnosis(es) are possible but less likely. Data interpreted: Cardiac monitor: rate is 114 beats/min, rhythm is regular. Interpretation: normal rhythm, tachycardia. Pulse oximetry: on 100 % NRB is 99 %. Interpretation: acceptable. Hypertension Screen: Normal BP reading < 120 and < 80. Data reviewed: vital signs, nurses notes, EMS record, lab test result(s), EKG, radiologic studies, and as a result, I will admit patient. Counseling: I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for further work-up and treatment in the hospital. Prescription Drug Monitor Program is not applicable to this patient. | ob1/jt13 |
| 20:37 | ED course: Patient with findings of PE with possible pneumonia, possible sepsis with hemoptysis, admitted to tele, plan of care discussed with patient with his understanding and agreement. Response to treatment: There is no appreciated change of the patient's symptoms at this time, and as a result, I will admit patient. Alternate and/or additional historian utilized to provide a complimentary or confirmatory history. The independent historian is NA-Patient is the historian. Lab test(s) ordered by or on my behalf are independently interpreted by me during this visit. The following radiology exam(s) ordered by or on my behalf are independently interpreted by myself during this visit Confirm if report from radiologist EKG ordered by or on my behalf are independently interpreted by me during this visit. The problem is Hemoptysis which is acute, unstable, with high complexity, with moderate risk of mortality or mortality. The problem is Pneumonia which is acute, unstable, with high complexity, with moderate risk of morbidity or mortality The problem is Pulmonary embolism which is acute, unstable with high complexity with moderate risk of morbidity or mortality. The plan is for the patient to be admitted for further work-up and treatment in the hospital. COPD impacts current condition. No. Comorbidity does not impact the current problem. | ob1 |
| 20:49 | Severe Sepsis presentation time: February 19, 2023 at 20:39. | ob1 |
| 21:31 | ECG: | ob1 |
| 22:16 | I personally performed the services described in this documentation, as scribed in my presence and it is both accurate and complete. | ob1 |

| Time | Order name | Complete Time | Staff |
|---|---|---|---|
| 02/19 17:16 | ARTERIAL LACTATE # 2<br>*Priority Lab: Stat* | 21:50 | ob* |
| 02/19 21:50 | Interpretation: Abnormal: BGLAC 31. | | ob* |
| 02/19 | Arterial Lactate # 1 | 19:59 | ob* |

Print Time 2/21/2023 01:45:21        *** CHART COMPLETE ***        Page 3 of 9

From:

A 38.3

OneContent: Generated By MHBHSETvkelly

### Physician Documentation
**Name: Vernon Stiff**
**Age:** 50 yrs **Sex:** Male **DOB:** 02/05/1973
**Arrival Date:** 02/19/2023 **Time:** 16:36
**Bed Admit Hold**
**ED Physician** Bankole, Olushola

### Baptist Hospitals of Southeast Texas

**MRN:** 120782540
**Account#:** 4962913
**Private MD:**

| | |
|---|---|
| • Provider: Iribarren, Juan | ob1 |
| • Condition: Unchanged | ob1 |
| • Problem: new | ob1 |
| • Symptoms: are unchanged | ob1 |
| • Location: 4 South (ext.7400) (02/19/23 20:49) | dh6 |
| • Hospitalization Status: Observation (02/19/23 22:25) | kjm |
| • Bed/Room Type: 23 hr OBS - Telemetry (02/19/23 22:25) | kjm |
| • Room Assignment: 4S - 422 - A (02/19/23 22:59) | dh6 |
| • Diagnosis: | |
|   • Hemoptysis | ob1 |
|   • Dyspnea, unspecified | ob1 |
|   • Other pneumonia, unspecified organism - possible | ob1 |
|   • Pulmonary embolism without acute cor pulmonale - Acute- left | ob1 |
|   • Sepsis, unspecified organism | ob1 |
| • Forms: | |
|   • Medication Reconciliation | ob1 |
|   • Hand off Communication Form | ob1 |

**Critical care time excluding procedures:**

20:37 Critical care time: Bedside Care: 10 minutes, Consultation: 5 minutes, Family Intervention: 5 minutes,    ob1
Data Review: 15 minutes. Total time: 35 minutes

**Electronic Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Dispatcher MedHost | | EDMS | Defeo, Ofelia RN, CEN | RN, CEN | od |
| Daniel, Gideon PA-C | PA-C | gd | Harris, Debbie RN, CEN | RN, CEN | dh6 |
| Bankole, Olushola MD | MD | ob1 | Katharine Morgan, RNCM | RNCM | kjm |
| Dillard, Tiffany L R/T | R/T | tld | Arances, Richard RN | RN | ra13 |
| Bums, Matthew RN | RN | mb37 | Thompson, Jacob, BEMA Scribe | BEMA Scribe | jt13 |
| Pangilinan, John Paul RN | | jgp | | | |

**Corrections:**

| | |
|---|---|
| 17:20 ~~16:50 The patient presents to the emergency department vomiting blood, a moderate amount, bright red, with multiple such episodes.~~ | ~~ob1/jt13~~ ob1/jt13 |
| 17:20 ~~16:50 Associated signs and symptoms: Pertinent positives: shortness of breath, Pertinent negatives: chest pain, diarrhea, fever, syncope.~~ | ~~ob1/jt13~~ ob1/jt13 |
| 18:36 ~~17:16 TYPE & SCREEN+LAB ordered.~~ | ~~EDMS~~ EDMS |
| 20:46 ~~20:37 TELEMETRY~~ | ~~ob1~~ dh6 |
| 20:46 ~~20:37~~ | ~~ob1~~ dh6 |
| 20:49 ~~20:46 3 South (ext.7300)~~ | ~~dh6~~ dh6 |
| 20:49 ~~20:46~~ | ~~dh6~~ dh6 |
| 21:50 ~~16:50 Abdomen/GI: Exam negative for distension, guarding, masses, rebound tenderness, Inspection: abdomen appears normal, Bowel sounds: normal, in all quadrants, Palpation: abdomen is soft and non-tender, in all quadrants, Rectal exam: is unremarkable, the exam is chaperoned by the nurse, Liver: no appreciated palpable abnormalities.~~ | ~~ob1/jt13~~ ob1 |

RECEIVED  08/26/2011 02:48   48972781878544    HR

From:                                          02/27/2023 16:45    #205 P.006/075

OneContent: Generated By MHBHSET\rkelly                    *EXHIBIT A -39*

## History and Physical

### Baptist Beaumont Hospital

| | | |
|---|---|---|
| Name  Stiff, Vernon | Date of Service   Feb-20-2023 0801 | DOB   Feb-05-1973 (M) |
| Attending  IRIBARREN JUAN | Admitted   Feb-19-2023 | Encounter  4962913 |
| Primary  NO PCP | Discharged   . | MRN   120782540 |

### Subjective/Physical Exam

Primary care provider: None

Chief Complaint: *shortness of breath*

History of present illness: 50-year-old male with multiple medical problems including history of pseudomonal pneumonia for which patient had to have a left thoracotomy and lobectomy presented to the emergency room due to worsening shortness of breath over the last 2 days. Oxygen saturation was low on arrival in heart rate was elevated at 119. Patient noted to have pulmonary embolism. Patient also has findings consistent with pneumonia. Patient is being admitted for further evaluation and treatment. Patient denies chest pain, nausea, vomiting and diarrhea.

Past medical history:  COPD, asthma, chronic kidney disease, GERD, history of pseudomonal pneumonia

Past Surgical History: left lobectomy, right salivary gland surgery, nasal surgery, oral surgery

Family History: Discussed and noncontributory

Social History: Denies tobacco, alcohol, illicit drug use. incarcerated

Review of systems: (10 pt. ROS reviewed and negative except what is listed in HPI)

Physical Exam:
Vital Signs: See below
General: Well appearing, NAD
HEENT: NC/AT, MMM
PULM: CTA b/l, no w/r/r
CVS: RRR, no m/r/g
ABD: Soft, nt/nd, normoactive bs throughout, no guarding
MSK: No edema
SKIN: Warm, well perfused
NEURO: CN 2-12 grossly intact
PSYCH: Normal affect

Labs: I have personally reviewed
Imaging: I have personally reviewed

Assessment/Plan:
1. Acute hypoxemic respiratory failure: Supplemental O2 as needed.
2. Pulmonary embolism: Lovenox 1mk/kg q12h.
-BLE venous US to r/o DVT, ECHO.
2. Pneumonia: IV ABX, nebs.
3. COPD: Resume home meds.
4. Asthma
5. Chronic kidney disease
6. GERD
7. History of pseudomonal pneumonia requiring a left lobectomy

## Vital Signs

Feb-20-2023 0339
   HR 106   O2Sat 98

Feb-20-2023 0002
   HR 97   O2Sat 98

Feb-19-2023 2356
   BP 124 / 82

1 of 3

From:

OneContent: Generated By MHBHSET\rkelly

EXHIBIT A-40

### History and Physical
Baptist Beaumont Hospital

Name  Stiff, Vernon
Attending  IRIBARREN JUAN
Primary  NO PCP

Date of Service  Feb-20-2023 0801
Admitted  Feb-19-2023
Discharged  -

DOB  Feb-05-1973 (M)
Encounter  4962913
MRN  120782540

Feb-19-2023 2355
T 97.4  RR 18  BP 111 / 74

## Lab Results

Feb-20-2023 0400
***Chemistry***
PROCAL 0.194  SODIUM 137  K+ 4.6  CHLORIDE 109 (H)  CO2 21 (L)  BUN 18  CREA 1.3
GLUCOSE 145 (H)  CALCIUM 8.2 (L)  MG 1.7  GFR 62

Feb-20-2023 0400
***Hematology***
WBC 10.7  RBC 3.78 (L)  HGB 12.2 (L)  HCT 36.3 (L)  MCV 96.0  MCH 32.3 (H)  MCHC 33.6  RDW 11.8
PLT 219  MPV 10.4  MANDIFF No  SCAN No  NEUT% 92.1 (H)  LYMPH% 4.7 (L)  MONO% 2.7
EOS% 0.0  BASO 0.1  IG 0  IG% 0.4  NRBC% 0  ABS NEUT 9.9 (H)

Feb-19-2023 2130
***Blood Gas***
SITE Rr  ALLENS Pos  BGLAC 31 (H)

Feb-19-2023 2012
East Campus Radiology
CTACHEST

Feb-19-2023 1850
East Campus Radiology
BEDCXR

Feb-19-2023 1808
Cov 19 PCR
COV19PCR Negative

Feb-19-2023 1749
***Point Of Care Testing*
ISTATNA 140  ISTATK 4.0  ISTATCL 103  ISTIONCA 1.15  ISTCO2 24  ISTATGLU 104  ISTATBUN 20.0
ISTCREA 1.4  ISTATHCT 51  ISTATHGB 17.3  ISTANGAP 19

Feb-19-2023 1739
***Blood Gas***
SITE Rra  SITE Rra  ALLENS Pos  ALLENS Pos  O2 EQUIP R/A  PH 7.75 (H)  PCO2 10 (L)  PO2 151 (H)
HCO3 13.9 (L)  BE -0.5  THB 15.1  % O2 HB 97.6  %COHB 0.9  % MET HB 0.8  CAO2 21.0
PF/RATIO 719.0  BGLAC 33.0 (H)

Feb-19-2023 1729
EKG
EKGW View Detail (Preliminary)

Feb-19-2023 1720
***Chemistry***
PROCAL 0.128  SCRN HCV Negative  SCRN HIV Negative  SODIUM 138  K+ 4.4  CHLORIDE 104  CO2 22
BUN 19  CREA 1.3  GLUCOSE 97  CALCIUM 9.6  TOTPROT 8.0  ALBUMIN 4.6  BILITOT 0.4
BILIDIR 0.1  AST 31  PHOSALK 76  ALTV 31  GFR 62

Feb-19-2023 1720
***Hematology***
WBC 9.8  RBC 4.63  HGB 14.6  HCT 44.2  MCV 95.5  MCH 31.5  MCHC 33.0  RDW 11.3 (L)  PLT 275
MPV 10.7 (H)  MANDIFF No  SCAN No  NEUT% 91.6 (H)  LYMPH% 4.9 (L)  MONO% 2.9  EOS% 0.0
BASO 0.1  IG 0  IG% 0.5  NRBC% 0  ABS NEUT 9.0 (H)

2 of 3

RECEIVED 08/28/2011 02:48    40972781878544    HR

From:    02/27/2023 16:46    #205 P.007/075

*EXHIBIT A-41*

OneContent: Generated By MHBHSET\rkelly

## History and Physical
### Baptist Beaumont Hospital

| | | |
|---|---|---|
| Name    Stiff, Vernon | Date of Service    Feb-20-2023 0801 | DOB    Feb-05-1973 (M) |
| Attending    IRIBARREN JUAN | Admitted    Feb-19-2023 | Encounter    4962913 |
| Primary    NO PCP | Discharged    - | MRN    120782540 |

Feb-19-2023 1720
***Coagulation***
  PT 12.2  INR 1.1  PTT 28.7

Feb-19-2023 1720
*****Manual Micro*****
  FLU A Negative  OCCBLFEC Negative  INT QC Passed  FLU B Negative  IPC Pass  LOT # 2287266
  EXP DATE 10062025  LOT# CRD 51122  EXP CRD 102025  LOT# DVL 75016  EXP DVL 032025

## Intake and Output

| | previous day | current day | encounter cumulative |
|---|---|---|---|
| Intake | - | 2474 | 2474 |
| Output | - | 250 | 250 |
| Balanc | - | 2224 | 2224 |

## Active Medications

enoxaparin INJ 80 MG/0.8 ML  80 MG  SQ Q12H

clotrimazole TOPICAL 1 %    1 APP TOP BID
*apply to affected area*

levalbuterol 1.25 MG/3 ML  1.25 MG  INH Q4HRT
*sub for albuterol*

NS  500 ML  IVP Q3AM
**Flush Line with 20 cc before and after IVPB **Change every 24 hours**

NS FLUSH  10 ML  IVP PRN for LINE FLUSH

ipratropium NEB 0.5 MG/2.5ML 0.02 %    0.5 MG  INH Q6HRT

acetaminophen  650 MG  PO Q4PRN for FEVER >100.9 OR MILD PAIN

methylPREDNISolone INJ  60 MG  IVP Q8H
*X 48 hours*

cefepime INJ VIAL  2 GM  IV Q12H 200 ML/HR
NS MINI-BAG PLUS  100 ML

NS  1000 ML  IV Continuous 150 ML/HR

ondansetron INJ 4 MG/2 ML    4 MG  IVP Q6PRN for NAUSEA/VOMITING

vancomycin-NS IVPB 1 GM/250 ML  1 GM  IV Q12H 250 ML/HR

## Allergies

Sulfa Antibiotics - Not Specified

Electronically signed by HANCOCK NICOLE on Feb-20-2023 1243

3 of 3

OneContent: Generated By MHBHSETirkelly

*EXHIBIT A - 42*

BAPTIST HOSPITALS OF SOUTHEAST TEXAS
BEAUMONT
3080 College St. - Beaumont, TX 77701

Patient Name: STIFF, VERNON                    Patient#: 120782540
Admission Date: 02/19/2023                     Visit#: 4962913
Date of Birth: 02/05/1973                      Age/Gender: 50/M
HSSV/RM/BED: TEL/422/A
Admitting Phys: Juan Bautista Iribarren, MD

                        CONSULTATION NOTE

DATE OF CONSULTATION:

ATTENDING PHYSICIAN:  Juan Bautista Iribarren, MD

REFERRING PHYSICIAN:  PCP NO

CONSULT HAS BEEN OBTAINED BY
Dr. Hancock.

REASON FOR THE CONSULTATION
Pulmonary embolism.

HISTORY OF THE PRESENTING COMPLAINT
The patient is a 50-year-old black male who has a history of Pseudomonas
infection, for which he had a lobectomy done in 2016 and after that, he
developed pulmonary embolism, for which he was on Xarelto for few months and
then he was taken off the Xarelto. He was doing good. Until recently, he was
having shortness of breath and he coughed up blood. He came to the ER and he
was found to have what it looks like a cut off the pulmonary artery at the left
hilum, either suggestive of pulmonary embolism in the left main pulmonary artery
or it is a sign of prior lobectomy. Since he is asymptomatic and he coughed up
blood, it is believed that he may have had a clot, for which he has been on
Lovenox and I have been asked to see him.

ALLERGIES
SULFA, SULFONAMIDES.

MEDICAL HISTORY
History of COPD, asthma, CKD and GERD.

SOCIAL HISTORY
The patient is a nonsmoker, nonalcoholic. He is incarcerated.

FAMILY HISTORY
No history of sudden deaths in the family, pulmonary embolism, or DVTs.

REVIEW OF SYMPTOMS
He says he is still short of breath, but he is feeling much better. He has no
paroxysmal nocturnal dyspnea, orthopnea. No palpitation. No pleuritic-type
chest pain, chest pain on exertion, but he says he lost consciousness 3 times
while he was in the jail because of dizziness and shortness of breath. He has
no headache. No blurring of vision. No change in sense of hearing, taste,
smell. No tingling, numbness of the extremities. No epistaxis, gingival bleed,
easy bruisability.

PHYSICAL EXAMINATION

From:                                            02/27/2023 16:47    #205 P.009/076

$EXHIBIT\ A-43$

OneContent: Generated By MHBHSET\rkelly

GENERAL:  He appears to be well-nourished and has no signs of acute distress.
VITAL SIGNS:  Show that his pulse is 77, respiratory rate of 18, O2 sat is 98%,
he is on 2 L of oxygen, blood pressure is 121/71.
HEENT:  Shows pallor of the mucous membranes without any icterus.  Extraocular
muscles are intact.  Pupils are round and reactive.
NECK:  Supple.
LUNGS:  Clear.
HEART:  S1, S2.  Rate and rhythm regular.  No gallop or murmur.
ABDOMEN:  Soft.  There is no hepatosplenomegaly.  No masses.  Bowel sounds are
positive.
EXTREMITIES:  Without any edema, cyanosis or clubbing.
NEUROLOGICALLY:  He is alert and oriented x3, nonfocal.

LABORATORY DATA
Electrolytes are normal.  Glucose is 145, calcium is 8.2, magnesium is 1.7.  WBC
count is to 8.9, hemoglobin of 11.4, hematocrit of 35.1, and platelets of 199.

ASSESSMENT
1. Pulmonary embolism.
2. History of Pseudomonas infection with status post lobectomy.
3. History of prior pulmonary embolism.
4. Hemoptysis.
5. Shortness of breath.

PLAN AND RECOMMENDATION
1. He does not have any signs of major pulmonary embolism at this point.  I do
   not think catheter directed thromboembolectomy is as an option at this
   point.  I think we need to switch him over from Lovenox to apixaban 10 mg
   p.o. b.i.d. for 7 days followed by apixaban 5 mg p.o. b.i.d.  We will ask
   the case worker to see if he can get apixaban while he is in the jail.
2. We will order a hypercoagulable workup on him, but regardless, he has had 2
   pulmonary embolisms and I think he is a candidate for lifelong
   anticoagulation.
I thank you, Dr. Hancock, for asking me to see this patient in consult.


Sohail Akbani, MD

DD:  02/22/2023 09:17:23
TT:  02/22/2023 09:38:58
SA/MODL
Job #:  308516/984702958
Electronically Authenticated by:
Sohail Akbani, M.D. on 02/23/2023 08:49 AM CST

OneContent: Generated By MHBHSETvkelly

*EXHIBIT A-44*

BAPTIST HOSPITALS OF SOUTHEAST TEXAS
BEAUMONT
3080 College St. - Beaumont, TX 77701

Patient Name: STIFF, VERNON                    Patient#: 120782540
Admission Date: 02/19/2023                     Visit#: 4962913
Date of Birth: 02/05/1973                      Age/Gender: 50/M
HSSV/RM/BED: TEL/422/A
Admitting Phys: Juan Bautista Iribarren, MD

                              PROGRESS NOTE

DATE:  02/24/2023

SUBJECTIVE DATA
Mr. Stiff is currently resting comfortably with 2 guards at the bedside.  He is
being followed for pulmonary embolism and is on Eliquis, which he is currently
taking at 10 mg p.o. b.i.d. with plans to transition to 5 mg p.o. b.i.d. after 7
days.  He continues to have some cough, but denies hemoptysis or any other
discomfort and has no chest pain, or other complaint at the time of visit.

CURRENT MEDICATIONS
Have been reviewed.

ALLERGIES
SULFA ANTIBIOTICS.

PHYSICAL EXAMINATION
GENERAL:  The patient appears well nourished with no signs of acute distress.
VITAL SIGNS:  Stable and afebrile.
HEENT:  Exam negative.
NECK:  Supple.  No masses.
CHEST:  Clear to auscultation.  No rales or rhonchi.
CARDIOVASCULAR:  S1, S2.  Regular rate and rhythm.
ABDOMEN:  Soft, nontender.  Bowel sounds positive.
CNS:  No focal deficits.
EXTREMITIES:  No edema, cyanosis, or clubbing.
SKIN:  No rash.

LABORATORY DATA
Has been reviewed.

ASSESSMENT AND PLAN
1. A hypercoagulable state with a history of pulmonary embolism, which patient
   was admitted once again with a pulmonary embolism.
2. History of a Pseudomonas infection, status post lobectomy.
3. History of hemoptysis.
4. Shortness of breath.
5. Anticoagulation management.

RECOMMENDATION
The patient has had a recurrent clot formation, for which he would be
recommended for lifetime anticoagulation as long as his benefit outweighs any
risk involved. He will continue on his Eliquis which is currently at 10 mg p.o.
b.i.d. for a total of 7 days to be transitioned thereafter to 5 mg p.o. b.i.d.,
which will be continued in the prison setting.  His further recommendations will
follow as needed based upon his laboratory data and clinical status.  If patient
remains hemodynamically and clinically stable, he would be suitable for

RECEIVED  08/28/2011 02:48 #: 149972781878544    HR
.From:

OneContent: Generated By MHBHSET\rkelly

*EXHIBIT A - 45*

discharge to the outpatient setting from a hematology standpoint when agreeable
with the primary team.

DICTATED BY:  Ashley Gordon Humphreys, ACGNP

Sohail Akbani, MD

DD:  02/24/2023 09:18:14
TT:  02/24/2023 09:42:32
AGH/MODL
Job #:  568077/984959053
Electronically Authenticated by:
Sohail Akbani, M.D. on 02/27/2023 09:12 AM CST

OneContent: Generated By MHBHSET\rkelly

*EXHIBIT A - 46*

BAPTIST HOSPITALS OF SOUTHEAST TEXAS
BEAUMONT
3080 College St. - Beaumont, TX 77701

Patient Name: STIFF, VERNON                    Patient#: 120782540
Admission Date: 02/19/2023                      Visit#: 4962913
Date of Birth: 02/05/1973                       Age/Gender: 50/M
HSSV/RM/BED: TEL/422/A
Admitting Phys: Juan Bautista Iribarren, MD

                            PROGRESS NOTE

DATE:  02/23/2023

SUBJECTIVE DATA
Mr. Stiff is currently resting comfortably with guards at the bedside as he is a
prisoner.  He is being followed for pulmonary embolism for which he was
transition from Lovenox to Eliquis yesterday which is reportedly going to be
available in the prison system for continued anticoagulation.  He currently
denies any significant pain or discomfort at time of visit.

CURRENT MEDICATIONS
Reviewed.

ALLERGIES
SULFA ANTIBIOTICS.

PHYSICAL EXAMINATION
GENERAL:  The patient appears well nourished with no signs of acute distress.
VITAL SIGNS:  Stable and afebrile.
HEENT:  Exam negative.
NECK:  Supple.  No masses.
CHEST:  Clear to auscultation.  No rales or rhonchi.
CARDIOVASCULAR:  S1, S2.  Regular rate and rhythm.
ABDOMEN:  Soft, nontender.  Bowel sounds positive.
CNS:  No focal deficits.
EXTREMITIES:  No edema, cyanosis, or clubbing.
SKIN:  No rash.

LABORATORY DATA
Reviewed.

ASSESSMENT AND PLAN
1. Pulmonary embolism.
2. History of pseudomonas infection, status post lobectomy.
3. History of hemoptysis.
4. Shortness of breath.

RECOMMENDATION
Patient does have a hypercoagulable workup pending, but he would be recommended
for lifetime anticoagulation as he has had 2 pulmonary embolisms in his past.
We will continue his Eliquis, which he is currently on 10 mg p.o. b.i.d. for 7
days to be followed by 5 mg p.o. b.i.d. thereafter.  His further recommendations
will follow based upon his laboratory data and clinical status.

Patient was seen and physically examined.  Assessment and plan were formulated
in collaboration with Dr. Akbani at bedside.

Or aContent: Generated By MHBHSET\rkelly

**Baptist Hospital of Southeast Texas**
3080 College St. – Beaumont, TX 77701

DIAGNOSTIC IMAGING REPORT

Patient Name: STIFF, VERNON
Date of Service: 02-19-2023
Age: 50   Sex: M Order #: 4962913000190 0
.DOB: 02-05-1973
Medical Record Number: 120782540
Admitting Physician: ,
Ordering Physician: BANKOLE, OLUSHOLA

Room:  ERS
X-Ray Number: 120782540
Hospital Number: 4962913

HISTORY:dyspnea
EXAM:CTA Chest

TECHNIQUE: Axial CT imaging of the chest was performed with IV contrast for CT angiogram, along with coronal and sagittal
reconstruction images.
This exam was performed using one or more of the following dose reduction techniques. Automated exposure control, adjustment
of the mA and/or KV according to the patient's size or use of iterative reconstruction technique. Total DLP dose measures
264.4 mGY.

FINDINGS: Thoracic aorta appears unremarkable post contrast administration and without aneurysm or dissection.
No hypodense filling defect is seen within the main or right pulmonary artery or right lung. Left pulmonary artery appears
to end at the left hilum, with decreased arteries of the left lung  Postsurgical clips noted around the left hilum, as
well. However, findings does not allow exclusion of occlusive pulmonary embolus at the left hilum, with findings of pulmonary
embolism within visualized left lung arterial branches. Aorta and pulmonary artery ratio is approximately 1.
No significant mediastinal adenopathy. Mediastinal fat appears unremarkable. Questionable mild left hilar adenopathy.
Cardiac size is within normal limits. No significant ventricular septal deviation. No findings of significant right heart
strain
The lung windows suggest focal reticulonodular appearance in the upper left lung of questionable scarring

OneContent. Generated By MHBHSETVkelly

**Baptist Hospital of Southeast Texas**
3080 College St. - Beaumont, TX 77701

**DIAGNOSTIC IMAGING REPORT**

Patient Name: STIFF, VERNON
Date of Service: 02-19-2023
Age: 50   Sex: M  Order #: 4962913001900
DOB: 02-05-1973
Medical Record Number: 120782540
Admitting Physician: ,
Ordering Physician: BANKOLE, OLUSHOLA

Room:  ERS
X-Ray Number: 120782540
Hospital Number: 4962913

versus developing
  abnormality. Minimal scarring, otherwise mid and lower left lung.  Lung windows demonstrate a few small areas of groundglass
  opacity, which may represent small amount of atelectasis or minimal infiltrate or edema  Lung windows suggest an area of
  scarring in the mid right lung as well   Suggestion of volume loss on the left in relation to the right, likely postsurgical
  with clips in the left hilum.
  No pleural or pericardial effusion is seen.
  No acute osseous abnormality.

IMPRESSION: 1.  Postsurgical clips in the left hilum with volume loss in the left.  2   Left pulmonary artery appears to
  end at the left hilum, may represent postsurgical change, though with suggestion of component of pulmonary embolus on the
  left within the visualized arteries.  3.  A few small areas of groundglass opacity within the left lung along with component
  of mild scarring of the left lung and an area of focal reticulonodular appearance in the upper lung, as well as area of
  mild scarring mid right lung  Cannot exclude some component of underlying minimal infiltrate or atelectasis or edema on
  the left, along with scarring.
Critical findings suggestive of pulmonary embolus on the left.

Electronically signed by Robert Edwards on 02/19/2023 2002 CT

OneContent Generated By MHBHSETvrkelly

Elsevier Interactive Patient Education – VERNON STIFF – ID# 4962913 – MR# 120782540

# Baptist
### Hospitals of Southeast Texas

Beaumont Campus
3080 College Street
Beaumont, TX 77701
409.212.5000

## PATIENT EDUCATION SUMMARY

**Patient/Visit Information:**

| Patient Name: VERNON STIFF | Diag |
| Attending Caregiver: IRIBARREN JUAN | |

### Discharge Instruction Sheets Provided:
Shortness of Breath, Adult
Community-Acquired Pneumonia, Adult
Baptist Discharge Instructions
Pulmonary Embolism
Hemoptysis
Managing Your Health After Discharge

### Patient Instructions:

Additional Notes for Baptist Discharge Instructions
-DISCHARGE TO FEDERAL PRISON
- Follow up with the correctional facility physician
- DISCHARGE MEDS PER MED RECONCILIATION
- TAKE APIXABAN 10 MG BID X 5 DAYS, THEN CHANGE TO 5 MG PO BID

### Followup Appointments/Instructions:

To schedule or confirm your next appointment for Baptist Discharge Instructions, please contact:
Follow up in 1-2 weeks; correctional facility physician
If you need assistance finding another health care provider, call the number on your health insurance card.

1 / 1   ©2023 Elsevier Inc.  2/24/2023  2:36:16 PM

Patient: STIFF, VERNON    MRN: 120782540    Page 1 of 1

**33655-177**

Baptist Hospitals of Southeast Texas
Case Management Department
3080 College Street
Beaumont, Texas 77702
Phone: (409) 212-5695
Fax: (409) 212-5694

*Exhibit - A-50*

## Patient Info

Pt. Name: Stiff, Vernon
MRN: 120782540
DOB: 02/05/1973
Patient Type: I
Adm Date: 02/19/2023 20:47
Attending Physician: Juan Iribarren
Payor: LEAGUE MEDICAL CONCEPTS 711002, 711001
Policy Number: 33655177
NPI Number 1093744187

ACCT#: 4962913

Discharge Date:

Authorziation Number:

### Initial Clinical Review Details

Review Date: 02/19/2023     Reviewer: Katharine Morgan, RN
**Reason for Admission:**
presents with c/o vomiting blood bright red multiple episodes, dyspnea, tachypnea, hemoptysis,
bp 137/88, p 119, r 25, EKG: sinus tachycardia, rate 109. Labs: bglac 33, ABG: ph 7.75, pco2
10, po2 151, hco3 13.9. CTA Chest: left pulmonary artery appears to end ath the left hilum,
suggests a componant of pulmonary embolus on left, a few small areas of groundglass opacity
within the left lung.  Admit Telemetry- acute left pulm emb w/o acute cor pulmonale,
hemoptysis, dyspnea, sepsis, poss pneumonia
**Clinical Assessment and History::**
copd, asthma, ckd, gerd unknown

**Treatment and Discharge Plan:**
cardiac monitoring, vancomycin iv, cefepime iv, normal saline iv @150ml/hr, normal saline iv
bolus, lovenox sq, lorazepam iv, ipratropium neb, solumedrol iv, zosyn iv, assessing discharge
needs to ensure patient has adequate follow up after discharge and will continue to monitor

### Concurrent Clinical Review Details

Review Date: 02/20/2023         Reviewer: kjack
Review Type: Admission
Clinical Assessment: 02/20/2023 09:32A 97.4 RR 18 BP  111 / 74, hr-106, po2 98. per md
50m presents with hx of peudomonal pneumonia for which patient had a left thoracotomy and
lobectomy and had worsen shortness of breath for the last 2 days, and elevated hr 119. Pt has
a pulmonary embolism and pneumonia. dx. acute hypoxic respiratory failure, pulmonay
embolism, copd, dm,  asthma, gerd, ckd. plan tele, labs, steroids, antibotics,blood thinners.
consult oncology.

**FCC BEAUMONT LOW**

Exhibit - A - 51

Diagnostics: 2/20/23- cl- 109, co2 21, glucose 145, ca 8.2, hgb 12.2

Treatment Plan: tele, v/s , labs, lovenox 80mg sq qd, clotrimasole topical 1 app bid, levalbuterol 1.25mg ingh q 4, ipratropium 0.5 neb ingh q 6, cefepimine 2g miv q 12, ns @ 150 , vamcomycin 1gm ivpd q 12
d/c back home when medically stable

---

Review Date: 02/21/2023        Reviewer: kjack
Review Type: Continued Stay
Clinical Assessment: 02/21/2023 01:06PT 98.1 HR 74 RR 20 BP   125 / 67 O2Sat 96. per md interventional radiology reviewed imaging and no procedure at this time and recommend to treat patient medically. plan cont iv abts, iv fluids and labs, cxr in am

Diagnostics: 2/21/23- chlo- 112, ca 8.2

Treatment Plan: tele, v/s , labs, lovenox 80mg sq qd, clotrimasole topical 1 app bid, levalbuterol 1.25mg ingh q 4, ipratropium 0.5 neb ingh q 6, cefepimine 2g miv q 12, ns @ 150 , vamcomycin 1gm ivpd q 12
d/c back home when medically stable

---

Review Date: 02/22/2023        Reviewer: srichard
Review Type: Continued Stay
Clinical Assessment: 02/22/2023 01:50P T-97.9, P-86, RR-16, Bp-121/71, Spo2-98%. Per primary patient with hypercoagulable work-up with hematology, plan to transition from Lovenox to apixaban. Patient will require life long anticoagulation.

Diagnostics: CL-110, Ca-8.3, RBC-3.59,

Treatment Plan: Tele, Vs, Labs, Hematology, Ns @ 150ml/hr, Ipratropium 0.5mg Q6hrs, Levalbuterol 1.25mg Q4hrs, Clotrimazole Topical, Cefepime 1gm IVPB q12hrs, Solu-Medrol 60mg IVP QD, Pepcid 20mg QHS, Singulair 10mg Qpm, Flonase NH, Apixaban 10mg BID. Discharge back to prison when medically stable.

---

CH0RB2
User:  JAL1BNR

BAPTIST BEAUMONT HOSPITAL
PATIENT DISCHARGE SUMMARY REPORT

Page:     000.
Date:     2/24/23
Time:     14:32:24

Patient: STIFF VERNON
Rm/Bed:       422 /A
Encounter#:   4962913

DOB:          2/05/1973   (50 Y)
Physician:    IRIBARREN JUAN
History Num:  120782540

**BLOOD GAS ANALYSIS**                    02/19/2023   17:39

| Test | Result | Flag | Reference Range | | Unit of Measure |
|------|--------|------|-----------------|---|-----------------|
| SITE | RRA | | - SITE | | |
| ALLENS | POS | | | | |
| O2 EQUIP | R/A | | O2- DEVICE | | |
| PH | 7.75 | H C | 7.35- 7.45 | | |
| PCO2 | 10 | L C | 34.0- 45.0 | | MMHG |
| PO2 | 151 | H | 84 - 92 | | MMHG |
| HCO3 | 13.9 | L | 22.0- 26.0 | | mmol/L |
| BE | -0.5 | | -2.0 - 2.0 | | mmol/L |
| THB | 15.1 | | 13.5- 18 | | G/DL |
| % O2 HB | 97.6 | | 96.0- 100.0 | | % |
| %COHB | 0.9 | | - 1.5 | | % |
| % MET HB | 0.8 | | 0.4 - 1.5 | | % |
| CAO2 | 21.0 | | 17.6- 24.3 | | VOL% |
| PF/RATIO | 719.0 | | | | |

*Handwritten: EXHIBIT A-52*

**BG LAB ARTERIAL LACTATE**               02/19/2023   21:30

| Test | Result | Flag | Reference Range | | Unit of Measure |
|------|--------|------|-----------------|---|-----------------|
| SITE | RR | | - SITE | | |
| ALLENS | POS | | | | |
| BGLAC | 31 | H | 5.0 - 18.0 | | mg/dL |

**BG LAB ARTERIAL LACTATE**               02/19/2023   17:39

| Test | Result | Flag | Reference Range | | Unit of Measure |
|------|--------|------|-----------------|---|-----------------|
| SITE | RRA | | - SITE | | |
| ALLENS | POS | | | | |
| BGLAC | 33.0 | H | 5.0 - 18.0 | | mg/dL |

Performing Location:    BAPTIST BEAUMONT HOSPITAL
                        3080 COLLEGE
                        BEAUMONT, TX 77701

**\*\*\*CHEMISTRY\*\*\***

**BASIC METABOLIC PANEL**                 02/19/2023   17:20

| Test | Result | Flag | Reference Range | | Unit of Measure |
|------|--------|------|-----------------|---|-----------------|
| SODIUM | 138 | | 137- 145 | | MMOL/L |
| K+ | 4.4 | | 3.5 - 5.1 | | MMOL/L |
| CHLORIDE | 104 | | 98 - 107 | | MMOL/L |
| CO2 | 22 | | 22 - 30 | | MMOL/L |
| BUN | 19 | | 9 - 20 | | MG/DL |
| CREA | 1.3 | | 0.8 - 1.5 | | MG/DL |
| GLUCOSE | 97 | | 70 - 99 | | MG/DL |
| | **\*\*Fasting glucose normal <100 MG/DL- American Diabetes Assoc recommendation\*\*** | | | | |
| CALCIUM | 9.6 | | 8.4 - 10.2 | | MG/DL |
| GFR | 62 | | | | mL/min/1.73m2 |

A GFR of >90 mL/min/1.73m2 is considered normal.

The GFR calculation on patients over 70 years of age is not
validated by the manufacturer and may not represent the patients
true renal function.

**BASIC METABOLIC PANEL**                 02/20/2023   4:00

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|

Continued.

CH0R82
User: JAL1BNR

BAPTIST BEAUMONT HOSPITAL
PATIENT DISCHARGE SUMMARY REPORT

Page:    000
Date:    2/24/23
Time:    14:32:24

Patient: STIFF VERNON
Rm/Bed:    422 /A
Encounter#:    4962913

DOB:    2/05/1973    (50 Y)
Physician:    IRIBARREN JUAN
History Num:    120782540

*EXHIBIT A-53*

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| SODIUM | 137 | | 137- 145 | MMOL/L |
| K+ | 4.6 | | 3.5 - 5.1 | MMOL/L |
| CHLORIDE | 109 | H | 98 - 107 | MMOL/L |
| CO2 | 21 | L | 22 - 30 | MMOL/L |
| BUN | 18 | | 9 - 20 | MG/DL |
| CREA | 1.3 | | 0.8 - 1.5 | MG/DL |
| GLUCOSE | 145 | H | 70 - 99 | MG/DL |

**Fasting glucose normal <100 MG/DL- American Diabetes Assoc recommendation**

| | | | | |
|------|--------|------|-----------------|-----------------|
| CALCIUM | 8.2 | L | 8.4 - 10.2 | MG/DL |
| GFR | 62 | | | mL/min/1.73m2 |

A GFR of >90 mL/min/1.73m2 is considered normal.

The GFR calculation on patients over 70 years of age is not
validated by the manufacturer and may not represent the patients
true renal function.

**BASIC METABOLIC PANEL**                    02/21/2023    4:20

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| SODIUM | 139 | | 137- 145 | MMOL/L |
| K+ | 4.0 | | 3.5 - 5.1 | MMOL/L |
| CHLORIDE | 112 | H | 98 - 107 | MMOL/L |
| CO2 | 23 | | 22 - 30 | MMOL/L |
| BUN | 14 | | 9 - 20 | MG/DL |
| CREA | 1.4 | | 0.8 - 1.5 | MG/DL |
| GLUCOSE | 87 | | 70 - 99 | MG/DL |

**Fasting glucose normal <100 MG/DL- American Diabetes Assoc recommendation**

| | | | | |
|------|--------|------|-----------------|-----------------|
| CALCIUM | 8.2 | L | 8.4 - 10.2 | MG/DL |
| GFR | 57 | | | mL/min/1.73m2 |

A GFR of >90 mL/min/1.73m2 is considered normal.

The GFR calculation on patients over 70 years of age is not
validated by the manufacturer and may not represent the patients
true renal function.

**BASIC METABOLIC PANEL**                    02/22/2023    4:25

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| SODIUM | 138 | | 137- 145 | MMOL/L |
| K+ | 3.8 | | 3.5 - 5.1 | MMOL/L |
| CHLORIDE | 110 | H | 98 - 107 | MMOL/L |
| CO2 | 25 | | 22 - 30 | MMOL/L |
| BUN | 11 | | 9 - 20 | MG/DL |
| CREA | 1.3 | | 0.8 - 1.5 | MG/DL |
| GLUCOSE | 90 | | 70 - 99 | MG/DL |

**Fasting glucose normal <100 MG/DL- American Diabetes Assoc recommendation**

| | | | | |
|------|--------|------|-----------------|-----------------|
| CALCIUM | 8.3 | L | 8.4 - 10.2 | MG/DL |
| GFR | 62 | | | mL/min/1.73m2 |

A GFR of >90 mL/min/1.73m2 is considered normal.

The GFR calculation on patients over 70 years of age is not
validated by the manufacturer and may not represent the patients
true renal function.

**LIVER PANEL**                    02/19/2023    17:20

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|

Continued

CH0R82                          BAPTIST BEAUMONT HOSPITAL                          Page:       000:
User:  JAL1BNR                  PATIENT DISCHARGE SUMMARY REPORT                    Date:    2/24/23
                                                                                   Time:   14:32:24

Patient: STIFF VERNON                        DOB:            2/05/1973    (50 Y)
Rm/Bed:       422 /A                         Physician:      IRIBARREN JUAN
Encounter#:   4962913                        History Num:    120782540    *Exhibit-A-54*

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| TOTPROT | 8.0 | | 6.3 - 8.2 | G/DL |
| ALBUMIN | 4.6 | | 3.5 - 5.0 | G/DL |
| BILITOT | 0.4 | | 0.2 - 1.3 | MG/DL |
| BILIDIR | 0.1 | | 0.0 - 0.4 | MG/DL |
| AST | 31 | | 15 - 46 | U/L |
| PHOSALK | 76 | | 38 - 126 | U/L |
| ALTV | 31 | | 13 - 69 | U/L |

MAGNESIUM                                    02/20/2023    4:00

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| MG | 1.7 | | 1.6 - 2.3 | mg/dL |

PROCALCITONIN                                02/19/2023    17:20

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| PROCAL | 0.128 | | 0.0 - 0.5 | ng/mL |

    0 - 0.5 ng/mL- Low risk for progression to severe sepsis
    and/or septic shock.

    PCT >0.5 is considered elevated.

    2.0 - 10 ng/mL- High risk for progression to severe sepsis
    and/or septic shock.

    >/= 10 ng/mL - Severe sepsis or septic shock.
    High risk of Mortality.

    PCT levels <0.5 ng/mL do not exclude an infection.

PROCALCITONIN                                02/20/2023    4:00

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| PROCAL | 0.194 | | 0.0 - 0.5 | ng/mL |

    0 - 0.5 ng/mL- Low risk for progression to severe sepsis
    and/or septic shock.

    PCT >0.5 is considered elevated.

    2.0 - 10 ng/mL- High risk for progression to severe sepsis
    and/or septic shock.

    >/= 10 ng/mL - Severe sepsis or septic shock.
    High risk of Mortality.

    PCT levels <0.5 ng/mL do not exclude an infection.

HEPATITIS C ANTIBODY SCREEN                  02/19/2023    17:20

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| SCRN HCV | NEGATIVE | | | |

    Hepatitis C Antibody test is for screening purposes only.
    All reactives will be confirmed by additional testing.

ER SCREEN FOR HIV 1/2                        02/19/2023    17:20

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| SCRN HIV | NEGATIVE | | | |

    This test is used for SCREENING purposes only.  All reactive results

Continued

BAPTIST BEAUMONT HOSPITAL #: 158
PATIENT DISCHARGE SUMMARY REPORT

Page:     000
Date:    2/24/23
Time:  14:32:24

| | | |
|---|---|---|
| Patient: STIFF VERNON | DOB: | 2/05/1973   (50 Y) |
| Rm/Bed;     422 /A | Physician: | IRIBARREN JUAN |
| Encounter#:   4962913 | History Num: | 120782540 |

*Exhibit. A-55*

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| SCRN HIV | NEGATIVE | | | |

are prelimenary and confirmation results will follow.

Performing Location:     BAPTIST BEAUMONT HOSPITAL
3080 COLLEGE
BEAUMONT, TX 77701

***COAGULATION***

FIBRINOGEN ACTIVITY

| Test | Result | Flag | Reference Range  02/21/2023   15:30 | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| FIBRINOG | 378 | | 200-   393 | MG/DL |

PROTHROMBIN TIME WITH INR

| Test | Result | Flag | Reference Range  02/19/2023   17:20 | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| PT | 12.2 | | 10.1-   12.7 | SECONDS |
| INR | 1.1 | INR Usual Range = 2 to 3 for prevention of deep vein thrombosis (DVT) | | |

PTT

| Test | Result | Flag | Reference Range  02/19/2023   17:20 | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| PTT | 28.7 | | 25.0-   36.5 | SECONDS |

HEPARIN THERAPEUTIC RANGE 57-92 SECONDS

Performing Location:     BAPTIST BEAUMONT HOSPITAL
3080 COLLEGE
BEAUMONT, TX 77701

COV 19 PCR

COVID SYMPTOMATIC ER ONLY

| Test | Result | Flag | Reference Range  02/19/2023   18:08 | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| COV19PCR | NEGATIVE | | | |

Performing Location:     BAPTIST BEAUMONT HOSPITAL
3080 COLLEGE
BEAUMONT, TX 77701

EKG

ECHO COMPLETE W/DOPPLER

| Test | Result |   02/20/2023   10:31 |
|------|--------|--------|
| ECHOW | | |

BAPTIST HOSPITAL OF SOUTHEAST TEXAS
BAPTIST BEAUMONT HOSPITAL
ECHOCARDIOGRAM REPORT
Name: STIFF, VERNON       Study Date: 02/20/2023 10:31 AM
MRN: 120782540      Patient Location: 4S\S\422\S\A
HR: 100
DOB: 02/05/1973 (M/d/yyyy)      Gender: Male
Age: 50 yrs           Ethnicity: T
Height: 70 in        Weight: 170 lb
BSA: 1.9 m2

*55*

Continued

CH0R82
User: JAL1BNR

BAPTIST BEAUMONT HOSPITAL
PATIENT DISCHARGE SUMMARY REPORT

Page:       000
Date:    2/24/23
Time:   14:32:24

Patient: STIFF VERNON
Rm/Bed:      422 /A
Encounter#:   4962913

DOB:            2/05/1973    (50 Y)
Physician:     IRIBARREN JUAN
History Num:   120782540

---

Test
ECHOW

Result

*Exhibit A-56*

Reason For Study: Pulmonary embolism
History: COPD, ASTHMA, CHRONIC KIDNEY DISEASE, LEFT THOROCOTOMY AND LOBECTOMY
Procedures
A complete two-dimensional transthoracic echocardiogram was performed (2D, M-mode, Doppler and color flow Doppler).
MMode/2D Measurements \T\ Calculations

| | |
|---|---|
| IVSd: 0.98 cm | LVIDd: 4.9 cm |
| IVSs: 1.3 cm | LVIDs: 3.2 cm |
| | LVPWd: 1.3 cm |
| | LVPWs: 1.7 cm |

| | |
|---|---|
| FS: 34.9 % | % IVS thick: 35.2 % |
| EDV(Teich): 112.8 ml | |
| ESV(Teich): 40.6 ml | |
| EF(Teich): 64.0 % | |

| | |
|---|---|
| SV(Teich): 72.2 ml | Ao root diam: 2.9 cm |
| | Ao root area: 6.6 cm2 |
| | ACS: 2.0 cm |
| | LA dimension: 3.5 cm |

| | |
|---|---|
| LVOT diam: 2.0 cm | LVAd ap4: 28.6 cm2 |
| LVOT area: 3.0 cm2 | LVLd ap4: 8.1 cm |
| | EDV(MOD-sp4): 85.1 ml |
| | EDV(sp4-el): 86.2 ml |
| | LVAs ap4: 16.2 cm2 |
| | LVLs ap4: 6.9 cm |
| | ESV(MOD-sp4): 34.6 ml |
| | ESV(sp4-el): 32.6 ml |
| | EF(MOD-sp4): 59.3 % |
| | EF(sp4-el): 62.2 % |

| | |
|---|---|
| SV(MOD-sp4): 50.5 ml | SV(sp4-el): 53.6 ml |

LAV(MOD-sp2): 33.9 ml
LAV(MOD-sp4): 29.8 ml
LAV(MOD-bp): 33.2 ml
LAV(MOD-bp) Indexed: 17.0 ml/m2
Doppler Measurements \T\ Calculations

| | |
|---|---|
| MV E max vel: 71.2 cm/sec | Lat Peak E' Vel: 16.5 cm/sec |
| MV A max vel: 90.1 cm/sec | Med Peak E' Vel: 17.0 cm/sec |
| MV E/A: 0.79 | Lat E/e': 4.3 |
| | Med E/e': 4.2 |

| | |
|---|---|
| Ao V2 max: 201.0 cm/sec | LV V1 max PG: 10.2 mmHg |
| Ao max PG: 16.2 mmHg | LV V1 mean PG: 5.9 mmHg |
| Ao V2 mean: 150.4 cm/sec | LV V1 max: 160.0 cm/sec |
| Ao mean PG: 9.7 mmHg | LV V1 mean: 115.7 cm/sec |
| Ao V2 VTI: 31.8 cm | LV V1 VTI: 28.1 cm |
| AVA(I,D): 2.7 cm2 | |
| AVA(V,D): 2.4 cm2 | |
| AVA/BSA Index: 1.4 cm2/m2 | |
| AV Dimensionless Index: 0.80 | |

Continued

CH0R82                              BAPTIST BEAUMONT HOSPITAL                    Page:      000
User:  JAL1BNR                      PATIENT DISCHARGE SUMMARY REPORT             Date:   2/24/23
                                                                                Time:  14:32:24

Patient: STIFF VERNON                        DOB:              2/05/1973    (50 Y)
Rm/Bed:      422 /A                          Physician:        IRIBARREN JUAN
Encounter#:  4962913                         History Num:      120782540

**Test**                    **Result**                                    *EXHIBIT A-57*
ECHOW
                            SV(LVOT): 85.1 ml        RAP systole: 8.0 mmHg
                            Left Ventricle
                            The left ventricle is normal in size. There is no thrombus. There is no
                            ventricular septal defect visualized. There is mild asymmetric left
                            ventricular hypertrophy. Ejection Fraction = 60-65%. The transmitral
                            spectral Doppler flow pattern is suggestive of impaired LV relaxation. The
                            left ventricular wall motion is normal.
                            Right Ventricle
                            The right ventricle is normal in size and function.
                            Atria
                            The left atrial size is normal. The interatrial septum is intact with no
                            evidence for an atrial septal defect.
                            Mitral Valve
                            The mitral valve is normal in structure and function.
                            Tricuspid Valve
                            RVSP cannot be calculated due to lack of tricuspid regurgitation.
                            Aortic Valve
                            The aortic valve is normal in structure and function.
                            Great Vessels
                            The aortic root is normal size.
                            Pericardium/Pleural
                            There is no pericardial effusion.
                            Interpretation Summary
                            Suboptimal study quality
                            There is mild asymmetric left ventricular hypertrophy.
                            Ejection Fraction = 60-65%.
                            The transmitral spectral Doppler flow pattern is suggestive of impaired LV
                            relaxation.
                            The right ventricle is normal in size and function.
                            RVSP cannot be calculated due to lack of tricuspid regurgitation
                            There is no pericardial effusion.

                            Reading Physician: Electronically signed  Michael Rotenberg, MD 02/20/2023
                            by:                          06:44 PM
                            Ordering Physician: BANKOLE, OLUSHOLA
                            Referring Physician: IRIBARREN, JUAN
                            Performed By: Trahan, Cara

EKG                                          02/19/2023    17:29
**Test**
EKGW                        **Result**
                            HEART RATE: 109 bpm
                            RR Interval: 550 ms
                            Atrial Rate: 110 ms
                            P-R Interval: 128 ms
                            P Duration: 108 ms
                            P Horizontal Axis: -6 deg
                            P Front Axis: 60 deg
                            Q Onset: 499 ms
                            QRSD Interval: 94 ms
                            QT Interval: 337 ms
                            QTcB: 454 ms
                            QTcF: 411 ms
                            QRS Horizontal Axis: -41 deg

Continued

CH0R82
User:  JAL1BNR

BAPTIST BEAUMONT HOSPITAL
PATIENT DISCHARGE SUMMARY REPORT

Page:      000
Date:    2/24/23
Time:  14:32:24

Patient: STIFF VERNON
Rm/Bed:      422 /A
Encounter#:    4962913

DOB:            2/05/1973    (50 Y)
Physician:    IRIBARREN JUAN
History Num:   120782540

| Test | Result |
|------|--------|
| EKGW | QRS Axis: 71 deg |
|  | I-40 Horizontal Axis: 48 deg |
|  | I-40 Front Axis: 11 deg |
|  | T-40 Horizontal Axis: -67 deg |
|  | T-40 Front Axis: 90 deg |
|  | T Horizontal Axis: 51 deg |
|  | T Wave Axis: 3 deg |
|  | S-T Horizontal Axis: 66 deg |
|  | S-T Front Axis: 3 deg |
|  | ECG Severity: - OTHERWISE NORMAL ECG - |
|  | ECG Impression: Sinus tachycardia |

*Exhibit A - 58*

Performing Location:    BAPTIST BEAUMONT HOSPITAL
3080 COLLEGE
BEAUMONT, TX 77701

**EAST CAMPUS RADIOLOGY**

CHEST 1 VIEW PORTABLE                        02/19/2023

CHEST 1 VIEW PORTABLE                        02/22/2023

CTA CHEST                                     02/19/2023

BILAT VENOUS ULTRSOUND FOR DVT               02/20/2023

Performing Location:    BAPTIST BEAUMONT HOSPITAL
3080 COLLEGE
BEAUMONT, TX 77701

***HEMATOLOGY***

CBC                                 02/19/2023    17:20

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| WBC | 9.8 | | 3.5 - 10.9 | K/UL |
| RBC | 4.63 | | 4.3 - 5.7 | M/UL |
| HGB | 14.6 | | 13.0 - 17.9 | G/DL |
| HCT | 44.2 | | 38 - 52 | % |
| MCV | 95.5 | | 80 - 98 | FL |
| MCH | 31.5 | | 28 - 32 | PG |
| MCHC | 33.0 | | 32.5 - 36.5 | G/DL |
| RDW | 11.3 | L | 11.5 - 14.5 | % |
| PLT | 275 | | 150 - 450 | K/UL |
| MPV | 10.7 | H | 7.4 - 10.4 | FL |
| MANDIFF | NO | | | |
| SCAN | NO | | | |
| NEUT% | 91.6 | H | 40 - 75 | % |
| LYMPH% | 4.9 | L | 24 - 44 | % |
| MONO% | 2.9 | | 0 - 13 | % |

Continued

BAPTIST BEAUMONT HOSPITAL
PATIENT DISCHARGE SUMMARY REPORT

Patient: STIFF VERNON
Rm/Bed:      422 /A
Encounter#:   4962913

DOB:           2/05/1973    (50 Y)
Physician:    IRIBARREN JUAN
History Num:  120782540

| Test | Result | Flag | Reference Range | Unit of Measure |
|---|---|---|---|---|
| EOS% | 0.0 | | 0 - 4 | % |
| BASO | 0.1 | | 0 - 2 | % |
| IG | 0 | | 0 - 1 | % |
| IG% | 0.5 | | 0 - 1 | % |

IG% = Metamyelocytes, Myelocytes, and Promyelocytes.
(Immature neutrophils not including "bands".)
**> 3% IG indicates risk of sepsis

*EXHIBIT A-59*

| | | | | |
|---|---|---|---|---|
| NRBC% | 0 | | | /100 WBC |
| ABS NEUT | 9.0 | H | 1.2 - 7.2 | K/UL |

CBC

| Test | Result | Flag | 02/20/2023    4:00 Reference Range | Unit of Measure |
|---|---|---|---|---|
| WBC | 10.7 | | 3.5 - 10.9 | K/UL |
| RBC | 3.78 | L | 4.3 - 5.7 | M/UL |
| HGB | 12.2 | L | 13.0 - 17.9 | G/DL |
| HCT | 36.3 | L | 38 - 52 | % |
| MCV | 96.0 | | 80 - 98 | FL |
| MCH | 32.3 | H | 28 - 32 | PG |
| MCHC | 33.6 | | 32.5 - 36.5 | G/DL |
| RDW | 11.8 | | 11.5 - 14.5 | % |
| PLT | 219 | | 150 - 450 | K/UL |
| MPV | 10.4 | | 7.4 - 10.4 | FL |
| MANDIFF | NO | | | |
| SCAN | NO | | | |
| NEUT% | 92.1 | H | 40 - 75 | % |
| LYMPH% | 4.7 | L | 24 - 44 | % |
| MONO% | 2.7 | | 0 - 13 | % |
| EOS% | 0.0 | | 0 - 4 | % |
| BASO | 0.1 | | 0 - 2 | % |
| IG | 0 | | 0 - 1 | % |
| IG% | 0.4 | | 0 - 1 | % |

IG% = Metamyelocytes, Myelocytes, and Promyelocytes.
(Immature neutrophils not including "bands".)
**> 3% IG indicates risk of sepsis

| | | | | |
|---|---|---|---|---|
| NRBC% | 0 | | | /100 WBC |
| ABS NEUT | 9.9 | H | 1.2 - 7.2 | K/UL |

CBC

| Test | Result | Flag | 02/21/2023    4:20 Reference Range | Unit of Measure |
|---|---|---|---|---|
| WBC | 12.4 | H | 3.5 - 10.9 | K/UL |
| RBC | 3.47 | L | 4.3 - 5.7 | M/UL |
| HGB | 10.9 | L | 13.0 - 17.9 | G/DL |
| HCT | 33.7 | L | 38 - 52 | % |
| MCV | 97.1 | | 80 - 98 | FL |
| MCH | 31.4 | | 28 - 32 | PG |
| MCHC | 32.3 | L | 32.5 - 36.5 | G/DL |
| RDW | 11.9 | | 11.5 - 14.5 | % |
| PLT | 197 | | 150 - 450 | K/UL |
| MPV | 10.6 | H | 7.4 - 10.4 | FL |
| MANDIFF | NO | | | |
| SCAN | NO | | | |
| NEUT% | 83.2 | H | 40 - 75 | % |
| LYMPH% | 11.7 | L | 24 - 44 | % |
| MONO% | 4.4 | | 0 - 13 | % |

Continued

CH0R82
User: JAL1BNR

**BAPTIST BEAUMONT HOSPITAL**
PATIENT DISCHARGE SUMMARY REPORT

Page:    001
Date:    2/24/23
Time:    14:32:24

Patient: STIFF VERNON
Rm/Bed:      422 /A
Encounter#:    4962913

DOB:                2/05/1973   (50 Y)
Physician:        IRIBARREN JUAN
History Num:    120782540

| Test | Result | Flag | Reference Range | | Unit of Measure |
|------|--------|------|-----------------|---|----------------|
| EOS% | 0.0 | | 0 - | 4 | % |
| BASO | 0.1 | | 0 - | 2 | % |
| IG | 0 | | 0 - | 1 | % |
| IG% | 0.6 | | 0 - | 1 | % |

IG% = Metamyelocytes, Myelocytes, and Promyelocytes.
(Immature neutrophils not including "bands".)
**> 3% IG indicates risk of sepsis

*EXHIBIT A-60*

| | | | | | |
|------|--------|------|-----------------|---|----------------|
| NRBC% | 0 | | | | /100 WBC |
| ABS NEUT | 10.3 | H | 1.2 - | 7.2 | K/UL |

CBC                                              02/22/2023    4:25

| Test | Result | Flag | Reference Range | | Unit of Measure |
|------|--------|------|-----------------|---|----------------|
| WBC | 8.9 | | 3.5 - 10.9 | | K/UL |
| RBC | 3.59 | L | 4.3 - 5.7 | | M/UL |
| HGB | 11.4 | L | 13.0- 17.9 | | G/DL |
| HCT | 35.1 | L | 38 - 52 | | % |
| MCV | 97.8 | | 80 - 98 | | FL |
| MCH | 31.8 | | 28 - 32 | | PG |
| MCHC | 32.5 | | 32.5- 36.5 | | G/DL |
| RDW | 11.7 | | 11.5- 14.5 | | % |
| PLT | 199 | | 150- 450 | | K/UL |
| MPV | 10.5 | H | 7.4 - 10.4 | | FL |
| MANDIFF | NO | | | | |
| SCAN | NO | | | | |
| NEUT% | 76.5 | H | 40 - 75 | | % |
| LYMPH% | 15.5 | L | 24 - 44 | | % |
| MONO% | 6.0 | | 0 - 13 | | % |
| EOS% | 0.1 | | 0 - 4 | | % |
| BASO | 0.2 | | 0 - 2 | | % |
| IG | 0 | | 0 - 1 | | % |
| IG% | 1.7 | H | 0 - 1 | | % |

IG% = Metamyelocytes, Myelocytes, and Promyelocytes.
(Immature neutrophils not including "bands".)
**> 3% IG indicates risk of sepsis

| | | | | | |
|------|--------|------|-----------------|---|----------------|
| NRBC% | 0 | | | | /100 WBC |
| ABS NEUT | 6.8 | | 1.2 - | 7.2 | K/UL |

Performing Location:    BAPTIST BEAUMONT HOSPITAL
3080 COLLEGE
BEAUMONT, TX 77701

*****MANUAL MICRO*****

INFLUENZA A & B RAPID TEST                02/19/2023    17:20

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|----------------|
| FLU A | NEGATIVE | | | |
| FLU B | NEGATIVE | | | |
| IPC | PASS | | | |
| LOT # | 2287266 | | | |
| EXP DATE | 10062025 | | | |

OCCULT BLOOD FECES                        02/19/2023    17:20

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|----------------|
| | | | | |

Continued

CH0R82
User: JAL1BNR

BAPTIST BEAUMONT HOSPITAL
PATIENT DISCHARGE SUMMARY REPORT

Page:    001:
Date:    2/24/23
Time:    14:32:24

Patient: STIFF VERNON
Rm/Bed:    422 /A
Encounter#:    4962913

DOB:    2/05/1973    (50 Y)
Physician:    IRIBARREN JUAN
History Num:    120782540

| Test | Result | Flag | Reference Range | Unit of Measure |
|---|---|---|---|---|
| OCCBLFEC | NEGATIVE | | | |
| INT QC | PASSED | | | |
| LOT# CRD | 51122 | | | |
| EXP CRD | 102025 | | | |
| LOT# DVL | 75016 | | | |
| EXP DVL | 032025 | | | |

*EXHIBIT A-61*

Performing Location:    BAPTIST BEAUMONT HOSPITAL
3080 COLLEGE
BEAUMONT, TX 77701

\*\*\*POINT OF CARE TESTING\*

ISTAT CHEM 8                                    02/19/2023    17:49

| Test | Result | Flag | Reference Range | Unit of Measure |
|---|---|---|---|---|
| ISTANGAP | 19 | | | MMOL/L |
| | Notified Nurse/MD of results outside of Reference Ranges | | | |
| ISTATBUN | 20.0 | | 7.0 - 20.0 | MG/DL |
| ISTATCL | 103 | | 98 - 107 | MMOL/L |
| ISTATGLU | 104 | | 65 - 110 | MG/DL |
| ISTATHCT | 51 | | ·37.0- 52.0 | %PCV |
| ISTATHGB | 17.3 | | 12.0- 18.0 | G/DL |
| | Notified Nurse/MD of results outside of Reference Ranges | | | |
| ISTATK | 4.0 | | 3.6 - 5.0 | MMOL/L |
| ISTATNA | 140 | | 137- 145 | MMOL/L |
| ISTCO2 | 24 | | 22 - 30 | MMOL/L |
| ISTCREA | 1.4 | | 0.7 - 1.5 | MG/DL |
| ISTIONCA | 1.15 | | 1.12- 1.32 | MMOL/L |

Performing Location:    BAPTIST BEAUMONT HOSPITAL
3080 COLLEGE
BEAUMONT, TX 77701

\*\*\*REFERENCE LAB\*\*\*

ANTITHROMBIN ENZYME                            02/21/2023    15:30

| Test | Result | Flag | Reference Range | Unit of Measure |
|---|---|---|---|---|
| AT3ENZ | 103 | | 75 - 135 | % |

FACTOR V LEIDEN /PCR                           02/19/2023    22:32

| Test | Result | Flag | Reference Range | Unit of Measure |
|---|---|---|---|---|
| FAC5LEI | Comment | | | |

HOMOCYSTEINE TOTAL                             02/21/2023    15:30

| Test | Result | Flag | Reference Range | Unit of Measure |
|---|---|---|---|---|
| HOMO-S | 12.6 | | | umol/L |

PROTEIN C FUNCTIONAL                           02/19/2023    22:32

| Test | Result | Flag | Reference Range | Unit of Measure |
|---|---|---|---|---|
| PROT C | 109 | | | % |

PROTEIN S FUNCTIONAL CLOT INHI                 02/19/2023    22:32

| Test | Result | Flag | Reference Range | Unit of Measure |
|---|---|---|---|---|

Continued

Case 1:25-cv-00260-MAC-CLS   Document 6   Filed 06/02/25   Page 166 of 227 PageID   000

CHORS BAPTIST BEAUMONT
User: JAL1BNR
PATIENT DISCHARGE SUMMARY REPORT
Date:  2/24/23
Time:  14:32:24

Patient: STIFF VERNON
Rm/Bed:      422 /A
Encounter#:  4962913
Admit Date:  02/19/2023
Height:      5 ft 10.00  in /177.80  cm (02/19/23 23:52)
Weight:      169 lbs 12.10 oz / 77.000 kg (02/19/23 23:52)
Diagnosis:   PULMONARY EMBOLISM WITHOUT ACUTE COR PULMONALE
Race:
Allergies:   Sulfa Antibiotics

DOB:             2/05/1973   (50 Y)
Physician:       IRIBARREN JUAN
History Num:     120782540
Discharge Date:
Pref Language:   English
Sex:             M
Ethnicity:       Declined to Specify 2

*EXHIBIT-A-62*

## DISCHARGE MEDICATIONS:

### New Medications to Start Taking

ELIQUIS ORAL TABLET 5 MG - Take 10 MG BY MOUTH TWICE DAILY. 10 MG PO BID
   FOR 5 DAYS
(Also known as APIXABAN)
      Written prescription provided

ELIQUIS ORAL TABLET 5 MG - Take 5 MG BY MOUTH TWICE DAILY. AFTER COMPLETING
   10 MG BID X5 DAYS THEN TAKE 5 MG PO BID
(Also known as APIXABAN)
      Written prescription provided

### Continue Taking

famotidine - Take 20 MG BY MOUTH AT BEDTIME.
   Last dose given: Thursday February 23, 2023 08:50 PM

fluticasone/salmeterol 500/50 MCG - Take 1 INH INHALATION TWICE DAILY.
(Also known as FLUTICASONE-SALMETEROL)

ipratropium-albuterol NEB 0.5-2.5 MG/3 ML - CONTINUE TAKING SAME AS HOME.

montelukast - Take 10 MG BY MOUTH EVERY EVENING.
(Also known as MONTELUKAST SODIUM)
      Last dose given: Thursday February 23, 2023 05:07 PM

vitamin D 5,000 UNIT - Take 5000 UN BY MOUTH EVERY SUNDAY.

Albuterol Sulfate HFA Inhalation Aerosol Solution 108 (90 Base) MCG/ACT -
   Take 2 PUF INHALATION THREE TIME DAILY.

ipratropium Bromide Nasal Solution 0.06 % - Take 1 PUF BOTH NOSTRILS THREE
   TIME DAILY.
      Last dose given: Friday February 24, 2023 08:17 AM

All medications must be taken as directed. Contact your physician before stopping medications.

## DISCHARGE INSTRUCTIONS:

SPECIAL INSTRUCTIONS:

## ALLERGIES:

| Allergy | Symptoms | Type | Adverse Event Date |
|---|---|---|---|
| Sulfa Antibiotics | Unknown | C | |

CH0R82                          BAPTIST BEAUMONT HOSPITAL                      Page:    001
User:  JAL1BNR                  PATIENT DISCHARGE SUMMARY REPORT               Date:   2/24/23
                                                                              Time:  14:32:24

Patient: STIFF VERNON                          DOB:           2/05/1973    (50 Y)
Rm/Bed:       422 /A                           Physician:     IRIBARREN JUAN
Encounter#:   4962913                          History Num:   120782540

| Test | Result | Flag | Reference Range | Unit of Measure |
|------|--------|------|-----------------|-----------------|
| PROT S | 74 | | 63 - 140 | % |

Performing Location:    BAPTIST BEAUMONT HOSPITAL
                        3080 COLLEGE
                        BEAUMONT, TX 77701

*EXHIBIT A -63*

---

## PROCEDURES:

Procedure Description:       Date:              Time:

## WELLNESS:

Smoking Status
Current smoking status: Never Smoked
How many years has the patient smoked?
Tobacco use start date:
Tobacco use quit date:
Was the patient offered smoking cessation?  Not applicable
Comment:

## VITAL SIGNS:

| | | | |
|---|---|---|---|
| Blood Pressure: | SBP:       DBP: | | |
| Height: | 5 ft 10.00  ln 177.80  cm | 02/19/2023 | 23:52 |
| Weight: | 169 lbs 12.10  oz  77.000  kg | 02/19/2023 | 23:52 |
| BSA: | 1.94682 | 02/19/2023 | 23:52 |
| BMI: | 24.357 | 02/19/2023 | 23:52 |

## PATIENT CARE TEAM:

| Care Team Member | Role |
|------------------|------|
| IRIBARREN JUAN | Primary Attending |
| AKBANI SOHAIL - ONCOLOGY | Consulting |
| IRIBARREN JUAN | Admitting |
| NO PCP | Primary Care |
| NO PCP | Referring |

## ENCOUNTER DIAGNOSIS:

Code       System      Diagnosis                          Type       Date

## PHYSICIAN DISCHARGE SUMMARY:

R Maloy HSC

RECEIVED   FCC BEAUMONT - LOW
2/27/23

R M

Continued

OneContent Generated By MHBHSET\rkelly



120782540        STIFF, VERNON                    02/19/23 17:29:48      Baptist Hospitals of SE T> (001)
30 Years                 Male     Race: Other race                      Baptist Beaumont Hosp (100)
                                                                        ER (17)

Rate   109  . Sinus tachycardia.........................................rate> 99   Room:       19
                                                                        Operator:   CBC
PR     128                                                              Visit #    4982913
QRSD    94                                                              Order #     1800
QT     337
QTc    454

--AXIS--
P       60
QRS     71                    - OTHERWISE NORMAL ECG -        Requested by: BAMIOLE,OLUSHOLA
T        3                                                   Unconfirmed Diagnosis
12 Lead; Standard Placement

Device: 2046D   Speed: 25 mm/sec   Limb: 10 mm/mV   Chest: 10.0 mm/mV    [F 60- 0.50-150-Hz-W]  100B-BCL

PHILIPS                              REORDER # 123/814

Patient: STIFF, VERNON    MRN: 120782540    Page 4 of 4

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**    *Exhibit A - 65*

---

| | |
|---|---|
| Inmate Name: STIFF, VERNON RAY | |
| Date of Birth: 02/05/1973 | Sex: M   Race: BLACK |
| Encounter Date: 02/24/2023 23:32 | Provider: Carson, L. LVN/IDC |

| | |
|---|---|
| Reg #: 33655-177 |
| Facility: BML |
| Unit: U06 |

---

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1      Provider:  Carson, L. LVN/IDC

Chief Complaint:  No Complaint(s)
Subjective:    returned from med trip to Baptist Hospital
**Pain:**        No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/25/2023 | 01:15 BMX | 97.0 | 36.1 | | Carson, L. LVN/IDC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/25/2023 | 01:15 BMX | 95 | | | Carson, L. LVN/IDC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/25/2023 | 01:15 BMX | 20 | Carson, L. LVN/IDC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/25/2023 | 01:15 BMX | 120/78 | | | | Carson, L. LVN/IDC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/25/2023 | 01:15 BMX | 98 | | Carson, L. LVN/IDC |

**Exam:**

**General**
    **Appearance**
        Yes: Appears Well, Alert and Oriented x 3

**Skin**
    **General**
        Yes: Within Normal Limits, Skin Intact

**Eyes**
    **General**
        Yes: PERRLA

**Mouth**
    **General**
        Yes: Within Normal Limits

| | | | |
|---|---|---|---|
| Inmate Name:  STIFF, VERNON RAY | | Reg #:  33655-177 | |
| Date of Birth:  02/05/1973 | Sex:    M    Race:  BLACK | Facility:  BML | |
| Encounter Date: 02/24/2023 23:32 | Provider:  Carson, L. LVN/IDC | Unit:    U06 | |

### Pulmonary
**Observation/Inspection**
Yes: Within Normal Limits

**Auscultation**
Yes: Clear to Auscultation

### Cardiovascular
**Observation**
Yes: Within Normal Limits

*EXHIBIT A-66*

### Comments
gave nebulizer tx as ordered and issued pyxis apixaban with instructions and education sheet about medication.

### ASSESSMENT:
Other

inmate arrived back from Baptisti Hospital
paperwork given to nursing has lab results (seed doc mgr and copy of paperwork left on desk of provider),
recommendations for continuation of the following meds:famotidine-20mg PO At hs last dose given given Feb 23,2023
fluticasone/salmeterol 500/50 mcg take one inh twice a day
ipratropium-albuterol neb 0.5-2.5 mg/3ml cont. taking same as home
montelukast-take 10 mg every evening
Vitamin D 5,000 unit-take 5000 UN po every Sunday
Albuterol sulfate HFA Inhalation Aerosol solution 108 (90 Base) Mcg/Actptake 2 puf inhalation TID
Ipratropium Bromide Nasal solution 0.06%-take one pud both nostrils TID last dose given Feb 24, 2023
New recommendation for Apixaban 10 mg PO BID for 5 days, then 5mg PO BID
Call to provider to notify of the return of the inmate, the vs and the allergy to sulfa and the Hospital recommendations per the paperwork.
Order for Apixaban approved and pulled from pyxis.  THere is not enough in the pyxis bottle to last until Monday.
scheduled for nursing to pull another bottle on Sunday
Other

Lab results include Chest xrays, EKGW , CTA chest, Bilat Venous ultra sound for DVT, hematology , cbc, NRBC % ABS
Neut, blood gases, and more.

teaching paperwork returned with escorting officer :

Hemoptysis,
PE, Shortness of breath, Community Acquired Pneumonia, adult

patient problems listed
code 706870000 Acute pulmonary embolism
233604007 Pneumonia
91302008 Sepsis
66857006 hemoptysis
267036007 Dyspnea

### PLAN:
**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Apixaban Oral Tablet | | 02/24/2023 23:32 |
| | **Prescriber Order:** | 10 mg Orally - Two Times a Day x 5 day(s) -- then 5 mg bid after that | |
| | Start Now:  Yes | | |

| Inmate Name: STIFF, VERNON RAY | | Reg #: 33655-177 |
|---|---|---|
| Date of Birth: 02/05/1973 | Sex: M Race: BLACK | Facility: BML |
| Encounter Date: 02/24/2023 23:32 | Provider: Carson, L. LVN/IDC | Unit: U06 |

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|

           Night Stock Rx#:   301284-cp1

           Source: Night Stock

           Admin Method:  Self Administration

           Stop Date:  03/01/2023 23:31

           MAR Label:  10 mg Orally  -  Two Times a Day x 5 day(s) – then 5 mg bid after that

           One Time Dose Given:  No

*EXHIBIT A - 67*

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Clinical Encounter | 02/27/2023 00:00 | Physician |

      returned from previous medical emergency trip for PE and pneumonia on Friday night. Apixaban pulled from pyxis for 10 mg bid po for 5 days then 5 mg po bid.
did not put order in yet for 5 mg since 10 mg is for 5 days. please put 5 mg order in if deemed necessary per MD Thanks

**Disposition:**

      Return Immediately if Condition Worsens

**Other:**

      Patient allergy reviewed and needs updated prior to this vist. See chart for allergies for most recent patient allergy list

      released to bop custody

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/25/2023 | Counseling | Access to Care | Carson, L. | Verbalizes Understanding |

      notify staff immediately any shortness of breath, chest pain, hemoptysis, chest pain take meds as prescribed. notify medical any questions. drink plenty of fluid and rest

| 02/24/2023 | Counseling | Access to Care | Carson, L. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**  Yes     **By:**  Polavarapu, Sreedhar MD

**Telephone or Verbal order read back and verified.**


Completed by Carson, L. LVN/IDC on 02/25/2023 01:17

Requested to be cosigned by  Polavarapu, Sreedhar MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Lynd, A. NP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/24/2023 23:32 | Provider: | Carson, L. LVN/IDC | Facility: | BML |

**Cosigned by Polavarapu, Sreedhar MD on 02/27/2023 08:55.**

EXHIBIT A - 68

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
|---|---|---|---|---|---|
| Date of Birth: | 02/05/1973 | Sex: M | Race: BLACK | Facility: | BML |
| Encounter Date: | 03/31/2023 09:35 | Provider: | Freeman, Travis LVN | Unit: | U06 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

*Exhibit A - 69*

COMPLAINT  1        Provider:  Freeman, Travis LVN

Chief Complaint:  Cold or Flu Symptoms
Subjective:  "coughing yellow/green mucus, sweating. fever, aching."
Pain:  No

ROS:

Nursing Protocol
Cough
Yes: Productive cough (Describe: yellow/green), Congested, PPD status reviewed
No: Fever, Night sweats, Unexplained weight loss, Coughing up blood
Dyspnea
Yes: Cough, Body aches, Malaise, TB screening normal, Allergies & health problems reviewed, Medications (prescription and OTC) reviewed

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/31/2023 | 09:35 BMX | 97.6 | 36.4 | | Freeman, Travis LVN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/31/2023 | 09:35 BMX | 79 | | | Freeman, Travis LVN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/31/2023 | 09:35 BMX | 18 | Freeman, Travis LVN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/31/2023 | 09:35 BMX | 117/72 | | | | Freeman, Travis LVN |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 03/31/2023 | 09:35 BMX | 250 | 250 | 250 | Poor | Without | Freeman, Travis LVN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/31/2023 | 09:35 BMX | 99 | | Freeman, Travis LVN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|

| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M   Race:  BLACK | Facility: | BML |
| Encounter Date: | 03/31/2023 09:35 | Provider: | Freeman, Travis LVN | Unit: | U06 |

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 03/31/2023 | 09:35 BMX | 71.0 | 180.3 | Freeman, Travis LVN |

*EXHIBIT A - 70*

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 03/31/2023 | 09:35 BMX | 173.0 | 78.5 | | Freeman, Travis LVN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

Alteration in comfort

inmate report fever, body aches, and sweating. No fever or sweating seen on exam. spoke with provider and no new orders given at this time. Inmate is scheduled to see the provider on monday.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 03/31/2023 | Counseling | Access to Care | Freeman, Travis | Verbalizes Understanding |
| 03/31/2023 | Counseling | Plan of Care | Freeman, Travis | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Freeman, Travis LVN on 03/31/2023 09:48

Requested to be reviewed by Lynd, A. NP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/31/2023 09:35 | Provider: | Freeman, Travis LVN | Facility: | BML |

**Reviewed by Lynd, A. NP on 03/31/2023 11:45.**

*EXHIBIT A-71*

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

*Exhibit A - 72*

| | | |
|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M  Race: BLACK | Facility: BML |
| Encounter Date: 04/03/2023 10:59 | Provider: Lynd, A. NP | Unit: U06 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Lynd, A. NP

Chief Complaint:   PULMONARY/RESPIRATORY

Subjective:   inmate seen in follow up of recent [?]PE/CAP
went to ER and was hospitalized for symptoms consistent with PE/CAP
reports "I stay sick all the time"; coughing yellow/green
hx of Asthma since birth, LT lobectomy 2016, covid + 1-2022
denies smoking hx
requesting more antibiotics - "this isn't normal for me"

Pain:   Not Applicable

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Anorexia, Fever

No: Chills, Easily Tired, Fatigue

**HEENT**

**Head**

No: Headaches

**Nose**

No: Allergies, Nasal Congestion

**Sinuses**

No: Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary

**Cardiovascular**

**General**

No: Angina, Edema

**Pulmonary**

**Respiratory System**

Yes: Cough - Productive, Cough - Productive of thick green or brown mucus, Cough, lasting greater than one week, Hx Asthma, Hx of Treatment for TB, Hx Pneumonia, Hx Positive TB Skin Test, Shortness of breath (Triggers?: everything), Wheezing

No: Sputum - Blood Tinged, Tobacco Use

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/03/2023 | 09:47 BMX | 97.4 | 36.3 | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 97.6 | 36.4 | | Freeman, Travis LVN |

**Pulse:**

| Inmate Name: | STIFF, VERNON RAY | | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | | | | Facility: | BML |
| Encounter Date: | 04/03/2023 10:59 | | Sex: M  Race: BLACK | | Unit: | U06 |
| | | | Provider: Lynd, A. NP | | | |

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|------|------|--|-----------------|----------|--------|----------|
| 04/03/2023 | 09:47 BMX | | 79 | | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | | 79 | | | Freeman, Travis LVN |

**Respirations:**

*EXHIBIT A-73*

| Date | Time | | Rate Per Minute | Provider |
|------|------|--|-----------------|----------|
| 04/03/2023 | 09:47 BMX | | 18 | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | | 18 | Freeman, Travis LVN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 04/03/2023 | 09:47 BMX | 118/73 | | | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 117/72 | | | | Freeman, Travis LVN |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|------|------|-----------|-----------|-----------|--------|----------------|----------|
| 04/03/2023 | 11:02 BMX | 340 | 350 | 350 | Good | With | Lynd, A. NP |
| 03/31/2023 | 09:35 BMX | 250 | 250 | 250 | Poor | Without | Freeman, Travis LVN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 04/03/2023 | 09:47 BMX | 100 | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 99 | | Freeman, Travis LVN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|----|----------|
| 04/03/2023 | 09:47 BMX | 71.0 | 180.3 | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 71.0 | 180.3 | Freeman, Travis LVN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|----|--------------|----------|
| 04/03/2023 | 09:47 BMX | 173.0 | 78.5 | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 173.0 | 78.5 | | Freeman, Travis LVN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Nose**

**General**

Yes: Nares Patent

**Pulmonary**

**Auscultation**

Yes: Rhonchi L, Diminished Breath Sounds L

No: Rhonchi R, Wheezing

**ROS Comments**

"I've never had a PE, I was given blood thinners when I had surgery but that is it"

| Inmate Name: STIFF, VERNON RAY | | | |
| Date of Birth: 02/05/1973 | Sex: M Race: BLACK | Reg #: 33655-177 | |
| Encounter Date: 04/03/2023 10:59 | Provider: Lynd, A. NP | Facility: BML | |
| | | Unit: U06 | |

Asthma - severe

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Nebulizer | Daily | 90 days | issue albuterol amp 2 per day - when available | Lynd, A. NP |
| | Order Date: | 04/03/2023 | | |

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| *Nebulizer* | *Daily* | *90 days* | *issue albuterol amp 2 per day* | *Lynd, A. NP* |
| | Discontinue Reason: | *Renewed* | | |
| | Order Date: | *12/19/2022* | | |
| | End Date: | *03/19/2023* | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 04/03/2023 00:00 | Physician |

pls consider increase in care level
on step 6 therapy plan
symptoms poorly controlled since covid 1-2022
recent hospitalization

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved
Discharged to Housing Unit with Restrictions

**Other:**

Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter.
Current Information Chart: Allergies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/03/2023 | Counseling | Medication Side Effects | Lynd, A. | Verbalizes Understanding |
| 04/03/2023 | Counseling | New Medication | Lynd, A. | Verbalizes Understanding |
| 04/03/2023 | Counseling | Plan of Care | Lynd, A. | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Lynd, A. NP on 04/03/2023 11:40
Requested to be cosigned by Polavarapu, Sreedhar MD.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | Reg #: | 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M  Race: BLACK | Facility: | BML |
| Encounter Date: 04/07/2023 10:59 | Provider: Lynd, A. NP | Unit: | U06 |

Mid Level Provider - Medication Reconciliation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Lynd, A. NP

*EXHIBIT A - 74*

Chief Complaint:   Medication Refill

Subjective:         inmate requesting refill of albuterol neb national shortage

**Pain:**               Not Applicable

ROS:

Pulmonary

Respiratory System

Yes: Cough - Productive, Hx Asthma, Hx Pneumonia, Shortness of breath (Triggers?: everything), Wheezing

**OBJECTIVE:**

Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/03/2023 | 09:47 BMX | 97.4 | 36.3 | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 97.6 | 36.4 | | Freeman, Travis LVN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/03/2023 | 09:47 BMX | 79 | | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 79 | | | Freeman, Travis LVN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/03/2023 | 09:47 BMX | 18 | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 18 | Freeman, Travis LVN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/03/2023 | 09:47 BMX | 118/73 | | | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 117/72 | | | | Freeman, Travis LVN |

Wright Peak Flow:

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 04/03/2023 | 11:02 BMX | 340 | 350 | 350 | Good | With | Lynd, A. NP |
| 03/31/2023 | 09:35 BMX | 250 | 250 | 250 | Poor | Without | Freeman, Travis LVN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
|---|---|---|---|---|---|
| Date of Birth: | 02/05/1973 | Sex: M  Race: BLACK | | Facility: | BML |
| Encounter Date: | 04/07/2023 10:59 | Provider: Lynd, A. NP | | Unit: | U06 |

| Date | Time | Value(%) Air | | Provider |
|---|---|---|---|---|
| 04/03/2023 | 09:47 BMX | 100 | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 99 | | Freeman, Travis LVN |

*EXHIBIT A-75*

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 04/03/2023 | 09:47 BMX | 71.0 | 180.3 | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 71.0 | 180.3 | Freeman, Travis LVN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/03/2023 | 09:47 BMX | 173.0 | 78.5 | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 173.0 | 78.5 | | Freeman, Travis LVN |

**Exam Comments**

med reconcilation - albuterol neb shortage: has albuterol inhaler

**ASSESSMENT:**

Asthma, J45909 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ipratropium/Albuterol Neb Sol 2.5-0.5MG/3ML | 04/07/2023 10:59 |

**Prescriber Order:**    1 UD Orally -   Two Times a Day PRN x 120 day(s) – pls provide stock

Indication:   Asthma

**Other:**

allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter. Current Information Chart: Allergies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/07/2023 | Counseling | Medication Side Effects | Lynd, A. | Verbalizes Understanding |

| Copay Required: | No | Cosign Required: | Yes |
|---|---|---|---|
| Telephone/Verbal Order: | No | | |

Completed by Lynd, A. NP on 04/07/2023 11:02

Requested to be cosigned by  Polavarapu, Sreedhar MD.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: M | Race: | BLACK |
| Encounter Date: | 04/07/2023 10:59 | Provider: Lynd, A. NP | Facility: | BML |

**Cosigned by Polavarapu, Sreedhar MD on 04/07/2023 12:13.**

*EXHIBIT A-76*

# Bureau of Prisons
## Health Services
## Clinical Encounter

---

| | | | |
|---|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | Reg #: | 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M    Race: BLACK | Facility: | BML |
| Encounter Date: 04/18/2023 07:45 | Provider: Wise, T. LVN | Unit: | U06 |

---

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

*Exhibit A-77*

COMPLAINT **1**       Provider:  Wise, T. LVN

Chief Complaint:  GENERAL

Subjective:    Pt states "Still feel sick cough, sore throat, need nebulizers."

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 04/18/2023 07:50 |
| Location: | Throat |
| Quality of Pain: | Intermittent |
| Pain Scale: | 3 |
| Intervention: | Came to sick call |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Days |
| Duration: | 1-2 Days |
| Exacerbating Factors: | Running down my throat |
| Relieving Factors: | None reported |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Pulmonary**

**Respiratory System**

Yes: Hx Asthma, Hx of COPD

No: Shortness of breath, Wheezing

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/18/2023 | 07:45 BMX | 97.9 | 36.6 | | Wise, T. LVN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/18/2023 | 07:45 BMX | 97 | | | Wise, T. LVN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/18/2023 | 07:45 BMX | 18 | Wise, T. LVN |

| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M    Race:  BLACK | Facility: | BML |
| Encounter Date: | 04/18/2023 07:45 | Provider: | Wise, T. LVN | Unit: | U06 |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 04/18/2023 | 07:45 BMX | 122/82 | | | | Wise, T. LVN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 04/18/2023 | 07:45 BMX | 100 | | Wise, T. LVN |

*Exhibit A-78*

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 04/18/2023 | 07:45 BMX | 71.0 | 180.3 | Wise, T. LVN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 04/18/2023 | 07:45 BMX | 173.6 | 78.7 | | Wise, T. LVN |

**Exam:**
  **General**
    **Affect**
      Yes: Cooperative
    **Appearance**
      Yes: Alert and Oriented x 3
  **Skin**
    **General**
      Yes: Within Normal Limits
  **Head**
    **General**
      Yes: Symmetry of Motor Function
  **Eyes**
    **Conjunctiva and Sclera**
      Yes: Within Normal Limits
  **Ears**
    **External Ear**
      Yes: Within Normal Limits
  **Mouth**
    **General**
      Yes: Within Normal Limits
    **Gums**
      Yes: Within Normal Limits
    **Pharynx**
      Yes: Uvula Midline
      No: Inflammation, Erythema
  **Pulmonary**
    **Auscultation**
      No: Wheezing
  **Cardiovascular**
    **Observation**

| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
|---|---|---|---|---|---|
| Date of Birth: | 02/05/1973 | Sex: M Race: BLACK | | Facility: | BML |
| Encounter Date: | 04/18/2023 07:45 | Provider: Wise, T. LVN | | Unit: | U06 |

Yes: Normal Rate, Regular Rhythm

**Peripheral Vascular**

    **General**

        Yes: Within Normal Limits

**Musculoskeletal**

    **Gait**

        Yes: Normal Gait

*EXHIBIT A-79*

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Pt presented to medical inquiring about nebulizer treatments. Notified that there is a national shortage. Pt reports post-nasal drip that is causing a cough. No S/S of infection noted at this time. Pt may gargle with warm salt water for reported throat irritation and use OTC remedies as needed. Pt verbalized understanding and ambulated out of medical with no complications.

**PLAN:**

**OTC REPORTED**

  **New OTC:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| Allergy tablets | Commissary-Recommended | 04/18/2023 | |

    Order Detail: PRN- take according to directions on the packet to aid in the drying of nasal drainage.

| | | | |
|---|---|---|---|
| Tussin cough syrup | Commissary-Recommended | 04/18/2023 | |

    Order Detail: PRN take according to directions on the packet.

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter.
Current Information Chart: Allergies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/18/2023 | Counseling | Access to Care | Wise, T. | Verbalizes Understanding |
| 04/18/2023 | Counseling | Compliance - Treatment | Wise, T. | Verbalizes Understanding |
| 04/18/2023 | Counseling | Hand & Respiratory Hygiene | Wise, T. | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Wise, T. LVN on 04/18/2023 10:26
Requested to be cosigned by Lynd, A. NP.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/18/2023 07:45 | Provider: | Wise, T. LVN | Facility: | BML |

Cosigned by Lynd, A. NP on 04/18/2023 10:29.

EXHIBIT A-80

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | Reg #: 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: M   Race: BLACK | Facility: BML |
| Encounter Date: | 04/19/2023 06:14 | Provider: Freeman, Travis LVN | Unit: U06 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

*EXHIBIT A - 81*

COMPLAINT  1       Provider:  Freeman, Travis LVN

Chief Complaint:   Breathing Problems
Subjective:        reports he coughed up blood one time this morning.
**Pain:**          No

---

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/19/2023 | 06:03 BMX | 97.5 | 36.4 | | Freeman, Travis LVN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/19/2023 | 06:03 BMX | 75 | | | Freeman, Travis LVN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/19/2023 | 06:03 BMX | 16 | Freeman, Travis LVN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/19/2023 | 06:03 BMX | 129/83 | | | | Freeman, Travis LVN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/19/2023 | 06:03 BMX | 100 | | Freeman, Travis LVN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 04/19/2023 | 06:03 BMX | 71.0 | 180.3 | Freeman, Travis LVN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/19/2023 | 06:03 BMX | 170.0 | 77.1 | | Freeman, Travis LVN |

**Exam:**
**General**
**Affect**
Yes: Cooperative
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Pulmonary**

| Inmate Name: STIFF, VERNON RAY | | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M Race: BLACK | Facility: BML |
| Encounter Date: 04/19/2023 06:14 | Provider: Freeman, Travis LVN | Unit: U06 |

**Observation/Inspection**
Yes: Within Normal Limits

*Exhibit A - 82*

**Nursing Protocol**

**Dyspnea**
Yes: Vital Signs w/O2 sat recorded in flowsheet, Secretions (Amount/Describe: reports blood and green/yellow sputum)
No: Skin cyanotic, Tachypnea, Skin flushed, Skin pale, Diaphoretic

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

inmate report he coughed up blood and green/yellow mucus this morning and says he should be sent to the hospital. Inmate appears to be in no distress. respirations are even and unlabored. Inmate finished antibiotics yesterday and is currently on prednisone. Inmate coughed up sputum in exam room, no blood noted at this time. inmate advised if symptoms worsen to report back to medical.

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Other:**
Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter.
Current Information Chart: Allergies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/19/2023 | Counseling | Access to Care | Freeman, Travis | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Freeman, Travis LVN on 04/19/2023 06:21

Requested to be reviewed by Lynd, A. NP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/19/2023 06:14 | Provider: | Freeman, Travis LVN | Facility: | BML |

**Reviewed by Lynd, A. NP on 04/19/2023 07:51.**

$Exhibit\ A - 83$

# UNT HEALTH

## PATIENT SERVICES

*Exhibit A -84*

| Inmate Name: | **STIFF, VERNON RAY** | Reg #: 33655-177 | Complex: FTW |
|---|---|---|---|
| Date of Birth: | 02/05/1973 | Sex: M | Date: 06/08/2023 |

## Report of Consultation: INFECTIOUS DISEASE

**Institution:**    FORT WORTH FMC
3150 HORTON ROAD
FORT WORTH, TEXAS 76119

**Reason for Consultation:**    Recurrent lung infections and history of pseudomonas pneumonia.

**History of Present Illness:**    The inmate is here for initial evaluation. He was recently hospitalized in Beaumont, Texas for hemoptysis and syncope in February 2023. At that time, he was diagnosed with sepsis and per patient reports pseudomonas pneumonia. He was treated and was placed on Apixaban, which he is currently on. He states he follows with infectious diseases in Plano, Texas, but does not recall the doctor's name. He reports having IV antibiotics for pseudomonas pneumonia in the past via a PICC line.

He also complains of having long COVID with chronic fatigue, shortness of breath, confusion and cough.

| **Past Medical History:** | Asthma, latent TB infection treated in 1992, pulmonary embolism, CKD, GERD, nasal polyp, COVID in January 2022, pseudomonas pneumonia. |
|---|---|
| **Past Surgical History:** | Left lower lobe partial lobectomy in 2016, right submandibular gland resection for a stone, nasal polypectomy. |
| **Allergies:** | **Sulfa.** |
| **Current Medications:** | Apixaban, Albuterol, vitamin D, Famotidine, Advair, DuoNeb, Spiriva. |
| **Social History:** | He denies tobacco or drug use. He used to drink alcohol socially. He is originally from Chicago, but has been in Dallas, Texas since the age of 12. |
| **Family History:** | Mother with diabetes, father died of cancer. He does not know which kind. |

**Review of Systems:**    He denies recent weight loss. He admits to chronic shortness of breath and wheezing as well as rhinorrhea. He denies headaches, chest pain, hemoptysis. He admits to coughing with light yellow phlegm production. He denies fevers, chills, nausea, vomiting, diarrhea, rashes, or dysuria. He also complains of hoarseness for about a year, and he states he usually sees ENT outside of prison.

**STIFF, VERNON RAY**                                                                06/08/2023

*Exhibit A-85*

**Physical Examination:**

| | |
|---|---|
| VITAL SIGNS: | Weight 169 lbs., BP 117/79, heart rate 89, temp 97.6°. |
| GENERAL: | Young, African American male in no acute distress. He sounds hoarse. |
| HEENT: | Anicteric, no thrush. Dentition in good repair. Neck is supple, no JVD. |
| CARDIOVASCULAR: | S1 and S2 present, regular rate and rhythm. |
| LUNG: | Clear to auscultation bilaterally. No rales, wheezes, or rhonchi. |
| ABDOMEN: | Soft, nontender, nondistended. |
| EXTREMITIES: | No edema, clubbing or cyanosis. |
| DERMALOGIC: | No rashes. |

**Laboratory Data:**

| | |
|---|---|
| 03/14/2023: | White cell count 4.2, hemoglobin 14.1, hematocrit 42.1, platelet count 199, creatinine 1.36. Liver function tests normal. |
| 02/24/2023: | HIV antibody nonreactive, hepatitis C antibody nonreactive. |
| 02/20/2023: | Sputum culture grew normal flora. Blood cultures from that admission did not grow any bacteria. |
| 03/16/2023: | Chest x-ray showed no acute cardiopulmonary disease. |
| 02/19/2023: | CTA of the chest showed postsurgical clips with volume loss in the left lung. There is a left pulmonary artery PE, also, a few areas of ground glass opacity within the left lung along with component of scarring of the left lung and an area of focal reticular nodular appearance on upper lung. There is mild scarring in the mid-right lung as well. |

**Assessment/Plan:**

The patient is a 50-year-old male with:

1. History of pneumonia
2. History of left lower lobe lobectomy
3. History of pulmonary embolism
4. Persistent asthma
5. Hoarseness
6. CKD stage 2

I discussed everything with the patient. I reviewed extensive records from his hospitalization in Beaumont, Texas in February 2023. He appears to be doing well from an infectious disease standpoint at this time. His recent chest x-ray is negative. I do not see any indication of pneumonia at this time. I suspect his chronic cough is due to his underlying pulmonary disease/asthma. At this point, **I recommend monitoring him off of antibiotics.**

Please repeat a CT chest without contrast non-urgently.

The asthma is being managed by his PCP. **Please consider a pulmonary evaluation** for further recommendations of asthma management as well as pulmonary embolism management.

**Please consider an ENT consultation** for his hoarseness. One may consider an empiric trial of Proton pump inhibitor.

**Please continue management of pulmonary embolism with Apixaban, duration per PCP/pulmonology.**

**STIFF, VERNON RAY**                                                              06/08/2023

His HIV and hepatitis C testing are recent and negative.                    *Exhibit A-86*

I would like to see him back in three months if he is still here.  Otherwise, he needs to follow-up with his infectious disease provider in Plano, Texas.

I defer management of CKD to the primary care provider.

Vitaly Golub, MD

## Bureau of Prisons
## Health Services
## Clinical Encounter

 *ExHIBIT A-97*

| | | |
|---|---|---|
| Inmate Name:  STIFF, VERNON RAY | | Reg #:  33655-177 |
| Date of Birth:  02/05/1973 | Sex:  M  Race:  BLACK | Facility:  BUF |
| Encounter Date: 07/26/2023 11:00 | Provider:  Valdez, Michael MD | Unit:  V01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Valdez, Michael MD

Chief Complaint:   Chronic Care Clinic

Subjective:     50 y/o male comes to chronic care clinic for follow up. In the interim he remains compliant with current medical treatment plan. He is at usual baseline health able to ambulate eat and drink po as usual. He is able to complete all adls and has no acute systemic complaint: no cp no sob no fever no abd pain no nvd no cough. States waiting for pesonal nebulizer with property and advised can use nebulizer on unit until then.

NEPHROLOGY: CKD-cr 1.46, stable, cont to monitor kidney function-renal consult if warranted.
PULMONARY/RESP: hx of copd-asthma since birth/pe dx 2/2023/long covid 2022/LLL lobectomy 2016/frequent lung infections: will need pulmonary consult for further recs, cont bronchodilators apixaban ; montelukast ordered
GI: GERD-cont famotidine

HM:
Psa: ordered
Cxr in chart 2023
Ekg in chart 2023

An allergy review was completed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

Pain:          Not Applicable

---

**Seen for clinic(s):** Nephrology, Pulmonary/Respiratory

**ROS:**

**General**
  **Constitutional Symptoms**
    Yes: Fever
**Integumentary**
  **Nails**
    Yes: Within Normal Limits
**HEENT**
  **Ears**
    Yes: Within Normal Limits
**Cardiovascular**
  **General**
    No: Angina, Cyanosis
**Pulmonary**
  **Respiratory System**

| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
|---|---|---|---|---|---|
| Date of Birth: | 02/05/1973 | Sex: | M  Race: BLACK | Facility: | BUF |
| Encounter Date: | 07/26/2023 11:00 | Provider: | Valdez, Michael MD | Unit: | V01 |

Yes: Hx Asthma

*EXHIBIT A - 88*

**GI**
   **General**
     No: Abdominal Pain or Colic
**GU**
   **General**
     No: Anuria, Chronic renal failure
**Musculoskeletal**
   **General**
     Yes: Within Normal Limits

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/28/2023 | 11:50 BUX | 70 | | | Valdez, Michael MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/28/2023 | 11:50 BUX | 18 | Valdez, Michael MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/28/2023 | 11:50 BUX | 117/67 | | | | Valdez, Michael MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/28/2023 | 11:49 BUX | 171.0 | 77.6 | | Valdez, Michael MD |

**Exam:**
   **General**
     **Affect**
       Yes: Pleasant, Cooperative
     **Appearance**
       Yes: Alert and Oriented x 3
       No: Appears Distressed
     **Nutrition**
       Yes: Adequate food intake
   **Skin**
     **General**
       No: Diaphoretic
     **Color**
       No: Central Cyanosis, Jaundiced
   **Head**
     **General**
       Yes: Symmetry of Motor Function, Atraumatic/Normocephalic
   **Eyes**

| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
|---|---|---|---|---|---|
| Date of Birth: | 02/05/1973 | Sex: M | Race: BLACK | Facility: | BUF |
| Encounter Date: | 07/26/2023 11:00 | Provider: | Valdez, Michael MD | Unit: | V01 |

**General**

   Yes: Extraocular Movements Intact

**Eyebrows**

   Yes: Normal Appearing, Normal Hair Distribution

*EXHIBIT A-89*

**Ears**

  **Canal**

    Yes: Patent

    No: Draining

**Nose**

  **General**

    Yes: Nares Patent

**Face**

  **General**

    Yes: Symmetric

    No: Asymmetry

  **Mandible**

    Yes: Normal Range of Motion

    No: Limited Opening

**Mouth**

  **General**

    No: Acetone Odor, Alcohol Odor

**Neck**

  **General**

    Yes: Supple, Symmetric, Trachea Midline

**Pulmonary**

  **Observation/Inspection**

    No: Respiratory Distress

**Cardiovascular**

  **Observation**

    No: Cardiopulmonary Distress, Painful Distress

**Abdomen**

  **Inspection**

    Yes: Within Normal Limits

**Gastrointestinal**

  **General**

    No: Diarrhea, Vomiting

**Musculoskeletal**

  **Gait**

    Yes: Normal Gait

**ASSESSMENT:**

Asthma, J45909 - Current

Chronic obstructive pulmonary disease [COPD], J449 - Current

Gastro-esophageal reflux disease without esophagitis, K219 - Current

| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M   Race: BLACK | Facility: | BUF |
| Encounter Date: | 07/26/2023 11:00 | Provider: | Valdez, Michael MD | Unit: | V01 |

## PLAN:

*EXHIBIT A-90*

### New Medication Orders:

| Rx# | Medication | Order Date |
| --- | --- | --- |
| | Montelukast sodium Tablet | 07/26/2023 11:00 |

    **Prescriber Order:**   10mg Orally  each evening x 180 day(s)

    Indication:  Chronic obstructive pulmonary disease [COPD], Asthma

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
| --- | --- | --- | --- |
| Lab Tests - Short List-General-Lipid Profile | One Time | 04/01/2024 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests - Short List-General-CBC w/diff | | | |
| Lab Tests - Short List-General-PSA, Total | | | |

### New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
| --- | --- | --- | --- | --- |
| CT-Chest-General | One Time | | 08/08/2023 | Routine |

    Specific reason(s) for request (Complaints and findings):

      without contrast, h/o PE, asthma, copd, covid, infection, frequent infections

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
| --- | --- | --- | --- | --- | --- |
| Pulmonology | 11/01/2023 | 08/28/2023 | Routine | No | |

    Subtype:

      Off-site

    Reason for Request:

      50 male recent transfer to Low complex: hx of copd-asthma since birth/pe dx 2/2023/long covid 2022/LLL lobectomy 2016/frequent lung infections seen by infectious disease with recs for pulmonary consult for possible inherent Primary Immuno deficiency disorder, ie Alpha-1-Antitrypsin (AAT) Deficiency

### Discontinued Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
| --- | --- | --- | --- | --- | --- |
| Optometry | 07/07/2023 | 07/07/2023 | Routine | No | English |

    Subtype:

    Reason for Request:

      50 yo african american male, care level 3, presents with history of eye glasses use; vision 20/50, please assist in evaluation and management.

    Provisional Diagnosis:

      Refractive Error

| Pulmonology | 07/07/2023 | 07/07/2023 | Routine | No | English |
| --- | --- | --- | --- | --- | --- |

    Subtype:

    Reason for Request:

      50 yo african american male, care level 3, presents with hx of lobectomy, recurrent pneumonia, recent pulmonary embolism, asthma on inhaled steroid high dose, needing management.  Peak flow 400 - poor effort

    Provisional Diagnosis:

      Asthma

Schedule:

| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M    Race:  BLACK | Facility: | BUF |
| Encounter Date: | 07/26/2023 11:00 | Provider: | Valdez, Michael MD | Unit: | V01 |

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 05/31/2024 00:00 | Physician 03 |
| last ccc 7/28/23 | | |

*ExHIBIT A-91*

**Disposition:**
- Discharged to Housing Unit with Convalescence
- Follow-up at Chronic Care Clinic as Needed
- Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/28/2023 | Counseling | Access to Care | Valdez, Michael | Attentive |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Valdez, Michael MD on 07/28/2023 12:38

MEDICAL CITY PLANO
3901 WEST 15TH STREET
PLANO, TX 75075

History and Physical

PATIENT NAME: STIFF,VERNON RAY                    UNIT: E001001413
        DOB: 02/05/73    AGE: 43             ACCOUNT: E00989261121
ATTENDING PHYSICIAN: Tran,Anna Ha  MD           PT TYPE: ADM IN
DATE OF ADMISSION: 01/24/17                       ROOM: E.422

PRIMARY CARE PHYSICIAN: He does not have primary care physician.

CHIEF COMPLAINT: Four days of URI symptoms and now with cough.

HISTORY OF PRESENT ILLNESS: This is a 43-year-old male, who has had previous
episodes of pseudomonas cavitary pneumonia. The first one was in 2014,
requiring surgical debridement by Dr. Bowman. He underwent a bronchoscopy by
Dr. Betz in 2014 with subsequent left lower lobe lobectomy with decortication.
At that time, it showed chronic arterial occlusion of his left lung. He
went to UT Southwestern with CT scan that showed pulmonary embolism for
which he was treated with anticoagulation. He was treated with cefepime and
was discharged. He was readmitted in 2015 with pseudomonas cavitary
pneumonia, not requiring any surgical intervention. He was treated with long
term IV antibiotics and had been doing well until 4 days ago when he had URI
symptoms. Over the last 24 hours, he had increasing fever to 101 in
addition to purulent sputum and feeling of congestion in left upper lung.
He presented to Medical Center of Plano, where a CT angio showed 2 separate
new thickened wall cavitary lesions in the left upper lobe with multiple
focus of patchy pulmonary infiltrates throughout the left upper and lower
lobes. The preexisting cavitary in the left mid lung has shown complete
resolution. There is also a mass effect in the left hilar region with
stenosis in the left main lung artery consistent with fibrotic mediastinitis
with left pulmonary veins occluded as well. Aside from his fever, cough and
congestion, he has some mild pleuritic chest pain.

PAST MEDICAL HISTORY:
1. Significant for 2 previous cavitary lesions in the left lung with
pseudomonas, requiring previous lobectomy. Previous chronic occlusion of the
left main artery with chronic fibrotic mediastinitis.
2. Right upper lobe apical nodule.
3. History of sialadenitis.

PAST SURGICAL HISTORY:
1. Left lower lobectomy and decortication.
2. Excision of salivary gland.
3. Bronchoscopy.

SOCIAL HISTORY: Never smoked. Occasional alcohol. He is married, works for
trucking company.

FAMILY HISTORY: No early heart disease, stroke, or pulmonary issues.

PATIENT NAME: STIFF,VERNON RAY                ACCT #: E00989261121

A 101

ALLERGIES:  No known drug allergies.

REVIEW OF SYSTEMS:  Twelve-point review of systems is negative except for what
is noted above in the HPI.

CURRENT MEDICATIONS:  Include:
1.  Zyrtec 10 mg p.o. daily.
2.  Tramadol 50 mg every 4-6 hours as needed.
3.  Advair 2 puffs p.o. b.i.d.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature is 100.2, pulse is 123, respirations 20, blood
pressure is 131/83, O2 sat is 99%.
GENERAL:  Alert, nontoxic appearing, in no acute distress.
EYES:  Conjunctivae not pale, sclerae nonicteric.
ENT:  Oropharynx clear, mucous membranes moist.
NECK:  Supple, no nuchal rigidity.
LUNGS: left upper field inspiratory and expiratory rales noted.
CARDIOVASCULAR: Tachycardic, no murmurs. ABDOMEN:  Soft, nontender.
normoactive bowel sounds. GENITOURINARY:  No suprapubic tenderness or
costovertebral angle tenderness. SKIN:  Good turgor, no lesions.
PSYCHIATRIC:  Normal speech, normal affect.

LABORATORY DATA:  WBC is 13.9, hemoglobin is 12.0, granulocytes of 88.5.
Chemistries lactic acid 1.7.  Sodium is 139, potassium is 3.5, creatinine is
1.2.

ASSESSMENT AND PLAN:
1.  Recurrent cavitary lesions in a patient with 2 previous pseudomonas
cavitary pneumonias.  This is likely due to underlying chronic stenosis,
fibrotic mediastinitis with occlusion of the pulmonary artery and pulmonary
vein.  Discussed with Dr. Adari from Infectious Disease.  We will start Merrem
and Zithromax.  We will send sputum culture and await further medication
adjustments, pending results.  We will also get Pulmonary to help evaluate the
anatomy.  If needed, we will do intervention by Dr. Bowman, who previously did
his debridement and decortication.
2.  Gastrointestinal prophylaxis with Protonix.
3.  Deep venous thrombosis
prophylaxis with sequential compression devices, Lovenox.

DD:01/24/2017 19:55:34 DT:01/25/2017 00:06:26 NTS;Job#1085393
Authenticated and Edited by Anna H Tran, MD on 1/25/17 10:45:39 AM


Electronically Signed by Anna Ha Tran, MD on 01/25/17 at 1129


PATIENT NAME: STIFF,VERNON RAY          ACCT #: E00989261121

A 102

MEDICAL CITY PLANO
3901 WEST 15TH STREET
PLANO, TX 75075

Consultation Report

PATIENT NAME:  STIFF,VERNON RAY              UNIT:  E001001413
          DOB:  02/05/73     AGE:  43      ACCOUNT:  E00989261121
CONSULTING PHYSICIAN:  Adari,Srivalli  MD      PT TYPE:  ADM IN
    DATE OF SERVICE:  01/25/17                 ROOM:  E.422

REFERRING PROVIDER:  Anna Tran.

REASON FOR CONSULTATION:  Cavitary lung lesions.

HISTORY OF PRESENT ILLNESS:  Patient is a 43-year-old male who had a history of
pseudomonas cavitary pneumonia in 2014 and he had a huge lung abscess and
patient was seen by Dr. Bowman who did a left lower lobe lobectomy and then
again in 2015.  The patient had a cardiac arrest and pseudomonas pneumonia and
he was seen by Dr. Kussman.  Patient treated extensively with meropenem and 10
days of aminoglycosides.  Patient was recommended to go to UT Southwestern for
congenital pulmonary functional anomaly.  Patient did not follow up there after
his first visit.  He does not take any blood thinners now.  He was doing well
until 2 weeks ago when he initially had upper respiratory tract symptoms and his
cough and shortness of breath, getting worse, so he decided to come to the
Emergency Room.  He also had fever of 101 purulent sputum production.

Patient denies any nausea, vomiting.  No diarrhea and does have some occasional
abdominal pain.  Patient denies any urinary complaints.  He has sinus symptoms,
chronic and also complaining of skin lesions on the lower extremities.

REVIEW OF SYSTEMS:  As above.  Review of other 12 systems otherwise negative.

PAST MEDICAL HISTORY:
1.  Recurrent pseudomonas cavitary pneumonia.
2.  Status post left lower lobe lobectomy done and pathology showed no granuloma
and Pseudomonas infection and severe acute and chronic inflammation, foreign
body type _____ response.
3.  Chronic occlusion of the left main pulmonary artery, chronic fibrotic
mediastinitis, right upper lobe apical nodule and history of sialadenitis.

PAST SURGICAL HISTORY:  Left lower lobe lobectomy and left-sided decortication
excision of salivary gland and bronchoscopies.

SOCIAL HISTORY:  No tobacco use, alcohol abuse or illicit drug use.

FAMILY HISTORY:  No heart disease or pulmonary disease.

ALLERGIES:  No known drug allergies.

REVIEW OF SYSTEMS:  As above.  Review of other 10 systems otherwise negative.

MEDICATIONS:  Reviewed.

PATIENT NAME: STIFF,VERNON RAY              ACCT #: E00989261121

A 103

PHYSICAL EXAMINATION:
GENERAL: Patient is awake, alert, oriented x3, in no apparent distress.
VITAL SIGNS: 100.9, pulse 107, respirations 18, blood pressure 120/69,
saturating 97% on room air.
HEENT: Atraumatic, normocephalic. Pupils equal, reactive to light.
NECK: Supple.
CHEST: Clear.
HEART: S1, S2, regular.
ABDOMEN: Soft, nontender, nondistended.
EXTREMITIES: No edema. There is a skin nodular lesion on the left lower
extremity, no signs of infection on the skin.
NEUROLOGICAL: Grossly nonfocal.
PSYCHOLOGICAL: Mood is appropriate.

DIAGNOSTIC DATA: Reviewed.

ASSESSMENT AND PLAN: A 43-year-old male with history of recurrent pseudomonas
cavitating pneumonia and for lung abscess he had a left lower lobe lobectomy by
Dr. Bowman in 2014. Also has history of chronic fibrotic mediastinitis and
chronic occlusion of the left pulmonary artery. Admitted for fever, cough.
1.  Recurrent left lung cavitary lesions. We will get sputum culture.
Differential diagnosis included infections pseudomonas or chronic aspiration
pneumonia, this could be autoimmune disorder/sarcoidosis. We will also rule out
fungal pneumonia. Check QuantiFERON test sputum for AFB cultures.

Pulmonary medicine consulted. Patient may need _____ above workup is negative.

Patient has received 1 dose of tobramycin. We will start patient on meropenem
and azithromycin. Patient was worried about nephrotoxicity and assess for broad
spectrum coverage. If patient has persistent fevers, we will consider
broadening antibiotics tomorrow.

Autoimmune workup and immunoglobulin levels were ordered by Dr. Ashiq.

2.  Skin nodular lesions on the lower extremities could be erythema nodosum.
3.  Patient also complaining of chronic abdominal pain. He might need CAT scan
of abdomen in 1-2 days if symptoms continue Zosyn.
4.  Chronic fibrosing mediastinitis.
5.  Chronic occlusion of the right pulmonary artery.
6.  Right upper lobe lung nodule-stable.

Plan of care discussed with patient and all his questions were answered. We
will follow patient closely and make further recommendations as needed.

Thank you, Dr. Tran, for allowing me to participate in this patient's care.

DD:01/25/2017 11:48:42 DT:01/25/2017 13:38:33 NTS;Job#1085979
Authenticated by Srivalli Adari, MD On 01/26/2017 12:02:07 PM

Electronically Signed by Srivalli Adari, MD on 01/26/17 at 1202

PATIENT NAME: STIFF,VERNON RAY              ACCT #: E00989261121

A 104

ORDERING PHYSICIAN: Dr. Javed Ashiq

PORTABLE AP CHEST RADIOGRAPH.

DATE: 01/30/2017

CLINICAL INDICATION: Pneumonia, followup abnormal imaging

COMPARISON: Prior chest radiograph dated 1/24/17

FINDINGS: Worsened hazy opacities in left mid lung and left lower lung. Persistent blunting of the left costophrenic angle. Right lung clear. Size remains upper limits of normal. Vascular calcifications in the thoracic aortic arch.

IMPRESSION:

Worsened hazy opacities in left mid lung and left lower lung.

RL: 3535

PAGE 1          Signed Report          (CONTINUED)

MEDICAL CENTER OF PLANO          Name: STIFF,VERNON RAY
3901 W. 15th Street          Phys: Ashiq,Javed MD
Plano, Texas 75075          DOB: 02/05/1973  Age: 43     Sex: M
                 Acct: E00989261121  Loc: E.422 A
PHONE #: 972-519-1524          Exam Date: 01/30/2017 Status: ADM IN
FAX #: 972-519-1241          Radiology No:
                 Unit No: E001001413

** Report Has Been Amended **

EXAMS:                     CPT CODE:
002970857 CHEST AP OR PA          71010

AFC: 99053

Electronically signed by: Paul Staveteig

A 105

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M | Race: BLACK | Facility: BML |
| Encounter Date: 02/27/2023 10:30 | Provider: Polavarapu, Sreedhar MD | | Unit: U04 |

Physician - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider: Polavarapu, Sreedhar MD

Chief Complaint:   Medical Trip Return
Subjective:        [late entry: awaiting the Hosp. records]
                   Inmate returned from the Hospital stay...
                   Discharge Dx= PE [highly questionable] : w possible underlying Pneumonitis process
                   on Eliquis now; no longer symptomatic.
Pain:              No

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Easily Tired

No: Fever, lasting greater than one week, Illness w fever/cough & fatigue >1 week

**Cardiovascular**

**General**

No: Angina, Edema, Exertional dyspnea, Orthopnea, Paroxysmal Nocturnal Dyspnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Cough - Dry, Hx Bronchitis, Hx Pneumonia, Shortness of breath (Triggers?: w exertion & coughing spells), Sputum - Blood Tinged

No: DOE, Hemoptysis, Night Sweats, Orthopnea, Pleurisy, Wheezing

**GI**

**General**

No: Blood in Stools, Stools Black

**Neurological**

**Autonomic System**

Yes: Within Normal Limits

**Cranial Nerves**

Yes: Within Normal Limits

**Motor System**

Yes: Within Normal Limits

**Sensory System**

Yes: Within Normal Limits

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/27/2023 | 10:15 BMX | 98.0 | 36.7 | | Polavarapu, Sreedhar MD |

OneContent: Generated By MHBHSET\rkelly

#189 P.068/071
A 106
02/27/2023 12:40

*Physician Documentation*          *Baptist Hospitals of Southeast Texas*
Name: Vernon Stiff
Age: 50 yrs Sex: Male DOB: 02/05/1973          MRN: 120782540
Arrival Date: 02/19/2023 Time: 16:36          Account#: 4962913
Bed Admit Hold                          Private MD:
ED Physician Bankole, Olushola

the upper left lung of quest enable scarring versus developing abnormally. Minimal scarring, otherwise mild and lower left lung. Lung windows demonstrate a few small areas of groundglassopacity, which may represent small amount of atelectasis or minimal infiltrate or edema. Lung windows suggest an area of scarring in the mid right lung as well. Suggestion of volume loss on the left in relation to the right, likely postsurgicalwith clips in the left hilum.No pleural or pericardial effusion is seen.No acute osseous abnormality. IMPRESSION: 1. Postsurgical clips in the left hilum with volume loss in theleft. 2. Left pulmonary artery appears toend at the left hilum, may represent postsurgical change, though withsuggestion of component of pulmonary embolus on theleft within the visualized arteries. 3. A few small areas of groundglassopacity within the left lung along with componential mild scarring of the left lung and an area of focal reticulonodularappearance in the upper lung, as well as area ofmild scarring mid right lung. Cannot exclude some component of underlyingminimal infiltrate or atelectasis or edema onthe left, along with scarring.Critical findings suggestive of pulmonary embolus on the left.   Legally authenticated by EDWARDS ROBERT 2023-02-19 17:16:00Baptist Hospital of Southeast Texas3080 College St. • Beaumont, TX 77701 DIAGNOSTIC IMAGING REPORT Patient Name. STIFF, VERNONDate of Service: 02-19-2023Age: 50   Sex: M Order #: 4982913000?1300   Room:  ERSDOB: 02-05-1973   X-Ray Number: 120782540Medical Record Number: 120782540   Hospital Number. 4962913Admitting Physician: ,Ordering Physician: BANKOLE, OLUSHOLA Electronically signed by Robert Edwards on 02/19/2023 2002 CT          Legally authenticated by EDWARDS ROBERT 2023-02-19 17:16:00

| Date | Procedure | Time | |
|---|---|---|---|
| 02/19 21:49 | SPECIAL PROCEDURES | | EDMS |
| 02/19 17:16 | EKG - Routine *Priority Oth Stat* | 17:32 | ob1 |
| 02/19 21:49 | LOW FAT/LOW CHOL/LOW NA DIET | | EDMS |
| 02/19 21:49 | OXYGEN WITH OTP PROTOCOL | | EDMS |
| 02/19 21:45 | CHEST PHYSIOTHERAPY | | EDMS |
| 02/19 21:49 | NEBULIZER TREATMENT | | EDMS |
| 02/19 21:49 | ECHO COMPLETE W/DOPPLER | | EDMS |
| 02/19 21:49 | OXYGEN WITH OTP PROTOCOL | | EDMS |
| 02/19 17:16 | COVID IDNow | 18:05 | ob1 |
| 02/19 17:16 | Cardiac Monitor | 18:05 | ob1 |
| 02/19 17:16 | ISTAT CHEM8 | 18:05 | ob1 |
| 02/19 17:16 | Iv Saline Lock | 18:05 | ob1 |
| 02/19 17:16 | May Use Protocols | 18:05 | ob1 |
| 02/19 17:16 | Oxygen | 18:05 | ob1 |

From:

Inmate Name:  STIFF, VERNON RAY
Date of Birth:  02/05/1973                              Sex:    M    Race:  BLACK       Reg #:    33655-177
Encounter Date: 02/27/2023 10:30                   Provider: Polavarapu, Sreedhar MD   Facility:  BML
                                                                                       Unit:     U04

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 02/27/2023 | 10:15 BMX | 71.0 | 180.3 | Polavarapu, Sreedhar MD |
| 02/19/2023 | 14:02 BMX | 71.0 | 180.3 | Freeman, Travis LVN |
| 02/19/2023 | 11:30 BMX | 71.0 | 180.3 | Freeman, Travis LVN |
| 02/18/2023 | 19:43 BMX | 71.0 | 180.3 | Denham, Ronald LVN |

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/27/2023 | 10:15 BMX | 184.0 | 83.5 | | Polavarapu, Sreedhar MD |
| 02/19/2023 | 14:02 BMX | 182.0 | 82.6 | | Freeman, Travis LVN |
| 02/19/2023 | 11:30 BMX | 182.0 | 82.6 | | Freeman, Travis LVN |
| 02/18/2023 | 19:43 BMX | 182.3 | 82.7 | | Denham, Ronald LVN |

### ROS Comments

"Denies any signs and symptoms of COVID-19 infection".
***REVIEW OF SYSTEMS**
a detailed 10Xsystems'-review was done; No sig. health problems/issues [other than those mentioned above & those which are CHRONIC]were identified.
No active/acute MentalHealth issues, that need to be addressed, other than those mentioned earlier in HPI.

---

**LABs: most recent: in BEMR [Hospital records x5days]  * pertinent details, as mentioned above, in HPI
All other old (as available in BEMR): older Labs / EKG- XRays-other Radiology reports, were reviewed -> WNL/NSAD, other than those mentioned above!
all the report-findings, (including Consultations/Imaging)..were reviewed & discussed w inmate, in detail

---

### Exam Comments

***PHYSICAL EXAMINATION***

   GENERAL: AA&O X 3 ; No CPP distress; Speech-wnl; In good spirits; Gait-WNL

   HEENT: Unremarkable; PERL-AI ;No icterus;  *"Fundus- Unremarkable(no obvious nicking or hemorrhages seen)".

  MMS- pink & moist ; no jaundice ; Nose- Turbinates WNL;Throat-clear

   NECK: supple w Intact ROM; No Lymphadenopathy-goiter/ No carotid murmer or bruit

   LUNGS: AirExchange is fair in both lungs; BS-Bronchovesicular; No ronchi / rales / wheeze

   CVS: Precardium-wnl; S1&S2 regular & well heard;No new murmers; no JVD; PP-palpable

   GI: abdomen- soft NT BS+ No palpable Visceromegaly; no CVA-tenderness/masses;  No Herniae;
     DRE was deferred@Inmate's request:(also,asymptomatic w/o Family Hx of Prostate/Colon Ca.)
   GU: Unremarkable

   CNS: CN-2to12 unremarkable; motor function-unremarkable ; M/S=5/5 DTR-2+ Sensory -Intact;

   M/S: EXTREMITIES - Unremarkable; no Edema; No s/s of PVD; Homan's  -ve

   SKIN: NSAD [& except a few old tattoos]

| | |
|---|---|
| Inmate Name: STIFF, VERNON RAY | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | Facility: BML |
| Encounter Date: 02/27/2023 10:30   Sex: M   Race: BLACK   Provider: Polavarapu, Sreedhar MD | Unit: U04 |

## ASSESSMENT:

Acute bronchitis, unspecified, J209 - Resolved

Chronic kidney disease, stage 2 (mild), N182 - Current

Chronic obstructive pulmonary disease [COPD], J449 - Remission

Pulmonary embolism, I2699 - Remission

LTBI Prophy Complete in BOP, 795.5B - Current

## PLAN:

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | One Time | 03/27/2023 00:00 | Routine |
| Lab Tests - Short List-General-CBC w/diff | | | |
| Additional Information: | | | |
| z00.01 | | | |
| Lab Tests - Short List-General-C-Reactive Protein (CRP) | One Time | 09/08/2023 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-CBC w/diff | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Additional Information: | | | |
| z00.01 | | | |

### New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 03/24/2023 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |

hx of [?CAP] w mild PE: last week of Feb2023>> hospitalized & recovered quickly
hx of Pneumonectomy, yrs ago

### Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 03/31/2023 00:00 | MLP 01 |
| recent [?]PE/CAP | | |

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/27/2023 | Counseling | Diagnosis | Polavarapu, Sreedhar | Verbalizes Understanding |
| 02/27/2023 | Counseling | Plan of Care | Polavarapu, Sreedhar | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

A 109

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M   Race: BLACK | Facility: SEA |
| Encounter Date: 05/20/2021 13:01 | Provider: Momoh, Quinnet APP | Unit: J02 |

Mid Level Provider - Sick Call Note encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT  1        Provider: Momoh, Quinnet APP

Chief Complaint:  PULMONARY/RESPIRATORY

Subjective:  Inmate is 48 year old male with COPD, sialolithiasis, nasal polyp and CKD stage 3. Inmate wrote a sick call note requesting that his Singular and zytec be refilled. Inmate denies any signs and symptoms of respiratory distress and none was noted during assessment. Inmate informed that he can buy allergy medication for the commissary. when to seek immediate medical attention was discussed with inmate.

Pain:  No

**OBJECTIVE:**

Exam:
  General
    Appearance
      Yes: Appears Well, Alert and Oriented x 3
  Pulmonary
    Observation/Inspection
      Yes: Within Normal Limits
  Cardiovascular
    Observation
      Yes: Within Normal Limits

**ASSESSMENT:**

Chronic obstructive pulmonary disease [COPD], J449 - Current

**PLAN:**

Disposition:
  Follow-up at Sick Call as Needed
  Follow-up at Chronic Care Clinic as Needed

Other:
  Singular refilled. Access to care discussed and inmate verbalized understating.

Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/20/2021 | Counseling | Access to Care | Momoh, Quinnet | Verbalizes Understanding |

Copay Required: No              Cosign Required:  No

Telephone/Verbal Order:  No

Completed by Momoh, Quinnet APP on 05/20/2021 13:12

*A 110*

| | | | |
|---|---|---|---|
| Inmate Name:  STIFF, VERNON RAY | | Reg #:    33655-177 | |
| Date of Birth:    02/05/1973 | Sex:    M    Race:  BLACK | Facility:  BML | |
| Encounter Date:  04/03/2023 10:59 | Provider:  Lynd, A. NP | Unit:    U06 | |

Asthma - severe

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Nebulizer | Daily | 90 days | issue albuterol amp 2 per day - when available | Lynd, A. NP |
| | Order Date: | 04/03/2023 | | |

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| *Nebulizer* | *Daily* | *90 days* | *issue albuterol amp 2 per day* | *Lynd, A. NP* |
| | Discontinue Reason: | *Renewed* | | |
| | Order Date: | *12/19/2022* | | |
| | End Date: | *03/19/2023* | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 04/03/2023 00:00 | Physician |

pls consider increase in care level
on step 6 therapy plan
symptoms poorly controlled since covid 1-2022
recent hospitalization

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved
Discharged to Housing Unit with Restrictions

**Other:**

Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter.
Current Information Chart: Allergies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/03/2023 | Counseling | Medication Side Effects | Lynd, A. | Verbalizes Understanding |
| 04/03/2023 | Counseling | New Medication | Lynd, A. | Verbalizes Understanding |
| 04/03/2023 | Counseling | Plan of Care | Lynd, A. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Lynd, A. NP on 04/03/2023 11:40

Requested to be cosigned by  Polavarapu, Sreedhar MD.

Cosign documentation will be displayed on the following page.

A ///

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: M   Race: BLACK | Facility: | BML |
| Note Date: | 11/30/2021 13:33 | Provider: Polavarapu, Sreedhar | Unit: | U06 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Polavarapu, Sreedhar MD

Chart Review [for RIS consideration] for Inmate : STIFF, VERNON RAY Reg #: 33655-177 , per Inmate/BOP's request: was completed on 11/30/2021.

MEDICAL: all of the following Medical conditions are quite stable with the current Medical Management/treatment plan.

*hx of COPD/Asthmatic Bronchitis...on multiple meds [so far Uncomplicated]

PROGNOSIS:
Fair

SUMMARY/CONCLUSION: [per BOP guidelines of RIS]
"This inmate does NOT qualify for RIS, per BOP-defined RIS-Criteria".
*Medically, based on the CDC-statistics Home confinement [only with quarantine precautions], for any individual  would definitely lower the risk of contracting COVID-19, than being in a crowded setting , (like Prison/Hospital/Nursing Home etc).

Note: Review (in reference to COVID-19 Pandemic):  Its my Professional Opinion, that  Inmate STIFF, VERNON RAY Reg #: 33655-177------ has NO Justifiable/Qualifying Criteria for RIS consideration, at this time.
His Illnesses aren't life-threatening; nor he has higher morbidity/mortality[even if  he gets exposed to or infected with COVID-19 virus], compared to his peers (other Inmates)
of comparable age group & with similar Health conditions. since March 2020, At FCI-Beaumont, despite the fact that Covid-19 exposure rate was ~40-50%, the actual infection rate was 0.1% ;
and none of the Inmates from 'High Risk' groups , had any significant Morbidity nor Mortality[0.04%]

I'd defer (any further discussions) to the discretion of the Regional Clinical Directors.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Polavarapu, Sreedhar MD on 11/30/2021 13:35

*A 113*

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | | | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | | Sex: M | Race: BLACK | Facility: BML |
| Encounter Date: 10/26/2021 11:29 | | Provider: Polavarapu, Sreedhar MD | | Unit: U04 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1      Provider:  Polavarapu, Sreedhar MD

Chief Complaint:   Chronic Care Clinic

Subjective:    *NEW INTAKE :  Seen for Initial (14day eval)Chronic Care Clinic
&
seen by MLP for PHV.

Limited exam : due to,  [PPE / semilockdown / Quarantine... etc ]*due to public heath concern
from COVID-19.
-> Denies any signs and symptoms of COVID-19 infection.
I'm doing alright! No new problems/Concerns/Complaints; Taking meds regularly
also, Been doing better w diet & exercising.
Patient allergies reviewed and updated applied during this visit. See Chart:Allergies for most
recent patient allergy list .
hx of COPD/Asthmatic Bronchitis...on multiple meds [so far Uncomplicated]

Pain:      Not Applicable

Seen for clinic(s): Pulmonary/Respiratory

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/15/2021 | 17:49 BMX | 98.2 | 36.8 | | Freeman, Travis LVN |
| 10/06/2021 | 10:27 SEA | 96.1 | 35.6 | | Alausa, I RN |
| 09/28/2021 | 08:50 SEA | 97.5 | 36.4 | Forehead | Stephenson, Michelle RN/SCR Regional |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/15/2021 | 17:49 BMX | 86 | | | Freeman, Travis LVN |
| 09/28/2021 | 08:50 SEA | 95 | Via Machine | Regular | Stephenson, Michelle RN/SCR |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/15/2021 | 17:49 BMX | 16 | Freeman, Travis LVN |
| 09/28/2021 | 08:50 SEA | 18 | Stephenson, Michelle RN/SCR Regional Nurse |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/15/2021 | 17:49 BMX | 134/78 | | | | Freeman, Travis LVN |
| 09/28/2021 | 08:50 SEA | 120/80 | Right Arm | Sitting | Adult-large | Stephenson, Michelle RN/SCR |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|

| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M   Race:  BLACK | Facility: | BML |
| Encounter Date: | 10/26/2021 11:29 | Provider: | Polavarapu, Sreedhar MD | Unit: | U04 |

GI: abdomen- soft NT BS+ No palpable Visceromegaly; no CVA-tenderness/masses;  No Herniae;
   DRE was deferred@Inmate's request:(also,asymptomatic w/o Family Hx of Prostate/Colon Ca.)
GU: Unremarkable

CNS: CN-2to12 unremarkable; motor function-unremarkable ; M/S=5/5 DTR-2+ Sensory -Intact;
M/S: EXTREMITIES - Unremarkable; no Edema; No s/s of PVD; Homan's  -ve

SKIN: NSAD [& except a few old tattoos]

**Comments**

**LABs: most recent:  [May2021] NSAD
All other old (as available in BEMR): older Labs / EKG- XRays[multiple] -other Radiology reports, were reviewed ->
WNL/NSAD, other than those mentioned above!
all the report-findings, (including Consultations/Imaging)..were reviewed & discussed w inmate, in detail

**ASSESSMENT:**

Allergic rhinitis, cause unspecified, 477.9 - Current

LTBI Prophy Complete in BOP, 795.5B - Current

Lymph node enlargement, 785.6 - Resolved

Nonspec abnorm find in rad exam of lung field, 793.1 - Resolved

Oth symp involving skin and integumentary tissue, 782.9 - Resolved

Other nerve root and plexus disorders, 353.8 - Resolved

Other specified diseases of pulmonary circulation, 417.8 - Resolved - *multiple CXRs -ve [Pulmonary nodule r/O neoplsia need pulmonoly evaluation]*

Other specified diseases of the salivary glands, 527.8 - Resolved

Sialolithiasis, 527.5 - Resolved

Asthma, J45909 - Current

Chronic kidney disease, stage 3 unspecified, N1830 - Current

Chronic obstructive pulmonary disease [COPD], J449 - Current

Nasal polyp, unspecified, J339 - Current

Other disorder of the skin and subcutaneous tissue, L988 - Current

Sialolithiasis, K115 - Resolved

Unspecified skin changes, R239 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 267782-CP1 | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 10/26/2021 11:29 |
| | **Prescriber Order:**   Inhale 2 puffs by mouth three times daily AS NEEDED shortness of breath PRN x 365 day(s) | |
| | Indication:   Chronic obstructive pulmonary disease [COPD] | |
| 267783-CP1 | Budesonide/Formoterol 160-4.5 MCG/ACT 10.2 GM | 10/26/2021 11:29 |
| | **Prescriber Order:**   Inhale 2 puffs by mouth twice daily **non-formulary approved until: 4/26/23 x 180 day(s) | |

*A 115*

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: M   Race: BLACK | Facility: | SEA |
| Encounter Date: | 04/26/2021 11:13 | Provider: Momoh, Quinnet APP | Unit: | J01 |

Mid Level Provider - Sick Call Note encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:   Momoh, Quinnet APP

Chief Complaint:   Breathing Problems

Subjective:   Inmate is 48 year old male with medical history of simple chronic bronchitis, nasal polyp unspecified, COPD and Allergic rhinitis.  Inmate wrote a sick asking for his Advair and fluticasone spray. Advair is non formulary and was substituted for Symbicort. Fluticasone spray will be delivered to inmate. Pharmacy notified. Inmate denies any breathing difficulties at this time.

Pain:   No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/26/2021 | 11:20 SEA | 97.2 | 36.2 | | Momoh, Quinnet APP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/26/2021 | 11:20 SEA | 73 | | | Momoh, Quinnet APP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/26/2021 | 11:20 SEA | 16 | Momoh, Quinnet APP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/26/2021 | 11:20 SEA | 111/72 | | | | Momoh, Quinnet APP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/26/2021 | 11:20 SEA | 100 | | Momoh, Quinnet APP |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Obstructive Breathing

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**ASSESSMENT:**

A 116

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M    Race: BLACK | Facility: | BML |
| Note Date: | 12/26/2021 18:13 | Provider: | Howard, Amy RN | Unit: | U06 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Howard, Amy RN
Patient says he request two times as much of Fluticasone/Salmeterol 250-50.


Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Chart_Review | 12/27/2021 00:00  MLP 01 | |

Patient says he is to take two times a much Fluticasone/Salmeterol 250-50 inhaler.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:**  Lynd, A. NP
**Telephone or Verbal order read back and verified.**


Completed by Howard, Amy RN on 12/26/2021 18:15
Requested to be cosigned by  Lynd, A. NP.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Polavarapu, Sreedhar MD.
Review documentation will be displayed on the following page.

A 117

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/26/2021 18:13 | Provider: | Howard, Amy RN | Facility: | BML |

Reviewed with New Encounter Note by Polavarapu, Sreedhar MD on 12/27/2021 07:09.

*A 118*

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M    Race: BLACK | Facility: | BML |
| Note Date: | 12/27/2021 08:26 | Provider: | Lynd, A. NP | Unit: | U06 |

Admin Note - Medication Reconciliation encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**        Provider:  Lynd, A. NP
Patient says he is to take two times a much Fluticasone/Salmeterol 250-50 inhaler per nurse's note

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Fluticasone/Salmeterol Inhal 250-50 MG (Diskus) | 12/27/2021 08:26 |
| | **Prescriber Order:**    1 puff Orally -  Two Times a Day x 180 day(s) | |
| | Indication:  Chronic obstructive pulmonary disease [COPD] | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 271490-CP1 | *Budesonide/Formoterol 160-4.5 MCG/ACT 10.2 GM* | 12/27/2021 08:26 |
| | **Prescriber Order:**    *Inhale 2 puffs by mouth twice daily **non-formulary approved until: 4/26/23* | |
| | Discontinue Type:    *When Pharmacy Processes* | |
| | Discontinue Reason:    *Duplicate Therapy* | |
| | Indication: | |
| 291397-CP1 | *Fluticasone/Salmeterol 250-50, #60 Inhal* | 12/27/2021 08:26 |
| | **Prescriber Order:**    *inhale 2 puffs by mouth two times a day* | |
| | Discontinue Type:    *When Pharmacy Processes* | |
| | Discontinue Reason:    *new order written* | |
| | Indication: | |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Lynd, A. NP on 12/27/2021 08:28

*A 119*

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M    Race: BLACK | Facility: | BML |
| Note Date: | 01/04/2022 14:14 | Provider: | Lynd, A. NP | Unit: | U06 |

Admin Note - Medication Reconciliation encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**        Provider:  Lynd, A. NP

inmate presented copy of outside rx for Advair per nursing. Has been on 500/50 mcg in lieu of 250/50

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Fluticasone/Salmeterol Inhal 500-50 MG (Diskus) | 01/04/2022 14:14 |

        **Prescriber Order:**      1puff Orally -  Two Times a Day x 180 day(s)

        Indication:   Chronic obstructive pulmonary disease [COPD], Asthma

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| *294069-CP1* | *Fluticasone/Salmeterol 250-50, #60 Inhal* | *01/04/2022 14:14* |

        **Prescriber Order:**      *Inhale one puff by mouth twice daily*

        Discontinue Type:      *When Pharmacy Processes*

        Discontinue Reason:   *new order written*

        Indication:

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Lynd, A. NP on 01/04/2022 14:19

*A 120*

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M | Race: BLACK | Facility: | BML |
| Note Date: | 02/03/2022 10:20 | Provider: | Lynd, A. NP | | Unit: | U06 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Lynd, A. NP

inmate sent electronic request to Health Services during National Lockdown:

"I am out of the solution for the breathing machine. My breathing is not good and cough, aches and muscle cramps that come and go"

**ASSESSMENTS:**

Unspecified bacterial pneumonia, J159 - Resolved

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | predniSONE Tablet | | 02/03/2022 10:20 |
| | **Prescriber Order:** | 5mg Orally -  daily x 14 day(s) -- take with food | |
| | Indication: | Chronic obstructive pulmonary disease [COPD] | |

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 300757-CP1 | Acetaminophen 325 MG Tab | | 02/03/2022 10:20 |
| | **Prescriber Order:** | Take two tablets (650 MG) by mouth three times daily AS NEEDED x 120 day(s) | |
| | Indication: | Chronic obstructive pulmonary disease [COPD], Confirmed case COVID-19 | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Nebulizer | Daily | 30 days | issue albuterol amp 2 per day | Lynd, A. NP |
| | Order Date: | 02/03/2022 | | |
| WPF - Wright Peak Flow | Weekly | 30 days | | Lynd, A. NP |
| | Order Date: | 02/03/2022 | | |

**Other:**

reviewed 1-18.2022 CXR - per radiologist no active pulmonary processes, focal LT lung scarring

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Lynd, A. NP on 02/03/2022 10:31
Requested to be cosigned by  Polavarapu, Sreedhar MD.
Cosign documentation will be displayed on the following page.

*A 121*

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  STIFF, VERNON RAY | | Reg #:  33655-177 |
| Date of Birth:  02/05/1973 | Sex:  M   Race:  BLACK | Facility:  BML |
| Encounter Date:  01/14/2022 14:29 | Provider:  Lynd, A. NP | Unit:  R04 |

Infectious Disease - COVID 19 Screening encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Lynd, A. NP

Chief Complaint:  INFECTIOUS DISEASE
Subjective:      COVID-19 Screening tool:

Denies , HA, sore throat, new loss of taste/smell/nasal congestion, diarrhea

currently in medical isolation - Fever, cough, SOB, chills, Severe body aches/muscle pain

Covid 19 AG positive
**Pain:**          Not Applicable

**ROS:**

**Infectious Disease**
**COVID 19**
Yes: History of asthma or chronic lung disease (Describe: Asthma, COPD), History of cardiac, liver or kidney disease (Describe: CKD), Similar symptoms in current housing unit (Unit/Describe: multiple), Cough or shortness of breath (Describe: cough, SOB), Fatigue, aches and pains, New medications started recently (Describe: Spiriva), Meds, allergies and health problems reviewed
No: Known or possible exposure history, Known onset of symptoms, Known duration of symptoms, Age 65 or older, History of diabetes, obesity or immunocompromised, Nasal congestion, runny nose, sore throat, Headache, persistent pain in chest, Loss of taste and/or sense of smell, Diarrhea, Vomiting, Contact with person having COVID, Contact with person having flu like symptoms, Self-treatment incl. antipyretics in last 72 hrs

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/14/2022 | 14:28 BMX | 99.0 | 37.2 | | Lynd, A. NP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/14/2022 | 14:28 BMX | 99 | | Lynd, A. NP |

**Exam:**

**Infectious Disease**
**COVID 19**
Yes: Vital Signs w/O2 sat recorded in flowsheet, Alert and oriented, Adequate respiratory effort
No: Lung sounds clear bilaterally (Describe: rhonchi), Using accessory muscles, Supplemental oxygen required

**ASSESSMENT:**

Asthma, J45909 - Current

Chronic obstructive pulmonary disease [COPD], J449 - Current

A 122

| | | |
|---|---|---|
| Inmate Name:  STIFF, VERNON RAY | | Reg #:   33655-177 |
| Date of Birth:   02/05/1973 | Sex:      M     Race:   BLACK | Facility:  BML |
| Encounter Date:  01/14/2022 14:29 | Provider:  Lynd, A. NP | Unit:      R04 |

Confirmed case COVID-19, U07.1 - Current

**PLAN:**

**Renew Medication Orders:**

| | | |
|---|---|---|
| **Rx#** | **Medication** | **Order Date** |
| 294290-CP1 | Acetaminophen 325 MG Tab | 01/14/2022 14:29 |

    **Prescriber Order:** Take two tablets (650 MG) by mouth three times daily AS NEEDED for 7
           days x 30 day(s)

    Indication: Allergic rhinitis, cause unspecified, Confirmed case COVID-19

**Disposition:**

 Placed In Isolation

**Other:**

 Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter.
 Current Information Chart: Allergies

 had CXR today

 currently on prednisone
 has nebulizer - asking for albuterol sol - nursing to deliver

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/14/2022 | Counseling | Infection Prevention | Lynd, A. | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Lynd, A. NP on 01/14/2022 14:35

A 123

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M    Race: BLACK | Facility: | BML |
| Note Date: | 01/13/2022 12:50 | Provider: | Lynd, A. NP | Unit: | U06 |

Review Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**          Provider:  Lynd, A. NP

ADMINISTRATIVE NOTE 1 Provider: Denham, Ronald LVN
COVID-19 AG point of care testing completed on STIFF, VERNON RAY, register number 33655-177 at 01/13/2022 11:34
COVID-19 AG: Positive
Reference Range: Negative
Critical Result: Positive
Asymptomatic

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 01/14/2022 | Routine |

Specific reason(s) for request (Complaints and findings):

+ COVID, cough, congestion, HX of Asthma/COPD,LTBI prophy completed,  LT lower lobectomy, pseudomas. PLS DO NOT  MOVE

**Copay Required:** No      **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Lynd, A. NP on 01/13/2022 12:59

A 124

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M Race: BLACK | Facility: BML |
| Encounter Date: 01/10/2022 11:57 | Provider: Lynd, A. NP | Unit: U06 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**       Provider: Lynd, A. NP

Chief Complaint: PULMONARY/RESPIRATORY

Subjective: inmate seen while present in medical for breathing treatment
reports hoarseness x 2 months, new chills, body aches. Having yearly exac of breathing s/p pseudomas/LT lower lobectomy
requesting Tylenol, steroid
HX of Asthma/COPD,LTBI prophy completed, CKD3, LT lower lobectomy

Pain: Not Applicable

**ROS:**

**General**
  **Constitutional Symptoms**
    Yes: Chills, Fever
    No: Anorexia, Easily Tired, Fatigue
**HEENT**
  **Head**
    No: Headaches
  **Nose**
    Yes: Allergies, Nasal Congestion
  **Throat**
    Yes: Hoarseness
**Cardiovascular**
  **General**
    No: Angina, Edema
**Pulmonary**
  **Respiratory System**
    Yes: Cough - Dry, Hx Asthma, Hx of COPD, Hx of Treatment for TB, Hx Positive TB Skin Test, Shortness of breath, Sinus discomfort/bronchial congestion&cough>2-3wks
    No: Wheezing

**OBJECTIVE:**

**Exam:**

**General**
  **Affect**
    Yes: Pleasant, Cooperative
  **Appearance**
    Yes: Appears Well, Alert and Oriented x 3
**Skin**
  **General**

A 175

| Inmate Name: STIFF, VERNON RAY | | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M  Race: BLACK | Facility: BML |
| Encounter Date: 01/10/2022 11:57 | Provider: Lynd, A. NP | Unit: U06 |

No: Clammy
### Nose
#### General
Yes: Congestion
### Mouth
#### Pharynx
Yes: Uvula Midline

No: Tonsilar Exudate, White Plaques
### Pulmonary
#### Observation/Inspection
No: Respiratory Distress
#### Auscultation
Yes: Rhonchi, Diminished Breath Sounds

No: Wheezing
### Cardiovascular
#### Auscultation
Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
### Abdomen
#### Auscultation
Yes: Normo-Active Bowel Sounds
#### Palpation
Yes: Soft

No: Guarding, Tenderness on Palpation

### Exam Comments
on Advair - prior request to increase dose approved, not in pharmacy yet
recent dose of Levaquin, Medrol dose pack
no clubbing, JVD, able to hold normal conversation without noted SOB
### Comments
inmate left before VS could be completed post breathing tx
### ASSESSMENT:

Allergic rhinitis, cause unspecified, 477.9 - Current

Asthma, J45909 - Current

Chronic obstructive pulmonary disease [COPD], J449 - Current

### PLAN:

### New Non-Medication Orders:
| Order | Frequency | Duration | Details | Ordered By |
| --- | --- | --- | --- | --- |
| EKG | One Time | | | Lynd, A. NP |
| | Order Date: | 01/10/2022 | | |

### Other:
Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter.
Current Information Chart: Allergies

| | |
|---|---|
| Inmate Name:  STIFF, VERNON RAY<br>Date of Birth:  02/05/1973<br>Encounter Date: 04/19/2023 06:14 | Sex:     M    Race:  BLACK<br>Provider:  Freeman, Travis LVN |

Reg #:  33655-177
Facility:  BML
Unit:  U06

**Observation/Inspection**
> Yes: Within Normal Limits

**Nursing Protocol**
> **Dyspnea**
>> Yes: Vital Signs w/O2 sat recorded in flowsheet, Secretions (Amount/Describe: reports blood and green/yellow sputum)
>> No: Skin cyanotic, Tachypnea, Skin flushed, Skin pale, Diaphoretic

## ASSESSMENT:

No Significant Findings/No Apparent Distress

inmate report he coughed up blood and green/yellow mucus this morning and says he should be sent to the hospital. Inmate appears to be in no distress. respirations are even and unlabored. Inmate finished antibiotics yesterday and is currently on prednisone. Inmate coughed up sputum in exam room, no blood noted at this time. inmate advised if symptoms worsen to report back to medical.

## PLAN:

**Disposition:**
> Follow-up at Sick Call as Needed

**Other:**
> Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter.
> Current Information Chart: Allergies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/19/2023 | Counseling | Access to Care | Freeman, Travis | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Freeman, Travis LVN on 04/19/2023 06:21
Requested to be reviewed by  Lynd, A. NP.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: STIFF, VERNON RAY | | Reg #: 33655-177 |
| Date of Birth: 02/05/1973 | Sex: M   Race: BLACK | Facility: BML |
| Encounter Date: 04/18/2023 07:45 | Provider: Wise, T. LVN | Unit: U06 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider: Wise, T. LVN

Chief Complaint:  GENERAL
Subjective:     Pt states "Still feel sick cough, sore throat, need nebulizers."
**Pain:**     Yes
**Pain Assessment**
Date:                    04/18/2023 07:50
Location:                Throat
Quality of Pain:         Intermittent
Pain Scale:              3
Intervention:            Came to sick call
Trauma Date/Year:
Injury:
Mechanism:
Onset:                   1-2 Days
Duration:                1-2 Days
Exacerbating Factors:    Running down my throat
Relieving Factors:       None reported
Reason Not Done:
Comments:

**ROS:**

**Pulmonary**
**Respiratory System**
Yes: Hx Asthma, Hx of COPD
No: Shortness of breath, Wheezing

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/18/2023 | 07:45 BMX | 97.9 | 36.6 | | Wise, T. LVN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/18/2023 | 07:45 BMX | 97 | | | Wise, T. LVN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/18/2023 | 07:45 BMX | 18 | Wise, T. LVN |

## Bureau of Prisons
## Health Services
## Clinical Encounter



| | | | | |
|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: M   Race: BLACK | Facility: | BML |
| Encounter Date: | 04/03/2023 10:59 | Provider: Lynd, A. NP | Unit: | U06 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1       Provider:  Lynd, A. NP

Chief Complaint:  PULMONARY/RESPIRATORY

Subjective:       inmate seen in follow up of recent [?]PE/CAP
went to ER and was hospitalized for symptoms consistent with PE/CAP
reports "I stay sick all the time"; coughing yellow/green
hx of Asthma since birth, LT lobectomy 2016, covid + 1-2022
denies smoking hx
requesting more antibiotics - "this isn't normal for me"

Pain:             Not Applicable

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Anorexia, Fever

No: Chills, Easily Tired, Fatigue

**HEENT**

**Head**

No: Headaches

**Nose**

No: Allergies, Nasal Congestion

**Sinuses**

No: Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary

**Cardiovascular**

**General**

No: Angina, Edema

**Pulmonary**

**Respiratory System**

Yes: Cough - Productive, Cough - Productive of thick green or brown mucus, Cough, lasting greater than one week, Hx Asthma, Hx of Treatment for TB, Hx Pneumonia, Hx Positive TB Skin Test, Shortness of breath (Triggers?: everything), Wheezing
No: Sputum - Blood Tinged, Tobacco Use

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/03/2023 | 09:47 BMX | 97.4 | 36.3 | | Premeaux, Brittney LVN |
| 03/31/2023 | 09:35 BMX | 97.6 | 36.4 | | Freeman, Travis LVN |

**Pulse:**

*A 12g*

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | STIFF, VERNON RAY | | | Reg #: | 33655-177 |
| Date of Birth: | 02/05/1973 | Sex: | M    Race: BLACK | Facility: | BML |
| Note Date: | 01/13/2022 11:35 | Provider: | Denham, Ronald LVN | Unit: | U06 |

POC Note - Default encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**          Provider:  Denham, Ronald LVN

COVID-19 AG point of care testing completed on STIFF, VERNON RAY, register number 33655-177 at 01/13/2022 11:34
COVID-19 AG: Positive
Reference Range: Negative
Critical Result: Positive
Asymptomatic

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Denham, Ronald LVN on 01/13/2022 11:36

Requested to be cosigned by  Polavarapu, Sreedhar MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Lynd, A. NP.

Review documentation will be displayed on the following page.

*Exhibit A    A-130*

**FEDERAL CORRECTIONAL COMPLEX (FCC), BEAUMONT, TEXAS**
**PART B - RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1126370-F2**

This is in response to your Request for Administrative Remedy received July 18, 2022, in which you are requesting "consideration" for Home Confinement due to your medical conditions.

On March 26, 2020, the U.S. Attorney General signed a memorandum to prioritize Home Confinement in response to the COVID-19 pandemic. The memo and subsequent guidance established the criteria for eligible inmates to be placed on Home Confinement. One criteria is a PATTERN score of minimum and verification that the conditions under which the inmate would be confined upon release, would present a lower risk of contracting COVID-19 than the inmate would face in his BOP facility. You do not meet the guidelines based on the fact that you were not identified as an at-risk inmate per any medical condition by the Health Services Department. You recovered from COVID-19 on January 25, 2022, and your PATTERN score is Low. Accordingly, you do not qualify for placement on Home Confinement under the CARES Act criteria.

This response is provided for informational purposes only.

If you are not satisfied with this response, you may appeal to the Regional Director at Bureau of Prisons, South Central Region, South Central Regional Office, 344 Marine Forces Drive, Grand Prairie, Texas 75051. Your appeal must be received in the South Central Regional Office within 20 days of the date of this response.

_____          _____
A. Thomas III, Warden                      Date    7/19/2022



Vernon R. Stiff 33655/77

Name: _____ Number: _____
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 02 2025
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Clerk of The Court
United States District Court
300 Willow St.
Beaumont, TX. 77701

Legal mail — open only in presence of receiver

Retail

U.S. POSTAGE PAID
PM
BUTNER, NC 27509
MAY 29, 2025

RDC 03    77701    $0.00
S2324K500800-06

Legal Mail

CERTIFIED MAIL

9589 0710 5270 0201 7856 04